AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Tran-Spec Truck Service, Inc.
D/B/A Truck Service

V.

Caterpillar Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04-11836 RCL

TO: (Name and address of Defendant)
Caterpillar, Inc.
C/O CT Corporation System
101 Federal Street
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nancy M. Reimer, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    5-27-04

CLERK                                           DATE

(By) DEPUTY CLERK

I hereby certify and return that today, August 24, 2004, at 2:20 PM, I served a true and attested copy of the within Summons; Complaint and Jury Claim; Civil Action Cover Sheet; Category Sheet; Plaintiff's Motion for Preliminary Injunction (with Request for Hearing) in this action upon the within named Caterpillar Inc., c/o CT Corporation System, by giving in hand to Yvette Concepcion Agent in Charge. Said service was effected at: Caterpillar Inc., c/o CT Corporation System, 101 Federal Street, Boston, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 24, 2004.

_____
John Karakashian, Process Server
& Disinterested Person over Age 18.


Service & Travel: $45.00


**Butler and Witten**
Boston, MA
(617) 325-6455