UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
TRAN-SPEC TRUCK SERVICE, INC.       )
D/B/A TRUCK SERVICE                 )
                                    )
        Plaintiff,                  )
                                    )    C.A. NO. 04-11836-RCL
v.                                  )
                                    )
CATERPILLAR, INC.                   )
                                    )
        Defendant.                  )
_____)

NOTICE OF APPEARANCE

Please enter the appearance of Christopher R. Howe of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant Caterpillar, Inc. in the above matter.

        CATERPILLAR, INC.

        By its Attorney,

        CAMPBELL CAMPBELL EDWARDS &
        CONROY, P.C.

        /s/ Christopher R. Howe
        _____
        Christopher R. Howe, Esquire, BBO #652445
        One Constitution Plaza, 3rd Floor
        Boston, MA 02129
        (617) 241-3000