UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRAN-SPEC TRUCK SERVICE, INC. <br> D/B/A TRUCK SERVICE <br><br> Plaintiff, <br><br> v. <br><br> CATERPILLAR, INC. <br><br> Defendant. | C.A. NO. 04-11836-RCL |

NOTICE OF APPEARANCE

Please enter the appearance of Richard P. Campbell of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant Caterpillar, Inc. in the above matter.

CATERPILLAR, INC.

By its Attorney,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ Richard P. Campbell

Richard P. Campbell, Esquire, BBO #071600
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000