UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP -8  P 1: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

TRAN-SPEC TRUCK SERVICE, INC. )
D/B/A TRUCK SERVICE )
)
)
Plaintiff, )
)
v. )  C.A. NO. 04-11836-RCL
)
)
CATERPILLAR, INC. )
)
Defendant. )
)

## NOTICE OF APPEARANCE

Please enter the appearance of Sabrina DeFabritiis of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant Caterpillar, Inc. in the above matter.

CATERPILLAR, INC.

By its Attorney,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

_____
Sabrina DeFabritiis, Esquire, BBO #654402
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115



CHRISTOPHER R. HOWE
(617) 241-3029
chowe@campbell-trial-lawyers.com

FILED
[CLERK'S OFFICE]

2004 SEP -8  P 1: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

September 7, 2004

BY REGULAR MAIL

Civil Clerk's Office
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Trans-Spec Truck Service, Inc. d/b/a Truck Service v. Caterpillar, Inc.,
      Civil Action No. 04-11836 (RCL)

Dear Sir or Madam:

Enclosed please find on behalf of defendant Caterpillar, Inc., a Notice of Appearance for Sabrina DeFabritiis. Kindly docket and file same. Thank you for your attention to this matter. If you should have any questions, please contact me at (617) 241-3029.

Very truly yours,

Christopher R. Howe

Encl/

cc:   Richard P. Campbell, Esquire (w/out encl.)
      Sabrina DeFabritiis, Esquire (w/out encl.)

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND