## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

TRANS-SPEC TRUCK SERVICE, INC. )
D/B/A TRUCK SERVICE )
 )
   Plaintiff, )
 )    C.A. NO.:  04-11836-RCL
v. )
 )
CATERPILLAR, INC. )
 )
   Defendant. )
_____)

### ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

   Defendant Caterpillar Inc. ("Caterpillar") hereby moves, pursuant to Fed. R. Civ. P. 6(b), to extend the deadline by which it must answer, plead or otherwise respond to the Amended Complaint filed by the Plaintiff, up to and including Monday, September 20, 2004.  In support of its motion, Caterpillar states that counsel for Plaintiff has agreed to the extension.

TRANS-SPEC TRUCK SERVICE, INC.   CATERPILLAR INC.

By its Attorneys,        By its Attorneys,

DONOVAN HATEM, LLP      CAMPBELL CAMPBELL EDWARDS &
               CONROY, P.C.


/s/ Nancy Reimer        /s/ Christopher R. Howe
_____  _____
Nancy Reimer, Esquire, BBO #555373  Richard P. Campbell, Esquire, BBO #071600
Christian G. Samito, Esquire, BBO #639825 Christopher R. Howe, Esquire, BBO #652445
Two Seaport Lane       Sabrina DeFabritiis, Esquire, BBO #654402
Boston, MA 02210       One Constitution Plaza, 3rd Floor
(617) 406-4500        Boston, MA 02129
             (617) 241-3000

*  By Mr. Howe, per September 13 telephonic authorization of Ms. Reimer.