UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. D/B/A TRUCK SERVICE | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO.: 04-11836RCL |
| v. | ) ) | |
| CATERPILLAR INC. | ) ) | |
| Defendant. | ) ) | |

DEFENDANT CATERPILLAR'S LOCAL RULE 7.3
CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Caterpillar Inc. ("Caterpillar") hereby certifies that no company owns 10% or more of its stock.

CATERPILLAR INC.

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ Christopher R. Howe

Richard P. Campbell, Esquire, BBO#071600
Christopher R. Howe, Esquire, BBO #652445
Sabrina DeFabritiis, Esquire, BBO #654402
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

Dated: October 25, 2004

CERTIFICATE OF SERVICE

    I, Christopher R. Howe, counsel for the defendant, Caterpillar Inc., hereby certify that on October 25, 2004, I served a true copy of the above document by causing a copy to be faxed and mailed, by first class mail, postage prepaid, to the plaintiff's attorney, Nancy Reimer, Esquire, Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210.

                              /s/ Christopher R. Howe
                              _____
                              Christopher R. Howe