UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
TRAN-SPEC TRUCK SERVICE, INC.    )
D/B/A TRUCK SERVICE                   )
                                        )
        Plaintiff,                  )
                                        )   C.A. NO. 04-11836RCL
v.                                   )
                                        )
CATERPILLAR INC.                  )
                                        )
        Defendant.                )
_____)

NOTICE OF APPEARANCE

Please enter the appearance of John A.K. Grunert of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant Caterpillar Inc. in the above matter.

                                        CATERPILLAR, INC.

                                        By its Attorney,

                                        CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

                                        /s/ John A.K. Grunert (per CRH)
                                        _____
                                        John A.K. Grunert, Esquire, BBO #213820
                                        One Constitution Plaza, 3rd Floor
                                        Boston, MA 02129
                                        (617) 241-3000

CERTIFICATE OF SERVICE

     I, Christopher R. Howe, counsel for the defendant, Caterpillar Inc., hereby certify that on October 25, 2004, I served a true copy of the above document by causing a copy to be faxed and mailed, by first class mail, postage prepaid, to the plaintiff's attorney, Nancy Reimer, Esquire, Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210.

                                        /s/ Christopher R. Howe
                                        _____
                                        Christopher R. Howe