UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANS-SPEC TRUCK SERVICE INC., <br> D/B/A TRUCK SERVICE <br><br> Plaintiff, <br><br> v. <br><br> CATERPILLAR INC. <br><br> Defendant. | CIVIL ACTION NO. 04-11836RCL |

## CERTIFICATION OF PLAINTIFF PURSUANT TO L.R. 16.1(D)(3)

Plaintiff Trans-Spec Truck Service, Inc., d/b/a/ Truck Service, by counsel and its representatives, hereby certifies that the party and counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Trans-Spec Truck Service, Inc., d/b/a
Truck Service, by Jay Howard
(Authorized Person)

                                           Plaintiff,
                                           TRANS-SPEC TRUCK SERVICE INC.,
                                           D/B/A TRUCK SERVICE

                                           By its attorneys

                                           _____
                                           Nancy M. Reimer, Esq., BBO#555373
                                           Christian G. Samito, Esq., BBO#639825
                                           Donovan Hatem, LLP
                                           Two Seaport Lane
                                           Boston, MA 02210
                                           (617) 406-4500

Dated: October 25, 2004
00871591

2

## CERTIFICATE OF SERVICE

I, Christian G. Samito, hereby certify that on this 27th day of October, 2004, I caused a copy of the foregoing to be delivered by facsimile and hand to:

Christopher R. Howe, Esq.
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129

Christian G. Samito