UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRANS-SPEC TRUCK SERVICE INC., D/B/A TRUCK SERVICE<br><br>Plaintiff,<br><br>v.<br><br>CATERPILLAR INC.<br><br>Defendant. | CIVIL ACTION NO. 04-11836RCL |

## CERTIFICATION OF PLAINTIFF PURSUANT TO L.R. 7.3

Pursuant to Local Rule 7.3, Plaintiff Trans-Spec Truck Service, Inc., d/b/a/ Truck Service, by counsel, hereby certifies that no company owns 10% or more of its stock.

Plaintiff,
TRANS-SPEC TRUCK SERVICE INC.,
D/B/A TRUCK SERVICE

By its attorneys

*[signature]*

Nancy M. Reimer, Esq., BBO#555373
Christian G. Samito, Esq., BBO#639825
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: October 27, 2004
00871830

## CERTIFICATE OF SERVICE

      I, Christian G. Samito, hereby certify that on this 27th day of October, 2004, I caused a copy of the foregoing to be delivered by facsimile and hand to:

Christopher R. Howe, Esq.
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129

                                                                      Christian G. Samito