## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11836-RCL

| | |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE, Plaintiff | ) ) ) |
| vs. | ) ) |
| CATERPILLAR INC. Defendant | ) ) ) |

**JOINT MOTION TO EXTEND TIME IN WHICH DISCOVERY RESPONSES ARE DUE**

Trans-Spec Truck Service, Inc., d/b/a Truck Service ("Trans-Spec") and Caterpillar, Inc. ("Caterpillar") jointly move that the time in which Trans-Spec has to respond to Caterpillar's discovery requests be extended until January 14, 2005 and that the time in which Caterpillar has to respond to Trans-Spec's Discovery Requests be extended until January 28, 2005.

WHEREFORE Trans-Spec and Caterpillar jointly request that there Motion to Extend Time in which to Discovery Responses are due be respected.

Respectfully Submitted,

CATERPILLAR, INC.

By its attorneys

_Christoph Howelm_
Richard P. Campbell, Esq., BBO#071600
Christopher Howe, Esq., BBO#652445
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000
Dated: January 7, 2004

Respectfully Submitted,

TRANS-SPEC TRUCK SERVICE INC.,
D/B/A TRUCK SERVICE

By its attorneys

_Nancy M. Reimer_
Nancy M. Reimer, Esq., BBO#555373
Christian G. Samito, Esq., BBO#639825
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500
Dated: January 7, 2004

## CERTIFICATE OF SERVICE

I, Nancy M. Reimer, hereby certify that on this 7th day of January, 2205 I served a copy of the foregoing *Joint Motion to Extend Time in Which Discovery Responses are Due* to be mailed, postage prepaid to:


Richard P. Campbell, Esq., BBO#071600
Christopher Howe, Esq., BBO#652445
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA  02129


Nancy M. Reimer

00887504

- 2 -