UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11836-RCL

|  |  |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. <br> d/b/a TRUCK SERVICE, <br>     Plaintiff <br><br> vs. <br><br> CATERPILLAR INC. <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>NOTICE OF INTENT</u>**

ONLY THE TEXT OF THIS MOTION IS BEING FILED ELECTRONICALLY; EXHIBITS A-F WILL BE FILED AS ATTACHMENTS TO THE PAPER COURTESY COPY SENT TO THE COURT.

                                           TRANS-SPEC TRUCK SERVICE, INC.
                                           d/b/a TRUCK SERVICE

                                           By its Attorneys,

                                           <u>/s/ Christian G. Samito</u>
                                           Nancy M. Reimer, Esq., BBO#555373
                                           Christian G. Samito, Esq., BBO#639825
                                           Donovan Hatem LLP
                                           Two Seaport Lane
                                           Boston, MA 02210
                                           (617) 406-4500

Date: March 25, 2005