UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE,<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR INC.<br><br>    Defendant. | CIVIL ACTION NO. 04-11836-RCL |

## STIPULATION TO EXTEND TIME TO FILE OPPOSITION
## TO PLAINTIFF'S MOTION TO COMPEL

The undersigned parties hereby agree that Defendant Caterpillar Inc. shall have a one-day extension of time, up to and including Wednesday, March 30, 2005, to file its Opposition to Plaintiff's Motion to Compel.

| TRANS-SPEC TRUCK SERVICE INC. D/B/A TRUCK SERVICE | CATERPILLAR INC. |
|---|---|
| By its Attorneys, | By its Attorneys, |
| s/ Nancy M. Reimer* | s/ Christopher R. Howe |
| Nancy M. Reimer, Esq., BBO #555373<br>Christian G. Samito, Esq., BBO #639825<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500 | Richard P. Campbell, Esq., BBO #071600<br>John A. K. Grunert, Esq., BBO #213820<br>Christopher Howe, Esq., BBO #652445<br>Campbell Campbell Edwards & Conroy, PC<br>One Constitution Plaza, 3rd Floor<br>Boston, MA 02129<br>(617) 241-3000 |

\*    By Mr. Howe, per March 29 telephonic authorization of Ms. Reimer.

Dated: March 29, 2005