UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
TRANS-SPEC TRUCK SERVICE, INC.      )
d/b/a TRUCK SERVICE,                        )
                                                    )
                    Plaintiff                       )
                                                    )
vs.                                                   )          CIVIL ACTION NO. 04-11836-RCL
                                                    )
CATERPILLAR INC.                            )
                                                    )
                    Defendant                    )
_____)

## **NOTICE OF INTENT**

ONLY THE TEXT OF THIS OPPOSITION IS BEING FILED ELECTRONICALLY;

EXHIBITS A-G WILL BE FILED AS ATTACHMENTS TO THE PAPER COURTESY COPY

SENT OT THE COURT.

CATERPILLAR INC.,

By its Attorney,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

s/ John A.K. Grunert

_____
John A.K. Grunert, Esquire, BBO #213820
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000