UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| TRANS-SPEC TRUCK SERVICE, INC. | ) | |
| d/b/a TRUCK SERVICE, | ) | |
|  | ) | |
| Plaintiff | ) | |
|  | ) | |
| vs. | ) | CIVIL ACTION NO. 04-11836-RCL |
|  | ) | |
| CATERPILLAR INC. | ) | |
|  | ) | |
| Defendant | ) | |
| _____) | | |

CATERPILLAR INC.'S REQUEST FOR LEAVE TO FILE A BRIEF SLIGHTLY
IN EXCESS OF THE 20 PAGE LIMIT PROVIDED UNDER LOCAL RULE 7.1(B)(4)

Pursuant to Local Rule 7.1(B)(4), Defendant Caterpillar Inc. ("Caterpillar") respectfully requests permission to file an Opposition to Plaintiff Trans-Spec's Motion to Compel that slightly exceeds the 20 page limit imposed by that rule. As grounds, Caterpillar states that it has prepared its Opposition using a format that it hopes will make the issues Plaintiff raises in its Motion to Compel easy to understand by setting forth each request and response and then following that with a brief discussion. Caterpillar respectfully maintains that if it had followed a format that did not set out the request and response, the result would have been a brief that was much more difficult for the Plaintiff and the Court to deal with. Accordingly, Caterpillar asks this Court to grant it leave to exceed the page limit by 4 pages.

CATERPILLAR INC.,

By its Attorney,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

s/ John A.K. Grunert
_____
John A.K. Grunert, Esquire, BBO #213820
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000