UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11836-RCL

|  |  |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE, Plaintiff | ) ) ) ) ) |
| vs. | ) ) |
| CATERPILLAR INC. Defendant | ) ) ) |

**NOTICE OF INTENT**

ONLY THE TEXT OF THIS MOTION IS BEING FILED ELECTRONICALLY; EXHIBIT 1 WILL BE FILED AS ATTACHMENT TO THE PAPER COURTESY COPY SENT TO THE COURT.

        TRANS-SPEC TRUCK SERVICE, INC.
        d/b/a TRUCK SERVICE

        By its Attorneys,

        /s/ Christian G. Samito
        Nancy M. Reimer, Esq., BBO#555373
        Christian G. Samito, Esq., BBO#639825
        Donovan Hatem LLP
        Two Seaport Lane
        Boston, MA 02210
        (617) 406-4500

Date: March 31, 2005
00907498