UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11836-RCL

TRANS-SPEC TRUCK SERVICE, INC
d/b/a TRUCK SERVICE,             )
    Plaintiff                            )

vs.

CATERPILLAR INC                  )
    Defendant                          )
                             )

**MOTION FOR LEAVE TO FILE A REPLY TO CATERPILLAR INC.'S OPPOSITION TO THE MOTION OF TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE, TO COMPEL ANSWERS TO ITS FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT CATERPILLAR INC., AND REQUEST FOR ORAL ARGUMENT**

Plaintiff Trans-Spec Truck Service, Inc., d/b/a Truck Service ("Trans-Spec"), hereby moves the Court for leave to file a reply to Defendant Caterpillar Inc.'s ("Caterpillar") *Opposition To The Motion Of Trans-Spec Truck Service, Inc. D/B/A Truck Service, To Compel Answers To Its First Set Of Interrogatories And First Request For Production Of Documents Propounded To Defendant Caterpillar Inc., And Request For Oral Argument* ("Opposition"). Trans-Spec's proposed *Reply To Caterpillar Inc.'s Opposition To The Motion Of Trans-Spec Truck Service, Inc. D/B/A Truck Service, To Compel Answers To Its First Set Of Interrogatories And First Request For Production Of Documents Propounded To Defendant Caterpillar Inc., And Request For Oral Argument* is attached to this Motion as Exhibit

As grounds, Trans-Spec states that Caterpillar's Opposition contains factual errors and misrepresentations requiring a response Additionally, Caterpillar's Opposition has raised several arguments necessitating response by 'rans-Spec Trans-Spec submits that its succinct

- 2 -

Reply will assist the Court in deciding those issues presented in the underlying Motion to Compel.

WHEREFORE, Trans-Spec respectfully requests that the Court grant its *Motion For Leave To File A Reply To Caterpillar Inc.'s Opposition To The Motion Of Trans-Spec Truck Service, Inc. D/B/A Truck Service, To Compel Answers To Its First Set Of Interrogatories And First Request For Production Of Documents Propounded To Defendant Caterpillar Inc., And Request For Oral Argument.*

Respectfully submitted,<br>
TRANS-SPEC TRUCK SERVICE, INC.<br>
d/b/a TRUCK SERVICE<br>
By its Attorneys,<br>
<br>
_____<br>
Nancy M. Reimer, Esq., BBO#555373<br>
Christian G. Samito, Esq., BBO#639825<br>
Donovan Hatem, LLP<br>
Two Seaport Lane<br>
Boston, MA 02210<br>
(617) 406-4500

Date: April 5, 2005

- 3 -

## REQUEST FOR HEARING

If the Court deems it necessary, Trans-Spec respectfully requests a hearing on this motion.

## CERTIFICATE OF SERVICE

I, Christian G. Samito, hereby certify that on this 5th day of April, 2005, I served a copy of the foregoing, by mail, postage prepaid to:

Richard P. Campbell, Esq.
Christopher Howe, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA  02129

/s/ Christian G. Samito
Christian G. Samito, Esq.

00907397

-3-