6300

| View Image | Group Number Description | Part Causing Failure | Repairing Dealer | Service Meter Measurement | Repair Date | SIMS Ticket Received | Claim Received | Work Order Number | Des Cla |
|---|---|---|---|---|---|---|---|---|---|
| | Flwheel Housing | 148-1973 | A73M | 119398 Miles | 07Dec2001 | No SIMS Rcvd | Claim Rcvd | | MF8 |
| | Flwheel Housing | 6V-8197 | B420 | 161292 Miles | 09Sep2002 | No SIMS Rcvd | Claim Rcvd | | MT5 |
| | Flwheel Housing | 148-1973 | A73M | 172420 Miles | 06Feb2003 | No SIMS Rcvd | Claim Rcvd | SAME CLAIM | MF9 |
| | Flwheel Housing | 148-1973 | A73M | 172420 Miles | 06Feb2003 | No SIMS Rcvd | Claim Rcvd | | MF9 |
| | Flwheel Housing | 148-1973 | A73M | 172420 Miles | 06Feb2003 | No SIMS Rcvd | Claim Rcvd | | MF9 |
| | Flwheel Housing | 148-1973 | A73M | 172420 Miles | 06Feb2003 | No SIMS Rcvd | Claim Rcvd | | MF9 |

**Caterpillar Confidential:** Yellow
SIMSi Support
Send Feedback
**Last Updated:** Mon May 3 09:53:50 PDT 2004
© Copyright 2004 Caterpillar Inc., All Rights Reserved.

| View Image | Group Number Description | Part Causing Failure | Repairing Dealer | Service Meter Measurement | Repair Date ▲ | SIMS Ticket Received | Claim Received | Work Order Number | De Cl |
|---|---|---|---|---|---|---|---|---|---|
| | Unit Injector | 137-2500 | A73M | 16749 Miles | 23Mar2000 | No SIMS Rcvd | Claim Rcvd | *SAME* | MF |
| | Unit Injector | 137-2500 | A73M | 16749 Miles | 23Mar2000 | No SIMS Rcvd | Claim Rcvd | | OT |
| | Unit Injector | 0R-8773 | A73M | 16755 Miles | 30Mar2000 | No SIMS Rcvd | Claim Rcvd *Clmr* | | MF |
| | Cylinder Head As | 148-2144 | A73M | 22365 Miles | 12May2000 | No SIMS Rcvd | Claim Rcvd | | MF |
| | Flwheel Housing | 148-1973 | A73M | 122961 Miles | 07Nov2001 | No SIMS Rcvd | Claim Rcvd | | MF |

*8500*

**Caterpillar Confidential:** Yellow
SIMSi Support
Send Feedback
**Last Updated:** Mon May 3 10:16:40 PDT 2004
© Copyright 2004 Caterpillar Inc., All Rights Reserved.



| View Image | Group Number Description | Part Causing Failure | Repairing Dealer | Service Meter Measurement | Repair Date ↕ | SIMS Ticket Received | Claim Received | Work Order Number | Dea Cla |
|---|---|---|---|---|---|---|---|---|---|
| | Flwheel Housing | 148-1973 | A73M | 91435 Miles | 19Nov2001 | No SIMS Rcvd | Claim Rcvd | SAME CLMM | MF8 |
| | Flwheel Housing | 148-1973 | A73M | 91435 Miles | 19Nov2001 | No SIMS Rcvd | Claim Rcvd | | MF8 |
| | Flwheel Housing | 6V-8197 | A73M | 101970 Miles | 18Mar2002 | No SIMS Rcvd | Claim Rcvd | SAME CLMM | MF9 |
| | Flwheel Housing | 194-6724 | A73M | 101970 Miles | 18Mar2002 | No SIMS Rcvd | Claim Rcvd | | MF0 |
| | Flwheel Housing | 6V-8197 | A73M | 101971 Miles | 19Mar2002 | No SIMS Rcvd | Claim Rcvd | | MFA |

**Caterpillar Confidential:** Yellow
SIMSi Support
Send Feedback
**Last Updated:** Mon May 3 10:19:40 PDT 2004
© Copyright 2004 Caterpillar Inc., All Rights Reserved.