

# TRI STATE TRUCK CENTER, INC.
411 HARTFORD TURNPIKE RD.
P.O. BOX 308
**SHREWSBURY, MA 01545**
Service (508) 753-1200
Fax     (508) 363-2645
Toll free (800) 395-8494

**24 Hour Emergency Road Service Available**



| INVOICE DATE | |
|---|---|
| 10/13/2004 08:44AM | |
| INVOICE NO. | PAGE |
| 242870024 | 1 |
| CUSTOMER NO. | BRANCH |
| 01015 | |

**SOLD TO:** CATERPILLAR WARRANTY
MA

**SHIP TO:** TRANS SPEC TRUCK SERVIC
DBA TRUCK SERVICE INC
7 CRISTO LANE
MILLBURY MA 01527

ALL RETURNS SUBJECT TO A 10% HANDLING CHARGE. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 5 DAYS.

| CUSTOMER P.O. | REFERENCE NO. | | | |
|---|---|---|---|---|
| 109742 | 110252 | | SW | 000/000 |
| | | | PRICE/PER | EXTENSION |

TERMS: (00) NET 30
PHONE NUMBER          CONTACT

**REPRINT**

COMPLETION DATE: 10/07/2004
UNIT: 6100    YEAR: 2000    MAKE/MODEL: STERLING
SERIAL: 2FWYEWEBXYAF57168    MILEAGE: 316805

OPR#01  45 999 99  MISC POWER PLANT REPAIR
        03 (N) - CATERPILLAR WARRANTY
CHECK FOR CRACKED FLYWHEEL HOUSING. TECH FOUND DOWEL
PINS WALKED OUT OF HOUSING AND FLYWHEEL CRACKED.
REMOVED DRIVESHAFT, REAR TRANSMISSION MOUNT, PTO,
DOGHOUSE, SHIFTER, STARTER, TRANSMISSION CLUTCH AND
FLYWHEEL. REMOVED FLYWHEEL HOUSING AND FOUND DOWEL PINS
WALKED OUT OF THE BLOCK AND CAUSED FLYWHEEL CRACK.
INSTALL NEW FLYWHEEL. REASSEMBLED ALL REMOVED COMPONENTS
AND RECHECKED, UNIT IS FINE AT THIS TIME.

| Qty | Type | Part No. | Description | Price | Price/Per | Extension |
|---|---|---|---|---|---|---|
| 4 | HW | PHM-1-4141 | WRAP TIE | $0.15 | 0.11EA | 0.44 |
| 1 | CP | 1481973 | HOUSING-FLYW | $2662.18 | 2396.20EA | 2396.20 |
| 3 | CP | 6V8197 | BOLT | $0.56 | 0.50EA | 1.50 |
| 3 | CP | 5P8245 | WASHER-HARD | $0.24 | 0.22EA | 0.66 |
| 1 | FL | PEX 51813 | ANAEROBIC GASKET M | $13.19 | 9.53EA | 9.53 |
| 1 | RL | TDA 3208N1080 | GASKET | $1.26 | 1.10EA | 1.10 |
| 1 | FU | FUL 84002 | FITTING | $2.47 | 1.27EA | 1.27 |

                                    PARTS SUBTOTAL           2410.70
16.70 HOURS                         LABOR SUBTOTAL           1369.40
                                 ** OPR SUBTOTAL             3780.10

                                   *TOTAL PARTS:             2410.70
                                   *TOTAL LABOR:             1369.40

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

**TERMS: NET 30 DAYS.** A 1.5% per month finance charge will be added to all accounts with balances over 30 days. In the event of legal proceedings, the customer shall be held liable for reasonable cost of collection and attorney fees.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 3780.10 | EXEMPT   MA | 0.00 | 3780.10 |
| | | | | TERMS |

CUSTOMER SIGNATURE



**24 Hour Emergency Road Service Available**

# TRI STATE TRUCK CENTER, INC.
411 HARTFORD TURNPIKE RD.
P.O. BOX 308
SHREWSBURY, MA 01545
Service (508) 753-1200
Fax     (508) 363-2645
Toll free (800) 395-8494



| INVOICE DATE | |
|---|---|
| 11/30/2004 08:35AM | |
| INVOICE NO. | PAGE |
| 243350023 | 1 |
| CUSTOMER NO. | BRANCH |
| 01015 | |

```
            CATERPILLAR WARRANTY             TRANS SPEC TRUCK SERVIC
  SOLD                                 SHIP  DBA TRUCK SERVICE INC
  TO:                                  TO:   7 CRISTO LANE
                 MA                          MILLBURY MA 01527
```

ALL RETURNS SUBJECT TO A 10% HANDLING CHARGE. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 5 DAYS.

