UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11836-RCL

```
_____
                                 )
TRANS-SPEC TRUCK SERVICE, INC.   )
d/b/a TRUCK SERVICE,             )
      Plaintiff                  )
                                 )
vs.                              )
                                 )
CATERPILLAR INC.                 )
      Defendant                  )
_____)
```

## MOTION FOR LEAVE TO REPLY TO CATERPILLAR INC.'S OPPOSITION TO THE PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND REQUEST FOR ORAL ARGUMENT

Plaintiff Trans-Spec Truck Service, Inc., d/b/a Truck Service ("Trans-Spec"), hereby moves the Court for leave to file a reply to Defendant Caterpillar Inc.'s ("Caterpillar") *Opposition To The Plaintiff's Motion To Amend the Complaint* ("Opposition"). Trans-Spec's proposed *Reply To Caterpillar Inc.'s Opposition To The Plaintiff's Motion To Amend The Complaint And Request For Oral Argument* is attached to this Motion as Exhibit 1

As grounds, Trans-Spec states that Caterpillar's Opposition contains factual errors and misrepresentations requiring a response. Additionally, Caterpillar's Opposition has raised several arguments necessitating response by Trans-Spec. Trans-Spec submits that its succinct Reply will assist the Court in deciding those issues presented in the underlying Motion to Compel.

WHEREFORE, Trans-Spec respectfully requests that the Court grant its *Motion For Leave To Reply To Caterpillar Inc.'s Opposition To The Plaintiff's Motion To Amend The Complaint*.

- 1 -

Respectfully submitted,
TRANS-SPEC TRUCK SERVICE, INC
d/b/a TRUCK SERVICE
By its Attorneys,

/s/ Christian G. Samito
Nancy M. Reimer, Esq., BBO#555373
Christian G. Samito, Esq., BBO#639825
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: April 20, 2005

## REQUEST FOR ORAL ARGUMENT

If the Court deems it necessary, Trans-Spec requests oral argument on its *MOTION FOR LEAVE TO REPLY TO CATERPILLAR INC. 'S OPPOSITION TO THE PLAINTIFF'S MOTION TO AMEND THE COMPLAINT.*

## CERTIFICATE OF SERVICE

I, Christian G. Samito, hereby certify that on this 20th day of April, 2005, I served a copy of the foregoing, by mail, postage prepaid to:

John A. K. Grunert, Esq.
Christopher Howe, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

/s/ Christian G. Samito
Christian G. Samito, Esq.

00911506

-2-