

SPECPRO 1.05                SPECIFICATION PROPOSAL                03-23-1999

TRUCK SERVICE, INC.                COLONY TRUCK CENTER
7 CRISTO LANE                      7 JEFFERSON BLVD
MILLBURY MA 01527                  WARWICK RI 02888
508-799-7629                       401-467-3800

PREPARED FOR: JAY HOWARD           PREPARED BY: DAVID LEE
                                   Quote ID:  AT12220

```
                                               WEIGHTS-(+)
          ----------- SPECIFICATIONS -------------  FRONT   REAR

                        MODEL

  AT9500 CHASSIS ..................................  7739    6238
  SET-BACK AXLE TRACTOR PACKAGE ..........
  STEERING LOCATION: LEFT-HAND ...........

                   GENERAL SERVICE

  TRACTOR/TRAILER CONFIGURATION .........
  LINEHAUL/LONG HAUL SERVICE ............
  TANK TRAILER ..........................
  SINGLE (1) TRAILER ....................
  GENERAL FREIGHT COMMODITY .............
  100% ON HIGHWAY/CITY TERRAIN ..........
  SMOOTH CONCRETE OR ASPHALT ROAD SURFACE
  MAXIMUM 8% EXPECTED GRADE .............
  DOMICILED, USA 49 STATES ..............
  EXP FRT AXLE LOAD......................          12000 LBS
  EXP REAR AXLE LOAD.....................          40000 LBS
  MAXIMUM EXP GCW........................          80000 LBS

                   TRACTOR SERVICE

  TRAILER FRONT TO KP....................             36 IN
  TRAILER CRNR RADIUS....................              0 IN
  TRAILER WIDTH (IN).....................            102 IN
  TRAILER SWING LIMIT....................              0 IN
  MAX EXP DIP ANGLE......................              4 DEG
  LANDING GEAR CLEAR.....................             96 IN

                        ENGINE

  CAT C-12 380/410 HP @ 1800 RPM MT......             89
  1450/1550 LB/FT @ 1200 RPM 98 EPA/CARB
```



You'll Like The Way We Work.



```
SPECIFICATION PROPOSAL                          03-23-1999

TRUCK SERVICE, INC.                             page   2


                                            WEIGHTS-(+)
            SPECIFICATIONS -------------   FRONT   REAR

       ELECTRONIC ENGINE CONTROL

ROAD SPEED LIMIT.........................  65 MPH

          ENGINE EQUIPMENT

OIL CHECK & FILL: OIL FILL & DIPSTICK .      1
FOR ENHANCED SERVICEABILITY
AIR INTAKE: DUAL THROUGH LH & RH SIDES
OF HOOD W/FIREWALL MTD DON AIR CLEANER
ALTERNATOR: 100 AMP DELCO 22-SI .......     -8
BATTERIES: (3) 12V ALLIANCE G31 1965CCA
W/STUD POSTS
BATTERY BOX: STEEL FRAME MTD RH UNDER .
CAB W/LONG SIDE TO RAIL
JUMP START PROVISION: POSITIVE & ......
NEGATIVE POSTS
CLUTCH: EATON SPICER SOLO 15 1/2"7-SPG
ADJ-FREE SOFT-RATE 1650 MAX TORQUE
CLUTCH RELEASE BEARING: ZERK EXTENSION
HOSE
COMPRESSOR: BENDIX 13.2 CFM SERIES 550
ENGINE PROTECTION: ELECTRONIC ENGINE- .
INTEGRAL WARNING SYSTEM & DERATE
ENGINE BRAKE: JACOBS COMPRESSION ......     65
BRAKE
EXHAUST: SINGLE RH HORIZ MUFFLER FRAME      68      17
MTD VERT TAIL PIPE OVER FRAME ROUTING
EXHAUST PIPING: TURN OUT STACK HORIZ ..      2
MUFFLER,VERT T/P,RH FRM MTD,OVER FRAME
UPPER STACK: CHROMING .................      2
MUFFLER SHIELD: STAINLESS STEEL .......      9       1
FAN DRIVE: KYSOR K22RA ON/OFF REAR AIR
ENGINE
FUEL FILTER: SPIN ON ..................
FULL FLOW OIL FILTER ..................
RADIATOR: 1050 SQ IN COPPER/BRASS .....
HEAVY DUTY COOLANT: ETHYLENE GLYCOL PRE
CHARGED SCA TO -30F
COOLANT HOSE: SILICONE PACKAGE ........
```

You'll Like The Way We Work.



