PAGE 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRANS-SPEC TRUCK SERVICE, INC.,
d/b/a TRUCK SERVICE,
           Plaintiff
    v.                              Civil Action
                                    No. 0411836RCL
CATERPILLAR, INC.,
           Defendant

AUDIOVISUAL DEPOSITION OF ROBERT G. BARTON, JR., a witness called on behalf of the Defendant, pursuant to Federal Rules of Civil Procedure, before Carolyn J. Rogers, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of CAMPBELL CAMPBELL EDWARDS & CONROY, One Constitution Plaza, Boston, Massachusetts, on TUESDAY, MAY 17, 2005, commencing at 9:30 a.m.

C. J. REPORTING
A5 Colonial Drive, Unit No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com

PAGE 2

APPEARANCES:

JOHN A.K. GRUNERT, ESQUIRE
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
(617) 241-3000/FAX (617) 241-5115
On Behalf of the Defendant Caterpillar, Inc.

CHRISTIAN G. SAMITO, ESQUIRE
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500/FAX (617) 406-4501
On Behalf of the Plaintiff
    Trans-Spec Truck Service, Inc.

ALSO PRESENT:

William Barton, Videographer
In-Court Technologies

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 3

INDEX

| DEPONENT | EXAMINATION BY | PAGE NO. |
|---|---|---|
| Robert G. Barton, Jr. | | |
| | (Mr. Grunert) | 4, 170 |
| | (Mr. Samito) | 145, 194 |

EXHIBITS

| NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| 1 | Photocopy of Electronic Calendar | 12 |
| 2 | Flywheel Housing Repair 2002-2004 | 18 |
| 3 | Color Copies of Photographs | 62 |
| 4 | Photocopies of Photographs | 134 |
| 5 | Photocopies of Photographs | 136 |
| 6 | Color Copies of Photographs | 160 |

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 4

PROCEEDINGS

2  MR. GRUNERT: The witness is going to read
3  and sign the transcript under the pains and penalties
4  of perjury, but notarization of the signature is
5  waived. Objections except as to the form of the
6  question are reserved until the time of trial, and
7  motions to strike are reserved until the time of
8  trial.
9              THE VIDEOGRAPHER: We are now on the
10 record. The date is May 17, 2005. The time is
11 approximately 9:34 a.m. We are located in the
12 offices of Campbell, Campbell, Edwards and Conroy in
13 Boston, Massachusetts. The defendant in the case of
14 Trans-Spec Truck Services, Incorporated versus
15 Caterpillar, Incorporated, Civil Action No.
16 0411836RCL, will take the audiovisual deposition of
17 Mr. Robert Barton. My name is William Barton, no
18 relation to the defendant, of In-Court Technologies,
19 Boston, Massachusetts, and I am the videographer for
20 this deposition. The stenographer is Carolyn J.
21 Rogers of C. J. Reporting. At this time the
22 attorneys will introduce themselves for the record.
23             MR. GRUNERT: My name is John Grunert of
24 the firm of Campbell, Campbell, Edwards and Conroy.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 5

1  I represent the defendant Caterpillar, Inc.
2              MR. SAMITO: Christian G. Samito of the
3  firm Donovan and Hatem, representing Mr. Barton and
4  Trans-Spec Truck Service, Inc.
5              THE VIDEOGRAPHER: The stenographer will
6  now swear in the witness.
7              ROBERT G. BARTON, JR.,
8  a witness called on behalf of the Defendant, having
9  first been satisfactorily identified by the
10 production of his driver's license and duly sworn by
11 the reporter/notary public, testifies and says as
12 follows:
13             DIRECT EXAMINATION
14 BY MR. GRUNERT:
15    Q.   State your full name for the record,
16 please?
17    A.   Robert G. Barton, Jr..
18    Q.   What is your date of birth, Mr. Barton?
19    A.   1/1/49.
20    Q.   Where do you live?
21    A.   89 Central Street, West Boylston,
22 Massachusetts.
23    Q.   Are you married?
24    A.   Yes.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 6

