1

1    VOLUME: I

2    PAGES: 1 - 120

3    EXHIBITS: See Index

CERTIFIED ORIGINAL
LEGALINK BOSTON

4    UNITED STATES DISTRICT COURT

5    DISTRICT OF MASSACHUSETTS

6

7    - - - - - - - - - - - - - - - - - - - x
     TRANS-SPEC TRUCK SERVICE, INC.,
     d/b/a TRUCK SERVICE,

8

9              Plaintiff,

10   vs.                          Civil Action No.
                                  04-CV-11836-RCL

11

12   CATERPILLAR, INC.,

13              Defendant.
     - - - - - - - - - - - - - - - - - - - - -x

14

15         DEPOSITION OF KEVIN G. HOLMES

16       Monday, April 11, 2005, 9:00 a.m.

17         Tri State Trucking Center, Inc.

18            411 Hartford Turnpike

19      Shrewsbury, Massachusetts 01545

20

21     Reporter:  Deborah L. Maren, RPR

22            LegaLink Boston

23   320 Congress Street, Boston, MA 02210

24           (617)542-3500

EXHIBIT
G

Kevin G. Holmes                                              04/11/2005

47

1          Q.    But you'd seen this happen in other of

2    Trans-Spec's Sterling trucks that they've brought in

3    with the Caterpillar C-12 engines?

4          A.    Yes.

5          Q.    On the next page, on 580 of this packet,

6    can you describe for me the four photographs that you

7    see there and what they represent.

8          A.    Again, similarly, we have the same damage,

9    cracked flywheel housings, as we did in the prior

10   pictures.

11         Q.    Have you ever seen anything routinely like

12   this before the Trans-Spec C-12?

13         A.    Routinely, no, we have not.

14         Q.    So this is an abnormality to see bell

15   housings in this condition?

16         MR. GRUNERT:  Object to the form.

17         A.    In the number of failures, yes, that is

18   correct.

19         Q.    And is this a complete failure?  Or can

20   this be repaired in any way?  Or is this --

21         A.    No.  This is actually detrimental to the

22   vehicle's operation.

23         Q.    This would cause widespread problems to the

24   rest of the engine and the rest of the truck?

Kevin G. Holmes                                    04/11/2005

48

1              MR. GRUNERT:  Object to the form.

2              A.    Absolutely.

3              Q.    What kind of damage would that cause to the

4       truck?

5              MR. GRUNERT:  Object to the form.

6              A.    Actually, it could cause transmission

7       damage.  It could cause drivetrain vibration.  Again,

8       this -- this piece of the engine obviously has to have a

9       specific pitch and angle to it so obviously it follows

10      the same angle throughout the driveline.  And if not,

11      you can create other problems throughout the vehicle as

12      well.

13             Q.    So these failures aren't confined to a

14      simple replacement of the piece; they actually do cause

15      other damage both to the engine and other components?

16             MR. GRUNERT:  Object to the form.

17             A.    Yes, it may.  That's correct.

18             MR. GRUNERT:  Could you give me a minute to

19      state my objection?  It's hard for the stenographer to

20      take down two people at once.

21             Did you get the objection to that question?

22             MR. SAMITO:  I'm sure we're all getting your

23      objections.

24             Q.    You can continue answering.

Kevin G. Holmes                                              04/11/2005

49

1          A.    And, as I stated, this actually can cause

2    other problems within the vehicle's drivetrain, cab, et

3    cetera.

4          Q.    What sort of specific damage could this

5    cause?

6          MR. GRUNERT:  Object.

7          A.    Again, through vibration it can loosen

8    components much earlier than the norm just through,

9    again, the vehicle not -- the engine not having its

10   proper balance and creating other problems.

11         Q.    Looking at 581 of this exhibit, what do you

12   see there?  There's only one picture on this.  What do

13   you see there?

14         A.    Again, I see the engine flywheel housing

15   cracked.  And, again, that is cracked as many of the

16   others that I have viewed here at the dealership as well

17   as in the pictures.

18         Q.    Complete failure?

19         A.    Yes.

20         Q.    And 582?

21         A.    582 again is a single picture, again,

22   having the same failure of a cracked bell housing and,

23   again, leading from the flywheel housing mounting bolts

24   out to the housing itself.

Kevin G. Holmes                                          04/11/2005

                                                              80

1            A.   Al Cardoza has been giving us specifics as

2     to what he requests us to do with these engines.

3            Q.   What have those specifics been?  What has

4     he been telling you to do with the engines?

5            A.   Either replace the flywheel housing or

6     repair the front engine cover leaks.

7            Q.   How would you repair the front engine cover

8     leaks?  Has he been giving you specifics to repair it?

9     Or is there just a set procedure for doing so?

10           A.   Actually, there are set procedures that are

11    obviously there.  And obviously we have to follow those.

12           Q.   Has he been telling you to patch any of the

13    engines or flywheel housings or flywheel housing bolts

14    or any components?

15           A.   There was a unit here, yes, that was

16    patched.

17           Q.   Is patching sufficient for these types of

18    problems that you've been seeing in Trans-Spec's C-12

19    engines?

20           MR. GRUNERT:  Object to the form.

21           A.   Unfortunately so, not in the engine that

22    was here, no.

23           Q.   Do you know why Al Cardoza told you to

24    simply patch the engine?

Kevin G. Holmes

04/11/2005

81

1        A.    Specifically, no, I don't.  Obviously, I'm

2   sure, from a cost standpoint, yes.

3        Q.    Was it obvious that patching wouldn't be

4   sufficient to make this repair on this engine?

5        A.    For the vehicle's longevity, yes.

6        Q.    Why?

7        A.    Because a piece of the engine block was

8   broken.

9        Q.    How did Al Cardoza tell Tri State to patch

10  the engine block?

11       A.    He said to put the piece back on and epoxy

12  it.

13       Q.    How long did it last?  Do you know?

14       A.    Unfortunately so, I don't know that now.  I

15  believe that's, you know, a vehicle that has not been

16  back here so I would not know that.

17       Q.    Did you or -- do you know if the person who

18  was dealing with this particular engine from Tri State,

19  did that person voice any concern with Al Cardoza

20  regarding the insufficiency of that patching?

21       A.    I believe there were pictures taken and

22  all, yes.

23       Q.    Do you have those pictures?

24       A.    Unfortunately so, I don't personally.  But

Kevin G. Holmes                                      04/11/2005

82

1      I do believe there is a disk, yes.

2              Q.    Okay.  You said that cost consideration was

3      a factor, you thought, in that decision.  Could you

4      explain what you meant by that?

5              A.    Again, an engine bell housing or flywheel

6      housing repair would be in the vicinity of maybe $3,000,

7      $3500 between parts and labor, as opposed to an engine

8      replacement which would be in excess of $20,000.

9              Q.    How much would patching cost?

10             A.    Again, the patching would encompass --

11     probably be about that 32 to $3500.

12             Q.    Okay.  From what you've seen, is there a

13     permanent fix for Trans-Spec's types of problems with

14     the engines?

15             MR. GRUNERT:  Object to the form and competence.

16             A.    Other than replacement, as I mentioned

17     earlier, no.

18             Q.    Okay.  Does Caterpillar ever authorize a

19     dealer such as Tri State to make a repair pursuant to a

20     warranty and then subsequently refuse to pay it?

21             A.    Yes.

22             Q.    Could you tell me about that.

23             A.    Actually, we've -- we have had claims that

24     we have been authorized to perform and we do get charged