1   inside of the engine out.
2   Q.  Was there a course work component?
3   A.  I beg your pardon?
4   Q.  Did you attend seminars or courses?
5   A.  Yes e oh, yeah.
6   Q.  What sort of seminars, what courses did you
7       take?
8   A.  These were conducted in Peoria, Illinois, at
9       Caterpillar.
10  Q.  How many?
11  A.  Oh, through the years, it's probably been 25,
12      you know, as a product updates, updates classes
13      that are attended, product seminars every year.
14      MR. GRUNERT:  Al, I've noticed
15  occasionally you start to answer the question
16  before Mr. Samito is quite finished answering
17  asking it, so try to give him a chance to finish
18  his question before you start to answer so the
19  stenographer doesn't have to try to take down
20  two people at once.
21      THE WITNESS:  Okay.
22  Q.  Do you have training or certifications
23      specifically regarding engine repair?
24  A.  Yes.

DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

Page 12

```
 1   Q.   What certifications do you have regarding engine
 2        repair?
 3   A.   During these certifications, complete overhaul,
 4        disassembly and assembly are part of our
 5        training and part of the knowledge required.
 6   Q.   During your training with Caterpillar, did you
 7        ever have to disassemble an engine or reassemble
 8        an engine?
 9   A.   Yes.
10   Q.   Was that part of this?
11   A.   Yes.
12   Q.   How many times have you had to go through that?
13   A.   Numerous times, too many to mention because
14        that's what I also trained with.
15   Q.   Have you given any of these certification
16        seminars?
17   A.   Yes.
18   Q.   What ones have you given?
19   A.   By engine model?
20   Q.   Yes, yes.
21   A.   3406, the 3176, C10, C11, C12, C13, 3306, the
22        3126, 3116.  That's enough models there to keep
23        you out of mischief.
24   Q.   How many times have you given a seminar
```

```
 1         regarding the 3176?
 2   A.    Probably ten times, at least, being
 3         conservative.
 4   Q.    How many for the C12?
 5   A.    Equal amount.
 6   Q.    Were these seminars that you gave in Peoria or
 7         do you travel around the country?
 8   A.    To our 48 TEPS dealers that I handle as part of
 9         my job responsibility.
10   Q.    In the New England area?
11   A.    Yes.
12   Q.    Where were these seminars held?
13   A.    Either at our facility, and/or at the dealers.
14   Q.    When you say our facility, does that mean?
15   A.    Milton.
16   Q.    At Milford?
17   A.    Milford facility.
18   Q.    Do you have any training or certifications
19         regarding engine design, outside of what you've
20         described?
21   A.    No.
22   Q.    Has Milton cat or Southworth-Milton provided you
23         any additional training or certifications
24         regarding Caterpillar products?
```

Page 205

```
1            MR. GRUNERT:  I would object to the form.
2   A.   Yeah.
3            MR. SAMITO:  Mark that as our next
4        exhibit.
5            (Exhibit No. 15, For Identification,
6            marked.)
7   Q.   Looking at page S 000198.
8   A.   Okay.
9   Q.   It says on line 832 placed a call into CAT for
10       Al Cardoza to look at housing for warranty
11       purposes.  Do you have any identify tee why in
12       this story it says placed a call into cat for Al
13       Cardoza?
14  A.   To a TEPS dealer, Southworth-Milton is
15       Caterpillar in many cases, in their eyes.  When
16       they're a Caterpillar dealer, they do not call
17       Peoria Illinois, they call directly to us and
18       I'm Mr. Caterpillar.
19           MR. SAMITO:  Let's mark this as the next
20       exhibit.
21           (Exhibit No. 16, For Identification,
22           marked.)
23  Q.   Looking at S 000280?
24  A.   288?
```