3

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-11836RCL

———
                                        )
TRANS-SPEC TRUCK SERVICE, INC. )
D/B/A TRUCK SERVICE,                    )
                                        )
          Plaintiff                     )
                                        )
vs.                                     )
                                        )
CATERPILLAR, INC.,                      )
                                        )
          Defendant                     )
———                                     )

AUDIOVISUAL DEPOSITION OF JOSEPH
M. HOWARD, JR., a witness called on
behalf of the Defendant, pursuant to
Massachusetts Rules of Civil Procedure,
before Susan E. Wilson, Registered
Professional Reporter and Notary Public
in and for the Commonwealth of
Massachusetts, at the Law Offices of
Campbell, Campbell, Edwards & Conroy,
One Constitution Plaza, Boston,
Massachusetts, on Tuesday, May 3, 2005,
commencing at 9:43 a.m.

C.J. REPORTING
A5 Colonial Drive, No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com

### I N D E X

DEPONENT  Joseph M. Howard, Jr.

#### PAGE

DIRECT EXAMINATION BY
MR. GRUNERT                9

CROSS-EXAMINATION BY
MS. REIMER                283

2

APPEARANCES:

NANCY M. REIMER, ESQUIRE
CHRISTIAN G. SAMITO, ESQUIRE
  Donovan Hatem, LLP
  Two Seaport Lane
  Boston, MA 02210
  617-406-4500
  On Behalf of the Plaintiff.

JOHN GRUNERT, ESQUIRE
  Campbell, Campbell, Edwards & Conroy
  One Constitution Plaza
  Boston, MA 02129
  617-241-3000
  On Behalf of the Defendant.

Also Present:

William Barton, Videographer

4

### E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Sterling Specification Proposal 3/23/99 | 103 |
| 2 | Sterling Summary Quotation | 124 |
| 3 | On-Highway Vehicle Engine Extended Service Coverage | 140 |
| 4 | Letter Dated March 24, 2005 | 140 |
| 5 | Caterpillar Limited Warranty | 144 |
| 6 | Caterpillar Limited Warranty | 144 |
| 7 | Flywheel Housing Replaced | 148 |
| 8 | Sterling Truck Number Assignment | 163 |
| 9 | Documents Pertaining to Truck 6000 | 188 |
| 10 | Documents Pertaining to Truck 6100 | 188 |
| 11 | Documents Pertaining to Truck 6200 | 188 |
| 12 | Documents Pertaining to Truck 6300 | 188 |

EXHIBIT

A

65

1    I'm a very faithful person, and I really

2    had to take all of this under

3    consideration.

4  Q.  What research did you do the next day in

5    order to learn that Hartford was not

6    within Southworth Milton's district?

7  A.  I believe I called Harry Calderbank.

8  Q.  What did you say to him and what did he

9    say to you?

10  A.  I was -- at that point, I think I had

11    called Harry on concessions of the

12    multiple purchase of Caterpillar engines

13    versus the M11 Cummins. And Harry

14    informed me that -- and I'm not even

15    sure if this was before or after the

16    conversation with Kevin Holmes, but he

17    informed me that Hartford wasn't in his

18    district, that I would have to deal with

19    New Haven.

20  Q.  Did he tell you the company that you

21    would have to deal with if you bought

22    these trucks in Connecticut?

23  A.  Well, I know the Caterpillar dealer in

24    New Haven. I can't even think of the

66

1    name.

2  Q.  H.O. Penn?

3  A.  Yes. That is what it was.

4  Q.  Did Mr. Calderbank tell you that if you

5    purchased these trucks from the

6    Connecticut dealership that you would

7    have to deal with H.O. Penn in terms of

8    servicing for the engines?

9  A.  Yes. Or warranty for the engines or

10    concessions for the engines. Anything

11    about the engine, he couldn't help me.

12    He could fix them. He could fix

13    anybody's Caterpillar, but he couldn't

14    offer any assistance on the financial

15    arrangement.

16  Q.  You mentioned having talked with Mr.

17    Calderbank about concessions on

18    purchasing multiple engines relative to

19    the Cummins engine. Tell me about that

20    conversation. What did you say and what

21    did he say?

22  A.  I really don't recall the exact

23    conversation, but it was about

24    performance, about weight, about the

67

1    warranty, the cost of warranty, the

2    discounting and, of course, who would

3    stand behind their warranty the best.

4  Q.  In the conversation with Mr. Calderbank

5    comparing the Cummins M11 and the C-12,

6    what did he tell you about relative

7    performance?

8  A.  He showed me comparison charts between

9    the two engines, economy charts. The --

10  Q.  I'm sorry. I interrupted you. Finish

11    your answer.

12  A.  I was primarily done. I wanted it to be

13    Caterpillar.

14  Q.  Did you keep those charts that he showed

15    you?

16  A.  No. No. Not that long.

17  Q.  What do you remember them showing that

18    was of interest to you?

19  A.  Torque curve, actual power, gross

20    horsepower, grade ability versus

21    economy. One of the big things that he

22    was selling was the cleanliness of the

23    Caterpillar versus the Cummins. I

24    believe he said the Cummins is the --

68

1    M11 is the dirtiest engine on the

2    market.

3  Q.  Does that mean it has high emissions?

4  A.  I think, internally, soot. Soot in the

5    oil, if you do an oil analysis.

6  Q.  Anything else that you remember him

7    telling you about relative performance

8    of the Cummins engine and the C-12?

9  A.  He knew I wanted to be talked out of it.

10    So it really wasn't a heated

11    conversation of any kind. I wanted to

12    be talked out of it. I wanted him to

13    match what they were trying to sell me.

14  Q.  Have you given me your best memory of

15    the information that Mr. Cummins gave

16    you in the conversation that you had

17    with him comparing the M11 Cummins

18    engine to the C-12?

19            MS. REIMER: Objection

20    as to form.

21  A.  I didn't quite understand it.

22            MS. REIMER: You got the

23    wrong name in there.

24  Q.  Have you given me your best and most

69

1 complete memory of your conversation you
2 had with Mr. Calderbank comparing the
3 Cummins engine and the C-12 engine?
4 A. Yes.
5 Q. He also talked to you about relative
6 weights of the two engines?
7 A. Yes.
8 Q. C-12 was lighter?
9 A. No.
10 Q. C-12 was heavier?
11 A. He said they were the same. There was
12 about 60 pounds difference.
13 Q. What did he tell you about relative
14 warranties?
15 A. They were the same.
16 Q. Did he describe the warranties other
17 than just telling you that they were the
18 same?
19 A. I believe he called it a serious
20 nucleus, and he gave us literature
21 showing everything that it covered.
22 Q. Was so-called serious nucleus coverage
23 something that you had on other
24 Caterpillar engines that you already

70

1 owned?
2 A. Everything, yes.
3 Q. Technically speaking, it was an extended
4 service contract that you purchased,
5 correct?
6 A. Yes.
7 Q. When I say that you purchased, either
8 you purchased it by paying money or you
9 got it as part of the overall
10 transaction whereby you purchased the
11 truck with the Caterpillar engine in it?
12 A. Yes. Had a figure -- had a cost figure
13 on it. If you didn't want it and wanted
14 the money, I don't think they would give
15 it to you. No. It did have a cost
16 figure. It had a value.
17 Q. Let me just show you a document. What I
18 have got is a package of documents
19 contained with a letter from your
20 attorneys. I'm just going to hand it to
21 you in that form. But I will ask you to
22 look at the third page of the document,
23 third page, including the first page,
24 which is your attorney's letter, and ask

71

1 you if that is the serious nucleus
2 coverage that you understood Mr.
3 Calderbank to be talking about. It's a
4 two-sided document.
5 A. All I really remember is I did see a
6 list of numbers on a page, and this
7 would have been explained to me, and
8 then Andy would have -- he is my
9 technical guy -- he would have taken it
10 from there.
11 Q. Andy Lind?
12 A. Yes.
13 Q. The document that I have shown you that
14 says on the front of it On Highway
15 Vehicle Engine Extended Service
16 Coverage, is that a form of document
17 that Mr. Calderbank showed you in
18 connection with these conversations he
19 was having with you concerning --
20 A. He never showed me a document.
21 Q. You had seen a document of this type
22 before in connection with your other
23 Caterpillar engines, correct?
24 A. I don't remember ever seeing it. I

72

1 possibly could have, but I don't recall
2 it.
3 Q. In the conversation that you had with
4 Mr. Calderbank concerning the warranty,
5 relative warranties as to the Cummins
6 engine or the C-12 engine, although he
7 didn't show you the document, did he
8 tell you what the coverage would be?
9 A. Yes, he did.
10 Q. What did he say?
11 A. He said it would be a 500,000 mile
12 extended warranty.
13 Q. Did he tell you anything else?
14 A. He told me what it would cover and what
15 it wouldn't cover.
16 Q. What did he tell you on that subject?
17 A. All the heavy parts after a certain
18 time. I don't believe it would cover --
19 on the extended it wouldn't cover a
20 turbocharger or injector or an ECM or
21 something like that, but as far as the
22 internal combustion parts, pistons,
23 valves, crankshaft, timing gears,
24 totally everything.

109

1  specifications for these trucks?
2  A. I had run across them not too long ago.
3     I don't believe that we have -- we still
4     have them.
5  Q. When did you last see them?
6  A. It could have been a couple of years
7     ago. I really don't recall.
8  Q. Where were they when you saw them?
9  A. I don't know if they were in my
10    briefcase. I continually throw things
11    away. Old things get thrown away.
12    Whether it's my briefcase or my desk or
13    what have you, things I don't have to
14    keep, I don't keep.
15 Q. During the process whereby Mr. Medbery
16    sent you these line sheets and corrected
17    line sheets and you then spoke with him
18    about changes to them, during the period
19    that that process was going on, did you
20    have any communications with Mr.
21    Calderbank or anyone else employed by
22    Southworth-Milton or Caterpillar
23    concerning the engines that were to be
24    in these trucks?

110

1  A. Yes.
2  Q. Who did you have those conversations or
3     communications with?
4  A. Primarily Harry Calderbank.
5  Q. Anybody other than Harry Calderbank?
6  A. I'm sure I had spoken to Al Cardoza, but
7     I don't really recall a specific
8     conversation.
9  Q. During the period where you are going
10    back and forth with Mr. Medbery about
11    these line sheets, what were the
12    communications you had with Mr.
13    Calderbank concerning the engines that
14    you wanted to be in these trucks that
15    you were discussing?
16 A. We discussed other Caterpillar engines
17    also and the weight factor between at
18    that time a 3406E. It was 600 pounds
19    and it was just too heavy, so we
20    reverted back to the C-12, and it had
21    been working out, so we decided on that,
22    and then he told me about the
23    discounting.
24 Q. Why were you considering a 3406E for

111

1     these trucks?
2  A. Retail.
3  Q. What do you mean by that?
4  A. A truck with, they call it, a big bore
5     engine has a higher resale than a
6     smaller engine.
7  Q. Other than resale value, was there
8     anything about the performance
9     characteristics or the quality or the
10    accessories or the equipment on a 3406E
11    that caused you to be interested in that
12    as a possible alternative to a C-12 for
13    these trucks?
14 A. No.
15 Q. Was it you who raised the subject with
16    Mr. Calderbank about possibly having the
17    trucks equipped with a 3406E, or did Mr.
18    Calderbank raise that possibility?
19 A. I did.
20 Q. Had Mr. Medbery, or anyone from
21    Minuteman, suggested the possibility of
22    a 3406E?
23 A. No.
24 Q. So you raised, during this period of

112

1     time, with Mr. Calderbank about a 3406E,
2     and you and he discussed the weight
3     penalty that that would entail?
4  A. Yes.
5  Q. The weight penalty was more than you
6     wanted to pay basically, correct?
7  A. Yes.
8  Q. You also said that during this period of
9     time you discussed discounting with Mr.
10    Calderbank. What discussion was had on
11    the subject of discounting?
12 A. Basically, how bad do you want my
13    business?
14 Q. What did you say to him and what did he
15    say to you?
16 A. I believe he had given us or offered us
17    an extra $500 discount off of each
18    engine over and above what the dealer
19    could get from Sterling itself on an OEM
20    basis and free of charge extended
21    500,000 mile warranty.
22 Q. So is that what you and he discussed in
23    terms of discounting?
24 A. What we had to do was match the M11

225

1 Q. During the year 2004, did Minuteman do
2    any work, non-engine work, on these
3    trucks?
4 A. No.
5 Q. Did Trans-Spec do non-engine work on the
6    trucks?
7 A. Yes.
8 Q. Why did Trans-Spec stop using Minuteman
9    for non-engine work on these trucks in
10   2004?
11 A. Trucks were out of warranty.
12 Q. Any other reason?
13 A. Not really.
14 Q. Had you been satisfied with the service
15   that Trans-Spec had received from
16   Minuteman Truck with respect to work on
17   these trucks or these engines?
18 A. Yes.
19 Q. You would have no complaints for that
20   work?
21 A. I have complaints with everything.
22 Q. You had no complaints about Minuteman's
23   work more than you have complaints about
24   any other dealership's work?

