Sterling Truck Number Assignment  2/2/00

CATERPILLAR ON-HIGHWAY VEHICLE ENGINE EXTENDED SERVICE COVERAGE FORM

| | Fleet # | Model | H/P | Engine # | VIN # | Del Date | Start Miles | Plate # |
|---|---|---|---|---|---|---|---|---|
| 1 | 6000 | C-12 | 380/430 | 2KS27780 | F57160 | 1/18/00 | 158 | 46406 |
| 2 | 6100 | C-12 | 380/430 | 2KS27897 | F57163 | 1/18/00 | 66 | 41119 |
| 3 | 6200 | C-12 | 380/430 | 2KS27878 | F57162 | 1/18/00 | 70 | 46407 |
| 4 | 6300 | C-12 | 380/430 | 2KS27936 | F57181 | 1/18/00 | 156 | 40016 |
| 5 | 6700 | C-12 | 380/430 | 2KS27904 | F57165 | 1/18/00 | 1500 | 26432 |
| 6 | 6800 | C-12 | 380/430 | 2KS27955 | F57170 | 1/18/00 | 1700 | 26443 |
| 7 | 6900 | C-12 | 380/430 | 2KS28378 | F57179 | 1/18/00 | 150 | 26440 |
| 8 | 7100 | C-12 | 380/430 | 2KS27844 | F57180 | 1/18/00 | 60 | 26446 |
| 9 | 7400 | C-12 | 380/430 | 2KS27905 | F57174 | 1/18/00 | 72 | 26449 |
| 10 | 7500 | C-12 | 380/430 | 2KS27999 | F57168 | 1/18/00 | 61 | 26434 |
| 11 | 7600 | C-12 | 380/430 | 2KS27877 | F57161 | 1/18/00 | 66 | 26435 |
| 12 | 7700 | C-12 | 380/430 | 2KS28368 | F57175 | 1/18/00 | 80 | 26437 |
| 13 | 7800 | C-12 | 380/430 | 2KS27861 | F57171 | 1/18/00 | 1512 | 26441 |
| 14 | 7900 | C-12 | 380/430 | 2KS27956 | F57169 | 1/18/00 | 1543 | 26448 |
| 15 | 8000 | C-12 | 380/430 | 2KS27857 | F57172 | 1/18/00 | 1680 | 26438 |
| 16 | 8100 | C-12 | 380/430 | 2KS28276 | F57167 | 1/18/00 | 1487 | 26436 |
| 17 | 8300 | C-12 | 380/430 | 2KS27914 | F57173 | 1/18/00 | 67 | 26439 |
| 18 | 8400 | C-12 | 380/430 | 2KS27953 | F57178 | 1/18/00 | 66 | 26445 |
| 19 | 8500 | C-12 | 380/430 | 2KS27893 | F57164 | 1/18/00 | 69 | 26447 |
| 20 | 8600 | C-12 | 380/430 | 2KS27931 | F57166 | 1/18/00 | 71 | 32946 |
| 21 | 9700 | C-12 | 380/430 | 2KS27835 | F57176 | 1/18/00 | 1520 | 29934 |
| 22 | 9800 | C-12 | 380/430 | 2KS27791 | F57177 | 1/18/00 | 66 | 29933 |

Sheet1

Page 1

DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

Page 1

```
                    VOLUME:  I
                    PAGES:   1 - 220
                    EXHIBITS: 1 - 16
     COMMONWEALTH OF MASSACHUSETTS
WORCESTER, ss.      SUPERIOR COURT DEPARTMENT
                    C.A. NO. 2005-00387-A
-------------------------------------x
TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,
        Plaintiff
vs
MILTON CAT f/k/a
SOUTHWORTH-MILTON, INC.

        Defendant
-------------------------------------x
            - and -
       UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS

                    C.A. NO. 04-11836-RCL

-------------------------------------x
TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,

        Plaintiff

vs

CATERPILLAR, INC.,

        Defendant
-------------------------------------x
-------------------------------------
        BRAMANTI & LYONS COURT REPORTING, INC.
        REGISTERED PROFESSIONAL REPORTERS
          92 STATE STREET, BOSTON, MA 02109
       TEL:  617.723.7321 / FAX:  617.723.7322
              www.bramanti-lyons.com
   *** UNEDITED/UNCERTIFIED ROUGH DRAFT COPY ***
```

