S/N C-12 2KS27857      Date 6July2004      Location Milford Dyno

Speed Sweep @ 100 RPM intervals

**EFH**          **EFV**

| RPM | Engine | Frame Rail | 3rd | 3Rd Frame Rail | RPM | Engine |
|---|---|---|---|---|---|---|
| 700 | 0.63 | 0.62 | 8.88 | 5.13 | 700 | |
| 800 | 0.48 | 0.42 | 4.53 | 1.6 | 800 | |
| 900 | 0.48 | 0.7 | 4.09 | 1.36 | 900 | |
| 1000 | 0.75 | 0.53 | 2.47 | 0.61 | 1000 | |
| 1100 | 0.96 | 0.45 | 1.28 | 0.86 | 1100 | |
| 1200 | 1.1 | 0.19 | 0.64 | 0.04 | 1200 | |
| 1300 | 1.43 | 0.35 | 0.32 | 0.09 | 1300 | |
| 1400 | 1.07 | 0.55 | 0.13 | 0.09 | 1400 | |
| 1500 | 1.07 | 0.66 | 0.21 | 0.05 | 1500 | |
| 1600 | 0.95 | 0.85 | 0.41 | 0.01 | 1600 | |

**ERH**          **ERV**

| RPM | Engine | Frame Rail | 3rd | 3Rd Frame Rail | RPM | Engine |
|---|---|---|---|---|---|---|
| 700 | 0.5 | 0.49 | 3.23 | 1.33 | 700 | |
| 800 | 0.55 | 0.48 | 1.72 | 4.22 | 800 | |
| 900 | 0.7 | 0.31 | 1.35 | 2.64 | 900 | |
| 1000 | 0.95 | 0.58 | 0.82 | 0.69 | 1000 | |
| 1100 | 1.22 | 0.35 | 0.32 | 1.73 | 1100 | |
| 1200 | 1.37 | 0.37 | 0.1 | 0.82 | 1200 | |
| 1300 | 1.31 | 0.38 | 0.12 | 0.03 | 1300 | |
| 1400 | 1.18 | 0.25 | 0.21 | 0.08 | 1400 | |
| 1500 | 1.19 | 0.19 | 0.29 | 0.01 | 1500 | |
| 1600 | 1.33 | 0.2 | 0.37 | 0.01 | 1600 | |

**Trans Horz**          **Trans Vert**

| RPM | Engine | 3rd | RPM | |
|---|---|---|---|---|
| 700 | 1.17 | 2.64 | 700 | 0.92 |
| 800 | 0.97 | 0.45 | 800 | 0.87 |
| 900 | 0.38 | 0.69 | 900 | 1.54 |
| 1000 | 0.71 | 0.18 | 1000 | 1.11 |
| 1100 | 0.51 | 0.19 | 1100 | 0.83 |
| 1200 | 0.57 | 0.08 | 1200 | 1.01 |
| 1300 | 0.7 | 0.09 | 1300 | 1.04 |
| 1400 | 0.63 | 0.15 | 1400 | 0.84 |
| 1500 | 0.65 | 0.2 | 1500 | 0.76 |
| 1600 | 0.68 | 0.27 | 1600 | 0.88 |

