### 169

1  Shrewsbury. What is located at that address?
3  **A. A repair facility for the public.**
4  Q. So that's where Trans-Spec carries on the truck repair part of its profit-making business?
7  **A. Yes.**
8  Q. Does Trans-Spec do any repair or maintenance work on its own trucks at the 307 Hartford Turnpike address?
11 **A. Emergency repairs.**
12 Q. So if a truck has a problem and it's close to the 307 Hartford Turnpike address, it might go there for repairs?
15 **A. Possibly. But generally they supply the road service if there's a problem on the road.**
18 Q. But scheduled maintenance or maintenance that is not being done on an emergency basis or repair that's not being done on an emergency basis would not be done at the 307 Hartford Turnpike address on Trans-Spec's own trucks?
24 **A. Yes.**

### 170

1  Q. Is 22 Eskow Road a location where Trans-Spec does its repair and maintenance work on its own trucks?
4  **A. Yes.**
5  Q. What else is at the 22 Eskow Road address in terms of Trans-Spec's business operations?
8  **A. It has a fabrication shop.**
9  Q. Is that fabrication shop related to the repair and maintenance work that Trans-Spec does at that location?
12 **A. Yes.**
13 Q. So if it needs to fabricate a bracket or a part of some type, it can do it right there and then put it on the truck?
16 **A. Yes.**
17 Q. Other than the repair facilities and the fabrication shop, what other part of Trans-Spec's business is carried on at 22 Eskow Road?
21 **A. A dispatch office.**
22 Q. What else goes on at that address?
23 **A. It's the safety manager's office.**
24 Q. Corporate safety manager?

### 171

1  **A. Yes.**
2  Q. What else is carried on at 22 Eskow Road?
4  **A. That is where all the operations records are stored.**
6  Q. What else goes on there?
7  **A. That's it.**
8  Q. And I think the last address that you identified as being used in Trans-Spec's business is 21 Eskow Road which is across the road from 22 Eskow Road?
12 **A. That is a secured parking lot.**
13 Q. Is that where Trans-Spec keeps its trucks when they are not in use?
15 **A. Yes.**
16 Q. Does Trans-Spec operate its trucks 24 hours a day?
18 **A. Yes.**
19 Q. Would any given truck typically be operated 24 hours a day, or would there be a shift when it was not being operated?
23 **A. Both.**
24 Q. Some of the trucks it operates 24 hours

### 172

1  a day?
2  **A. Some of the trucks some of the time.**
3  Q. When a truck is not being operated and is not actively being serviced at the 22 Eskow Road facility, would it be parked in the lot at 21 Eskow Road?
7  **A. Yes.**
8  Q. So the drivers of these trucks don't take them home and keep them in their driveway?
11 **A. No.**
12 Q. I take it if they are at the 21 Eskow Road lot, they are out in the open and they are not in a garage of any type?
15 **A. Yes. It's a secured parking lot.**
16 Q. Is it a paved parking lot?
17 **A. Yes.**
18 Q. Now, are there Trans-Spec employees whose place of work is exclusively the 307 Turnpike Road location?
21 **A. Yes.**
22 Q. Really, what I'm getting at is, are the Trans-Spec employees who perform repair and maintenance work on Trans-Spec's own