## PAGE 175

```
 1   Commonwealth that weighs more than that, you have to
 2   get one of these permits?
 3       A.  Basically, if you have a vehicle that runs
 4   under 80,000, there's one set fee.  If are you going
 5   to haul up to 99,000, then you have to get a Mass.
 6   overweight permit and a Massachusetts Turnpike
 7   permit.
 8       Q.  Now, you also identified as a location
 9   where records are stored as a, I think you called it,
10   an office trailer?
11       A.  That is correct.
12       Q.  Have you looked at any of the records
13   contained in the office trailer in connection with
14   your work on trying to solve this flywheel housing
15   problem?
16       A.  No.
17       Q.  So you don't really know what's there
18   because you haven't looked at them; right?
19       A.  Well, I've visually seen them.  I haven't
20   looked at all of them individually, no.  I know
21   they're work orders.
22       Q.  Well, have you looked at any of them
23   individually in connection with your work?
24       A.  Not as of this time, no.
```

## PAGE 176

```
 1       Q.  Now, you referred to it as an office
 2   trailer.  Who has their office in that trailer?
 3       A.  Absolutely no one.
 4       Q.  Is that trailer supplied with electricity?
 5       A.  Only if you run an extension cord to it.
 6       Q.  Is there a photocopy machine in that
 7   trailer?
 8       A.  No.
 9       Q.  Is there a desk in it?
10       A.  Yes, I believe there is.
11       Q.  Is there any kind of scanning device in
12   it?
13       A.  No.
14       Q.  Is there a telephone line to it?
15       A.  No.
16       Q.  Is it heated?
17       A.  Don't really know.
18       Q.  Does anyone at Trans-Spec actually work in
19   that trailer?
20       A.  No.
21       Q.  Are the records that are kept in that
22   trailer contained in cardboard boxes?
23       A.  Yes, they are.
24       Q.  And are those cardboard boxes stacked
```

## PAGE 177

```
 1   against the walls?
 2       A.  Yes, they are, by the month.
 3       Q.  About how many cardboard boxes stacked
 4   against the walls are there in that trailer?
 5       A.  I really couldn't tell you.  Maybe 50 or
 6   more boxes.  I don't know.  Stacks of four or stacks
 7   of five.  I'm not sure.
 8       Q.  When was the last time that an official
 9   from the Department of Transportation came to
10   Trans-Spec to examine documents that are stored in
11   that office trailer?
12       A.  The end of 2004, a DOT inspection.
13       Q.  And how long did the inspection last?
14       A.  Just about a week.
15       Q.  And were copies made of the documents kept
16   in the office trailer?
17       A.  No.
18       Q.  Did DOT take any of those documents away
19   with them?
20       A.  No.  They go through them all and enter
21   their data into their laptops.
22       Q.  When that inspection occurred, how many
23   days' notice did you receive that it was going to
24   occur?
```

## PAGE 178

```
 1       A.  I don't know.  They sent a letter out
 2   stating they'd be there.  I would say it was about a
 3   week's notice, if that.  Could have been longer.
 4   They're the government.  They basically do what they
 5   want.
 6       Q.  What use does Trans-Spec make in the
 7   day-to-day operations of its business of the records
 8   that are stored in that office trailer?
 9       A.  I couldn't tell you.
10       Q.  Do you know whether Trans-Spec makes any
11   use of records kept in that storage trailer?
12       A.  Once again, I couldn't tell you.
13       Q.  Are the records kept in that office
14   trailer generally at least two years old?
15       A.  I believe they're longer than that.  They
16   go back -- I think they have to be kept for -- I
17   don't know how many years.  The Secretary of State
18   requires you keep them.
19       Q.  I understand some of them are more than
20   two years old.  But my question was, are they at
21   least two years, two years old or older?
22       A.  I would say so.
23       Q.  Mr. Samito asked you whether statements
24   that Trans-Spec said in answers to interrogatories
```

## PAGE 179

```
 1   were made at the July 6, 2004, dyno tests might have
 2   been made to someone other than you.  Do you remember
 3   that question?
 4       A.  Uh-huh.
 5       Q.  Who else from Trans-Spec was present for
 6   that dyno testing?
 7       A.  I believe I was -- I don't -- I believe I
 8   was the only one there.
 9       Q.  Take a look at Exhibit 1.  I just have a
10   few questions about this and then we'll be done.
11           On the November 26, 2003, page,
12   there's an entry on there that says "Butch/Holywood
13   (phonetic) and two girls in service truck, need to
14   take action."  What is that about?
15       A.  That was a mechanic and a dispatcher.  The
16   mechanic had a road call to go on and he allegedly
17   took two girls with him.  The mechanic and the
18   dispatcher and two girls took the service truck and
19   went and did a road call somewhere.  It was brought
20   to my attention.
21       Q.  On the December 24, 2003, sheet, there's a
22   reference to -- right up at the top, it says, "6100
23   done," and then it says "Bring in 7100, trans popping
24   out of gear."  Do you see that?
```

## PAGE 180

```
 1       A.  Uh-huh.
 2       Q.  The answer is yes?
 3       A.  Yes.  Getting a little tired.
 4       Q.  Understandable.  Is it your understanding
 5   that Trans-Spec had repeated problems with the
 6   transmissions in these trucks?
 7       A.  Not to my knowledge.
 8       Q.  Have you ever made any effort to review
 9   Trans-Spec's repair orders or repair records to
10   determine the frequency with which it had significant
11   transmission problems with these trucks?
12       A.  No.
13       Q.  Do you know whether it had significant
14   transmission problems with more than 50 percent of
15   them during the --
16       A.  Not to my knowledge.
17       Q.  Okay.  If it did during the first two
18   years that it had these trucks, would that strike you
19   as an unusual number of transmission problems?
20           MR. SAMITO:  Objection.
21       A.  I wouldn't have any knowledge of it in the
22   first two years, because I wasn't there.
23       Q.  And you've never asked anyone at
24   Trans-Spec whether they had had transmission problems
```