PAGE 187

1  A.  I believe they're paper.  I'm not
2  positive.
3      Q.  Would those payroll sheets typically
4  include a report by the driver of any problems he had
5  encountered on that particular day, in terms of
6  problems with his truck or traffic accidents or any
7  other items that interfered with his work?
8      A.  Okay, you're going to have to rephrase it.
9  Are you talking the truck per se, or if he had any
10  delays, or what are you looking for?
11     Q.  I'm really trying get an understanding --
12     A.  You're fishing, I know.
13     Q.  I'm trying to get an understanding for
14  what kind of information would be in those payroll
15  sheets?
16     A.  Payroll sheet, I would imagine the load
17  the driver has done.  As far as the -- if there is a
18  trip ticket on the truck that would -- if there was
19  any problem with the truck, the driver would write it
20  down.  It's called a pre-trip inspection, required by
21  law.
22     Q.  And is a pre-trip inspection report
23  completed by a driver for every shift he works?
24     A.  Yes.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 188

1      Q.  And where does Trans-Spec keep the
2  pre-trip inspection reports?
3      A.  I believe at 22 Eskow Road.
4      Q.  Are they in that office trailer,
5  so-called?
6      A.  Some of them could be.
7      Q.  Do you know whether they are kept separate
8  from the repair orders?
9      A.  I have no idea.
10     Q.  But there should be a pre-trip inspection
11  report basically for each driver for each of these
12  trucks for each of the days that the trucks were
13  operated in Trans-Spec's business?
14     A.  Correct.
15     Q.  If a driver encounters some delay in the
16  course of his work, you know, if the Mass Pike is
17  backed up because of construction, or if there's a
18  snowstorm, or if some unforeseen event occurs that
19  bears upon what that driver was able to accomplish
20  that day, is there a document where the driver would
21  report that type of occurrence?
22     A.  He would physically report that on his
23  Nextel phone to the dispatchers, who would make a
24  note of it, I believe.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 189

1      Q.  So the driver would not fill out a
2  document, but the dispatch report would have a
3  reference to Joe Blow was delayed on the Pike because
4  of construction or something?
5      A.  It might and it might not.  It depends on
6  how thorough the dispatcher is.
7      Q.  Understood.  But if a communication of
8  that type were to be recorded, the place it would be
9  recorded would be on one of these dispatch sheets?
10     A.  I would imagine, yes.
11     Q.  And you wouldn't expect it to be recorded
12  anywhere else?
13     A.  No, I wouldn't.
14     Q.  Since you have been at Trans-Spec, have
15  any of the Sterling trucks involved in this case been
16  involved in any motor vehicle accidents?
17     A.  Say that again now.
18     Q.  Since you've been at Trans-Spec starting
19  in October 2003, have any of the 22 Sterling trucks
20  involved in this case been involved in any traffic
21  accidents?
22     A.  Probably.
23     Q.  Have any of those traffic accidents caused
24  any of the trucks to be out of service?

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 190

1      A.  Yes.
2      Q.  Which truck or trucks have been out of
3  service as a result of traffic accidents during your
4  tenure at Trans-Spec?
5      A.  Tractor 8000.
6      Q.  And when was it out of service?
7      A.  I don't know exactly.  It was during the
8  winter months.  It went up on about 90 feet of
9  guardrail on the Mass Pike in Palmer, Mass.
10     Q.  Did it roll over?
11     A.  No.
12     Q.  How long was it out of service?
13     A.  Probably a week and a half, two weeks
14  maybe, if that.
15     Q.  Do you recall any of the other Sterling
16  trucks involved in this case being involved in
17  traffic accidents that resulted in them being out of
18  service for some period of time?
19     A.  Yeah, there was one that was in an
20  accident about two weeks ago that the nose -- that's
21  still out of service.
22     Q.  Which one was that?
23     A.  I don't honestly know which number it is.
24     Q.  It's been out of service for a week or two

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 191

1  now?
2      A.  About a week.
3      Q.  When do you expect it to be back in
4  service?
5      A.  I honestly don't know.  I've been kind of
6  preoccupied here.
7      Q.  Other than those two trucks that have been
8  put out of service for some period of time as a
9  result of traffic accidents since October 2003, do
10  you know if any of the other ones have been?
11     A.  Possibly one from yesterday.
12     Q.  One of them was involved in a crash
13  yesterday, but you don't know whether it's going to
14  be out of service for any length of time?
15     A.  Well, it's going to be out of service.
16  For how long, I don't know.
17     Q.  Which truck was that?
18     A.  I honestly don't know.
19     Q.  So that's three that have been put out of
20  service for some period of time in crashes since
21  October 2003; right?
22     A.  Uh-huh.
23     Q.  Has anyone ever told you that any of the
24  trucks were out of service as a result of crashes

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 192

1  that occurred before you arrived at Trans-Spec?
2      A.  Yeah, it was 8500 that they were waiting
3  for a cab.  That was out of service for a while.
4      Q.  That was before your time?
5      A.  Yes.
6      Q.  That's the one that rolled over, is it?
7      A.  I don't honestly know.
8      Q.  Did it have a whole new cab put on it?
9      A.  Yes.
10     Q.  Where was that work done; do you know?
11     A.  That was done at Truck Service.
12     Q.  Okay, so Trans-Spec put the cab on itself?
13     A.  Yes.
14     Q.  That was sometime before October 2003?
15     A.  I don't honestly know.
16     Q.  Have you now reported to me all of the
17  traffic accidents that you have knowledge of that
18  involved any of the Sterling trucks involved in this
19  case being put out of service for any appreciable
20  length of time?
21     A.  I believe so.
22     Q.  There may be others, but if there are, you
23  don't know about them?
24     A.  There's others that might have been minor

C. J. REPORTING 978.409.9090
www.cjreporting.com