UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE, <br><br> Plaintiff <br><br> vs. <br><br> CATERPILLAR INC <br><br> Defendant | CIVIL ACTION NO. 04-11836-RCL |

**TRANS-SPEC TRUCK SERVICE, INC.'S ASSENTED-TO MOTION TO ENLARGE
THE TIME FOR RESPONDING TO REQUEST FOR ADMISSIONS**

The plaintiff Trans-Spec Truck Service Inc. hereby moves pursuant to Fed. R. Civ. P. 29 and 36, and with the assent of the defendant Caterpillar Inc., for an order enlarging to July 5, 2005, the time in which it may serve its responses to Caterpillar Inc.'s Request for Admission of Facts by the Plaintiff Trans-Spec Truck Service, Inc

TRANS-SPEC TRUCK SERVICE INC.,

By its attorneys,

DONOVAN HATEM, LLP

_____
Christian G. Samito (BBO: 639825)
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

ASSENTED TO: _____
John A. K. Grunert  (BBO: 213820)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Bosnton, MA  02129
(617) 241-3000
ATTORNEY FOR CATERPILLAR INC.