UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE,<br><br>Plaintiff<br><br>vs.<br><br>CATERPILLAR INC.<br><br>Defendant | CIVIL ACTION NO. 04-11836-RCL |

**PROTECTIVE ORDER WITH RESPECT TO UNAUTHORIZED THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Upon motion of the defendant Caterpillar Inc., and for good cause shown, it is hereby ORDERED that the document request appended as Schedule B to Trans-Spec's notice of taking the Rule 30(b)(6) deposition of Caterpillar shall be deemed a nullity, and Caterpillar shall have no obligation whatsoever to respond to that request in writing or to produce any documents or tangible things that may be requested by it.

BY THE COURT,

_____

DATED:

4