**Grunert, John A.K.**

| | |
|---|---|
| From: | Howe, Christopher R. |
| Sent: | Wednesday, December 22, 2004 9:58 AM |
| To: | Grunert, John A.K. |
| Subject: | FW: Activity in Case 1:04-cv-11836-RCL Trans-Spec Truck Service Inc. v. Caterpillar Inc. "Scheduling Conference" |

Attached is a copy of Judge Lindsay's scheduling order, which was sent to the parties electronically.

Christopher R. Howe
Campbell Campbell Edwards
   & Conroy Professional Corporation


Tel:  (617) 241-3029
Fax;  (617) 241-5115
chowe@campbell-trial-lawyers.com

  Note : This e-mail contains information from the law firm of Campbell Campbell Edwards & Conroy Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call 617-241-3000.



-----Original Message-----
From: ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
Sent: Thursday, October 28, 2004 12:41 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-11836-RCL Trans-Spec Truck Service Inc. v. Caterpillar Inc. "Scheduling Conference"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Stanhope, Don entered on 10/28/2004 at 12:41 PM EDT and filed on 10/27/2004

Case Name: Trans-Spec Truck Service Inc. v. Caterpillar Inc.
Case Number: 1:04-cv-11836 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93820

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view the document:

Docket Text:
Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 10/27/2004. Fact discovery due by 6/29/05. Plaintiff's expert disclosure due 7/27/05. Defendant's expert disclosure due

8/24/05. Rule 12, 15, 19, and 20 Motions due 3/23/05. Discovery due by 10/26/2005. Motions due by 11/22/2005. Court allows Plaintiff to take 12 depositions.(Court Reporter none present.) (Stanhope, Don)

The following document(s) are associated with this transaction:


1:04-cv-11836 Notice will be electronically mailed to:

| Name | Email |
|---|---|
| Richard P. Campbell | rpcampbell@campbell-trial-lawyers.com |
| Sabrina DeFabritiis | sdefabritiis@campbell-trial-lawyers.com |
| John A.K. Grunert | jgrunert@campbell-trial-lawyers.com |
| Christopher Robert Howe | chowe@campbell-trial-lawyers.com |
| Nancy M. Reimer | nreimer@donovanhatem.com |
| Christian G. Samito | csamito@dhboston.com |

1:04-cv-11836 Notice will not be electronically mailed to: