UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TRANS-SPEC TRUCK SERVICE INC., d/b/a TRUCK SERVICE, | ) ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 04-11836-RCL |
| CATERPILLAR INC., | ) ) ) | |
| Defendant | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Christopher R. Howe of Campbell Campbell Edwards & Conroy, on behalf of the defendant Caterpillar Inc. Caterpillar Inc. continues to be represented by Richard P. Campbell and John A.K. Grunert of Campbell Campbell Edwards and Conroy.

CATERPILLAR INC.,

By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

_____
Richard P. Campbell (BBO: 071600)
John A. K. Grunert (BBO: 213820)
Christopher R. Howe (BBO: 652445
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

1

## CERTIFICATE OF SERVICE

    I, John A.K. Grunert, hereby certify that on August 22, 2005, I electronically filed the foregoing Notice of Withdrawal of Appearance and this Certificate of Service with the Clerk of the Court using the CM/ECF system.

_____
John A.K. Grunert