## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE, )<br><br>Plaintiff )<br><br>vs. )<br><br>CATERPILLAR INC. )<br><br>Defendant ) | **CIVIL ACTION NO. 04-11836-RCL** |

TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,

      Plaintiff

vs.

CATERPILLAR INC.

      Defendant

**CIVIL ACTION NO. 04-11836-RCL**

### ASSENTED TO MOTION TO ENLARGE THE TIME FOR OPPOSING CATERPILLAR INC.'S MOTION FOR A PROTECTIVE ORDER WITH RESPECT TO UNAUTHORIZED THIRD SET OF DOCUMENT REQUESTS, AND CERTIFICATE OF CONFERENCE

The plaintiff Trans-Spec Truck Service, Inc. d/b/a Truck Service ("Trans-Spec") hereby moves pursuant to Local Rule 7.1(B)(2), and with the assent of the defendant Caterpillar Inc. ("Caterpillar"), for an order enlarging to September 7, 2005 the time in which it has to file an Opposition to *Caterpillar Inc.'s Motion for a Protective Order with Respect to Unauthorized Third Set of Document Requests, and Certificate of Conference.*

---

[1] Trans-Spec disputes the appropriateness of the title of Caterpillar's Motion for reasons which will be addressed in its Opposition.

1

Respectfully submitted,

TRANS-SPEC TRUCK SERVICE, INC
By its attorneys,
DONOVAN HATEM, L.L.P.


Christian G. Samito (BBO: 639825)
2 Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: August 25, 2005
00937884

Assented to: CATERPILLAR INC.
By its attorneys,
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.


John A. K. Grunert (BBO: 213820)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Date: August 25, 2005

2