UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11836-RCL

TRANS-SPEC TRUCK SERVICE, INC. )
d/b/a TRUCK SERVICE, )
    Plaintiff )
 )
vs. )
 )
CATERPILLAR INC. )
    Defendant )

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Above-Named Court:

Kindly docket the appearance of Kevin G. Kenneally, Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210, as counsel of record for TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE, a plaintiff in the above-captioned action.

Respectfully submitted,
TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE

*/s/ Kevin G. Kenneally*
Kevin G. Kenneally, Esq.
BBO #550050
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: November 2, 2005
00956548

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 11/2/05