| CUSTOMER P.O. | REFERENCE NO. | | | | |
|---|---|---|---|---|---|
| 110798 | 112017 | | | SL | 000/000 |
| | | | | PRICE/PER | EXTENSION |

```
                       TERMS: (00) NET 30
           PHONE NUMBER                    CONTACT

              COMPLETION DATE: 11/01/2004
         UNIT: 7400     YEAR: 1999     MAKE/MODEL: STL/LT9500
         SERIAL: 2FWYEWEB4YAF57174     MILEAGE: 407953
 OPR#01  45 999 99  MISC. POWER PLANT REPAIR
         03 (N) - CATERPILLAR WARRANTY
         CHECK FOR FLYWHEEL HOUSING LOOSE ON CYLINDER BLOCK.
         REMOVED D.SHAFT, REAR TRANS MOUNT, DOUGHOUSE,
         SHIFTER,STARTER, TRANSMISSION CLUTCH & FLYWHEEL.
         REMOVED FLYWHEEL HOUSING AND INSPECT. FOUND HOLES ARE
         ELONGATED AND DOWEL PINS WALKED OUT OF BLOCK INTO
         HOUSING. REMOVED BROKEN FLYWHEEL HOUSING BOLTS, BOLTS
         WERE LOCKED TIGHT INTO BLOCK. HAD TO TAP AND INSTALL
         PLUGS IN DOWEL BONES TO STOP PINS FROM WALKING AGAIN.
         REASSEMBLE ALL PARTS AND ROAD TESTED, CHECKED FOR LEAKS,
         ALL DRY.
      1  CP  1481973        HOUSING-FLYW        $2662.18    2396.20EA    2396.20
     12  CP  6V8197         BOLT                   $0.56       0.50EA       6.00
     12  CP  5P8245         WASHER-HARD            $0.24       0.22EA       2.64
      2  ZZ  07486          3IN CLEANING DISC      $1.99       1.99EA       3.98
      1  ZZ  CLEANER        ENGINE CLEANER         $5.99       3.99EA       3.99
      3  F5  23-11398-200   12 POINT BOLT          $6.01       4.76EA      14.28
      1  LP  002            WASHER                 $0.80       0.75EA       0.75
      2  LP  005            BRASS                  $7.80       4.99EA       9.98
                                        PARTS SUBTOTAL                  2437.82
         19.30 HOURS                    LABOR SUBTOTAL                  1582.60
                                        ** OPR SUBTOTAL                 4020.42

                                        *TOTAL PARTS:                   2437.82
                                        *TOTAL LABOR:                   1582.60
```

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

**TERMS: NET 30 DAYS.** A 1.5% per month finance charge will be added to all accounts with balances over 30 days. In the event of legal proceedings, the customer shall be held liable for reasonable cost of collection and attorney fees.

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | | SALES TAX | PLEASE PAY |
|---|---|---|---|---|---|
| | 4020.42 | EXEMPT | MA | 0.00 | 4020.42 |
| | | | | | TERMS |

CUSTOMER SIGNATURE



# TRI STATE TRUCK CENTER, INC.
411 HARTFORD TURNPIKE RD.
P.O. BOX 308
**SHREWSBURY, MA 01545**
Service (508) 753-1200
Fax     (508) 363-2645
Toll free (800) 395-8494

**24 Hour Emergency Road Service Available**



| INVOICE DATE | |
|---|---|
| 11/03/2004 02:30PM | |
| INVOICE NO. | PAGE |
| 243080116 | 1 |
| CUSTOMER NO. | BRANCH |
| 79520 | |

| | SOLD TO: | | SHIP TO: |
|---|---|---|---|
| | TRANS SPEC TRUCK SERVIC<br>DBA TRUCK SERVICE INC<br>7 CRISTO LANE<br>MILLBURY MA 01527 | | TRANS SPEC TRUCK SERVIC<br>DBA TRUCK SERVICE INC<br>7 CRISTO LANE<br>MILLBURY MA 01527 |

ALL RETURNS SUBJECT TO A 10% HANDLING CHARGE. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 5 DAYS.

| CUSTOMER P.O. | REFERENCE NO. | | | |
|---|---|---|---|---|
| | 111076 | (508) 791-9521 | SL | 007/000 |
| | | | PRICE/PER | EXTENSION |

```
                    * * * C. O. D.   S A L E * * *
      PHONE NUMBER                    CONTACT

      UNIT: 7800         YEAR: 1999    MAKE/MODEL: STL/LT9500
      SERIAL: 2FWYEWEB9YAF57171        MILEAGE: 313101
OPR#01  99 999 99  MA STATE INSPECTION
        TECH PERFORMED MASS STATE INSPECTION
                                    PARTS SUBTOTAL            0.00
                                    LABOR SUBTOTAL           29.00
                                 ** OPR SUBTOTAL             29.00

                             *TOTAL PARTS:                    0.00
                             *TOTAL LABOR:                   29.00
```

REPRINT

```
                    * * * C. O. D.   S A L E * * *
```

| Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law. | **TERMS: NET 30 DAYS.** A 1.5% per month finance charge will be added to all accounts with balances over 30 days. In the event of legal proceedings, the customer shall be held liable for reasonable cost of collection and attorney fees. |
|---|---|

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 29.00 | RESALE    MA | 0.00 | 29.00 |
| CUSTOMER SIGNATURE | | | | TERMS<br>* C. O. D. * |