STERLING TRUCKS

SPECIFICATION PROPOSAL                               03-23-1999

TRUCK SERVICE, INC.                                  page   3

```
                                              WEIGHTS-(+)
----------- SPECIFICATIONS ---                FRONT    REAR

CONSTANT TORQUE CLAMPS: CONSTANT TORQUE
FOR COOLANT HOSE 1" INSIDE DIA & LARGER
RADIATOR-DRAINCOCK ....................
ENGINE HEATER: PHILLIPS 1500 WATT/110-            2
120 VOLT
STARTER: DELCO-REMY 42 MT 12V 400SERIES
ENGINE SUPPORTS: FOCAL TYPE FRONT .....
ENGINE MOUNTS

            TRANSMISSION & EQUIPMENT

TRANSMISSION: FULLER FRO15210C    10SPD          17       4
FLYWHEEL HOUSING: ALUMINUM ............
CLUTCH HOUSING: CAST IRON .............
FILL/DRAIN PLUG: MAGNETIC PLUGS, ENGINE
DRAIN, TRANSMISSION DRAIN, AXLE(S) DRAIN
SHIFT LEVER: PAINTED W/SOLID LINKAGE ..
TRANSMISSION OIL COOLER: TRANSMISSION .
MOUNTED AIR TO OIL W/TRANS OIL PUMP

            FRONT AXLE & SUSPENSION

FRONT AXLE: SIFCO STEEL       @ 12000#
FRONT BRAKES: MERITOR CAM 15X4 Q-PLUS .
FRONT BRAKE LININGS: NON-ASBESTOS .....
FRONT BRAKE DUST SHIELDS ..............            6
FRONT AUTO SLACK ADJUSTERS: GUNITE ....
FRONT BRAKE DRUMS: OUTBOARD MOUNTD CAST
IRON
FRONT OIL SEALS: CHICAGO RAWHIDE (SCOT) LSTerro
GARLOCK KING PIN BUSHINGS .............
POWER STEERING: TRW TAS65 .............
FRONT SUSP: TAPER LEAF        @ 12000#
54" SPREAD
FRONT SHOCK ABSORBERS .................
SPRING PIN BUSHINGS: BRONZE ...........

            REAR AXLE & SUSPENSION

REAR AXLE: DANA SPICER DS404    40000#                   +4
4.33 REAR AXLE RATIO .......
```

You'll Like The Way We Work.



## STERLING TRUCKS

SPECIFICATION PROPOSAL                    03-23-1999

TRUCK SERVICE, INC.                       page  4

```
                                          WEIGHTS-(+)
         SPECIFICATIONS  -----   -----    FRONT  REAR

MAIN DRIVELINE: SPICER 1810HD HALF ROUN     15    15
YOKE.
I/A DRIVELINE: SPICER 1710 HALF ROUND
YOKE
TRAC-TECH (NO SPIN) DIFFERENTIAL: ALL             70
REAR DRIVE AXLES
INTERAXLE &/OR DIFFERENTAIL LOCKOUT:
W/INDICATOR LIGHT
REAR AXLE CARRIER HOUSING: IRON
LUBRICATION: MOBIL SYNTHETIC 50W TRANS/
75W-90 ALL AXLES
REAR BRAKES: MERITOR CAM 16.5X7 Q+
BRAKE CAMSHAFT SUPPORT BRACKETS
REAR BRAKE LININGS: NON-ASBESTOS
REAR BRAKE DRUMS: OUTBOARD MOUNTED CAST
IRON
REAR BRAKE DUST SHIELDS .................       12
REAR AXLE OIL SEALS: CHICAGO RAWHIDE .. stemco
PARKING BRAKE CHAMBERS: MIDLAND TAMPER _ mGm
PROOF ONE AXLE                               longlick?
REAR AUTO SLACK ADJUSTERS: GUNITE
REAR SUSP: 46000# AIRLINER W/CHAIN              174
CLEARANCE
REAR AXLE SPACING: 55"
AIR SUSP DUMP VALVE: MANUAL W/
INDICATOR LIGHT, W/ GAUGE
SUSPENSION CROSSMEMBER: HEAVY DUTY
CENTER C-CHANNEL
SUSP CROSSMEMBER: STANDARD
REAR SUSP CONTROL RODS: TRANSVERSE
REAR SHOCK ABSORBERS: TWO AXLES

              BRAKE SYSTEM EQUIPMENT

ANTI-LOCK BRAKING SYSTEM: BENDIX 4
SENSOR/4 MODULATOR
CHASSIS AIR LINES: REINFORCED NYLON
BRAKE VALVES: STANDARD
REAR SERVICE BRAKE VALVE: BP-R1
AIR DRYER: BENDIX AD-9 WITH HEATER          22     5
AIR RESERVOIRS: STEEL
```

You'll Like The Way We Work.