1     Q.   Do you have children?
2     A.   Yes.
3     Q.   Are you employed by Trans-Spec Truck
4  Service, Inc.?
5     A.   Yes, I am.
6     Q.   How long have you been employed by
7  Trans-Spec?
8     A.   Since October of 2003.
9     Q.   Who was your employer before October of
10 2003?
11    A.   Santa Fuel.
12    Q.   What was the first name?
13    A.   Santa.
14    Q.   As in Santa Claus?
15    A.   As in Santa Claus.
16    Q.   Gotcha.
17    A.   Bridgeport, Connecticut.
18    Q.   Is Santa Fuel -- or was Santa Fuel owned
19 or affiliated in any way with Joseph Howard?
20    A.   No.
21    Q.   Was it affiliated in any way with
22 Trans-Spec?
23    A.   No.
24    Q.   Is it accurate that you played no role in

C. J. REPORTING 978.409.9090
www.cjreporting.com

EXHIBIT C

## PAGE 151

1 　Q.　Do you have any recollection or do you
2 recollection that this is when Mr. Cardoza said they
3 had certain fixes or made a suggestion regarding
4 dowels?
5 　A.　He may have been suggesting them at that
6 time, I believe.
7 　Q.　What did Mr. Cardoza say?
8 　A.　I believe this was in the conversation
9 involving the setscrews so the dowels wouldn't back
10 out.
11 　Q.　Did Mr. Cardoza say that he was consulting
12 with others at this time?
13 　A.　They were -- he was working with
14 Caterpillar engineering, trying to find a solution is
15 what he would tell me.
16 　Q.　How often did Mr. Cardoza come to
17 Trans-Spec's facilities to inspect?
18 　A.　I think I saw him there about five times,
19 maybe more, maybe less.
20 　Q.　Did you see him at Tri State?
21 　A.　Yes.
22 　Q.　The tapping and capping work that you
23 referred to earlier by the machine shop, was this one
24 of the fixes suggested by Cardoza?

## PAGE 152

1 　A.　Yes, it was.
2 　Q.　Who paid for the work performed by this
3 machine shop?
4 　A.　I believe Trans-Spec had to pay for a few
5 of them. The ones that were done at Freightliner,
6 I'm sure -- I don't know who paid for them, but I'm
7 sure somebody did.
8 　Q.　The entry for Saturday May 8, 2004, "Shop
9 check on how many flywheel have been done, 15," to
10 what does this entry refer?
11 　A.　I probably asked one of the mechanics to
12 give me a list of how many flywheels had been done.
13 　Q.　Done in total or in-house?
14 　A.　No. In total.
15 　Q.　The June 29, 2004, entry, "CAT ready for
16 dyno Thursday," to what does this entry refer?
17 　A.　This is the day that they wanted the truck
18 down to Caterpillar. They had notified me they
19 wanted to do the dyno on Thursday.
20 　Q.　Was this as a result of the June meeting
21 with Al Cardoza and Troy Guidotti?
22 　A.　I believe so, one of the meetings.
23 　Q.　Down at the bottom of the page, it says,
24 "7400F Freightliner not fixed." What was wrong with

## PAGE 153

1 Truck 7400?
2 　A.　I believe it was at one of the
3 dealerships, and it was just sitting there. They
4 hadn't gotten it in yet.
5 　Q.　Do you remember how long it had been down?
6 　A.　I believe it was over a week or so,
7 because they only could get one in at a time.
8 　Q.　Looking at Howard Exhibit 12, do you
9 recognize that page? It's the second page of Howard
10 Exhibit 12.
11 　A.　Yes.
12 　Q.　What is this?
13 　A.　This is just a little writeup I had on the
14 front of -- I was trying keep track of where these
15 trucks were going.
16 　Q.　You prepared that?
17 　A.　Yes.
18 　Q.　Looking at your calendar entry for
19 June 29, 2004, and looking at second page of Howard
20 Exhibit 12, is June 29 the correct date for the
21 notation marked 9/29 in Howard Exhibit 12?
22 　A.　Probably not.
23 　Q.　Should that read "6/29" on the second page
24 of Howard Exhibit 12?