226

1 A. That's a true statement.
2 Q. In the year 2004, other than Trans-Spec
3    itself, who performed non-engine work on
4    these trucks?
5 A. Just Trans-Spec.
6 Q. So all of the non-engine work in 2004
7    was done by Trans-Spec?
8 A. Correct.
9 Q. And is that true for 2005 as well?
10 A. Yes.
11 Q. In 2004, who did the engine work on the
12   engines in the Sterling trucks?
13 A. Milton CAT or Tri-State Freightliner.
14 Q. Did Trans-Spec do any engine work in
15   2004 on these trucks?
16 A. In the very beginning, I believe we did.
17 Q. What kind of engine work?
18 A. Whatever we had to.
19 Q. Do you remember what that was?
20 A. Flywheel housings.
21 Q. Anything else?
22 A. I don't recall anything else.
23 Q. Then in 2005, who has done engine work
24   on these trucks?

227

1 A. Milton CAT and the Tri-State
2    Freightliner.
3 Q. Trans-Spec hasn't done any?
4 A. No.
5 Q. Up until the time when you learned from
6    Minuteman that Caterpillar had told that
7    it would not pay for engine work that
8    you would take the truck or sent the
9    truck to Minuteman for, had you had any
10   discussions with anyone from Southworth
11   or anyone from Caterpillar concerning
12   engine problems that you were having
13   with the Sterling trucks?
14 A. Yes.
15 Q. When did you first have a discussion on
16   that subject with someone from
17   Southworth or from Caterpillar?
18 A. We consistently had discussions with
19   Harry Calderbank and Al Cardoza.
20 Q. When did you have the first such
21   discussion with one of those two
22   gentlemen?
23 A. When things started getting more
24   non-coincidental.

228

1 Q. Can you bracket when that was?
2 A. It's pretty tough to say. As long as
3    they were accepting responsibility in
4    repairing them, I really didn't complain
5    much. The frequency was, you know, kind
6    of tough.
7         And trying to get a
8    truck fixed in a reasonable amount of
9    time was sometimes a problem where I
10   would call Harry and say, Okay, Harry,
11   where do we go? And he would try to
12   find us a place to get the truck fixed
13   in short order. That was his job.
14        But when all of a sudden
15   we have two trucks down, three trucks
16   down, four trucks down, I believe that
17   was by 2000 -- late 2002, mid 2002, just
18   an estimate, but now it was a concern,
19   and that's when they denied a claim and
20   we were in trouble.
21 Q. Let me ask you this. You mentioned
22   dispatchers. Do the dispatchers at
23   Trans-Spec, in order to do their job,
24   have some type of document in front of

229

1   them that lists out all of the trucks
2   that they are going to be -- all the
3   trucks that might be dispatched for work
4   on a particular day?
5   A.   Yes.
6   Q.   And do those forms that the dispatchers
7        use identify Trans-Spec trucks that are
8        out of service on that day?
9   A.   What a coincidence.  Yes.
10  Q.   So if I wanted to know specific days
11       when particular trucks were out of
12       service, I could learn that by looking
13       at those dispatcher forms, if they are
14       still in existence, correct?
15  A.   Yes.
16  Q.   And has Trans-Spec kept those dispatcher
17       forms for the last several years?
18  A.   Yes.
19  Q.   Where are they located?
20  A.   22 Eskow Road.
21  Q.   Are they located in the storage trailer
22       there, or are they located somewhere
23       else?
24  A.   No.  They are on the dispatch system.

230

1   Q.   So they are actually electronically
2        stored?
3   A.   Yes.
4   Q.   How far back do those records exist?
5   A.   1996.
6   Q.   So for each day between the day in early
7        2000 when these trucks went into service
8        up until today, there would be a
9        dispatcher form that would tell us which
10       of the trucks was in service or out of
11       service on that day, correct?
12  A.   Yes.  That's correct.
13  Q.   What would be involved in printing out
14       those forms?
15  A.   Not much.
16  Q.   It would be an easy thing to do?
17  A.   Yes.
18  Q.   As you sit here today, you probably
19       can't tell me the specific days when
20       each of these 22 Sterling trucks were
21       out of service, can you?
22  A.   No.  I can't.
23  Q.   Would the best way of getting that
24       information be by looking at those

231

1        dispatcher forms?
2   A.   Or just have them print it out.
3   Q.   Well, whether you are looking at them on
4        the screen or getting them printed out,
5        that would be the easiest and most
6        effective way to know exactly when those
7        trucks were out of service, correct?
8   A.   Absolutely.
9   Q.   Those forms wouldn't tell you why they
10       were out of service, but they would tell
11       you whether they were out of service or
12       not, right?
13  A.   Yes.
14  Q.   I understand that in June of 2004, you
15       attended a meeting at Southworth
16       Milton's place of business in Milford,
17       Massachusetts that was attended by
18       yourself and maybe some other people
19       from Trans-Spec and some people from
20       Caterpillar and some people from
21       Southworth.  Do you remember that
22       meeting?
23  A.   Yes, I do.
24  Q.   Was that the first meeting that you had

232

1        related to these trucks and engines with
2        people who were actually Caterpillar
3        employees as distinct from
4        Southworth-Milton employees?
5                   MS. REIMER:  Objection.
6   A.   Yes.
7   Q.   Before that meeting, had you had any
8        conversation with people who were
9        actually Caterpillar employees as
10       distinct from Southworth-Milton
11       employees about these trucks or engines?
12  A.   I really never knew the difference.
13  Q.   Before that meeting, you had had
14       conversations about these trucks and
15       engines with Mr. Calderbank and Mr.
16       Cardoza, right?
17  A.   Amongst others, yes.
18  Q.   Who are the others?
19  A.   There was a fellow in a wheelchair.
20  Q.   What was that fellow's name?
21  A.   I really don't recall.
22  Q.   Where did you have a conversation with
23       him?
24  A.   I seen him a few different -- once in

233

1  Milton. Once on my property. There was
2  a fellow named Gary Blood.
3  Q. You mentioned him earlier?
4  A. Right.
5  Q. Anybody else?
6  A. There was -- there were plenty of
7  others, but one time here and one time
8  there and...
9  Q. Can you name any of them?
10 A. I really -- I'm not the greatest on
11 names.
12 Q. Now, returning to this meeting in June
13 2005, you attended it and who else from
14 Trans-Spec attended it?
15 A. Robert Barton.
16 Q. Anybody else?
17 A. From Trans-Spec, no.
18 Q. Who else was present at that meeting?
19 A. Troy. I really can't recall his last
20 name. He was from Caterpillar.
21 Q. Guidotti, or something like that?
22 A. Something like that.
23 Q. I am not sure I am pronouncing it right.
24 But his first name was Troy and he was

234

1  from Caterpillar?
2  A. Yes.
3  Q. Did he give you a card?
4  A. He did.
5  Q. It said Caterpillar on it?
6  A. Oh, yeah.
7  Q. Who else was at the meeting?
8  A. Al Cardoza from Southworth. There was
9  somebody else there from Southworth.
10 There was Mike Bumpus.
11 Q. Who is Mike Bumpus?
12 A. He is the district rep for Sterling.
13 Q. Who else was there?
14 A. I believe he is with Sterling, yes.
15 Then there was another rep from
16 Sterling.
17 Q. You don't remember his name?
18 A. I will think of his name. Something
19 like Bob White or Bob.
20 Q. Bob, someone from Sterling?
21 A. Yes. I have been dealing with him
22 forever because he was with Freightliner
23 prior to being with Sterling.
24 Q. Other than yourself and Mr. Barton and

235

1  Mr. Guidotti and Al Cardoza and someone
2  else who you can't --
3  A. Bill Wicher.
4  Q. -- you can't recall from SMI, Mr. Bumpus
5  and Bob from Sterling and also Mr.
6  Wicher?
7  A. Yes.
8  Q. Bill Wicher?
9  A. Bill Wicher from Minuteman Trucks.
10 Q. Anybody else there?
11 A. I believe that was it.
12 Q. Did anyone participate by telephone?
13 A. No.
14 Q. Do you remember what time of the day the
15 meeting was?
16 A. I really don't. I'm picturing
17 mid-morning.
18 Q. Do you remember how long the meeting
19 lasted?
20 A. An hour, hour and a half.
21 Q. Did you make any notes during the
22 meeting?
23 A. No. I have -- Bob did.
24 Q. Mr. Barton made notes?

236

1  A. Yes.
2  Q. Are those notes still in existence?
3  A. I believe, yes.
4  Q. Are they handwritten notes?
5  A. With Bob I'm sure he put them in type.
6  He is pretty good.
7  Q. Are these notes that were made at the
8  meeting itself?
9  A. Yes.
10 Q. So these aren't documents that were
11 prepared in anticipation of the meeting?
12 A. No.
13 Q. Did you take to that meeting any
14 documents to use at the meeting?
15 A. Yes.
16 Q. Were those documents that have now been
17 marked Exhibits 9 through 30?
18 A. I believe so.
19 Q. They were in some sort of notebook at
20 that time, right?
21 A. Yes.
22 Q. Did you take any additional documents to
23 that meeting?
24 A. I don't believe I did. I think that's

237

1   what we had.
2   Q.  Did anyone at that meeting supply you or
3       Mr. Barton with any documents during the
4       course of the meeting?
5   A.  When a question was asked, the fellow
6       that had all the information was Al
7       Cardoza. He had every history from
8       every truck I had ever owned right back
9       from day one.
10  Q.  He had a large volume of documents with
11      him?
12  A.  I think he -- I don't know if he had it
13      on his Palm Pilot. I really don't know.
14      But he opened up a book, and any
15      question that was asked he read off on
16      this date and this date, this was done,
17      and so on.
18  Q.  Did Mr. Cardoza supply you or Mr. Barton
19      with any of the documents that he was
20      looking at?
21  A.  No.
22  Q.  When you left that meeting with Mr.
23      Barton, did you take any documents away
24      with you?

238

1   A.  No. Just our own book.
2   Q.  Give me your best memory of what
3       happened at that meeting and who said
4       what to whom?
5   A.  Ed Blake is the other guy from Sterling.
6       I always do that.
7   Q.  His first name wasn't Bob, it was Ed?
8   A.  No, it was Ed. Close, though. It only
9       has a couple of letters in it.
10  Q.  Tell me what happened in the meeting and
11      who said what to whom?
12  A.  Everyone was pretty cordial. They
13      wanted to take care of our problems, and
14      I believe they did. And Troy said, We
15      are going to start fixing the trucks or
16      we are going to see about fixing the
17      trucks. That's what he said.
18          At the time, we wanted
19      to get new trucks, so we were talking
20      about can Caterpillar help us out. If
21      we traded these trucks, if we sold these
22      trucks outright, could we get a discount
23      on new engines? Sterling was there.
24      Could we get -- what we were looking for

239

1   was to make this go away, and we just
2   didn't want to hurt anybody. We just
3   wanted our trucks fixed, be reimbursed
4   for what we had spent and basically get
5   a wholesale price on a truck and an
6   engine, or we discussed it anyway.
7       We got out of it they
8   are going to fix the trucks. And Troy
9   basically confirmed what we were being
10  told by the Milton employees that,
11  historically, Caterpillar will make this
12  up to us. And the term that Troy used,
13  for the first time I heard at that
14  meeting, was that Caterpillar will make
15  you whole.
16      So we left feeling very
17  confident that we felt great. This
18  thing is going to go away, and we are
19  going to be back where we once were with
20  Caterpillar by our side and we would be
21  happy again.
22  Q.  Did you ask Mr. Guidotti what he meant
23      when he said Caterpillar will make you
24      whole?