BRAMANTI & LYONS COURT REPORTING, INC.
TEL: 617.723.7321

EXHIBIT
F

```
 1   A.   Pretty much so, yes.
 2   Q.   So once you've installed them on the three
 3        mounts, you have the engine installed in the
 4        truck?
 5   A.   In lay mens terms, yes.
 6   Q.   What differences are there in horsepower between
 7        the C12 and the 3176?  I understand that there
 8        are ranges, so if you could give me the ranges
 9        of the horsepower for each?
10   A.   I couldn't tell you.  I would say upwards to 425
11        maximum.
12   Q.   On each or just on the C12?
13   A.   C12 can go up to 425.
14   Q.   Are there differences in the torque output
15        between the C12 and the 3176?
16   A.   Yes.
17   Q.   What are those differences?
18   A.   Again, depending on horsepower and RPM.
19   Q.   The C12 has a higher torque output?
20   A.   Not necessarily, depending.
21   Q.   But if the horsepower, it it's in the upper
22        ranges, it would be higher than the 3176?
23   A.   Could be.
24   Q.   Because I think you said earlier that the 3176
```

DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

Page 26

```
 1         goes up to around 380 horsepower?
 2   A.    I believe that's correct.
 3   Q.    What's the metallic composition of the flywheel
 4         house on the C12?
 5   A.    I beg your pardon?
 6   Q.    What's the metallic composition on the flywheel
 7         house?  What's it made out of?
 8   A.    I believe gray iron.
 9   Q.    And you said early whier that the C12 has the
10         same flywheel house as the 3176?
11   A.    Uh-huh.
12             MR. GRUNERT:  You've got to say yes or
13         no.
14   A.    Yes.
15   Q.    Sometimes it's hard because you have to get this
16         down for the stenographer's benefit and for the
17         record.
18   A.    Thank you, sorry.
19   Q.    No, not at all.
20             What's the metallic composition of the
21         flywheel bolt on the C12, what's the flywheel
22         bolt made out of?
23   A.    Grade 8 steel.
24   Q.    Does this difference in the two metals cause any
```

Page 49

| | | |
|---|---|---|
| 1 | A. | He may have asked a question about it, but in |
| 2 | | relationship to the 3176, the similarities are |
| 3 | | very, very close to the C12. |
| 4 | Q. | You told him that the 3176 was similar to the |
| 5 | | C12? |
| 6 | A. | Yes. |
| 7 | Q. | The 3176 and the C12 are a similar engine? |
| 8 | | MR. GRUNERT: I object to the form. |
| 9 | A. | Very similar. |
| 10 | Q. | Is the C12 a revision of the 3176? |
| 11 | A. | Yes. |
| 12 | Q. | Do you remember anything more about the |
| 13 | | conversation with Mr. Lynd regarding the |
| 14 | | serviceability issues? |
| 15 | A. | Not that I know of. |
| 16 | Q. | Did you call him or did he call you, or was it |
| 17 | | in person? |
| 18 | A. | It was probably a one-on-one conversation. |
| 19 | Q. | Do you remember where that was? |
| 20 | A. | Over at Trans-Spec's facility. |
| 21 | Q. | What were you doing over at tran speck's |
| 22 | | facility? |
| 23 | A. | Andy may have had a question on a given spec or |
| 24 | | something that he's requested and either I |

| | | |
|---|---|---|
| 1 | | happened to be going by, or stopped over. |
| 2 | Q. | I may have asked you this, but do you remember |
| 3 | | when this meeting took place? |
| 4 | A. | No, I do not. |
| 5 | Q. | But he had a question about spec regarding the |
| 6 | | C12? |
| 7 | A. | Curiosity factor on his behalf. |
| 8 | Q. | This was around the time that Trans-Spec was |
| 9 | | purchasing the new trucks? |
| 10 | A. | I would presume so. |
| 11 | Q. | Did you have a laptop computer with you at the |
| 12 | | time that you met with Mr. Lynd? |
| 13 | A. | More than likely, yes. |
| 14 | Q. | Did you use that laptop in your conversation |
| 15 | | with Mr. Lynd? |
| 16 | A. | I may have. |
| 17 | Q. | What may have you used the laptop to do with |
| 18 | | Mr. Lynd during this conversation? |
| 19 | A. | Be more specific. |
| 20 | Q. | Well, what did you use the laptop for?  You're |
| 21 | | in a meeting with Mr. Lynd and you had your |
| 22 | | laptop with you.  What did you use it for? |
| 23 | A. | Unless he wants to program a truck or discuss |
| 24 | | programming of his customer parameters, there |