Frame Rail

Frame Rail

| Frame Rail@ 3rd | | 3Rd Frame Rail | Speed 65 |
|---|---|---|---|
| 0.19 | 0.62 | 2.03 | |
| 0.22 | 0.35 | 3.09 | |
| 0.1 | 0.18 | 0.88 | |
| 0.2 | 0.07 | 0.52 | |
| 0.39 | 0.07 | 0.93 | |
| 0.3 | 0.17 | 0.71 | |
| 0.12 | 0.06 | 0.39 | |
| 0.15 | 0.02 | 0.11 | |
| 0.35 | 0.07 | 0.06 | |
| 0.4 | 0.07 | 0.01 | |
| | | | 1688 20mils |

```
---------------------------------------------------------------
POINT #  1  TRK. NO1  -EFH
   [ HIGHWAY TRUCK ENGINE , ENGINE FRONT HORZ. DISP.(MILS)  ]

SIGNAL STATUS        : OK
MEASUREMENT DATE/TIME : 06-JUL-04  12:53:59
LAST SURVEY ON       : [ ??      ?? ]
RPM READING          : 1688.
LOAD                 :   20.0
OVERALL =3.53    MILS PK-PK DIG   14 % OF ALARM
SPECTRUM=3.53    MILS PK-PK DIG

1/2 ORDER    0.812  MILS      PK-PK   16 % OF ALARM
1ST ORDER    1.30   MILS      PK-PK   26 % OF ALARM
2ND ORDER    0.221  MILS      PK-PK    4 % OF ALARM
3RD ORDER    0.497  MILS      PK-PK   12 % OF ALARM
4TH ORDER    0.0653 MILS      PK-PK    2 % OF ALARM
6TH ORDER    0.0580 MILS      PK-PK    2 % OF ALARM
NOTE CODES:  NO LOAD
             C 12 2KS27857


---------------------------------------------------------------
POINT #  1  TRK. NO1  -EFH
   [ HIGHWAY TRUCK ENGINE , ENGINE FRONT HORZ. DISP.(MILS)  ]

SPECTRUM=3.53    MILS PK-PK DIG
```



POINT ID : TRK. NO1  -EFH   06-JUL-04  12:53:59

```
FREQUENCY  DATA    FREQUENCY  DATA    FREQUENCY  DATA    FREQUENCY  DATA
 184.7    1.870     1397.    0.1541    2059.    0.1465    4216.    0.4920
 392.3    1.021     1452.    0.1337    2272.    0.1654    5061.    0.4933
```

```
------------------------------------------------------------
POINT #  2  TRK. NO1  -EFV
   [ HIGHWAY TRUCK ENGINE , ENGINE FRONT VERT. DISP.(MILS)  ]

SIGNAL STATUS        :  VIB. ALARM
MEASUREMENT DATE/TIME :  06-JUL-04  10:02:55
LAST SURVEY ON       :  [ ??      ?? ]
RPM READING          :   700.
LOAD                 :    20.0
OVERALL =5.05    MILS PK-PK DIG  20 % OF ALARM
SPECTRUM=5.05    MILS PK-PK DIG

1/2 ORDER      1.40   MILS      PK-PK    28 % OF ALARM
1ST ORDER      0.539  MILS      PK-PK    11 % OF ALARM
2ND ORDER      0.102  MILS      PK-PK     2 % OF ALARM
3RD ORDER      4.75   MILS      PK-PK   119 %  ALARM
4TH ORDER      0.0199 MILS      PK-PK     1 % OF ALARM
6TH ORDER      0.349  MILS      PK-PK    12 % OF ALARM
NOTE CODES:  C 12 2KS27857
             NO LOAD
             FRAME

------------------------------------------------------------
POINT #  2  TRK. NO1  -EFV
   [ HIGHWAY TRUCK ENGINE , ENGINE FRONT VERT. DISP.(MILS)  ]

SPECTRUM=5.05    MILS PK-PK DIG
```

POINT ID : TRK. NO1  -EFV    06-JUL-04  10:02:55



```
FREQUENCY  DATA     FREQUENCY  DATA     FREQUENCY  DATA     FREQUENCY  DATA
  59.95    0.5987     560.0    .07688     903.4    .07692    2450.    .09325
```