**TRI STATE TRUCK CENTER, INC.**
411 HARTFORD TURNPIKE RD.
P.O. BOX 308
**SHREWSBURY, MA 01545**
Service (508) 753-1200
Fax (508) 363-2645
Toll free (800) 395-8494

24 Hour Emergency Road Service Available

STERLING TRUCKS
WESTERN STAR TRUCKS
FREIGHTLINER

| INVOICE DATE | |
|---|---|
| 12/21/2004 10:01AM | |
| INVOICE NO. | PAGE |
| 243560047 | 1 |
| CUSTOMER NO. | BRANCH |
| 79520 | |

SOLD TO:
TRANS SPEC TRUCK SERVIC
DBA TRUCK SERVICE INC
7 CRISTO LANE
MILLBURY MA 01527

SHIP TO:
TRANS SPEC TRUCK SERVIC
DBA TRUCK SERVICE INC
7 CRISTO LANE
MILLBURY MA 01527

ALL RETURNS SUBJECT TO A 10% HANDLING CHARGE. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 5 DAYS.

| CUSTOMER P.O. | REFERENCE NO. | | | |
|---|---|---|---|---|
| | 112808 | (508) 791-9521 | SL | 007/000 |
| | | | PRICE/PER | EXTENSION |

```
                    * * * C. O. D.   S A L E * * *
      PHONE NUMBER                       CONTACT

      UNIT: 8000         YEAR: 1999    MAKE/MODEL: STERLING 9500
      SERIAL: 2FWYEWEB0YAF57172         MILEAGE: 295487
OPR#01  99 999 99  MA STATE INSPECTION
      TECH PERFORMED MASS STATE INSPECTION
                                    PARTS SUBTOTAL              0.00
                                    LABOR SUBTOTAL             29.00
                                  ** OPR SUBTOTAL              29.00

                                   *TOTAL PARTS:                0.00
                                   *TOTAL LABOR:               29.00
```

(REPRINT watermark)

* * * C. O. D.   S A L E * * *

| | | | | |
|---|---|---|---|---|
| Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantibility or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law. | | **TERMS: NET 30 DAYS.** A 1.5% per month finance charge will be added to all accounts with balances over 30 days. In the event of legal proceedings, the customer shall be held liable for reasonable cost of collection and attorney fees. | | |
| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
| | 29.00 | RESALE    MA | 0.00 | 29.00 |
| CUSTOMER SIGNATURE | | | | TERMS<br>* C. O. D. * |



# TRI STATE TRUCK CENTER, INC.
411 HARTFORD TURNPIKE RD.
P.O. BOX 308
**SHREWSBURY, MA 01545**
Service  (508) 753-1200
Fax      (508) 363-2645
Toll free (800) 395-8494

**24 Hour Emergency Road Service Available**



STERLING TRUCKS
WESTERN STAR TRUCKS
FREIGHTLINER



| INVOICE DATE | |
|---|---|
| 10/30/2004 07:53AM | |
| INVOICE NO. | PAGE |
| 243040002 | 1 |
| CUSTOMER NO. | BRANCH |
| 79520 | |

| | | | |
|---|---|---|---|
| SOLD TO: | TRANS SPEC TRUCK SERVIC<br>DBA TRUCK SERVICE INC<br>7 CRISTO LANE<br>MILLBURY MA 01527 | SHIP TO: | TRANS SPEC TRUCK SERVIC<br>DBA TRUCK SERVICE INC<br>7 CRISTO LANE<br>MILLBURY MA 01527 |

ALL RETURNS SUBJECT TO A 10% HANDLING CHARGE. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL. NO REFUNDS AFTER 5 DAYS.

| CUSTOMER P.O. | REFERENCE NO. | | | |
|---|---|---|---|---|
| 110932 | | (508) 791-9521 | SL | 007/000 |
| | | | PRICE/PER | EXTENSION |

```
            * * * C. O. D.   S A L E * * *
       PHONE NUMBER                   CONTACT

    UNIT: 9700        YEAR: 1999   MAKE/MODEL: STL 9500
    SERIAL: 2FWYEWEB8YAF57176       MILEAGE: 237742
OPR#01  99 999 99   MA STATE INSPECTION
    TECH PERFORMED MASS STATE INSPECTION
```

|  |  |
|---|---|
| PARTS SUBTOTAL | 0.00 |
| LABOR SUBTOTAL | 29.00 |
| ** OPR SUBTOTAL | 29.00 |
| *TOTAL PARTS: | 0.00 |
| *TOTAL LABOR: | 29.00 |

REPRINT

\* \* \* C. O. D.   S A L E \* \* \*

| | |
|---|---|
| Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law. | **TERMS: NET 30 DAYS.** A 1.5% per month finance charge will be added to all accounts with balances over 30 days. In the event of legal proceedings, the customer shall be held liable for reasonable cost of collection and attorney fees. |

| FREIGHT | SUBTOTAL | TAX STATUS/STATE | SALES TAX | PLEASE PAY |
|---|---|---|---|---|
| | 29.00 | RESALE  MA | 0.00 | 29.00 |

| | TERMS |
|---|---|
| CUSTOMER SIGNATURE | * C. O. D. * |