**STERLING TRUCKS**

SPECIFICATION PROPOSAL                          03-23-1999

TRUCK SERVICE, INC.                              page 5

```
                                              WEIGHTS-(+)
               SPECIFICATIONS ------------  FRONT    REAR

AIR TANK DRAIN VALVES: CABLES ALL TANKS

               TRAILER CONNECTIONS

TRAILER AIR HOSE: 12' COILED ..........         1
TRAILER AIR HOSE SUPPORT: BOC MOUNTED .
BRACKET W/SPRING TYPE AIR HOSE HANGER
TRAILER CABLE & GLADHAND STORAGE: DUMMY
GLADHAND & LIGHT PLUG HOLDER
PRIMARY RECEPTACLE: SAE J560 7-WAY REC
BRACKET MTD LOWER LH BOC
WIRING FOR TRAILER RECEPTACLE: PRIMARY
RECEPTACLE CENTER PIN POWERED THRU IGN
TRAILER LIGHT CABLE: 12' 7-WAY DETACH .
ABLE STRAIGHT W/SAE J560 CONNECTOR

               FRAME & WHEELBASE
                                                11"
184"/4675MM WHEELBASE .................
FRAME: 3/8" X 3-3/16" X 10-1/4" STEEL          400      70
FRAME SM: 15.90CU IN SM,1,908,000LB/IN
RBM 120000PSI YS 3/8" STEEL
FRAME OVERHANG: 60" ...................
END FRAME: CUT TAPERED END OF FRAME ...
FRONT CROSSMEMBER: FRONT CLOSING ......
ENGINE CROSSMEMBER: STANDARD ..........
MIDSHIP CROSSMEMBER STANDARD ..........
REARMOST CROSSMEMBER: STANDARD ........

               CHASSIS EQUIPMENT

BACK OF CAB ACCESS: LEFT SIDE .........
DECK PLATE: 18"/ 457 MM TOP OF RAIL ...
OPEN-GRATE
BUMPER: AERODYNAMIC, PAINTED ..........
REAR MUD FLAP BRACKETS: BETTS B-25 ....
PAINTED
REAR MUD FLAPS: OMIT ..................                -14
FRONT MUD FLAPS: FENDER-MOUNTED .......         5
CHASSIS FASTENERS: HUCKSPIN ROUND .....
COLLAR
```

**You'll Like The Way We Work.**



```
              SPECIFICATION PROPOSAL                    03-23-1999

              TRUCK SERVICE, INC.                       page   6


                                                 WEIGHTS-(+)
         SPECIFICATIONS  ------------           FRONT    REAR

           FIFTH WHEEL & EQUIPMENT

5TH WHEEL: HOLLAND FLEETMASTER FW8 ....            483
24.5" MANUAL SLIDE
MIN. DESIRED UNLADEN HEIGHT:...........          46.00  IN
MAX. DESIRED UNLADEN HEIGHT:...........          48.00  IN
LEG HEIGHT:  8.62" (219 MM) ...........
5TH WHEEL LOCATION: 24.5" AHEAD OF REAR
SUSPENSION CENTERLINE

           FUEL TANKS & EQUIPMENT

RH FUEL TANK: NONE ....................
LH FUEL TANK: 100 GALLON/378 LITER CYL -120
ALUMINUM
FUEL TANK DIAMETER: 24" ...............
FUEL TANK & BAND FINISH: PLAIN ALUMINUM
/PAINTED STEEL FUEL TANK W/PNTD BANDS
FUEL TANK LOCATION: FORWARD ...........
FUEL SYSTEM:( SINGLE SUCTION & RETURN ..
FUEL HOSE: BRAIDED WIRE REINFORCED ....
FUEL COOLER: BEHR .....................
FUEL TANK BRACKET MATERIAL: STEEL .....

         FRONT TIRES, HUBS, & WHEELS

MICHELIN XZA2.......275/80R 22.5 16 PLY
FRONT HUBS: CONMET ALUMINUM ...........
FRONT WHEELS: 22.5 X 8.25 ACC 28487E ..
STEEL 10-HUB PILOT WHITE 5-HAND
FRONT WHEEL NUTS: METFORM 39702 33MM ..
1.30" H-P

       REAR DRIVE TIRES, HUBS, & WHEELS

MICHELIN XDA........275/80R 22.5 16 PLY
REAR HUBS: CONMET ALUMIMUM ............
REAR WHEELS: 22.5 X 8.25 ACC 28487PW ..
STEEL 10-HUB PILOT WHITE 5-HAND
REAR WHEEL NUTS: METFORM 39702 33MM/ ..
1.30" H-P
```