## PAGE 154

1 　A.　I'm not sure, but probably.
2 　Q.　Getting back to the calendar entries for
3 June 30, 2004, it says "CAT-Milford pick up 8000."
4 To what does that refer?
5 　A.　That means the tractor was done.
6 　Q.　Was that a flywheel repair?
7 　A.　Yes, it was.
8 　Q.　We don't need that anymore. You can --
9 　　　And then on July 6, 2004, there's an
10 entry "CAT-Milford with 8000." Was this the dyno
11 test?
12 　A.　Yes, it was.
13 　Q.　What truck was used for the dyno test?
14 　A.　8000.
15 　Q.　You earlier testified that you asked about
16 what would happen with the data that was gathered,
17 and you said that you learned that it was going to be
18 turned over to engineering. Whose engineering?
19 　A.　Caterpillar's.
20 　Q.　Did you ever learn what Caterpillar's
21 engineering came up with, based on that data?
22 　A.　No.
23 　Q.　Who did you ask?
24 　A.　Al Cardoza.

## PAGE 155

1 　Q.　Could the statements in the Trans-Spec
2 answers to interrogatories based on possible theories
3 as to what was causing the engine problems, could
4 that have been said to someone other than you at
5 Trans-Spec?
6 　　　MR. GRUNERT: Object to the form.
7 　A.　Very possibly.
8 　Q.　Turning to August 9, 2004, in the calendar
9 entries, to what does this -- oh, I'm sorry, you're
10 not there yet. There's one entry on this page:
11 "CAT-Milford, Troy, Al." To what meeting does this
12 refer?
13 　A.　I believe that was a second meeting we had
14 there.
15 　Q.　This was the one that involved --
16 　A.　Schoening, Al, myself, Jay, I believe will
17 Witcher.
18 　Q.　And what did Schoening say about
19 Trans-Spec's problems with the engines?
20 　A.　That they would make us whole. It wasn't
21 our -- it wasn't Trans-Spec's problem.
22 　Q.　And what did you do, if at all, walk away
23 from Mr. Schoening after August 9, 2004, after this
24 meeting?

## PAGE 156

1 　A.　After this meeting, the only one I talked
2 to was Al Cardoza to see what they came up with.
3 　Q.　Did you ever call Schoening?
4 　A.　I had put in a couple calls to him. I
5 never got a return call.
6 　Q.　The next day, August 10, 2004, you earlier
7 testified about a truck breaking down in Connecticut
8 and needing to be towed back. Is that what this
9 refers to? I see, "10 CT"?
10 　A.　Yes, it is.
11 　Q.　Did you call Mr. Guidotti regarding this?
12 　A.　Yes, I did.
13 　Q.　And is this when you had the conversation
14 with Mr. Guidotti?
15 　A.　Yeah, I asked him. I asked him if he
16 would, you know, if he'd take care of the towing, if
17 he had any recommendations where we could get it
18 fixed.
19 　Q.　So it was after the August 9 meeting,
20 then?
21 　A.　Yes.
22 　Q.　August 13, 2004, the last entry, "Al/CAT
23 will extend service coverage till June 1, 2005, will
24 not put in writing." To what does this refer?

PAGE 157

I went to Caterpillar to see -- I was in Milford. I stopped at the Caterpillar office. Al Cardoza came down to the foyer and met me. I asked him what they had come up with. He told me that they were going to extend our warranty to June 1st of 2005, and at that time, I asked him if he'd put that in writing, and he told me no.

Q. Was your going down a result of the August 9th meeting?

A. I was in the area, yes, and I wanted to find out if we had some results.

Q. Who was present at that discussion?

A. It was just Al and myself in the front foyer.

Q. September 7, 2004, there's an entry, "8300 flywheel, Milton advised Alan, Jim, need paperwork on units done at their shop."

MR. GRUNERT: I'm sorry, what date?

MR. SAMITO: September 7, 2004, and it's the entry next to 9/10.

A. I put a call in that I needed some paperwork on these units, because what would happen is, they would fix the units, and then the paperwork would have to be forwarded to Caterpillar for

PAGE 158

approval. So in other words, I would pick up a truck, and I had no record of what was done, when it was done, or whatever, because it had to go to Caterpillar first to be approved. Then, it would come back to Milton, I guess.