240

1   A.  No.
2   Q.  Did he explain what he meant by that?
3   A.  Financially whole is what we were
4       looking for, and we believed and so did
5       the Sterling employees believed that's
6       what he meant, also.
7   Q.  Tell me exactly what Mr. Guidotti said
8       in the part of this conversation where
9       he used that phrase.
10  A.  There were a lot of things said. That
11      is the one thing that stuck in my mind,
12      of course, because that was the most
13      important statement made in the whole
14      meeting.
15  Q.  Other than those words, do you remember
16      the context, the sentence, the
17      discussion that those words were stated
18      in?
19  A.  That meeting wasn't as important as the
20      next meeting.
21  Q.  I'm not interested in talking right now
22      about the next meeting. I'm trying to
23      understand what was actually said at the
24      June meeting. You reported some words.

245

1 the proposal of Sterling to help us
2 market the trucks we have. They have
3 access to, you know, probably a thousand
4 truck lots owned by Freightliner which
5 are -- they have a name for them.
6 Select. Select Truck Centers are owned
7 by Freightliner -- and maybe spread them
8 out across the country, two here, two
9 there and what have you, and sell us
10 Caterpillar engines at a really good
11 price and sell us a Sterling truck at a
12 really good price. And we needed them
13 by a certain time so that we could meet
14 our contracts the following winter.
15 Q. What did Mr. Bumpus and Mr. Blake
16 respond to all of that?
17 A. They couldn't get engines.
18 Q. What do you mean they couldn't get
19 engines?
20 A. They were willing. They couldn't get
21 engines. Caterpillar wouldn't bend one
22 inch. They told us we could have
23 Caterpillar engines by like February or
24 something like that. They were all

246

1 booked up.
2 Q. What about trucks with different kinds
3 of engines other than Caterpillar
4 engines, could they get those?
5 A. Could they have gotten those?
6 Q. Did you discuss with them getting those?
7 A. No. Not really.
8 Q. Why not?
9 A. It wouldn't help my problem.
10 Q. What else was discussed at that meeting?
11 A. You know, we had two meetings, and I'm
12 confusing some things possibly being
13 said at the second meeting. They are
14 real close together. The same people
15 were there except I don't think Bumpus
16 and Ed Blake were at the second one, but
17 Steve Schoening was.
18 Q. I'm trying to --
19 A. What I'm getting at is the events,
20 there's a little bit in each meeting and
21 I really -- I possibly could be getting
22 some confused between the two, and I'm
23 not sure if I am or not. They were
24 almost combined meetings, so my answers

247

1 would be correct.
2 Q. The first meeting was there any
3 discussion specifically of the terms of
4 the extended service contract that you
5 had obtained way back when Trans-Spec
6 took delivery of these trucks?
7 A. No.
8 Q. Was there any discussion of what that
9 covered and what it didn't cover?
10 A. No.
11 Q. So that you just didn't talk about that
12 document at the meeting, correct?
13 A. Correct.
14 Q. You didn't talk about the Caterpillar
15 limited warranties with respect to these
16 engines, correct?
17 A. It wasn't that kind of a meeting.
18 Q. Then there was a second meeting, and
19 that occurred in August 2004?
20 A. That sounds good.
21 Q. Is it your memory that it was in August?
22 A. My memory is it was either July or
23 August.
24 Q. That meeting also was at

248

1 Southworth-Milton in Milford?
2 A. I believe it was.
3 Q. Was Mr. Guidotti there?
4 A. We were in a smaller office. I still
5 believe it was there, though. Yes, he
6 was there.
7 Q. Mr. Schoening was there?
8 A. Yes.
9 Q. That is S-C-H-O-E-N-I-N-G.
10 Did Mr. Schoening give
11 you a card?
12 A. Yes.
13 Q. Had you met Mr. Schoening before?
14 A. I'm not sure.
15 Q. Had you spoken with Mr. Schoening
16 before?
17 A. No. I don't believe so.
18 Q. Al Cardoza was there, right?
19 A. Yes.
20 Q. And you and Mr. Barton?
21 A. Yes.
22 Q. Other than Cardoza, was anyone else from
23 Southworth-Milton there?
24 A. I don't believe so.

249

1   Q.   No one from Sterling was there?
2   A.   No.
3   Q.   What about Bill Wicher, was he there?
4   A.   I believe he was there.
5   Q.   Was anyone else at that meeting?
6   A.   I don't think so.
7   Q.   Did you and Mr. Barton bring any
8        documents to that meeting?
9   A.   I believe we did.
10  Q.   Were they the same documents that you
11       had taken to the earlier meeting?
12  A.   Yes. And some things added to it
13       probably.
14  Q.   What had been added to it?
15  A.   I really don't know. Some more of the
16       same.
17  Q.   Did you take any notes at that meeting?
18  A.   No.
19  Q.   Did Mr. Barton take any notes at that
20       meeting?
21  A.   I'm not sure. He usual does, though.
22  Q.   Have you seen any of these notes since
23       the meeting?
24  A.   No. I have spoken to Bob Barton a few

250

1        times. Not recently about the meeting,
2        no.
3   Q.   Mr. Barton still works for Trans-Spec?
4   A.   Yes.
5   Q.   Did anyone supply you with any documents
6        at that meeting?
7   A.   I don't believe so.
8   Q.   How long did that second meeting last?
9   A.   45 minutes maybe, half hour, hour.
10  Q.   After you all got together in the
11       meeting room, who was the first to speak
12       other than simply introductions?
13  A.   Steve Schoening.
14  Q.   What did Mr. Schoening say?
15  A.   He said, "Hello, I'm Steve Schoening."
16       He said, "I'm just here to tell you,"
17       with his hands stuck out, "that this is
18       absolutely not your fault and
19       Caterpillar will make you whole."
20  Q.   Then what did he say?
21  A.   When the meeting was over, everybody
22       talked a little bit about the problems,
23       and he just wanted to get the trucks
24       fixed at a faster rate. And he said,

251

1        "We have got to get you rental trucks."
2        And I said, "I can't. I don't think I
3        can get rental trucks."
4   Q.   He responded what?
5   A.   He didn't.
6   Q.   What was the discussion on the subject
7        of getting your trucks or Trans-Spec's
8        trucks repaired more quickly? What was
9        that discussion?
10  A.   He looked at Al to utilize the shop, you
11       know, fixing a couple of trucks at once
12       possibly in the shop. We had ten or
13       eleven down at that meeting. And they
14       were fixing them, but they would take
15       two weeks to fix them or sometimes a
16       month when they couldn't get a part.
17            The truck with the bad
18       engine, that truck was denied warranty
19       over a year prior to us putting an
20       engine in and buying. We paid $20,000
21       for an engine and we put it in.
22            And then that flywheel
23       housing failed and Southworth said, Gee,
24       we don't warranty -- Caterpillar doesn't

252

1        warranty that engine, so you have to
2        give us back the old engine and take
3        your new engine out and we'll fix your
4        old engine.
5            So here I am I still
6        have a new engine. It is actually
7        $22,000 sitting on a stand with nothing.
8        It was just thrown-away money because we
9        were denied warranty.
10  Q.   You talked with Mr. Schoening about
11       getting work done on the trucks more
12       quickly. Mr. Schoening stuck out his
13       hand and said that they would make you
14       whole?
15  A.   He quoted what Troy had said, and Troy
16       said the same thing at the last meeting.
17       "This is not your fault."
18  Q.   What else did Mr. Schoening say at the
19       meeting in August?
20  A.   The only important things he said was
21       that and about getting us rental trucks.
22       It was such a positive meeting. We
23       didn't say much. Everybody else said it
24       for us and told us exactly what we

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11836-RCL

```
                                    )
TRANS-SPEC TRUCK SERVICE, INC.      )
d/b/a TRUCK SERVICE,                )
        Plaintiff                   )
                                    )
vs.                                 )
                                    )
CATERPILLAR INC.                    )
        Defendant                   )
                                    )
```

## AFFIDAVIT OF JOSEPH M. HOWARD, JR.,
## IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND

I, Joseph M. Howard, Jr., state:

1.  I am the President of Trans-Spec Truck Service, d/b/a Truck Service ("Trans-Spec").

2.  Trans-Spec initiated this litigation only after years of negotiation with Caterpillar Inc. ("Caterpillar") and its local agent and distributor, Southworth Milton, Inc. ("Milton"), failed to remedy its losses.

3.  Trans-Spec declined to file suit during this time because it relied on assurances that Caterpillar would compensate it for the damages it suffered.

4.  When Caterpillar repeatedly failed to make Trans-Spec whole for the damages it suffered, Trans-Spec reluctantly commenced this litigation on August 23, 2004.

SIGNED UNDER THE PENALTIES OF PERJURY THIS ____ DAY OF JUNE, 2005.

Joseph M. Howard, Jr.

00922169

**EXHIBIT**
B

- 1 -

PAGE 4

1       PROCEEDINGS
2               MR. GRUNERT:  The witness is going to read
3   and sign the transcript under the pains and penalties
4   of perjury, but notarization of the signature is
5   waived.  Objections except as to the form of the
6   question are reserved until the time of trial, and
7   motions to strike are reserved until the time of
8   trial.
9               THE VIDEOGRAPHER:  We are now on the
10  record.  The date is May 17, 2005.  The time is
11  approximately 9:34 a.m.  We are located in the
12  offices of Campbell, Campbell, Edwards and Conroy in
13  Boston, Massachusetts.  The defendant in the case of
14  Trans-Spec Truck Services, Incorporated versus
15  Caterpillar, Incorporated, Civil Action No.
16  0411836RCL, will take the audiovisual deposition of
17  Mr. Robert Barton.  My name is William Barton, no
18  relation to the defendant, In-Court Technologies,
19  Boston, Massachusetts, and I am the videographer for
20  this deposition.  The stenographer is Carolyn J.
21  Rogers of C. J. Reporting.  At this time the
22  attorneys will introduce themselves for the record.
23              MR. GRUNERT:  My name is John Grunert of
24  the firm of Campbell, Campbell, Edwards and Conroy.
                C. J. REPORTING 978.409.9090
                    www.cjreporting.com

PAGE 5

1   I represent the defendant Caterpillar, Inc.
2               MR. SAMITO:  Christian G. Samito of the
3   firm Donovan and Hatem, representing Mr. Barton and
4   Trans-Spec Truck Service, Inc.
5               THE VIDEOGRAPHER:  The stenographer will
6   now swear in the witness.
7                   ROBERT G. BARTON, JR.,
8   a witness called on behalf of the Defendant, having
9   first been satisfactorily identified by the
10  production of his driver's license and duly sworn by
11  the reporter/notary public, testifies and says as
12  follows:
13              DIRECT EXAMINATION
14  BY MR. GRUNERT:
15      Q.   State your full name for the record,
16  please?
17      A.   Robert G. Barton, Jr..
18      Q.   What is your date of birth, Mr. Barton?
19      A.   1/1/49.
20      Q.   Where do you live?
21      A.   89 Central Street, West Boylston,
22  Massachusetts.
23      Q.   Are you married?
24      A.   Yes.
                C. J. REPORTING 978.409.9090
                    www.cjreporting.com

PAGE 6

1       Q.   Do you have children?
2       A.   Yes.
3       Q.   Are you employed by Trans-Spec Truck
4   Service, Inc.?
5       A.   Yes, I am.
6       Q.   How long have you been employed by
7   Trans-Spec?
8       A.   Since October of 2003.
9       Q.   Who was your employer before October of
10  2003?
11      A.   Santa Fuel.
12      Q.   What was the first name?
13      A.   Santa.
14      Q.   As in Santa Claus?
15      A.   As in Santa Claus.
16      Q.   Gotcha.
17      A.   Bridgeport, Connecticut.
18      Q.   Is Santa Fuel -- or was Santa Fuel owned
19  or affiliated in any way with Joseph Howard?
20      A.   No.
21      Q.   Was it affiliated in any way with
22  Trans-Spec?
23      A.   No.
24      Q.   Is it accurate that you played no role in
                C. J. REPORTING 978.409.9090
                    www.cjreporting.com