Page 51

1          would be no reason for me to use it, unless he
2          brought up a question regarding what is known as
3          Caterpillar E T, electronic technician.
4    Q.    During this meeting with Mr. Lynd, did you input
5          various permutations of conditions into the
6          laptop to show Mr. Lynd various capabilities of
7          the C12 or any other Caterpillar engines?
8    A.    No.
9    Q.    So you went over there around the time that
10         Trans-Spec was looking to purchase the trucks,
11         and you talked to Mr. Lynd about the C12 being
12         similar to the 3176 arcs and you think about
13         some of the specifications of the C12?
14   A.    We didn't go into specifications, to my
15         knowledge.
16   Q.    And you were never present when Mr. Calderbank
17         gave or showed anyone at Trans-Spec any
18         information regarding the C12 capabilities or
19         comparing it with competitive engines?
20   A.    I don't believe so.
21   Q.    No such conversation ever took place at the 99
22         restaurant?
23   A.    I don't believe so.
24   Q.    What is Caterpillar extended service coverage?

| | | |
|---|---|---|
| 1 | | You at Southworth-Milton goes and contacts the |
| 2 | | dealer? |
| 3 | A. | That's correct. |
| 4 | Q. | And informs them that they're violating the |
| 5 | | policy, is that correct? |
| 6 | A. | That's correct. |
| 7 | Q. | What entity decided to stop providing warranty |
| 8 | | coverage for Trans-Spec' flywheel housing and |
| 9 | | flywheel housing bolt failures? |
| 10 | A. | That was between Troy Guidotti and rob Smith, |
| 11 | | both service representatives of the Hartford |
| 12 | | district office. |
| 13 | Q. | What's Mr. Smith's title? |
| 14 | A. | At the time, he was the regional service rep |
| 15 | | from the Hartford district office. |
| 16 | Q. | And what was Mr. Guidotti's title at the time? |
| 17 | A. | Also regional service rep. |
| 18 | Q. | When did they decide to stop providing warranty |
| 19 | | coverage for Trans-Spec's flywheel housing and |
| 20 | | flywheel housing bolt failures? |
| 21 | A. | September of -- I'm going to say either August |
| 22 | | or September of 2003 or it could be 2002. |
| 23 | Q. | Do you think it could be 2002? |
| 24 | A. | When were the delivery of the trucks?  They have |

Page 109

1   delivery dates.  They were all in January of
2   January of 2005, so five years, 2001.  So 2001 I
3   think it was.
4  Q.  So this was August or September of 2001?
5  A.  I believe it was, yes.
6  Q.  Who informed you of this decision that
7   Caterpillar was going to stop providing warranty
8   coverage for Trans-Spec's trucks?
9           MR. GRUNERT:  I object to the form.
10 A.  Troy Guidotti.
11 Q.  Who?
12 A.  Troy Guidotti and rob Smith.
13 Q.  What did they tell you, that it is not a
14  Caterpillar issue?
15 Q.  When did this conversation take place?
16 A.  It was 2002, September of 2002.
17 Q.  Where?
18 A.  Via phone.
19 Q.  Who called who?
20 A.  I called them.
21 Q.  Why?
22 A.  Because I wanted to get to the root cause of the
23  problem.
24 Q.  What was the problem?

| | | |
|---|---|---|
| 1 | | reason why?  And obviously, I'd have to reply |
| 2 | | no, I haven't heard of any reasoning what was |
| 3 | | causing his, the root cause of his problem. |
| 4 | Q. | Has Caterpillar ever told you the root cause of |
| 5 | | his problem? |
| 6 | A. | Nobody has. |
| 7 | Q. | Is there any permanent fix for the problem that |
| 8 | | Trans-Spec has been having? |
| 9 | A. | To my knowledge, not at this point in time. |
| 10 | Q. | When did you first learn that Trans-Spec was |
| 11 | | trying to purchase flywheels from other parts |
| 12 | | dealers? |
| 13 | A. | Was that a question? |
| 14 | Q. | Yes, when.  I'll repeat it when did you first |
| 15 | | learn that? |
| 16 | A. | After September of '03 that they were |
| 17 | | purchasing, Jay told me that he was purchasing |
| 18 | | flywheel houseings and replacing them. |
| 19 | Q. | When you say September of '03, you're dish |
| 20 | | distinguishing? |
| 21 | A. | Or thereafter. |
| 22 | Q. | Is it your understanding that, just so that |
| 23 | | there is no confusion with the dates, September |
| 24 | | of '02 is when Caterpillar stopped warrantying |