| 104.4 | 0.8242 | 598.0 | 0.1461 | 1050. | 0.4940 | 3150. | 0.1294 |
| 221.4 | 0.3385 | 649.3 | 0.1321 | 1400. | 0.1003 | 3500. | .08745 |
| 350.2 | 1.399  | 697.7 | 0.5170 | 1750. | 0.1411 | 3850. | .05535 |
| 500.0 | 0.1349 | 802.8 | 0.1508 | 2100. | 4.735  | 4200. | 0.3498 |

```
-----------------------------------------------------------------
POINT #  3  TRK. NO1  -ERH
   [ HIGHWAY TRUCK ENGINE , ENGINE REAR HORZ. DISP.(MILS)  ]

SIGNAL STATUS          :  OK
MEASUREMENT DATE/TIME  :  06-JUL-04  12:54:38
LAST SURVEY ON         :  [ ??      ?? ]
RPM READING            :  1688.
LOAD                   :    20.0
OVERALL =3.43     MILS PK-PK DIG  14 % OF ALARM
SPECTRUM=3.42     MILS PK-PK DIG

1/2 ORDER      0.610  MILS      PK-PK   12 % OF ALARM
1ST ORDER      1.43   MILS      PK-PK   29 % OF ALARM
2ND ORDER      0.425  MILS      PK-PK    9 % OF ALARM
3RD ORDER      0.384  MILS      PK-PK   10 % OF ALARM
4TH ORDER      0.272  MILS      PK-PK    9 % OF ALARM
6TH ORDER      0.199  MILS      PK-PK    7 % OF ALARM
NOTE CODES:  C 12 2KS27857
             NO LOAD
```

```
-----------------------------------------------------------------
POINT #  3  TRK. NO1  -ERH
   [ HIGHWAY TRUCK ENGINE , ENGINE REAR HORZ. DISP.(MILS)  ]

SPECTRUM=3.42     MILS PK-PK DIG
```



```
        POINT ID : TRK. NO1  -ERH    06-JUL-04  12:54:38
3.00 ┤




MILS



0.00 ┤
      169.                    CPM                    13504.
```

| FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA |
|-----------|------|-----------|------|-----------|------|-----------|------|
| 54.84 | 2.377 | 843.6 | 0.5931 | 3374. | 0.4228 | 6747. | 0.2717 |
| 181.4 | 2.576 | 1140. | 0.1242 | 3856. | .09548 | 7591. | 0.3098 |

| | | | | | | | |
|------|--------|-------|--------|-------|--------|-------|--------|
| 587.6 | 0.4542 | 1685. | 1.292 | 2530. | 1.098 | 5903. | 0.1825 |
| 846.4 | 0.7607 | 1857. | 0.1035 | 3372. | 0.2057 | 7591. | 0.4455 |
| 1096. | 0.2910 | 1977. | 0.1805 | 3856. | .09724 | 8435. | 0.1116 |

| 494.5 | 0.2937 | 1686. | 1.411 | 4217. | 0.3493 | 8435. | 0.1411 |
|-------|--------|-------|-------|-------|--------|-------|--------|
| 656.3 | 0.1763 | 2256. | .09011 | 5061. | 0.3863 | 10122. | 0.1988 |
| 742.7 | 0.1644 | 2530. | 0.4083 | 5904. | 0.3404 | 11809. | 0.1050 |

```
------------------------------------------------------------
POINT # 5  TRK. NO1  -ERA
  [ HIGHWAY TRUCK ENGINE , ENGINE REAR AXIAL DISP.(MILS)  ]

SIGNAL STATUS          : OK
MEASUREMENT DATE/TIME  : 06-JUL-04  12:56:18
LAST SURVEY ON         : [ ??      ?? ]
RPM READING            : 1688.
LOAD                   :   20.0
OVERALL =2.18    MILS PK-PK DIG    9 % OF ALARM
SPECTRUM=2.18    MILS PK-PK DIG

1/2 ORDER    0.279  MILS      PK-PK    6 % OF ALARM
1ST ORDER    0.351  MILS      PK-PK    7 % OF ALARM
2ND ORDER    0.196  MILS      PK-PK    4 % OF ALARM
3RD ORDER    0.0293 MILS      PK-PK    1 % OF ALARM
4TH ORDER    0.229  MILS      PK-PK    8 % OF ALARM
6TH ORDER    0.0252 MILS      PK-PK    1 % OF ALARM
NOTE CODES:  C 12 2KS27857
             NO LOAD
             FRAME
------------------------------------------------------------
POINT # 5  TRK. NO1  -ERA
  [ HIGHWAY TRUCK ENGINE , ENGINE REAR AXIAL DISP.(MILS)  ]

SPECTRUM=2.18    MILS PK-PK DIG
```



```
FREQUENCY  DATA      FREQUENCY  DATA      FREQUENCY  DATA      FREQUENCY  DATA
  115.1    0.9998      842.4    0.2702      2255.    .08240      4119.    .04214
```