You'll Like The Way We Work



## STERLING TRUCKS

SPECIFICATION PROPOSAL                           03-23-1999

TRUCK SERVICE, INC.                              page   7

```
                                      WEIGHTS-(+)
              SPECIFICATIONS --------- FRONT   REAR

                  CAB EXTERIOR

CAB: 122" BBC CONVENTIONAL ALUMINUM ...  -107    -47
CAB MOUNTS: AIR ........................   11      6
GRAB HANDLES: LH/RH EXTERIOR ..........
GRILLE: PAINTED PLASTIC HOOD MOUNTED ..
HOOD: FIBERGLASS ......................
AIR HORN: DUAL HADLEY RECTANGULAR W/ ..?.   3
DUAL BASE
ELECTRIC HORN: SINGLE .................
HORN SHIELD: DUAL .....................
HEADLIGHTS: SINGLE AERO HALOGEN .......
MARKER LIGHTS: AERODYNAMIC, SMALL .....
STOP/TAIL/TURN LIGHTS: GROTE FLUSH MTD
INSIDE FRAME RAIL
TURN SIGNAL: FRONT LAMPS ..............
UTILITY LIGHT: (1) TRUCK-LITE 20 MTD ..
BACK OF CAB/SLEEPER
PRIMARY MIRRORS: DUAL UNPAINTED AERO, .    8      1
HTD W/INTEGRAL CONVEX, LH/RH REMOTE
DOOR MOUNTING OF MIRRORS ..............
TRAILER/BODY WIDTH: 102" FOR MIRRORS ..
EXTERIOR VISOR: FIBERGLASS ............    11     2
REAR WINDOW: (2) 15" X 26" TINTED .....
DOOR WINDOWS: TINTED W/OPERATING DOOR .
WING WINDOW
WINDOW REGULATORS: MANUAL ?.Power .....
WINDSHIELD: TINTED ....................
WINDSHIELD WASHER RESERVOIR: 8 LITER ..

                  CAB INTERIOR

INTERIOR: PRESTIGE MEDIUM GRAPHITE ....
LH UPPER DOOR TRIM: MOLDED DOOR PANEL .
WITH UPPER CLOTH INSERT
RH UPPER DOOR TRIM: MOLDED DOOR PANEL .
WITH UPPER CLOTH INSERT
FLOOR MATS: MEDIUM DARK GRAPHITE VINYL
MATS W/SINGLE INSULATION
CONSOLE MOUNTED ASH TRAY AND DASH .....
MOUNTED LIGHTER
```

It's The Way We Work

STERLING
TRUCKS

SPECIFICATION PROPOSAL 03-23-1999

TRUCK SERVICE,INC. 

| ---- SPECIFICATIONS ------------ | WEIGHTS-(+) FRONT | REAR |
|---|---|---|
| COAT HOOK .............................. | | |
| OVERHEAD CONSOLE: FORWARD ROOF MOUNTED | 5 | |
| STORAGE POCKETS: MAP POCKETS BOTH DOORS | | |
| FLOOR MOUNTED STORAGE: CENTER STORAGE, CONSOLE, BELOW DASH W/ (2) CUP HOLDERS | 9 | 1 |
| HEATER AND DEFROSTER: W/AIR CONDITIONER WITH RECIRCULATION SWITCH | 54 | |
| HEATER PLUMBING: STANDARD W/ SHUT-OFF . VALVES | | |
| A/C COMPRESSOR: SANDEN COMPACT ........ | | |
| A/C CONDENSOR: RADIATOR MOUNTED ....... | | |
| A/C PLUMBING: BINARY CONTROL R-134A ... REFRIGERANT | | |
| ELECTRICAL: CIRCUIT FUSES ............. | | |
| WIRING SCHEMATIC CARD: NONE, 12V NEG .. GROUND SYSTEM | | |
| INTERIOR LIGHTS: CENTER MOUNTED DOME & DOOR COURTESY LIGHTS IN KICK PANELS | | |
| DOOR LATCH: W/MANUAL LOCKS ............ | | |
| DRIVER SEAT: NATIONAL CUSH-N-AIRE II .. HI-BACK AIR SUSP W/ACTIVE AIR LUMBAR SP | 5 | 2 |
| PASS SEAT: NATIONAL HIGH-BACK ......... NON-SUSPENDED | 35 | 16 |
| ARM REST: DUAL, DRIVER SEAT ONLY ...... | 4 | 1 |
| DRIVER SEAT COVER: POLYKNIT VINYL WITH POLYKNIT VINYL INSERT | | |
| PASS SEAT COVER: POLYKNIT VINYL W/POLY-KNIT VINYL INSERT | | |
| SEAT BELT: 3 POINT ADJUSTABLE D-RING .. DRIVER | | |
| STEERING COLUMN: ADJUSTABLE TILT ONLY . | 2 | |
| STEERING WHEEL: 18" TWO-SPOKE BLACK ... | | |
| INTERIOR SUN VISORS: DRIVER/PASS ...... | | |