Q. You said you called. So the conversation took place by phone?

A. Uh-huh.

Q. Who called who? Who initiated the call?

A. I did.

Q. And does "Jim" refer to Jim Withrow?

A. Yes. He's the service manager.

Q. Was it routine for you not to receive all of the paperwork on the repairs being done?

A. I never received any paperwork. All their paperwork would have to go forwarded to Caterpillar for approval. Then it would come back, and from time to time I'd have to call Jim, get together with him, and then he would make me copies.

Q. Has that caused any problems in terms of Trans-Spec's recordkeeping on the problems?

A. Yes. There's no way of really tracking how long the truck's been tied up down there other than trying to go through our dispatch sheet and see

PAGE 159

how long a truck's been down. Only Caterpillar has that exact record of when it was there and when it was released.

Q. Does this entry mean that 8300 was picked up or brought for repair on this day? It says 8300. Does that mean it's --

A. It means it obviously must have been -- the flywheel was repaired. We had the truck back. I just didn't have the paperwork.

Q. The next day, September 8, 2004, "7400 to Freightliner." What does this entry mean?

A. This means we brought the truck to Freightliner to have the flywheel -- the flywheel was cracked on it and the front cover was leaking. In other words, they had an opening to get it in and fix it.

Q. Well, if you turn a few pages to September 14, 2004, the first entry is "8300 still not in Milton. Jim Wood will be in end of week. Truck just sitting yard." What does it mean that Truck 8300 was just sitting in the yard?

A. I had brought the truck down there probably a week prior. Jim was on vacation. The truck was supposed to go in the night I brought it

PAGE 160

down. It didn't go in, because obviously they didn't have people to work on it. The truck sat there a week or so, and I couldn't get -- until Jim comes back, you couldn't get anything done. So basically, the truck sat there. They didn't start working on it, collecting dust, and tied up.

Q. So the entry on September 7 in your calendar means that you brought the truck down?

A. Uh-huh.

Q. 8300 down?

A. Uh-huh.

Q. Who's Jim Wood?

A. He's the service manager at MiltonCAT.

Q. You mean Jim Withrow?

A. Withrow, yeah, I'm sorry.

Q. So "Jim Withrow will be in end of week." You didn't speak to him directly?

A. No, he was on vacation. I talked to his assistant, Andy, who --

Q. Do you know Andy's last name?

A. No, I don't.

Q. Why was Trans-Spec sending its trucks to various repair facilities?

A. Because we didn't have enough trucks to

PAGE 161

make the delivery. We were trying to get them fixed as fast as possible. Freightliner could only handle one or two at a time, and then Caterpillar could only -- they had one or two bays they were using for us, but they'd let our trucks sit and they'd get more trucks in. They're just busy. They're just overwhelmed with repairs.

Q. September 15, 2004, the second entry, "7400 not in at Freightliner. Talked with Rob. Will be in soon at Shrewsbury." To what does that refer?

A. Another case of the truck sitting outside. I felt it was promised to get in there and they're going to be working on it. Obviously, they didn't get it in there on time. It was still just sitting out there collecting dust.

Q. From your calendar entry September 8, does that indicate that 7400 was at Tri State since September 8 and September 15 it still hadn't been --

A. Correct.

Q. Who is Rob?

A. He is the service manager at Freightliner.

Q. Is this Rob Lynds?

A. Yes.

Q. September 21, 2004, there's an entry,

PAGE 162

"E-mailed CAT about TOPP repair problem, received e-mail back saying someone from Southworth-Milton would be in touch. Al Cardoza said program no longer exists." What is TOPP, T-O-P-P?

A. I went onto Caterpillar's website and I saw they had a warranty program. So I e-mailed them some information on it, and they sent me back an e-mail stating someone from Milton would be in touch with me.

Q. When you say "warranty" -- just to take this a little slower, when you say "warranty," was this a new warranty? Was this a warranty extension?