EXHIBIT

PAGE 151

1    **Q.** Do you have an understanding or a
2    recollection that this is when Mr. Cardoza said they
3    had certain fixes or made a suggestion regarding
4    dowels?
5    **A. He may have been suggesting them at that**
6    **time, I believe.**
7    **Q.** What did Mr. Cardoza say?
8    **A. I believe this was in the conversation**
9    **involving the setscrews so the dowels wouldn't back**
10   **out.**
11   **Q.** Did Mr. Cardoza say that he was consulting
12   with others at this time?
13   **A. They were -- he was working with**
14   **Caterpillar engineering, trying to find a solution is**
15   **what he would tell me.**
16   **Q.** How often did Mr. Cardoza come to
17   Trans-Spec's facilities to inspect?
18   **A. I think I saw him there about five times,**
19   **maybe more, maybe less.**
20   **Q.** Did you see him at Tri State?
21   **A. Yes.**
22   **Q.** The tapping and capping work that you
23   referred to earlier by the machine shop, was this one
24   of the fixes suggested by Cardoza?
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 152

1    **A. Yes, it was.**
2    **Q.** Who paid for the work performed by this
3    machine shop?
4    **A. I believe Trans-Spec had to pay for a few**
5    **of them. The ones that were done at Freightliner,**
6    **I'm sure -- I don't know who paid for them, but I'm**
7    **sure somebody did.**
8    **Q.** The entry for Saturday May 8, 2004, "Shop
9    check on how many flywheel have been done, 15," to
10   what does this entry refer?
11   **A. I probably asked one of the mechanics to**
12   **give me a list of how many flywheels had been done.**
13   **Q.** Done in total or in-house?
14   **A. No. In total.**
15   **Q.** The June 29, 2004, entry, "CAT ready for
16   dyno Thursday," to what does this entry refer?
17   **A. This is the day that they wanted the truck**
18   **down to Caterpillar. They had notified me they**
19   **wanted to do the dyno on Thursday.**
20   **Q.** Was this as a result of the June meeting
21   with Al Cardoza and Tony Guidotti?
22   **A. I believe so, one of the meetings.**
23   **Q.** Down at the bottom of the page, it says,
24   "7400F Freightliner not fixed." What was wrong with
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 153

1    Truck 7400?
2    **A. I believe it was at one of the**
3    **dealerships, and it was just sitting there. They**
4    **hadn't gotten it in yet.**
5    **Q.** Do you remember how long it had been down?
6    **A. I believe it was over a week or so,**
7    **because they only could get one in at a time.**
8    **Q.** Looking at Howard Exhibit 12, do you
9    recognize that page? It's the second page of Howard
10   Exhibit 12.
11   **A. Yes.**
12   **Q.** What is this?
13   **A. This is just a little writeup I had on the**
14   **front of -- I was trying keep track of where these**
15   **trucks were going.**
16   **Q.** You prepared that?
17   **A. Yes.**
18   **Q.** Looking at your calendar entry for
19   June 29, 2004, and looking at second page of Howard
20   Exhibit 12, is June 29 the correct date for the
21   notation marked 9/29 in Howard Exhibit 12?
22   **A. Probably not.**
23   **Q.** Should that read "6/29" on the second page
24   of Howard Exhibit 12?
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 154

1    **A. I'm not sure, but probably.**
2    **Q.** Getting back to the calendar entries for
3    June 30, 2004, it says "CAT-Milford pick up 8000."
4    To what does that refer?
5    **A. That means the tractor was done.**
6    **Q.** Was that a flywheel repair?
7    **A. Yes, it was.**
8    **Q.** We don't need that anymore. You can --
9         And then on July 6, 2004, there's an
10   entry "CAT-Milford with 8000." Was this the dyno
11   test?
12   **A. Yes, it was.**
13   **Q.** What truck was used for the dyno test?
14   **A. 8000.**
15   **Q.** You earlier testified that you asked about
16   what would happen with the data that was gathered,
17   and you said that you learned that it was going to be
18   turned over to engineering. Whose engineering?
19   **A. Caterpillar's.**
20   **Q.** Did you ever learn what Caterpillar's
21   engineering came up with, based on that data?
22   **A. No.**
23   **Q.** Who did you ask?
24   **A. Al Cardoza.**
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 155

1    **Q.** Could the statements in the Trans-Spec
2    answers to interrogatories based on possible theories
3    as to what was causing the engine problems, could
4    that have been said to someone other than you at
5    Trans-Spec?
6         MR. GRUNERT: Object to the form.
7    **A. Very possibly.**
8    **Q.** Turning to August 9, 2004, in the calendar
9    entries, to what does this -- oh, I'm sorry, you're
10   not there yet. There's one entry on this page:
11   "CAT-Milford, Troy, Al." To what meeting does this
12   refer?
13   **A. I believe that was a second meeting we had**
14   **there.**
15   **Q.** This was the one that involved --
16   **A. Schoening, Al, myself, Jay, I believe will**
17   **Witcher.**
18   **Q.** And what did Schoening say about
19   Trans-Spec's problems with the engines?
20   **A. That they would make us whole. It wasn't**
21   **our -- it wasn't Trans-Spec's problem.**
22   **Q.** And what did you do, if at all, walk away
23   from Mr. Schoening after August 9, 2004, after this
24   meeting?
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 156

1    **A. After this meeting, the only one I talked**
2    **to was Al Cardoza to see what they came up with.**
3    **Q.** Did you ever call Schoening?
4    **A. I had put in a couple calls to him. I**
5    **never got a return call.**
6    **Q.** The next day, August 10, 2004, you earlier
7    testified about a truck breaking down in Connecticut
8    and needing to be towed back. Is that what this
9    refers to? I see, "10 CT"?
10   **A. Yes, it is.**
11   **Q.** Did you call Mr. Guidotti regarding this?
12   **A. Yes, I did.**
13   **Q.** And is this when you had the conversation
14   with Mr. Guidotti?
15   **A. Yeah, I asked him. I asked him if he**
16   **would, you know, if he'd take care of the towing, if**
17   **he had any recommendations where we could get it**
18   **fixed.**
19   **Q.** So it was after the August 9 meeting,
20   then?
21   **A. Yes.**
22   **Q.** August 13, 2004, the last entry, "Al/CAT
23   will extend service coverage till June 1, 2005, will
24   not put in writing." To what does this refer?
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 157

1  A. I went to Caterpillar to see -- I was in
2  Milford. I stopped at the Caterpillar office. Al
3  Cardoza came down to the foyer and met me. I asked
4  him what they had come up with. He told me that they
5  were going to extend our warranty to June 1st of
6  2005, and at that time, I asked him if he'd put that
7  in writing, and he told me no.
8  Q. Was your going down a result of the
9  August 9th meeting?
10  A. I was in the area, yes, and I wanted to
11  find out if we had some results.
12  Q. Who was present at that discussion?
13  A. It was just Al and myself in the front
14  foyer.
15  Q. September 7, 2004, there's an entry, "8300
16  flywheel, Milton advised Alan, Jim, need paperwork on
17  units done at their shop."
18  MR. GRUNERT: I'm sorry, what date?
19  MR. SAMITO: September 7, 2004, and it's
20  the entry next to 9/10.
21  A. I put a call in that I needed some
22  paperwork on these units, because what would happen
23  is, they would fix the units, and then the paperwork
24  would have to be forwarded to Caterpillar for
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 158

1  approval. So in other words, I would pick up a
2  truck, and I had no record of what was done, when it
3  was done, or whatever, because it had to go to
4  Caterpillar first to be approved. Then, it would
5  come back to Milton, I guess.
6  Q. You said you called. So the conversation
7  took place by phone?
8  A. Uh-huh.
9  Q. Who called who? Who initiated the call?
10  A. I did.
11  Q. And does "Jim" refer to Jim Withrow?
12  A. Yes. He's the service manager.
13  Q. Was it routine for you not to receive all
14  of the paperwork on the repairs being done?
15  A. I never received any paperwork. All their
16  paperwork would have to go forwarded to Caterpillar
17  for approval. Then it would come back, and from time
18  to time I'd have to call Jim, get together with him,
19  and then he would make me copies.
20  Q. Has that caused any problems in terms of
21  Trans-Spec's recordkeeping on the problems?
22  A. Yes. There's no way of really tracking
23  how long the truck's been tied up down there other
24  than trying to go through our dispatch sheet and see
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 159

1  how long a truck's been down. Only Caterpillar has
2  that exact record of when it was there and when it
3  was released.
4  Q. Does this entry mean that 8300 was picked
5  up or brought for repair on this day? It says 8300.
6  Does that mean it's --
7  A. It means it obviously must have been --
8  the flywheel was repaired. We had the truck back. I
9  just didn't have the paperwork.
10  Q. The next day, September 8, 2004, "7400 to
11  Freightliner." What does this entry mean?
12  A. This means we brought the truck to
13  Freightliner to have the flywheel -- the flywheel was
14  cracked on it and the front cover was leaking. In
15  other words, they had an opening to get it in and fix
16  it.
17  Q. Well, if you turn a few pages to
18  September 14, 2004, the first entry is "8300 still
19  not in Milton. Jim Wood will be in end of week.
20  Truck just sitting yard." What does it mean that
21  Truck 8300 was just sitting in the yard?
22  A. I had brought the truck down there
23  probably a week prior. Jim was on vacation. The
24  truck was supposed to go in the night I brought it
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 160

1  down. It didn't go in, because obviously they didn't
2  have people to work on it. The truck sat there a
3  week or so, and I couldn't get -- until Jim comes
4  back, you couldn't get anything done. So basically,
5  the truck sat there. They didn't start working on
6  it, collecting dust, and tied up.
7  Q. So the entry on September 7 in your
8  calendar means that you brought the truck down?
9  A. Uh-huh.
10  Q. 8300 down?
11  A. Uh-huh.
12  Q. Who's Jim Wood?
13  A. He's the service manager at MiltonCAT.
14  Q. You mean Jim Withrow?
15  A. Withrow, yeah, I'm sorry.
16  Q. So "Jim Withrow will be in end of week."
17  You didn't speak to him directly?
18  A. No, he was on vacation. I talked to his
19  assistant, Andy, who --
20  Q. Do you know Andy's last name?
21  A. No, I don't.
22  Q. Why was Trans-Spec sending its trucks to
23  various repair facilities?
24  A. Because we didn't have enough trucks to
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 161

1  make the delivery. We were trying to get them fixed
2  as fast as possible. Freightliner could only handle
3  one or two at a time, and then Caterpillar could
4  only -- they had one or two bays they were using for
5  us, but they'd let our trucks sit and they'd get more
6  trucks in. They're just busy. They're just
7  overwhelmed with repairs.
8  Q. September 15, 2004, the second entry,
9  "7400 not in at Freightliner. Talked with Rob. Will
10  be in soon at Shrewsbury." To what does that refer?
11  A. Another case of the truck sitting outside.
12  I felt it was promised to get in there and they're
13  going to be working on it. Obviously, they didn't
14  get it in there on time. It was still just sitting
15  out there collecting dust.
16  Q. From your calendar entry September 8, does
17  that indicate that 7400 was at Tri State since
18  September 8 and September 15 it still hadn't been --
19  A. Correct.
20  Q. Who is Rob?
21  A. He is the service manager at Freightliner.
22  Q. Is this Rob Lynds?
23  A. Yes.
24  Q. September 21, 2004, there's an entry,
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 162

1  "E-mailed CAT about TOPP repair problem, received
2  e-mail back saying someone from Southworth-Milton
3  would be in touch. Al Cardoza said program no longer
4  exists." What is TOPP, T-O-P-P?
5  A. I went onto Caterpillar's website and I
6  saw they had a warranty program. So I e-mailed them
7  some information on it, and they sent me back an
8  e-mail stating someone from Milton would be in touch
9  with me.
10  Q. When you say "warranty" -- just to take
11  this a little slower, when you say "warranty," was
12  this a new warranty? Was this a warranty extension?
13  A. This is an extended warranty.
14  Q. Okay. And you found it on the website.
15  How did you e-mail Caterpillar?
16  A. From my laptop.
17  Q. Whom did you e-mail?
18  A. To Caterpillar.
19  Q. But did it have an e-mail address?
20  A. Yes, it had an e-mail, www.Caterpillar.
21  Q. Did you input, as sometimes
22  organizations --
23  A. My name --
24  Q. Did you input it into a form that then
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 163

1  channeled it to --
2      A. (Witness nods head.)
3      Q. And did you receive a personal response or
4  was it an automated response?
5      A. I received a response that someone from
6  Southworth-Milton would be in touch with me.
7      Q. And then who responded from
8  Southworth-Milton?
9      A. I received an e-mail from Jim Withrow from
10 Southworth-Milton. Prior to that, I called Al
11 Cardoza about it, and Al Cardoza told me the program
12 no longer existed. And then I then -- the next day I
13 received an e-mail from Jim Withrow explaining to me
14 they have what's called an Advantage program for an
15 additional 250,000 miles, or 200 miles.
16     Q. The next entry, "Freightliner re 7400
17 doing front structure first." Does that mean 7400
18 was still at Tri State during this time?
19     A. I believe so.
20     Q. So 7400 was in since September 8?
21     A. Yes.
22     Q. The next entry refers to East River.
23 "Billy told East River can't do work." What is East
24 River?