Kevin G. Holmes                                                    04/11/2005

```
 1                                           VOLUME: I
 2                                           PAGES:   1 - 120
 3                                           EXHIBITS: See Index
 4              UNITED STATES DISTRICT COURT
 5                DISTRICT OF MASSACHUSETTS
 6
         - - - - - - - - - - - - - - - - - -x
 7       TRANS-SPEC TRUCK SERVICE, INC.,
         d/b/a TRUCK SERVICE,
 8
                           Plaintiff,
 9
         vs.                               Civil Action No.
10                                         04-CV-11836-RCL
11
         CATERPILLAR, INC.,
12
                           Defendant.
13       - - - - - - - - - - - - - - - - - -x
14
                  DEPOSITION OF KEVIN G. HOLMES
15
               Monday, April 11, 2005, 9:00 a.m.
16
                 Tri State Trucking Center, Inc.
17
                      411 Hartford Turnpike
18
               Shrewsbury, Massachusetts 01545
19
20
             Reporter:  Deborah L. Maren, RPR
21
                        LegaLink Boston
22
           320 Congress Street, Boston, MA 02210
23
                        (617)542-3500
24
```

CERTIFIED ORIGINAL LEGALINK BOSTON

LegaLink Boston
(800) 822-3376


EXHIBIT G

Kevin G. Holmes                                                    04/11/2005

47

1       Q.   But you'd seen this happen in other of
2  Trans-Spec's Sterling trucks that they've brought in
3  with the Caterpillar C-12 engines?
4       A.   Yes.
5       Q.   On the next page, on 580 of this packet,
6  can you describe for me the four photographs that you
7  see there and what they represent.
8       A.   Again, similarly, we have the same damage,
9  cracked flywheel housings, as we did in the prior
10 pictures.
11      Q.   Have you ever seen anything routinely like
12 this before the Trans-Spec C-12?
13      A.   Routinely, no, we have not.
14      Q.   So this is an abnormality to see bell
15 housings in this condition?
16           MR. GRUNERT:  Object to the form.
17      A.   In the number of failures, yes, that is
18 correct.
19      Q.   And is this a complete failure?  Or can
20 this be repaired in any way?  Or is this --
21      A.   No.  This is actually detrimental to the
22 vehicle's operation.
23      Q.   This would cause widespread problems to the
24 rest of the engine and the rest of the truck?

Kevin G. Holmes                                           04/11/2005

48

```
 1           MR. GRUNERT:  Object to the form.
 2           A.   Absolutely.
 3           Q.   What kind of damage would that cause to the
 4      truck?
 5           MR. GRUNERT:  Object to the form.
 6           A.   Actually, it could cause transmission
 7      damage.  It could cause drivetrain vibration.  Again,
 8      this -- this piece of the engine obviously has to have a
 9      specific pitch and angle to it so obviously it follows
10      the same angle throughout the driveline.  And if not,
11      you can create other problems throughout the vehicle as
12      well.
13           Q.   So these failures aren't confined to a
14      simple replacement of the piece; they actually do cause
15      other damage both to the engine and other components?
16           MR. GRUNERT:  Object to the form.
17           A.   Yes, it may.  That's correct.
18           MR. GRUNERT:  Could you give me a minute to
19      state my objection?  It's hard for the stenographer to
20      take down two people at once.
21           Did you get the objection to that question?
22           MR. SAMITO:  I'm sure we're all getting your
23      objections.
24           Q.   You can continue answering.
```

Kevin G. Holmes                                              04/11/2005

49

```
 1         A.   And, as I stated, this actually can cause
 2   other problems within the vehicle's drivetrain, cab, et
 3   cetera.
 4         Q.   What sort of specific damage could this
 5   cause?
 6         MR. GRUNERT:  Object.
 7         A.   Again, through vibration it can loosen
 8   components much earlier than the norm just through,
 9   again, the vehicle not -- the engine not having its
10   proper balance and creating other problems.
11         Q.   Looking at 581 of this exhibit, what do you
12   see there?  There's only one picture on this.  What do
13   you see there?
14         A.   Again, I see the engine flywheel housing
15   cracked.  And, again, that is cracked as many of the
16   others that I have viewed here at the dealership as well
17   as in the pictures.
18         Q.   Complete failure?
19         A.   Yes.
20         Q.   And 582?
21         A.   582 again is a single picture, again,
22   having the same failure of a cracked bell housing and,
23   again, leading from the flywheel housing mounting bolts
24   out to the housing itself.
```