| 229.9 | 0.4386 | 1139. | .09318 | 2431. | .04511 | 4217. | 0.1436 |
| 361.8 | 0.1316 | 1329. | .04333 | 2530. | 2.019 | 5902. | .04194 |
| 573.9 | .09320 | 1677. | 0.3320 | 3371. | 0.1847 | 6748. | 0.2305 |
| 652.0 | 0.1290 | 1931. | 0.1549 | 3856. | .09205 | 7591. | 0.1448 |

```
------------------------------------------------------------
POINT # 6  TRK. NO1  -TRH
  [ HIGHWAY TRUCK ENGINE , TRANS. REAR HORZ. DISP.(MILS)  ]

SIGNAL STATUS          : OK
MEASUREMENT DATE/TIME  : 06-JUL-04  12:58:23
LAST SURVEY ON         : [ ??      ?? ]
RPM READING            : 1688.
LOAD                   :    20.0
OVERALL =1.94     MILS PK-PK DIG    8 % OF ALARM
SPECTRUM=1.94     MILS PK-PK DIG

1/2 ORDER     0.845  MILS       PK-PK    17 % OF ALARM
1ST ORDER     0.983  MILS       PK-PK    20 % OF ALARM
2ND ORDER     0.536  MILS       PK-PK    11 % OF ALARM
3RD ORDER     0.326  MILS       PK-PK     8 % OF ALARM
4TH ORDER     0.151  MILS       PK-PK     5 % OF ALARM
6TH ORDER     0.0521 MILS       PK-PK     2 % OF ALARM
NOTE CODES: C 12 2KS27857
            NO LOAD

------------------------------------------------------------
POINT # 6  TRK. NO1  -TRH
  [ HIGHWAY TRUCK ENGINE , TRANS. REAR HORZ. DISP.(MILS)  ]

SPECTRUM=1.94     MILS PK-PK DIG
```



POINT ID : TRK. NO1  -TRH   06-JUL-04  12:58:23

```
FREQUENCY  DATA      FREQUENCY  DATA      FREQUENCY  DATA      FREQUENCY  DATA
   81.69   0.8223       586.0   0.3537       1683.   0.9624       4216.   0.3433
  135.0    0.7178       742.7   0.1533       1930.   0.1904       5060.   0.3273
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 270.1 | 0.3103 | 844.0 | 0.8448 | 2266. | 0.1472 | 5904. | 0.3437 |
| 361.8 | 0.5592 | 1013. | .08224 | 2531. | 0.4753 | 6748. | 0.1507 |
| 472.6 | 0.2075 | 1094. | 0.1007 | 3374. | 0.5329 | 7591. | 0.3071 |

```
--------------------------------------------------------------------
POINT #  7  TRK. NO1  -TRV
    [ HIGHWAY TRUCK ENGINE , TRANS. REAR VERT. DISP.(MILS)  ]

SIGNAL STATUS          : OK
MEASUREMENT DATE/TIME  : 06-JUL-04  12:59:28
LAST SURVEY ON         : [ ??     ?? ]
RPM READING            : 1688.
LOAD                   :   20.0
OVERALL =2.51    MILS PK-PK DIG  10 % OF ALARM
SPECTRUM=2.51    MILS PK-PK DIG

1/2 ORDER      1.69   MILS     PK-PK   34 % OF ALARM
1ST ORDER      1.00   MILS     PK-PK   20 % OF ALARM
2ND ORDER      0.0449 MILS     PK-PK    1 % OF ALARM
3RD ORDER      0.0580 MILS     PK-PK    1 % OF ALARM
4TH ORDER      0.0314 MILS     PK-PK    1 % OF ALARM
6TH ORDER      0.0546 MILS     PK-PK    2 % OF ALARM
NOTE CODES: C 12 2KS27857
            NO LOAD
```

```
--------------------------------------------------------------------
POINT #  7  TRK. NO1  -TRV
    [ HIGHWAY TRUCK ENGINE , TRANS. REAR VERT. DISP.(MILS)  ]