INSTRUMENT PANELS & CONTROLS

| | | |
|---|---|---|
| GAUGE PACKAGE: STERLING OPT ROUND GAUGE INSTRUMENT PKG, STANDARD CALIBRATION | | |
| INSTRUMENT CLUSTER: GRAY W/ROUND GAUGES | | |
| CENTER PANEL: GRAY W/ STYLED GAUGE .... INSERT | | |



## STERLING TRUCKS

SPECIFICATION PROPOSAL                                       03-23-1999

TRUCK SERVICE, INC.                                          page   9

```
                                              WEIGHTS-(+)
---------- SPECIFICATIONS ------------        FRONT   REAR

   LOW AIR PRESSURE WARNING: LIGHT AND ...
   BUZZER
   AIR RESTRICTION INDICATOR: MTD ON DASH
   AIR SYSTEM GAUGE: DUAL NEEDLE PRIMARY &
   SECONDARY AIR PRESSURE GAUGE
   CRUISE CONTROL: SWITCHES IN STEERING ..
   WHEEL SPOKES
   STARTER CONTROL: STARTER W/PUSH BUTTON
   MESSAGE CENTER: WARNING LAMP/LIGHT BAR
   DISPLAY, NON-DATA LINKED
   FUEL GAUGE: ELECTRIC....................
   WATER TEMPERATURE GAUGE: ELECTRIC .....
   ENGINE OIL TEMPERATURE GAUGE ..........    2
   TRANSMISSION HEAT IND: OIL TEMP GAUGE .    2
   ENGINE HOUR METER: HOBBS, INTEGRAL W/ .    1
   TACHOMETER, OIL PRESSURE ACTIVATED
   OIL PRESSURE GAUGE: MECHANICAL ........
   PYROMETER: SMALL FACE W/ (1) SENSOR ...    1
   RADIO: STERLING AM/FM STEREO ..........    9      1
   RADIO SPEAKERS: (2) CAB ...............
   CB RADIO PROVISION: DASH MTD POWER & ..
   GROUND TERMINALS FOR C/F CB RADIO
   CB ANTENNA: CB ANTENNA BRACKET & LH ...
   MIRROR MOUNTED
   SPEEDOMETER: AMETEK ELECTRONIC WITH ...
   ODOMETER (MPH)
   ADDITIONAL SWITCHES: (2) IN DASH ......
   TACHOMETER: ELECTRONIC 3500 RPM .......
   TRACTOR PROTECTION VALVE: BW ..........
   HAND CONTROL VALVE: TRAILER BRAKE .....
   VOLTMETER: ............................
   WINDSHIELD WIPER CONTROL: ELECTRIC WITH
   DELAY
   PARKING BRAKE SYSTEM: 2-VALVE SYSTEM W/
   WARNING INDICATOR
   TURN SIGNAL SWITCH: SIGNAL-STAT NON- ..
   CANCELLING
   TURN SIGNAL FLASHER: HEAVY DUTY .......
```

You'll Like The Way We



## STERLING TRUCKS

SPECIFICATION PROPOSAL                               03-23-1999

TRUCK SERVICE, INC.                                  page 10

```
                                              WEIGHTS-(+)
       --- SPECIFICATIONS ------------  FRONT    REAR

              PAINT

   ONE SOLID COLOR DESIGN.................
   CAB COLOR A:   URETHANE N0006 WHITE.....
   CHASSIS COLOR:  BLACK: HIGH SOLIDS ....
   POLYURETHANE
   FRONT WHEEL COLOR:  VENDOR WHITE.......
   REAR WHEEL COLOR:   VENDOR WHITE........

                                              -----   -----
SUBTOTAL BASE MODEL AND OPTIONS                8490    7054


              TOTAL VEHICLE SUMMARY

   FRONT WEIGHT TOTAL ..................     8490 lbs
   REAR WEIGHT TOTAL ...................     7054 lbs

   TOTAL WEIGHT                              15544 lbs

 +) WEIGHTS SHOWN ARE ESTIMATES ONLY. IF WEIGHT IS CRITICAL,
    CONTACT SALES APPLICATION ENGINEERING.
```

You'll Like The Way We Work.