A. This is an extended warranty.

Q. Okay. And you found it on the website. How did you e-mail Caterpillar?

A. From my laptop.

Q. Whom did you e-mail?

A. To Caterpillar.

Q. But did it have an e-mail address?

A. Yes, it had an e-mail, www.Caterpillar.

Q. Did you input, as sometimes organizations --

A. My name --

Q. Did you input it into a form that then

PAGE 163

1 channel as to
2 A. (Witness nods head.)
3 Q. And did you receive a personal response or
4 was it an automated response?
5 A. I received a response that someone from
6 Southworth-Milton would be in touch with me.
7 Q. And then who responded from
8 Southworth-Milton?
9 A. I received an e-mail from Jim Withrow from
10 Southworth-Milton. Prior to that, I called Al
11 Cardoza about it, and Al Cardoza told me the program
12 no longer existed. And then I then -- the next day I
13 received an e-mail from Jim Withrow explaining to me
14 they have what's called an Advantage program for an
15 additional 250,000 miles, or 200 miles.
16 Q. The next entry, "Freightliner re 7400
17 doing front structure first." Does that mean 7400
18 was still at Tri State during this time?
19 A. I believe so.
20 Q. So 7400 was in since September 8?
21 A. Yes.
22 Q. The next entry refers to East River.
23 "Billy told East River can't do work." What is East
24 River?

PAGE 164

1 A. It's an oil company in Connecticut that
2 we -- that Trans-Spec does transportation for.
3 Q. Why did Trans-Spec -- I'm assuming Billy
4 is Billy Howard?
5 A. Yes. Billy is the dispatcher.
6 Q. Why did Billy at Trans-Spec say that
7 Trans-Spec can't do work for East River?
8 A. I told him he didn't have the equipment to
9 do it now. We had too many trucks down. And to be
10 fair with the customer and let him know that we just
11 couldn't handle it.
12 Q. Skipping one entry down to where it says,
13 "Jim at CAT said bolts were covered. Jay and Bob
14 present." Who is Jim?
15 A. Jim is the service manager, Withrow.
16 Q. Jim Withrow?
17 A. Withrow, yes.
18 Q. Where did this conversation take place?
19 A. Somebody had mentioned something about
20 bolts weren't covered or something, and I -- when we
21 went to pick up a truck, I says, "Jim what's the
22 story? Are the bolts covered or not?" He says, "Of
23 course they're covered."
24 Q. The last entry, "Gary check for flywheel

PAGE 165

1 cracks." Who is Gary?
2 A. He is one of the mechanics at night.
3 Q. What did you ask him to do?
4 A. I asked him to check the trucks over there
5 and make sure what we had, that if we had anything
6 that was broken, because they were coming apart too
7 frequently and so many of them.
8 Q. Was this an occasional request that you
9 made of mechanics?
10 A. Quite often.
11 Q. Why?
12 A. Because we're trying catch them before
13 they would disintegrate. We were trying to keep up
14 with them, because, unfortunately, when the flywheel
15 cracks, if you can catch it before it takes the block
16 with it, it's less of a job. Unfortunately, most of
17 them that crack, they take the right-hand -- the
18 corner of the block.
19 Q. So this was preventative maintenance or --
20 A. Yes.
21 Q. On September 30, 2004, it says "7400 back
22 to CAT, exhaust leaking." Is that the 7400 that was
23 out in early September?
24 A. Yes.

PAGE 166

1 Q. And it had been repaired and it had to go
2 back to Caterpillar for further repair?
3 A. That's correct. I believe this vehicle
4 sat at Freightliner so long that we finally ended up
5 taking it to CAT because they had an opening. They
6 fixed it. There happened to be an exhaust leak. We
7 had to take it back.
8 Q. It says "Dropped off parts for 8300."
9 Does that mean that 8300 was still in the shop since
10 your September 7th entry?
11 A. Very possible. Obviously, they had a
12 flywheel apart and before they put it back together,
13 they noticed the clutch might have been bad, so we
14 probably brought them out a new clutch. So when they
15 were reassembling, they put the clutch in as well.
16 Q. Are you familiar with the repair history
17 of Truck 6100 in early October 2004?
18 A. You'll have to refresh my memory.
19    MR. SAMITO: Why don't we mark this.
20    (Exhibit No. 6 marked for identification.)
21 Q. I show you Barton Exhibit 6, which is a
22 four-page packet of photographs, and I'll describe
23 the pages. One is dated October 6, 2004, one
24 photograph on the page. There's another page that