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 164

1      A. It's an oil company in Connecticut that
2  we -- that Trans-Spec does transportation for.
3      Q. Why did Trans-Spec -- I'm assuming Billy
4  is Billy Howard?
5      A. Yes. Billy is the dispatcher.
6      Q. Why did Billy at Trans-Spec say that
7  Trans-Spec can't do work for East River?
8      A. I told him he didn't have the equipment to
9  do it now. We had too many trucks down. And to be
10 fair with the customer and let him know that we just
11 couldn't handle it.
12     Q. Skipping one entry down to where it says,
13 "Jim at CAT said bolts were covered. Jay and Bob
14 present." Who is Jim?
15     A. Jim is the service manager, Withrow.
16     Q. Jim Withrow?
17     A. Withrow, yes.
18     Q. Where did this conversation take place?
19     A. Somebody had mentioned something about
20 bolts weren't covered or something, and I -- when we
21 went to pick up a truck, I says, "Jim what's the
22 story? Are the bolts covered or not?" He says, "Of
23 course they're covered."
24     Q. The last entry, "Gary check for flywheel

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 165

1  cracks." Who is Gary?
2      A. He is one of the mechanics at night.
3      Q. What did you ask him to do?
4      A. I asked him to check the trucks over there
5  and make sure what we had, that if we had anything
6  that was broken, because they were coming apart too
7  frequently and so many of them.
8      Q. Was this an occasional request that you
9  made of mechanics?
10     A. Quite often.
11     Q. Why?
12     A. Because we're trying to catch them before
13 they would disintegrate. We were trying to keep up
14 with them, because, unfortunately, when the flywheel
15 cracks, if you can catch it before it takes the block
16 with it, it's less of a job. Unfortunately, most of
17 them that crack, they take the right-hand -- the
18 corner of the block.
19     Q. So this was preventative maintenance or --
20     A. Yes.
21     Q. On September 30, 2004, it says "7400 back
22 to CAT, exhaust leaking." Is that the 7400 that was
23 out in early September?
24     A. Yes.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 166

1      Q. And it had been repaired and it had to go
2  back to Caterpillar for further repair?
3      A. That's correct. I believe this vehicle
4  sat at Freightliner so long that we finally ended up
5  taking it to CAT because they had an opening. They
6  fixed it. There happened to be an exhaust leak. We
7  had to take it back.
8      Q. It says "Dropped off parts for 8300."
9  Does that mean that 8300 was still in the shop since
10 your September 7th entry?
11     A. Very possible. Obviously, they had a
12 flywheel apart and before they put it back together,
13 they noticed the clutch might have been bad, so we
14 probably brought them out a new clutch. So when they
15 were reassembling, they put the clutch in as well.
16     Q. Are you familiar with the repair history
17 of Truck 6100 in early October 2004?
18     A. You'll have to refresh my memory.
19         MR. SAMITO: Why don't we mark this.
20         (Exhibit No. 6 marked for identification.)
21     Q. I show you Barton Exhibit 6, which is a
22 four-page packet of photographs, and I'll describe
23 the pages. One is dated October 6, 2004, one
24 photograph on the page. There's another page that

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 167

1  has two photographs dated October 8, 2004, another
2  page that has four photographs dated October 6, 2004,
3  and a final page with four photographs dated
4  October 15, 2004. Do you recognize where these
5  pictures were taken?
6      A. Yes.
7      Q. Where?
8      A. Freightliner in Shrewsbury, Massachusetts.
9      Q. Who took them?
10     A. I did.
11     Q. Where these for Truck 6100?
12     A. Yes.
13     Q. Does this refresh your memory?
14     A. Yes, it does.
15     Q. Can you describe what happened in early
16 October 2004 regarding repair of Truck 6100?
17     A. I received a call from the Freightliner
18 dealership that Al Cardoza had come out and inspected
19 a truck and told the mechanics to put a new flywheel
20 on it and put it back together and epoxy the block.
21         Subsequently, I went up there. The
22 mechanic did not feel that this was suitable. The
23 owner of Freightliner also was very concerned as to
24 the fact that if they put it back together without

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 168

1  replacing the block, it would just break again. But
2  this was their instructions that they received from
3  Caterpillar, which some squawking was done, and it
4  was finally fixed properly by putting a new block in
5  it and a flywheel.
6      Q. Who did the squawking?
7      A. I believe I started doing the squawking,
8  and I believe Jay Howard did some squawking also.
9      Q. Who did you speak to regarding this issue?
10     A. I think I believe I spoke with Al Cardoza.
11     Q. Where did that conversation take place?
12     A. On the phone.
13     Q. What was the substance of that
14 conversation?
15     A. Why are you trying to take advantage of
16 us? The thing is warranted. You're going to put
17 something back together and it's going to break again
18 because you're not doing it properly.
19     Q. What did Mr. Cardoza say in response?
20     A. I don't even recall. It was a very heated
21 discussion. Because all I know is, they fixed it
22 properly and -- due to the diligence of the
23 Freightliner dealership being honest with us.
24     Q. When you say "Freightliner," you

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 169

1 consistently -- I should clarify for the record.
2    A. Tri State Shrewsbury.
3    Q. Okay. "October 12, 2004, talked with Jim
4 at MiltonCAT re setting up inspection. Will let me
5 know. Maybe can be done at night." What inspection
6 does this refer to?
7    A. These were the inspections for the
8 Advantage program, the extended warranty that
9 Caterpillar had available. The cost to us was
10 $55,920, and the stipulation was that every truck had
11 to be inspected by them. There was a certain
12 criteria it had to meet so it would be able to be
13 basically insured or warranted with the extended
14 warranty.
15       Due to our many trucks that were
16 broken down, I had to try to make arrangements where
17 we would have trucks available to deliver the product
18 and have the minimal trucks in being tied up. And
19 Jim was working this out with me, and the original
20 plan was to do an inspection at night, but it didn't
21 work that way.
22    Q. You earlier discussed language on the back
23 of the sheet registering the serial numbers of the
24 trucks with Al Cardoza. Do you recall when that
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 170

1 conversation took place?
2    A. That was way back in October of 2003 when
3 I first went there.
4    Q. That was in one of your first meetings
5 with Mr. Cardoza?
6    A. Yes, that was at Truck Service when I
7 first met him.
8    Q. That was at the very first meeting with
9 Mr. Cardoza?
10    A. Yes, that's when I was introduced to him
11 at the garage.
12       MR. SAMITO: I have no more questions.
13       MR. GRUNERT: I'm going to have a few.
14 Just give me a minute.
15       REDIRECT EXAMINATION
16 BY MR. GRUNERT:
17    Q. Mr. Samito asked you about documents that
18 Trans-Spec has related to these trucks beyond the
19 ones that were included in Howard Exhibits 9 through
20 30. You referred to documents that Trans-Spec keeps
21 at 7 Cristo Lane. What documents related to the
22 trucks does Trans-Spec keep at 7 Cristo Lane?
23    A. I have no idea. Mostly mileage probably,
24 anything to do with the way they run the office,
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 171

1 receipts, payments.
2    Q. When you said "mileage," what did you mean
3 by that?
4    A. Well, they had to keep track of mileage
5 for fuel tax purposes. That is basically where the
6 corporate office is.
7    Q. Now, what kind of records recording
8 mileage on the trucks are kept?
9    A. Well, they have to claim so many miles for
10 fuel tax purposes. I don't know exactly what kind of
11 records are kept. There are some kind of records.
12    Q. Are the mileage records generated
13 annually?
14    A. Couldn't tell you.
15    Q. But there are mileage records that record
16 the mileage on each of these trucks on particular
17 dates, and those are kept at the 7 Cristo Lane
18 office; correct?
19    A. I don't know if they're on particular
20 dates or if they're monthly, annually, quarterly. I
21 really couldn't tell you.
22    Q. Well, whether they're monthly or annually
23 or quarterly, they're on a particular date; it's just
24 you don't know how many dates per year; correct?
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 172

1    A. I have no idea.
2    Q. And the best you can do is tell me that
3 those are mileage records?
4    A. I don't know what you'd call them. I'd
5 say there has to be some kind of records so they can
6 report their fuel use. So I would say they're
7 mileage.
8    Q. Now, the receipts that you referred to
9 that are kept at 7 Cristo Lane, what did you mean by
10 that?
11    A. Let's say they buy a truck, they get a
12 receipt; they buy a doughnut, they get a receipt.
13 Any business gets receipts when they purchase things.
14 So I would assume they would have receipts for items
15 purchased, et cetera, et cetera.
16    Q. So at 7 Cristo Lane, there are receipts
17 evidencing Trans-Spec's receipt of the trucks
18 involved in this case; correct?
19    A. I would imagine, yes.
20    Q. And there are receipts there evidencing
21 Trans-Spec's receipts of other trucks that it may
22 have received between 2000 and 2005; correct?
23    A. I would imagine.
24    Q. And you referred to payments. What did
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 173

1 you mean by payments?
2    A. Well, such if you paid to buy a flywheel
3 housing, I'm sure there would be a receipt there of
4 that.
5    Q. Well, so when you said "receipts" and when
6 you said "payments," were you referring to the same
7 type of documents?
8    A. Yeah, basically anything that money is
9 expended for, I would assume you would get some type
10 of receipt for it.
11    Q. All right. So stored at 7 Cristo Lane
12 there are mileage records for each of the trucks
13 involved in this case, receipts evidencing the
14 receipt of the truck, of each of those 22 trucks, and
15 then there are additional receipts evidencing parts
16 or components for those trucks that Trans-Spec
17 purchased; correct?
18    A. Parts, components, permits.
19    Q. Will there be things such as scale tickets
20 or weight tickets kept at the 7 Cristo Lane location
21 evidencing the weights that these various trucks were
22 pulling on various occasions?
23    A. I really couldn't answer that question. I
24 don't know.
C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 174

1    Q. Other than the mileage records and the
2 receipts that are kept at 7 Cristo Lane, what other
3 records related to these trucks are kept at that
4 location?
5    A. Probably the fees for registration,
6 overweight permits.
7    Q. I'm sorry, I missed the first one?
8    A. Overweight permits.
9    Q. Overweight permits.
10    A. Registrations.
11    Q. Bear with me here. I've seen references
12 to overweight permits. When does a common carrier
13 such as Trans-Spec obtain an overweight permit?
14    A. Every 12 months you have to have -- from
15 the Massachusetts Department of Highways, you have a
16 permit called an overweight permit. You also have to
17 have an overweight permit to use the Massachusetts
18 Turnpike. It's basically just another way of
19 collecting money for the Commonwealth.
20    Q. This is Massachusetts.
21    A. Right.
22    Q. The overweight; is there a particular
23 weight specified by the Commonwealth that if you're
24 going to operate a vehicle on the highways of the
C. J. REPORTING 978.409.9090
www.cjreporting.com

# CATERPILLAR

# ON-HIGHWAY VEHICLES

## ON-HIGHWAY VEHICLE ENGINE EXTENDED SERVICE COVERAGE
### Registration Certificate For Units Operating In The U.S.A. And Canada
For Mid-Range and Heavy Duty On-Highway Truck, School Bus, Recreational Vehicle,
Fire Truck or Crash Rescue Engine Applications
(Program Effective Date May 1, 1998)