SPECTRUM=2.51    MILS PK-PK DIG
```



POINT ID : TRK. NO1  -TRV    06-JUL-04  12:59:28

| FREQUENCY | DATA  | FREQUENCY | DATA   | FREQUENCY | DATA   | FREQUENCY | DATA   |
|-----------|-------|-----------|--------|-----------|--------|-----------|--------|
| 122.0     | 1.642 | 1148.     | .06285 | 2255.     | .08201 | 5060.     | .05676 |
| 573.9     | 0.1992| 1225.     | 0.1603 | 2530.     | 0.7001 | 5904.     | .08428 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 650.7 | 0.2505 | 1317. | .06856 | 3856. | .04205 | 7590. | 0.1148 |
| 843.1 | 1.660 | 1681. | 0.9633 | 4119. | .04489 | 9278. | .04809 |
| 1013. | .06040 | 1929. | 0.3041 | 4217. | 0.1739 | 10120. | .05396 |

```
--------------------------------------------------------
POINT # 1  TRK. NO2  -EFH
   [ HIGHWAY TRUCK ENGINE , ENGINE FRONT HORZ. DISP.(MILS)  ]

SIGNAL STATUS        :  OK
MEASUREMENT DATE/TIME :  06-JUL-04  13:10:52
LAST SURVEY ON       :  [ ??      ?? ]
RPM READING          :  1688.
LOAD                 :  20.0
OVERALL =13.8     MILS PK-PK DIG  55 % OF ALARM
SPECTRUM=13.8     MILS PK-PK DIG

1/2 ORDER      0.586  MILS      PK-PK   12 % OF ALARM
1ST ORDER      3.65   MILS      PK-PK   73 % OF ALARM
2ND ORDER      0.316  MILS      PK-PK    6 % OF ALARM
3RD ORDER      2.96   MILS      PK-PK   74 % OF ALARM
4TH ORDER      0.195  MILS      PK-PK    6 % OF ALARM
6TH ORDER      0.613  MILS      PK-PK   20 % OF ALARM
NOTE CODES:   WITH LOAD
              C 12 2KS27857


--------------------------------------------------------
POINT # 1  TRK. NO2  -EFH
   [ HIGHWAY TRUCK ENGINE , ENGINE FRONT HORZ. DISP.(MILS)  ]

SPECTRUM=13.8     MILS PK-PK DIG
```



```
POINT ID : TRK. NO2  -EFH   06-JUL-04  13:10:52
20.0




MILS




0.00
      169.                    CPM             13504.
```

| FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA |
|-----------|------|-----------|------|-----------|------|-----------|------|
| 80.64 | 6.413 | 1084. | 2.229 | 2228. | 0.2430 | 4655. | 1.113 |
| 356.7 | 0.7455 | 1249. | 0.4748 | 2327. | 2.711 | 5067. | 2.964 |

```
-----------------------------------------------------------------
POINT #  1  TRK. NO2  -EFH
  [ HIGHWAY TRUCK ENGINE , ENGINE FRONT HORZ. DISP.(MILS)  ]

SIGNAL STATUS          : OK
MEASUREMENT DATE/TIME  : 06-JUL-04  13:10:52
LAST SURVEY ON         : [ ??      ?? ]
RPM READING            : 1688.
LOAD                   : 20.0
OVERALL =13.8     MILS PK-PK DIG  55 % OF ALARM
SPECTRUM=13.8     MILS PK-PK DIG

1/2 ORDER     0.586  MILS      PK-PK   12 % OF ALARM
1ST ORDER     3.65   MILS      PK-PK   73 % OF ALARM
2ND ORDER     0.316  MILS      PK-PK    6 % OF ALARM
3RD ORDER     2.96   MILS      PK-PK   74 % OF ALARM
4TH ORDER     0.195  MILS      PK-PK    6 % OF ALARM
6TH ORDER     0.613  MILS      PK-PK   20 % OF ALARM
NOTE CODES:  WITH LOAD
             C 12 2KS27857
```

```
-----------------------------------------------------------------
POINT #  1  TRK. NO2  -EFH
  [ HIGHWAY TRUCK ENGINE , ENGINE FRONT HORZ. DISP.(MILS)  ]