PAGE 167

1 has two photographs dated October 8, 2004, another
2 page that has four photographs dated October 6, 2004,
3 and a final page with four photographs dated
4 October 15, 2004. Do you recognize where these
5 pictures were taken?
6 A. Yes.
7 Q. Where?
8 A. Freightliner in Shrewsbury, Massachusetts.
9 Q. Who took them?
10 A. I did.
11 Q. Where these for Truck 6100?
12 A. Yes.
13 Q. Does this refresh your memory?
14 A. Yes, it does.
15 Q. Can you describe what happened in early
16 October 2004 regarding repair of Truck 6100?
17 A. I received a call from the Freightliner
18 dealership that Al Cardoza had come out and inspected
19 a truck and told the mechanics to put a new flywheel
20 on it and put it back together and epoxy the block.
21    Subsequently, I went up there. The
22 mechanic did not feel that this was suitable. The
23 owner of Freightliner also was very concerned as to
24 the fact that if they put it back together without

PAGE 168

1 replacing the block, it would just break again. But
2 this was their instructions that they received from
3 Caterpillar, which some squawking was done, and it
4 was finally fixed properly by putting a new block in
5 it and a flywheel.
6 Q. Who did the squawking?
7 A. I believe I started doing the squawking,
8 and I believe Jay Howard did some squawking also.
9 Q. Who did you speak to regarding this issue?
10 A. I think I believe I spoke with Al Cardoza.
11 Q. Where did that conversation take place?
12 A. On the phone.
13 Q. What was the substance of that
14 conversation?
15 A. Why are you trying to take advantage of
16 us? The thing is warranted. You're going to put
17 something back together and it's going to break again
18 because you're not doing it properly.
19 Q. What did Mr. Cardoza say in response?
20 A. I don't even recall. It was a very heated
21 discussion. Because all I know is, they fixed it
22 properly and -- due to the diligence of the
23 Freightliner dealership being honest with us.
24 Q. When you say "Freightliner," you

PAGE 169

1 consistently -- I should clarify for the record.
2    A. Tri State Shrewsbury.
3    Q. Okay. "October 12, 2004, talked with Jim
4 at MiltonCAT re setting up inspection. Will let me
5 know. Maybe can be done at night." What inspection
6 does this refer to?
7    A. These were the inspections for the
8 Advantage program, the extended warranty that
9 Caterpillar had available. The cost to us was
10 $55,920, and the stipulation was that every truck had
11 to be inspected by them. There was a certain
12 criteria it had to meet so it would be able to be
13 basically insured or warranted with the extended
14 warranty.
15         Due to our many trucks that were
16 broken down, I had to try to make arrangements where
17 we would have trucks available to deliver the product
18 and have the minimal trucks in being tied up. And
19 Jim was working this out with me, and the original
20 plan was to do an inspection at night, but it didn't
21 work that way.
22    Q. You earlier discussed language on the back
23 of the sheet registering the serial numbers of the
24 trucks with Al Cardoza. Do you recall when that

PAGE 170

1 conversation took place?
2    A. That was way back in October of 2003 when
3 I first went there.
4    Q. That was in one of your first meetings
5 with Mr. Cardoza?
6    A. Yes, that was at Truck Service when I
7 first met him.
8    Q. That was at the very first meeting with
9 Mr. Cardoza?
10    A. Yes, that's when I was introduced to him
11 at the garage.
12       MR. SAMITO: I have no more questions.
13       MR. GRUNERT: I'm going to have a few.
14 Just give me a minute.
15       REDIRECT EXAMINATION
16 BY MR. GRUNERT:
17    Q. Mr. Samito asked you about documents that
18 Trans-Spec has related to these trucks beyond the
19 ones that were included in Howard Exhibits 9 through
20 30. You referred to documents that Trans-Spec keeps
21 at 7 Cristo Lane. What documents related to the
22 trucks does Trans-Spec keep at 7 Cristo Lane?
23    A. I have no idea. Mostly mileage probably,
24 anything to do with the way they run the office,