**PRESS HARD**
**YOU ARE MAKING 3 COPIES**

| CUSTOMER NAME | SELLING DEALER NAME | SELLING DEALER CODE |
|---|---|---|
| TRUCKS SALES, INC. | MID STATE MACK | A73M |

| MAILING ADDRESS | SELLING DEALER ADDRESS |
|---|---|
| 7 CRESTO DRIVE | 20 ROUTE ONE |

| CITY | CITY |
|---|---|
| WILLBRAHY | NACO PLACE |

| STATE/PROVINCE | ZIP/POSTAL CODE | STATE/PROVINCE | ZIP/POSTAL CODE |
|---|---|---|---|
| MA | 01527 | MA | 0308V |

| PHONE NUMBER | CAT DEALER NAME | CAT DLR. CODE |
|---|---|---|
| 508 - 791 - 9521 | SOUTHWORTH | C420 |

### TYPE OF REGISTRATION

| | | APPLICATION | |
|---|---|---|---|
| New Registration | ☒ | On-Highway Truck | ☒ |
| Transfer Ownership | ☐ | School Bus | |
| Upgrade Coverage | ☐ | Recreational Vehicle | |
| Warranty Replacement Engine ☐  Replacement Engine S/N | | Fire Truck | |
| | | Crash Rescue | |

Start Miles (km)  66     Delivery Date MM/DD/YYYY  01/15/2000     Other _____

Transfer Miles (km):  UNIT # 9800     Transfer Date MM/DD/YYYY  __/__/__

Engine S/N  2KS27791     Engine Model  G-12     HP  212

VIN  FS7177     Vehicle Make  STERLING

Vehicle Model  LT9500

## COVERAGE (Reference On-Highway Vehicle Engine Price Matrix for Model/Coverage Availability)

| | | With Brakesaver add $250 ☐ | |
|---|---|---|---|
| ESC I | ☐ | | SEE ATTACHED MULTI-UNIT |
| ESC II | ☐ | | REGISTRATION FORMS |
| ESC Plus | ☒ | | |
| ESC II MIDRANGE | ☐ | | |

Coverage Months  60     Coverage Miles 500,000  Coverage Hours _____  Deductible - 0 -

| COVERAGE FEES | | IMPORTANT!! |
|---|---|---|
| ESC FEE | $ 1150 - | Please ensure you are using the latest version of the On-Highway Vehicle |
| BRAKESAVER FEE | $ _____ | Engine Price Matrix. |
| ADMIN. FEE | $ _____ | |
| LATE FEE | $ _____ | |
| TOTAL FEE | $ 1150 - | TCCI  43729 |

I hereby certify that I have read and understand the terms and conditions checked above, and as specified on the back of this Registration Certificate.

Customer Signature     Date 2/10/00

I hereby certify that the engine serial number indicated above is eligible for the coverage as specified on this Registration Certificate and have read and understand the dealer's responsibilities as specified on the back of this Registration Certificate.

Authorized Dealer Representative     Date __/__/__

**EXHIBIT**

Distribution: White - CATERPILLAR DEALER Copy     Canary - DEALER Copy     Pink - CUSTOMER Copy

## INTRODUCTION

aterpillar's Extended Service Coverage for On-Highway Vehicle Engine Service Contract, herein referred to as "service ntract", for new vehicles powered with Caterpillar engines is an important part of Caterpillar's continuing effort to provide terpillar Vehicle Engine Owners with superior value and product support. This service contract provides the Owner assurance inst unexpected repair costs for covered component failures due to defects in materials or workmanship under normal use.

## TERMS AND CONDITIONS

is service contract is available for new vehicles powered with Caterpillar Mid-Range and Heavy Duty On-Highway Vehicle igines, herein referred to as "new vehicle(s)". This service contract is only available for use within the continental boundaries the United States and Canada.

e Owner should purchase this service contract on the original delivery date of the new vehicle at a Caterpillar authorized dealer ein referred to as "authorized dealer. The applicable start mileage and date must be recorded on this Service Contract.

is service contract runs concurrently with the Caterpillar On-Highway Vehicle Engine Warranty and provides full components i labor coverage for covered components failures due to defects in Caterpillar materials or workmanship under normal use. piration of this contract will occur when the time or mileage from the original delivery date exceeds the coverages as cified on this Service Contract.

components listed below are covered under these programs except the applicable exclusions listed under tion VI. Exclusions & Limitations:

### MID-RANGE EXTENDED SERVICE COVERAGE (ESC II)

C II for Mid-Range is available in two different deductibles:

ption 1 Caterpillar will pay 100% of the components and labor charges for covered failures, with no deductible charges.

ption 2, Caterpillar will pay 100% of the components and labor charges for covered failures, less a $500 deductible charge per rvice visit.

: following components are covered under the Mid-Range ESC II: exhaust manifolds, studs, & gaskets, inlet air heater & g, intake manifolds, cylinder head casting, exhaust/injector sleeve, cylinder head bolts, cylinder head gaskets, freeze plug, ze & exhaust valves, valve spring, insert guide, rotocoil, & retainer, valve mechanism (including rocker arm, brackets, lges, dowels, adjusting screws, nuts, shaft, & push tubes), valve cover & base, camshaft, camshaft bearings, camshaft lifter embly (followers clips), front covers & plates, front cover gaskets, front cover gears and power steering gear, flywheel sing, flywheel housing gasket, cylinder block casting, freeze plug, crankshaft, crankshaft - rod, main, & thrust bearings, nnecting rod assembly & bushing, piston (wrist pin, retainer clip, & piston rings), oil jet tube, main bearing cap bolt, cover tubes (3126), fuel injection pump & governor, fuel injection pump mounting seal, fuel cooler control, fuel lines, timing ance, control rack (3116), oil pan, oil pump, oil cooler housing, oil cooler core, oil filter base, HEUI high pressure oil lines, pump, & injector actuation pressure control valve, thermostat housing cover, water pump housing, water manifold, control iule (ECM), sensors (boost pressure, atmospheric intake manifold air temp, oil pressure, coolant temperature, rack & timing, l temperature, engine speed, & rack position), throttle position/pedal sensor, speed timing sensor.

### HEAVY-DUTY EXTENDED SERVICE COVERAGE (ESC I)

aterpillar will pay 100% of the components and labor charges for covered failures, with no deductible charges.

: following components are covered under the Heavy-Duty ESC I: intake manifolds, cylinder head casting, exhaust/injector oves, cylinder head bolts, cylinder head gaskets, freeze plug, spacer plate (block & head), spacer plate gasket, intake & aust valves, valve spring, insert guide, rotocoil, & retainer, valve mechanism (including rocker arm, brackets, bridges, vels, adjusting screws, nuts, shaft, & push tubes), camshaft, camshaft bearings, camshaft lifter assembly (including lowers) clips), front covers & plates, front cover gaskets, front cover gears & power steering gear, flywheel housing, wheel housing gasket, cylinder block casting, spacer block (3176), freeze plug, crankshaft casting, crankshaft - rod, main, & ust bearings, connecting rod assembly & bushing, piston (wrist pin, retainer clip, & piston rings), oil jet tube, cylinder liner, der liner seals, cylinder liner filler band, main bearing cap bolt, fuel injection pump mounting seal, timing gears, oil pump, cooler housing, thermostat housing cover, water pump housing, control module (ECM).

### HEAVY-DUTY EXTENDED SERVICE COVERAGE (ESC II)

components listed under Heavy-Duty Extended Service Coverage I are covered plus the following:

aust manifold studs and gaskets, inlet air heater relay, valve cover and base, fuel injection pumps and governor, fuel ratio trol, fuel lines, timing advance, oil pan, oil cooler core, oil filter base, water manifold, and shut-off solenoid.

### HEAVY-DUTY EXTENDED SERVICE COVERAGE (ESC Plus)

erpillar will pay 100% of the components and labor charges for covered failures, with no deductible charges.

components listed under Heavy-Duty Extended Service Coverage I and Heavy-Duty Extended Service Coverage II are cred plus the following: control module (ECM), vibration damper, road speed buffer, sensors (boost pressure, atmospheric nifold air temp, oil pressure, coolant temperature, rack & timing, fuel temperature, engine speed, & rack position), throttle tion/pedal sensor, speed timing sensor.

iration of this Service Contract will occur when the time, miles, or hours, whichever occurs first, from the original delivery of the engine exceeds the coverage limits as specified on this Registration Certificate.

## CATERPILLAR'S RESPONSIBILITIES

erpillar, during normal working hours at a place of business of an authorized dealer, will pay 100% of the components and r charges, minus any applicable deductible, for the repair of covered component failures during the coverage period when sed by defects in materials or workmanship under normal use.

erpillar will provide (at Caterpillar's choice) either new, remanufactured or repaired components when replacing or repairing covered components which fail due to defects in materials or workmanship under normal use. Further, Caterpillar will also the components and labor charges for any engine component which is rendered unserviceable by the failure of a covered ponent.

erpillar will restore the engine to its operating condition prior to failure by repairing/replacing only the defective components consequential damaged components necessary to remove/repair/install the defective components. Other parts removed in process of the repair will be reinstalled as is, unless the Owner authorizes the additional expense to repair or replace.

erpillar will also pay the reasonable costs of any expendables or consumables, including but not limited to, lube oil, filter eents, hoses, vee-belts, gaskets and seals which are made unusable as a result of a covered component failure.

## DEALER'S RESPONSIBILITIES

authorized dealer accepts full liability for incorrect, invalid, or late enrollments. Registrations will be accepted up to one

## V. OWNER'S RESPONSIBILITIES

The Owner shall operate and maintain the engine according to the guidelines and recommendations as specified in the appropriate Caterpillar Vehicle Engine Operation & Maintenance Management Guide. The Owner shall provide proof of compliance with the Maintenance Schedule, such as receipts or copies of work orders or invoices from authorized dealers showing the maintenance and services performed.

In the event of a covered component failure, the Owner must promptly make the engine available to an authorized dealer f repair and provide proof of this service contract registration by presenting the customer copy of the Registration Certificate.

The Owner is responsible for all costs not covered by this service contract as specified in Section VI, Exclusions and Limitatio

## VI. EXCLUSIONS & LIMITATIONS

This service contract does not cover component failures caused by:

- dealer workmanship on subsequent repairs and dealer workmanship on repairs made to non-covered components.

- non-covered components (including bolts, clamps, and other fasteners that attach non-covered components to the engine).

- operator abuse, neglect, improper operation or accident.

- non-Caterpillar attachments, accessories and parts (any engine part that is not identified by a Caterpillar part number), including, but not limited to: engine compression and exhaust brakes, fans, radiators, air to air aftercooler cores, air conditioning compressors, clutches, filters, transmissions, torque converters, steering pumps, hoses, belts and clamps.

- an application or installation not approved by Caterpillar.

- normal wear out, including but not limited to oil consumption, chemical/mechanical erosion and/or leaking seals or gaskets

- unauthorized repairs or adjustments, including but not limited to: improper fuel setting and valve lash adjustments.

- repairs or alterations made by an unauthorized dealer.

- brake/saver unless specified as option on contract.

- fuel transfer pump, fuel priming pump, unit injectors and fuel nozzles, thermostat, starters, alternators, turbocharger, air compressor, electronic connectors and wiring.

- steel shims and cast iron block inserts.

- acts of God, war, vandalism, riot, theft, explosion, and any other act of nature or man.

- failure to follow maintenance procedures and scheduled component inspections/replacements as specified in the Caterpilla Vehicle Engine Operation and Maintenance Management Guide.

This service contract also does not pay for:

- normal preventative maintenance and scheduled component inspections/replacements as defined in the Caterpillar Vehicle Engine Operation and Maintenance Management Guide, including but not limited to valve lash adjustments, inspections, Scheduled Oil Sampling and maintenance items such as lube oils, filters, belts and hoses.

- performance complaints, including but not limited to, any adjustments to fuel settings, PAR tests, or programming of the Electronic Control Module.

- reimbursement for any travel or towing, or overnight lodging or meals or communications expenses and any other downtime or downtime-related expenses cargo damage or economic loss.

- any and all taxes.

- parts shipping charges.

## VII. TRANSFER OF COVERAGE

The remaining coverage of this service contract may be transferred to subsequent owners during the coverage period at no ext charge, provided the new owner of the vehicle presents a copy of the current Registration Certificate to an authorized dealer within ten (10) days of the transfer of the vehicle title. Remaining coverage cannot be transferred from a covered engine to a non-covered engine.

## VIII. REFUNDS

Any and all service contract fees are non-refundable.