SPECTRUM=13.8     MILS PK-PK DIG
```

POINT ID : TRK. NO2   -EFH   06-JUL-04  13:10:52



| FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA |
|-----------|------|-----------|------|-----------|------|-----------|------|
| 80.64 | 6.413 | 1084. | 2.229 | 2228. | 0.2430 | 4655. | 1.113 |
| 356.7 | 0.7455 | 1249. | 0.4748 | 2327. | 2.711 | 5067. | 2.964 |

| 542.0 | 11.38 | 1395. | 0.2497 | 2534. | 3.089 | 5912. | 0.6811 |
| 753.1 | 0.3268 | 1689. | 3.668 | 3379. | 0.3115 | 7600. | 0.7129 |
| 839.6 | 0.4915 | 1942. | 0.2289 | 4223. | 1.415 | 10135. | 0.6081 |

```
------------------------------------------------------------
POINT #  2  TRK. NO2  -EFV
   [ HIGHWAY TRUCK ENGINE , ENGINE FRONT VERT. DISP.(MILS)  ]

SIGNAL STATUS          : HIGH ALARM-2
MEASUREMENT DATE/TIME  : 06-JUL-04  13:10:03
LAST SURVEY ON         : [ ??      ?? ]
RPM READING            :  1688.
LOAD                   :   20.0
OVERALL =36.1    MILS PK-PK DIG 144 %  ALARM
SPECTRUM=36.0    MILS PK-PK DIG

1/2 ORDER     1.93  MILS      PK-PK    39 % OF ALARM
1ST ORDER     1.36  MILS      PK-PK    27 % OF ALARM
2ND ORDER     0.555 MILS      PK-PK    11 % OF ALARM
3RD ORDER     0.682 MILS      PK-PK    17 % OF ALARM
4TH ORDER     0.124 MILS      PK-PK     4 % OF ALARM
6TH ORDER     0.0117 MILS     PK-PK     0 % OF ALARM
NOTE CODES:  WITH LOAD
             C 12 2KS27857
             FRAME


------------------------------------------------------------
POINT #  2  TRK. NO2  -EFV
   [ HIGHWAY TRUCK ENGINE , ENGINE FRONT VERT. DISP.(MILS)  ]

SPECTRUM=36.0    MILS PK-PK DIG
```



```
FREQUENCY  DATA    FREQUENCY  DATA    FREQUENCY  DATA    FREQUENCY  DATA
  101.5    1.662     1691.    1.270     2653.    0.2060    3670.    0.3228
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 249.5 | 0.7645 | 1789. | 0.4110 | 2861. | 0.2938 | 4227. | 0.3610 |
| 542.0 | 35.26 | 2058. | 0.5290 | 2937. | 0.1969 | 4660. | 0.3251 |
| 846.0 | 1.909 | 2330. | 6.375 | 3057. | 0.2057 | 5072. | 0.6812 |
| 1083. | 0.8266 | 2536. | 1.099 | 3386. | 0.5276 | 5918. | 0.3617 |

```
------------------------------------------------------------
POINT #  3  TRK. NO2  -ERH
   [ HIGHWAY TRUCK ENGINE , ENGINE REAR HORZ. DISP.(MILS)  ]

SIGNAL STATUS          : OK
MEASUREMENT DATE/TIME  : 06-JUL-04  13:09:20
LAST SURVEY ON         : [ ??      ?? ]
RPM READING            : 1688.
LOAD                   : 20.0
OVERALL =11.2     MILS PK-PK DIG  45 % OF ALARM
SPECTRUM=11.2     MILS PK-PK DIG

1/2 ORDER     1.91  MILS      PK-PK    38 % OF ALARM
1ST ORDER     2.22  MILS      PK-PK    44 % OF ALARM
2ND ORDER     0.655 MILS      PK-PK    13 % OF ALARM
3RD ORDER     0.845 MILS      PK-PK    21 % OF ALARM
4TH ORDER     0.311 MILS      PK-PK    10 % OF ALARM
6TH ORDER     0.483 MILS      PK-PK    16 % OF ALARM
NOTE CODES:  WITH LOAD
             C 12 2KS27857


------------------------------------------------------------
POINT #  3  TRK. NO2  -ERH
   [ HIGHWAY TRUCK ENGINE , ENGINE REAR HORZ. DISP.(MILS)  ]

SPECTRUM=11.2     MILS PK-PK DIG
```