PAGE 171

1 receipts, payments.
2    Q. When you said "mileage," what did you mean
3 by that?
4    A. Well, they had to keep track of mileage
5 for fuel tax purposes. That is basically where the
6 corporate office is.
7    Q. Now, what kind of records recording
8 mileage on the trucks are kept?
9    A. Well, they have to claim so many miles for
10 fuel tax purposes. I don't know exactly what kind of
11 records are kept. There are some kind of records.
12    Q. Are the mileage records generated
13 annually?
14    A. Couldn't tell you.
15    Q. But there are mileage records that record
16 the mileage on each of these trucks on particular
17 dates, and those are kept at the 7 Cristo Lane
18 office; correct?
19    A. I don't know if they're on particular
20 dates or if they're monthly, annually, quarterly. I
21 really couldn't tell you.
22    Q. Well, whether they're monthly or annually
23 or quarterly, they're on a particular date; it's just
24 you don't know how many dates per year; correct?

PAGE 172

1    A. I have no idea.
2    Q. And the best you can do is tell me that
3 those are mileage records?
4    A. I don't know what you'd call them. I'd
5 say there has to be some kind of records so they can
6 report their fuel use. So I would say they're
7 mileage.
8    Q. Now, the receipts that you referred to
9 that are kept at 7 Cristo Lane, what did you mean by
10 that?
11    A. Let's say they buy a truck, they get a
12 receipt; they buy a doughnut, they get a receipt.
13 Any business gets receipts when they purchase things.
14 So I would assume they would have receipts for items
15 purchased, et cetera, et cetera.
16    Q. So at 7 Cristo Lane, there are receipts
17 evidencing Trans-Spec's receipt of the trucks
18 involved in this case; correct?
19    A. I would imagine, yes.
20    Q. And there are receipts there evidencing
21 Trans-Spec's receipts of other trucks that it may
22 have received between 2000 and 2005; correct?
23    A. I would imagine.
24    Q. And you referred to payments. What did

PAGE 173

1 you mean by payments?
2    A. Well, such if you paid to buy a flywheel
3 housing, I'm sure there would be a receipt there of
4 that.
5    Q. Well, so when you said "receipts" and when
6 you said "payments," were you referring to the same
7 type of documents?
8    A. Yeah, basically anything that money is
9 expended for, I would assume you would get some type
10 of receipt for it.
11    Q. All right. So stored at 7 Cristo Lane
12 there are mileage records for each of the trucks
13 involved in this case, receipts evidencing the
14 receipt of the truck, of each of those 22 trucks, and
15 then there are additional receipts evidencing parts
16 or components for those trucks that Trans-Spec
17 purchased; correct?
18    A. Parts, components, permits.
19    Q. Will there be things such as scale tickets
20 or weight tickets kept at the 7 Cristo Lane location
21 evidencing the weights that these various trucks were
22 pulling on various occasions?
23    A. I really couldn't answer that question. I
24 don't know.

PAGE 174

1    Q. Other than the mileage records and the
2 receipts that are kept at 7 Cristo Lane, what other
3 records related to these trucks are kept at that
4 location?
5    A. Probably the fees for registration,
6 overweight permits.
7    Q. I'm sorry, I missed the first one?
8    A. Overweight permits.
9    Q. Overweight permits.
10    A. Registrations.
11    Q. Bear with me here. I've seen references
12 to overweight permits. When does a common carrier
13 such as Trans-Spec obtain an overweight permit?
14    A. Every 12 months you have to have -- from
15 the Massachusetts Department of Highways, you have a
16 permit called an overweight permit. You also have to
17 have an overweight permit to use the Massachusetts
18 Turnpike. It's basically just another way of
19 collecting money for the Commonwealth.
20    Q. This is Massachusetts.
21    A. Right.
22    Q. The overweight; is there a particular
23 weight specified by the Commonwealth that if you're
24 going to operate a vehicle on the highways of the