## IX. DISCLAIMERS

CATERPILLAR'S RESPONSIBILITIES UNDER THIS SERVICE CONTRACT ARE LIMITED TO THE PROVISION OF MATERIALS AND LABOR AS SPECIFIED HEREIN.

CATERPILLAR DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTIES IN CONNECTION HEREWITH, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

REMEDIES UNDER THIS SERVICE CONTRACT ARE LIMITED TO THE PROVISION OF MATERIALS AND LABOR AS SPECIFIED HEREIN.

CATERPILLAR IS NOT RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

REPLACEMENT PARTS FURNISHED UNDER THE TERMS OF THIS SERVICE CONTRACT ARE COVERED UNDER THE APPLICABLE REPLACEMENT PARTS WARRANTY.

THIS SERVICE CONTRACT DOES NOT SUPERSEDE THE EMISSION WARRANTY FOR EMISSION-RELATE COMPONENTS.

MISREPRESENTATION OF THE ENGINE'S ELIGIBILITY FOR COVERAGE, OR THE ACTUAL ACCUMU-LATED MILEAGE, HOURS, OR AGE SHALL RESULT IN CANCELLATION OF THIS SERVICE CONTRACT BY CATERPILLAR WITH NO REFUND. CATERPILLAR SHALL BE ENTITLED TO ALL OTHER REMEDIES.

# CATERPILLAR

## ON-HIGHWAY VEHICLES

### ON-HIGHWAY VEHICLE ENGINE EXTENDED SERVICE COVERAGE
Registration Certificate For Units Operating In The U.S.A. And Canada
For Mid-Range and Heavy Duty On-Highway Truck, School Bus, Recreational Vehicle,
Fire Truck or Crash Rescue Engine Applications

**PRESS HARD**
**YOU ARE MAKING 3 COPIES**
(Program Effective Date May 1, 1998)

| | |
|---|---|
| CUSTOMER NAME  TRUCK SERVICE | SELLING DEALER NAME  MINUTEMAN | SELLING DEALER CODE  A739 |

CUSTOMER NAME
T R U C K   S E R V I C E

SELLING DEALER NAME
M I N U T E M A N

SELLING DEALER CODE
A 7 3 9

MAILING ADDRESS
7   C R I S T O   L A N E

SELLING DEALER ADDRESS
R O U T E   O N E

CITY
M I L L B U R Y

CITY
W A L P O L E

STATE/PROVINCE
M A

ZIP/POSTAL CODE
0 1 3 2 7

STATE/PROVINCE
M A

ZIP/POSTAL CODE
0 2 0 8 1

PHONE NUMBER
5 0 8 - 7 9 1 - 9 5 2 1

CAT DEALER NAME
S O U T H W O R T H

CAT DLR. CODE
C 4 2 0

**TYPE OF REGISTRATION**

| | |
|---|---|
| New Registration | ☒ |
| Transfer Ownership | ☐ |
| Upgrade Coverage | ☐ |
| Warranty Replacement Engine | ☐  Replacement Engine S/N |

Start
Miles (km) _____ 66

Delivery Date
01/15/2000

Transfer
Miles (km): UNIT #9800

Transfer Date
__/__/__

Engine S/N  2 K 5 2 7 7 9 1

Engine Model  C - 1 2

HP  9 1 0    3 8 0

VIN  F 5 7 1 7 7

Vehicle Make  S T E R L I N G

Vehicle Model  L T 9 5 0 0

**APPLICATION**

| | |
|---|---|
| On-Highway Truck | ☒ |
| School Bus | ☐ |
| Recreational Vehicle | ☐ |
| Fire Truck | ☐ |
| Crash Rescue | ☐ |
| Other _____ | |

**COVERAGE (Reference On-Highway Vehicle Engine Price Matrix for Model/Coverage Availability)**

| | | |
|---|---|---|
| ESC I | ☐ | With Brakesaver add $250 ☐ |
| ESC II | ☐ | |
| ESC Plus | ☒ | SEE ATTACHED MULTI-UNIT |
| ESC II MIDRANGE | ☐ | REGISTRATION FORMS |

**Coverage Months** 60    **Coverage Miles** 500,000 **Coverage Hours** _____    **Deductible** - 0 -

| COVERAGE FEES | | IMPORTANT!! |
|---|---|---|
| ESC FEE | $1150 - | Please ensure you are using the latest version of the On-Highway Vehicle |
| BRAKESAVER FEE | $ _____ | Engine Price Matrix. |
| ADMIN. FEE | $ _____ | |
| LATE FEE | $ _____ | |
| TOTAL FEE | $1150 - | TUCI  43727 |

I hereby certify that I have read and understand the terms and conditions checked above, and as specified on the back of this Registration Certificate.

_____
Customer Signature

Date __/__/__

I hereby certify that the engine serial number indicated above is eligible for the coverage as specified on this Registration Certificate and have read and understand the dealer's responsibilities as specified on the back of this Registration Certificate.

_____
Authorized Dealer Representative

**EXHIBIT**
E

Distribution: White - CATERPILLAR DEALER Copy    Canary - DEALER Copy    Pink - CUSTOMER Copy

## I. INTRODUCTION

Caterpillar's Extended Service Coverage for On-Highway Vehicle Engine Service Contract, herein referred to as "service contract", for new vehicles powered with Caterpillar engines is an important part of Caterpillar's continuing effort to provide Caterpillar Vehicle Engine Owners with superior value and product support. This service contract provides the Owner assurance against unexpected repair costs for covered component failures due to defects in materials or workmanship under normal use.

## II. TERMS AND CONDITIONS

This service contract is available for new vehicles powered with Caterpillar Mid-Range and Heavy Duty On-Highway Vehicle Engines, herein referred to as "new vehicle(s)". This service contract is only available for use within the continental boundaries of the United States and Canada.

The Owner should purchase this service contract on the original delivery date of the new vehicle at a Caterpillar authorized dealer herein referred to as "authorized dealer". The applicable start mileage and date must be recorded on this Service Contract.

This service contract runs concurrently with the Caterpillar On-Highway Vehicle Engine Warranty and provides full components and labor coverage for covered components failures due to defects in Caterpillar materials or workmanship under normal use. Expiration of this contract will occur when the time or mileage from the original delivery date exceeds the coverages as specified on this Service Contract.

All components listed below are covered under these programs except the applicable exclusions listed under Section VI. Exclusions & Limitations:

### A. MID-RANGE EXTENDED SERVICE COVERAGE (ESC II)

ESC II for Mid-Range is available in two different deductibles:

• Option 1 Caterpillar will pay 100% of the components and labor charges for covered failures, with no deductible charges.

• Option 2, Caterpillar will pay 100% of the components and labor charges for covered failures, less a $500 deductible charge per service visit.

The following components are covered under the Mid-Range ESC II: exhaust manifolds, studs, & gaskets, inlet air heater & relay, intake manifolds, cylinder head casting, exhaust/injector sleeves, cylinder head bolts, cylinder head gaskets, freeze plug, intake & exhaust valves, valve spring, insert guide, rotocoil, & retainer, valve mechanism (including rocker arm, brackets, bridges, dowels, adjusting screws, nuts, shaft, & push tubes), valve cover & base, camshaft, camshaft bearings, camshaft lifter assembly (followers clips), front covers & plates, front cover gaskets, front cover gears and power steering gear, flywheel housing, flywheel housing gasket, cylinder block casting, freeze plug, crankshaft, crankshaft - rod, main, & thrust bearings, connecting rod assembly & bushing, piston (wrist pin, retainer clip, & piston rings), oil jet tube, main bearing cap bolt, crossover tubes (3126), fuel injection pump & governor, fuel injection pump mounting seal, fuel ratio control, fuel lines, timing advance, control rack (3116), oil pan, oil pump, oil cooler housing, oil cooler core, oil filter base, HEUI high pressure oil lines, oil pump, & injector actuation pressure control valve, thermostat housing cover, water pump housing, water manifold, control module (ECM), sensors (boost pressure, atmospheric intake manifold air temp, oil pressure, coolant temperature, rack & timing, fuel temperature, engine speed, & rack position), throttle position/pedal sensor, speed timing sensor.

### B. HEAVY-DUTY EXTENDED SERVICE COVERAGE (ESC I)

• Caterpillar will pay 100% of the components and labor charges for covered failures, with no deductible charges.

The following components are covered under the Heavy-Duty ESC I: intake manifolds, cylinder head casting, exhaust/injector sleeves, cylinder head bolts, cylinder head gaskets, freeze plug, spacer plate (block & head), spacer plate gasket, intake & exhaust valves, valve spring, insert guide, rotocoil, & retainer, valve mechanism (including rocker arm, brackets, bridges, dowels, adjusting screws, nuts, shaft, & push tubes), camshaft, camshaft bearings, camshaft lifter assembly (including (followers) clips), front covers & plates, front cover gaskets, front cover gears & power steering gear, flywheel housing, flywheel housing gasket, cylinder block casting, spacer block (3176), freeze plug, crankshaft casting, crankshaft - rod, main, & thrust bearings, connecting rod assembly & bushing, piston (wrist pin, retainer clip, & piston rings), oil jet tube, cylinder liner, cylinder liner seals, cylinder liner filler band, main bearing cap bolt, fuel injection pump mounting seal, timing gears, oil pump, oil cooler housing, thermostat housing cover, water pump housing, control module (ECM).

### C. HEAVY-DUTY EXTENDED SERVICE COVERAGE (ESC II)

All components listed under Heavy-Duty Extended Service Coverage I are covered plus the following:

Exhaust manifold studs and gaskets, inlet air heater relay, valve cover and base, fuel injection pumps and governor, fuel ratio control, fuel lines, timing advance, oil pan, oil cooler core, oil filter base, water manifold, and shut-off solenoid.

### D. HEAVY-DUTY EXTENDED SERVICE COVERAGE (ESC Plus)

Caterpillar will pay 100% of the components and labor charges for covered failures, with no deductible charges.

All components listed under Heavy-Duty Extended Service Coverage I and Heavy-Duty Extended Service Coverage II are covered plus the following: control module (ECM), vibration damper, road speed buffer, sensors (boost pressure, atmospheric manifold air temp, oil pressure, coolant temperature, rack & timing, fuel temperature, engine speed, & rack position), throttle position/pedal sensor, speed timing sensor.

Expiration of this Service Contract will occur when the time, miles, or hours, whichever occurs first, from the original delivery date of the engine exceeds the coverage limits as specified on this Registration Certificate.

### III. CATERPILLAR'S RESPONSIBILITIES

Caterpillar, during normal working hours at a place of business of an authorized dealer, will pay 100% of the components and labor charges, minus any applicable deductible, for the repair of covered component failures during the coverage period when caused by defects in materials or workmanship under normal use.

Caterpillar will provide (at Caterpillar's choice) either new, remanufactured or repaired components when replacing or repairing any covered components which fail due to defects in materials or workmanship under normal use. Further, Caterpillar will also pay the components and labor charges for any engine component which is rendered unserviceable by the failure of a covered component.

Caterpillar will restore the engine to its operating condition prior to failure by repairing/replacing only the defective components and consequential damaged components necessary to remove/repair/install the defective components. Other parts removed in the process of the repair will be reinstalled as is, unless the Owner authorizes the additional expense to repair or replace.

Caterpillar will also pay the reasonable costs of any expendables or consumables, including but not limited to, lube oil, filter elements, hoses, vee-belts, gaskets and seals which are made unusable as a result of a covered component failure.

### IV. DEALER'S RESPONSIBILITIES

The authorized dealer accepts full liability for incorrect, invalid or late enrollments. Registrations will be accepted up to one hundred and eighty (180) days from original delivery date date of sale at the published price levels. All registrations made by the authorized dealer after the initial enrollment period, and up to one year from original delivery date, will be charged an additional late registration fee.

### V. OWNER'S RESPONSIBILITIES

The Owner shall operate and maintain the engine according to the guidelines and recommendations as specified in the appropriate Caterpillar Vehicle Engine Operation & Maintenance Manual Guide. The Owner shall provide proof of compliance with the Maintenance Schedules, such as receipts or copies of work orders or invoices from authorized dealers showing the maintenance and services performed.

In the event of a covered component failure, the Owner must promptly make the engine available to an authorized dealer for repair and provide proof of this service contract registration by presenting the customer copy of the Registration Certificate.