POINT ID : TRK. NO2   -ERH    06-JUL-04  13:09:20



| FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA |
|-----------|------|-----------|------|-----------|------|-----------|------|
| 177.6 | 5.948 | 1085. | 2.141 | 1913. | 0.6016 | 4234. | 0.4412 |
| 438.9 | 0.6251 | 1304. | 0.4141 | 2108. | 0.4433 | 5079. | 0.7845 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 544.3 | 5.886 | 1501. | 0.5308 | 2335. | 3.407 | 7618. | 0.6043 |
| 742.7 | 0.6079 | 1693. | 2.091 | 2540. | 2.147 | 8463. | 0.4063 |
| 846.2 | 1.841 | 1857. | 0.4874 | 3389. | 0.6059 | 10178. | 0.3871 |

```
------------------------------------------------------------
POINT #  5  TRK. NO2  -ERA
   [ HIGHWAY TRUCK ENGINE , ENGINE REAR AXIAL DISP.(MILS)  ]

SIGNAL STATUS          :  OK
MEASUREMENT DATE/TIME  :  06-JUL-04  13:09:45
LAST SURVEY ON         :  [ ??      ?? ]
RPM READING            :  1688.
LOAD                   :    20.0
OVERALL =15.9    MILS PK-PK DIG  64 % OF ALARM
SPECTRUM=15.9    MILS PK-PK DIG

1/2 ORDER     0.345  MILS      PK-PK    7 % OF ALARM
1ST ORDER     0.599  MILS      PK-PK   12 % OF ALARM
2ND ORDER     0.505  MILS      PK-PK   10 % OF ALARM
3RD ORDER     0.594  MILS      PK-PK   15 % OF ALARM
4TH ORDER     0.200  MILS      PK-PK    7 % OF ALARM
6TH ORDER     0.0170 MILS      PK-PK    1 % OF ALARM
NOTE CODES:  WITH LOAD
             C 12 2KS27857
             FRAME

------------------------------------------------------------
POINT #  5  TRK. NO2  -ERA
   [ HIGHWAY TRUCK ENGINE , ENGINE REAR AXIAL DISP.(MILS)  ]

SPECTRUM=15.9    MILS PK-PK DIG
```



```
FREQUENCY  DATA    FREQUENCY  DATA    FREQUENCY  DATA    FREQUENCY  DATA
  116.6    1.010     1237.    0.4374    2057.    0.4557    3173.    0.3130
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 325.8 | 0.3597 | 1494. | 0.3689 | 2228. | 0.3450 | 3252. | 0.4123 |
| 543.0 | 7.087 | 1620. | 0.3642 | 2328. | 13.00 | 3390. | 0.4365 |
| 731.5 | 0.3055 | 1680. | 0.4492 | 2534. | 4.717 | 4657. | 0.4007 |
| 1083. | 1.823 | 1903. | 0.3300 | 2873. | 0.6057 | 5067. | 0.5917 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 325.8 | 0.3597 | 1494. | 0.3689 | 2228. | 0.3450 | 3252. | 0.4123 |
| 543.0 | 7.087 | 1620. | 0.3642 | 2328. | 13.00 | 3390. | 0.4365 |
| 731.5 | 0.3055 | 1680. | 0.4492 | 2534. | 4.717 | 4657. | 0.4007 |
| 1083. | 1.823 | 1903. | 0.3300 | 2873. | 0.6057 | 5067. | 0.5917 |

```
--------------------------------------------------------------------
POINT #  6  TRK. NO2  -TRH
    [ HIGHWAY TRUCK ENGINE , TRANS. REAR HORZ. DISP.(MILS)  ]