The Owner is responsible for all costs not covered by this service contract as specified in Section VI, Exclusions and Limitations.

### VI. EXCLUSIONS & LIMITATIONS

This service contract does not cover component failures caused by:

• dealer workmanship on subsequent repairs and dealer workmanship on repairs made to non-covered components.

• non-covered components (including bolts, clamps, and other fasteners that attach non-covered components to the engine).

• operator abuse, neglect, improper operation or accident.

• non-Caterpillar attachments, accessories and parts (any engine part that is not identified by a Caterpillar part number), including, but not limited to: engine compression and exhaust brakes, fans, radiators, air to air aftercooler cores, air conditioning compressors, clutches, filters, transmissions, torque convertors, steering pumps, hoses, belts and clamps.

• an application or installation not approved by Caterpillar.

• normal wear out, including but not limited to oil consumption, chemical/mechanical erosion and/or leaking seals or gaskets.

• unauthorized repairs or adjustments, including but not limited to: improper fuel setting and valve lash adjustments.

• repairs or alterations made by an unauthorized dealer.

• brakesaver unless specified as option on contract.

• fuel transfer pump, fuel priming pump, unit injectors and fuel nozzles. thermostat, starters, alternators, turbocharger, air compressor, electronic connectors and wiring.

• steel shims and cast iron block inserts.

• acts of God, war, vandalism, riot, theft, explosion, and any other act of nature or man.

• failure to follow maintenance procedures and scheduled component inspections/replacements as specified in the Caterpillar Vehicle Engine Operation and Maintenance Management Guide.

This service contract also does not pay for:

• normal preventative maintenance and scheduled component inspections/replacements as defined in the Caterpillar Vehicle Engine Operation and Maintenance Management Guide, including but not limited to valve lash adjustments, inspections, Scheduled Oil Sampling and maintenance items such as lube oils, filters, belts and hoses.

• performance complaints, including but not limited to, any adjustments to fuel settings, PAR tests, or programming of the Electronic Control Module.

• reimbursement for any travel or towing, or overnight lodging or meals or communications expenses and any other downtime or downtime-related expenses cargo damage or economic loss.

• any and all taxes.

• parts shipping charges.

### VII. TRANSFER OF COVERAGE

The remaining coverage of this service contract may be transferred to subsequent owners during the coverage period at no extra charge, provided the new owner of the vehicle presents a copy of the current Registration Certificate to an authorized dealer within ten (10) days of the transfer of the vehicle title. Remaining coverage cannot be transferred from a covered engine to a non-covered engine.

### VIII. REFUNDS

Any and all service contract fees are non-refundable.

### IX. DISCLAIMERS

CATERPILLAR'S RESPONSIBILITIES UNDER THIS SERVICE CONTRACT ARE LIMITED TO THE PROVISION OF MATERIALS AND LABOR AS SPECIFIED HEREIN.

CATERPILLAR DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTIES IN CONNECTION HEREWITH, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

REMEDIES UNDER THIS SERVICE CONTRACT ARE LIMITED TO THE PROVISION OF MATERIALS AND LABOR AS SPECIFIED HEREIN.

CATERPILLAR IS NOT RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

REPLACEMENT PARTS FURNISHED UNDER THE TERMS OF THIS SERVICE CONTRACT ARE COVERED UNDER THE APPLICABLE REPLACEMENT PARTS WARRANTY.

THIS SERVICE CONTRACT DOES NOT SUPERSEDE THE EMISSION WARRANTY FOR EMISSION-RELATED COMPONENTS.

MISREPRESENTATION OF THE ENGINE'S ELIGIBILITY FOR COVERAGE, OR THE ACTUAL ACCUMU-LATED MILEAGE, HOURS, OR AGE SHALL RESULT IN CANCELLATION OF THIS SERVICE CONTRACT BY CATERPILLAR WITH NO REFUND. CATERPILLAR SHALL BE ENTITLED TO ALL OTHER REMEDIES.

# Caterpillar On-Highway Vehicle Engine
## Extended Service Coverage
### Registration Form
### For Multiple Unit Registrations

Date ___ 3 - 7 - 00

TECI # ___ 7 ___

**Customer Name:** Truck Service

**Mailing Address:** 7 Culture Lane

**City:** Newbury

**State/Province Zip/Postal Code:** MA 01527

**Phone Number:** (___) MA - 2531

**Comments:**

| # | Model | H/P | Engine S/N | Vehicle ID # | Unit # | Del. Date | Start Miles |
|---|-------|-----|-----------|--------------|--------|-----------|-------------|
| 1 | C-12 | 380/410 | 2KS 07959 | F57166 | 4700 | 01-08-00 | 73 |
| 2 | | | 2KS 07817 | F57163 | 4700 | 01-08-00 | 66 |
| 3 | | ( | 2KS 07878 | F57142 | 6700 | 01-15-00 | 70 |
| 4 | | | 2KS 07796 | F57161 | 6300 | 01-15-00 | 69 |
| 5 | | | 2KS 07274 | F57165 | 6700 | 01-15-00 | 500 |
| 6 | | | 2KS 07765 | F57170 | 6700 | 01-15-00 | 77 |
| 7 | | | 2KS 07778 | F57177 | 6700 | 01-15-00 | 130 |
| 8 | | | 2KS 07844 | F57180 | 7100 | 01-15-00 | 60 |
| 9 | | | 2KS 07761 | F57174 | 7400 | 01-15-00 | 70 |
| 10 | | | 2KS 07922 | F57168 | 7200 | 01-15-00 | 71 |
| 11 | | | 2KS 07877 | F57161 | 7600 | 12-06-99 | 60 |
| 12 | | | 2KS 07868 | F57175 | 7700 | 01-15-00 | 69 |
| 13 | | | 2KS 07861 | F57171 | 7800 | 01-15-00 | 102 |
| 14 | | | 2KS 07756 | F57161 | 7700 | 01-15-00 | 54 |
| 15 | | | 2KS 07867 | F57172 | 9000 | 01-15-00 | 126 |
| 16 | | | 2KS 08576 | F57167 | 8100 | 01-15-00 | 143 |
| 17 | | | 2KS 37704 | F57173 | 8200 | 01-15-00 | 67 |
| 18 | | | 2KS 07853 | F57173 | 8400 | 01-15-00 | 66 |
| 19 | | | 2KS 07731 | F57166 | 8600 | 12-06-99 | 71 |
| 20 | | | 2KS 07873 | F57164 | 8500 | 01-15-00 | 63 |

**This form is to be used as an addendum to On-Highway Vehicle Registration Certificate (LELT6573) which identifies specific terms, conditions, and component coverages.**

LELT8361-01

# CATERPILLAR®

## ON-HIGHWAY VEHICLE ENGINE SERVICE COVERAGE MATRIX

Matrix Effective February 1, 2001

This matrix is published for quick reference only and is not an all inclusive list of covered components for each selected service program. Refer to the applicable coverage registration certificate for complete listing of covered components.

FOR REFERENCE ONLY

YES-1 Components are eligible only if replaced with new Caterpillar or remanufactured parts at time of overhaul.
YES-2 Components are eligible only if replaced by covered components.
YES-3 Components are eligible only if purchased as option on contract.

Galaxts not listed in this matrix are not covered under any ESC Program.

LEET4534-03

| | MED. DUTY 3116,3126,3208 C-10,C-12,C-10-18 | HEAVY DUTY 3406,3306,3176 C-10,C-12,C-10-18 | HEAVY DUTY 3176,3306,3406 C-10-C-14 C-1.5,C-18 | MED. DUTY 3116,3126,3208 | HEAVY DUTY 3176,3306,3406 C-10,C-12 | ADVANTAGE PLUS | MED. DUTY 3116,3126,3208 | HEAVY DUTY 3176,3306,3406 C-10-C-12 | MED. DUTY 3116,3126,3208 | HEAVY DUTY 3176,3306,3406 C-10,C-12 C-15,C-18 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ESC | ESCI | ADVANTAGE | ADVANTAGE PLUS | REMAN | REMAN |
| PROGRAM START DATE | Oct.1,1996 | Nov.1,1996 | Nov.1,1998 | Apr.1,1998 | Oct.1,1998 | JAN.1,2001 | Oct.1,1997 | Apr.16,1993 | Oct.1,1997 | Mar.1,1998 |

*(Remainder of table is a heavily degraded scan and largely illegible. Row categories include: FUEL SYSTEM, LUBRICATION SYSTEM, COOLING SYSTEM, ELECTRONIC SYSTEM, MISCELLANEOUS ITEMS with entries such as HEU/EUI/AU (Unit Injector), Nozzle, Jumper Tubes, Fuel Injection Pump & Governor, Fuel Transfer Pump, Fuel Priming Pump, Fuel Ratio Control, Oil Pan/Oil Pan Plate, Oil Cooler Core, Thermostat Housing and Cover, Personality Module, Transducer Module, Road Speed Buffer, Wiring Harness and Connectors, Shut-off Solenoid, Jake Brakes, Freight Charges, etc. Cell values are YES / NO / N/A / YES-1 / YES-2 / YES-3 but individual values cannot be reliably read.)*

# ON-HIGHWAY VEHICLE ENGINE
## SERVICE COVERAGE MATRIX
Matrix Effective February 1, 2001

**CATERPILLAR**

| | MED DUTY 3116,3126,3208 ESC I | HEAVY DUTY 3406,3306,3176 C-10,C-12,C-15,C-16 ESC I | ESC II | ESC PLUS | HEAVY DUTY 3176,3306,3406 C-10,C-12,C-15,C-16 ESC PLUS | MED DUTY 3116,3126,3208 ADVANTAGE MR | HEAVY DUTY 3176,3306,3408 C-10,C-12,C-15,C-16 ADVANTAGE HD | ADVANTAGE Plus | DOC | MED DUTY 3116,3126,3208 XCREMAN | HEAVY DUTY XCREMAN | HEAVY DUTY 3176,3306,3406 C-10,C-12,C-16 XCREMAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROGRAM START DATE** | Oct 1,1995 | May 1,1996 | | May 1,1996 | May 1,1996 | Apr 1,1998 | Oct 1,1998 | Feb 1,2001 | Jan 1,1997 | Jun 1,1997 | Aug 1,1997 | Jan 1,1997 | Mar 1,1998 |

### AIR INDUCTION & EXHAUST SYSTEM
- Exhaust Manifolds, Studs, Bolts, & Gaskets
- Fuel Air Heater & Relay
- Turbo (includes Seals, Lines, & Gaskets)
- Intake Manifold

### CYLINDER HEAD GROUP
- Cylinder Head Casting
- Injector Sleeve & Sleeve Seals
- Exhaust Sleeves
- Exhaust Valve Seats
- Cylinder Head Gasket
- Freeze Plug
- Spacer Plate, Gasket, &
- Spacer Deck (Block to Head)
- Spacer Deck Gasket
- Int & Exh Valves/Seats/Seals
- Valve Spring, Insert, Guide
- Rocker & Related
- Valve Mechanism (includes Rocker Arm, Brackets, Bridges, Dowels, Adjusting Screws, Nuts, Shaft, & Push Tubes)
- Valve Cover & Base
- Valve Cover Gasket & Base Gasket
- Camshaft Bearings
- Camshaft Lifter Assem (Followers & Clips)
- Camshaft Rear Cover/Seal
- Camshaft Follower Covers & Gasket

### FRONT AND REAR COVERS GROUP
- Front Cover/Front Housing & Plate
- Front Cover/Front Housing & Plate Gasket
- Front Cover Gears, Bearings, & Retainers
- Crankshaft Seal (Front or Rear)
- Subshaft Bolts
- Flywheel Housing
- Flywheel Housing Gasket
- Vibration Damper

### SHORT BLOCK GROUP
- Cylinder Block Casting
- Spacer Block
- Spacer Block
- Freeze Plug
- Crankshaft Casting
- Crankshaft Bearings, Rod, Main
- Thrust Bearings
- Connecting Rod Assembly & Bushing
- Wrist Pin, Retainer Clip, and Piston Ring
- Oil Jet Tube
- Cylinder Liner
- Cylinder Liner Seals & Fluid Band
- Main Bearing Cap Bolt

LEET6524-03

Information contained in this publication may be considered confidential. Discretion is recommended when distributing.

FOR REFERENCE ONLY

2001 Caterpillar Inc.
All rights reserved
Printed in U.S.A.