SIGNAL STATUS          : HIGH ALARM-1
MEASUREMENT DATE/TIME  : 06-JUL-04  13:06:24
LAST SURVEY ON         : [ ??     ?? ]
RPM READING            : 1688.
LOAD                   :   20.0
OVERALL =27.5    MILS PK-PK DIG 110 %  ALARM
SPECTRUM=27.5    MILS PK-PK DIG

1/2 ORDER      1.46  MILS      PK-PK    29 % OF ALARM
1ST ORDER      1.51  MILS      PK-PK    30 % OF ALARM
2ND ORDER      0.685 MILS      PK-PK    14 % OF ALARM
3RD ORDER      1.08  MILS      PK-PK    27 % OF ALARM
4TH ORDER      0.173 MILS      PK-PK     6 % OF ALARM
6TH ORDER      0.178 MILS      PK-PK     6 % OF ALARM
NOTE CODES:  WITH LOAD
             C 12 2KS27857


--------------------------------------------------------------------
POINT #  6  TRK. NO2  -TRH
    [ HIGHWAY TRUCK ENGINE , TRANS. REAR HORZ. DISP.(MILS)  ]

SPECTRUM=27.5    MILS PK-PK DIG
```

POINT ID : TRK. NO2  -TRH    06-JUL-04  13:06:24



```
FREQUENCY  DATA      FREQUENCY  DATA      FREQUENCY  DATA      FREQUENCY  DATA
  120.9    3.700       1140.   0.4656      2117.   0.2228       4210.   0.6846
  303.8    1.350       1241.   0.4637      2322.   3.054        4643.   0.3808
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 540.3 | 26.38 | 1350. | 0.1558 | 2527. | 2.241 | 5051. | 0.9861 |
| 841.2 | 1.421 | 1681. | 1.450 | 3184. | 0.2000 | 5894. | 1.097 |
| 1080. | 0.3505 | 1908. | 0.3960 | 3367. | 0.6398 | 7579. | 0.3614 |

```
----------------------------------------------------------------
POINT # 7 TRK. NO2 -TRV
  [ HIGHWAY TRUCK ENGINE , TRANS. REAR VERT. DISP.(MILS) ]

SIGNAL STATUS         : OK
MEASUREMENT DATE/TIME : 06-JUL-04  13:02:12
LAST SURVEY ON        : [ ??      ?? ]
RPM READING           : 1688.
LOAD                  :   20.0
OVERALL =17.1    MILS PK-PK DIG  69 % OF ALARM
SPECTRUM=17.1    MILS PK-PK DIG

1/2 ORDER    0.746  MILS      PK-PK   15 % OF ALARM
1ST ORDER    0.550  MILS      PK-PK   11 % OF ALARM
2ND ORDER    0.530  MILS      PK-PK   11 % OF ALARM
3RD ORDER    0.376  MILS      PK-PK    9 % OF ALARM
4TH ORDER    0.0546 MILS      PK-PK    2 % OF ALARM
6TH ORDER    0.148  MILS      PK-PK    5 % OF ALARM
NOTE CODES:  WITH LOAD
             C 12 2KS27857

----------------------------------------------------------------
POINT # 7 TRK. NO2 -TRV
  [ HIGHWAY TRUCK ENGINE , TRANS. REAR VERT. DISP.(MILS) ]

SPECTRUM=17.1    MILS PK-PK DIG
```

POINT ID : TRK. NO2  -TRV    06-JUL-04  13:02:12



| FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA | FREQUENCY | DATA |
|-----------|------|-----------|------|-----------|------|-----------|------|
| 87.64 | 8.423 | 607.7 | 10.40 | 1912. | 0.5088 | 2946. | 0.3608 |
| 202.6 | 3.922 | 732.2 | 0.7110 | 2116. | 0.4002 | 3367. | 0.5150 |

| 324.5 | 1.610 | 831.0 | 0.5210 | 2322. | 4.248 | 4644. | 1.620 |
| 438.9 | 0.7411 | 1076. | 0.4547 | 2526. | 0.9534 | 5053. | 0.3712 |
| 545.2 | 11.76 | 1662. | 0.4681 | 2721. | 0.2772 | 7580. | 0.3613 |