09/21/2005

Page 132

1   you know, if you're taking the truck off road
2   for the majority of the time.
3           I think there's a different
4   warranty for that.
5   Q. Right. I'm not talking, I'm talking isn't
6   there an expectation that an on-road truck may
7   occasionally go off road and that shouldn't
8   destroy the engine, correct?
9   A. Yeah. Yeah. Like you said, you're
10  driving in your field tanker and you go off
11  road to deliver right where you're delivering
12  at.
13  Q. Yeah.
14  A. No, that should not have an adverse
15  effect.
16  Q. Are trucks of the type used by Trans-Spec
17  custom designed?
18          MR. GRUNERT: Object to the form.
19          THE WITNESS: I don't know. I
20  don't know all of Sterling's product line, and
21  if that's considered custom or if that's
22  standard.
23  BY MR. SAMITO:



Page 170

1  Q. What's the fix for the problem?
2      MR. GRUNERT: Same objection.
3  BY MR. SAMITO:
4  Q. Does Caterpillar have a fix for the
5  problem?
6      MR. GRUNERT: Object to the form.
7  Truck Services' problem?
8      MR. SAMITO: For the problems
9  with the flywheel houses.
10     MR. GRUNERT: Well, I object to
11 the form. You have not established that there
12 is a problem with the flywheel housings.
13 BY MR. SAMITO:
14 Q. Why was the 6SIGMA team formed?
15 A. To investigate complaints on the flywheel
16 housings.
17 Q. Is the 6SIGMA team formed for every time
18 there's a complaint on any engine part?
19 A. Lots of times it is.
20 Q. So if a single complaint comes in a 6SIGMA
21 team will be formed?
22 A. Not a single complaint.
23 Q. How, what triggers it? What is your

Page 171

1  cutoff?
2  A. Three failures.
3  Q. Three failures? And in this case how many
4  failures before the 6SIGMA team was triggered?
5  A. At the time that we formed the team there
6  was probably a hundred failures.
7  Q. Did the 6SIGMA team focus just on
8  Trans-Spec's trucks or on C12 flywheels in
9  general?
10 A. We --
11 Q. Or were there two teams?
12 A. No. We started the team based on
13 Trans-Spec's complaints and then we broadened
14 it to see if there was a bigger problem.
15 Q. So when you first looked at Trans-Spec's
16 problems, what was the permanent fix for
17 Trans-Spec's problems?
18 A. We could not find the root cause.
19 Q. How about for the broader, when you
20 broadened out what was the permanent fix that
21 the team came up with?
22     MR. GRUNERT: Object to the form.
23 There was no need for a permanent fix.

Page 172

1  BY MR. SAMITO:
2  Q. What was the fix for the trucks that were
3  having problems or failures with the flywheel
4  housings and the flywheel housing bolts?
5  A. Say again.
6      MR. GRUNERT: In addition to the
7  ones he's told you about? The Oshkosh ones?
8      MR. SAMITO: In general. In
9  general. All, all, all of the, all of the
10 trucks that the 6SIGMA team looked at.
11     Mr. Bowes testified that he, the
12 6SIGMA team didn't come up with a fix for
13 Trans-Spec's problems and broadened out to look
14 at other flywheel housing failures and flywheel
15 house bolt failures, and what I'm asking is,
16 what was its conclusion, what was the fix for
17 C12 flywheel housing and flywheel house bolt
18 failures.
19     MR. GRUNERT: The problem with
20 the question is that it is assuming that there
21 are repetitive C12 flywheel housing failures on
22 trucks other than Truck Service's trucks.
23     That is to say that there is a

Page 173

1  problem that needs to be fixed.
2      MR. SAMITO: It's not assuming
3  that. It's saying in general what did the
4  6SIGMA team find as its final conclusion.
5      What did it say should be done to
6  prevent further problems, whether it's a
7  flywheel house that was perfectly fine or
8  whether it's one that has had multiple
9  failures; what was the final solution.
10     MR. GRUNERT: Again, I object to
11 the form. The question is unanswerable in that
12 form.
13     But if you, if you understand
14 what he's asking and if you can formulate an
15 answer to that question, go ahead and do so.
16     THE WITNESS: The team looked at
17 the failures across, you know, all of our
18 110,000 engines and our approach was to look
19 at, narrow it down to particular OEM's as
20 having a problem worse than others.
21     So the focus of our
22 investigation, not having unlimited resources,
23 was to look at that particular OEM and try to

Richard E. Bowes

Page 174

1  understand why they were having these failures.
2         And the investigation was ongoing
3  when litigation came in and we were halted in
4  doing so.
5  BY MR. SAMITO:
6  Q. What OEMs were having problems?
7  A. Sterling was having a failure rate higher
8  than the rest of the OEMs as well as Oshkosh
9  for the earlier, earlier description that I
10 talked about.
11 Q. What about other OEMs?
12 A. Other OEMs had failures, but not nearly to
13 the extent that Sterling did.
14 Q. Did Freight Liner have failures?
15 A. Yes.
16 Q. Did International have failures?
17 A. Yes.
18 Q. Did Kenworth have failures?
19 A. Yes.
20 Q. Did Peterbilt have failures?
21 A. Yes.
22 Q. Was it the same problem across the board?
23 In other words, were the failures in all the

Page 175

1  different OEMs being caused by the same
2  problem?
3  A. I don't know that. We did not investigate
4  each of the OEMs.
5  Q. What, what was causing the failures?
6  A. I don't know.
7  Q. Has the team ever found a root cause?
8  A. The team that was looking at this
9  particular issue did not, but as I mentioned
10 before in prior instances we had determined.
11 Q. How about with the Sterling's? Was there
12 a root cause with Sterling's?
13 A. I don't know what the root cause is.
14        MR. SAMITO: You want to go off
15 the record for a second?
16        (Discussion off the record.)
17        THE WITNESS: Okay.
18        (Exhibit No. 15 marked for
19        identification.)
20 BY MR. SAMITO:
21 Q. Exhibit 15 is Bates number S001370. It's
22 an e-mail from Brad Boden dated November 24th,
23 2003.

LegaLir
(617) 5

Page 208

1  Q. What if, what if they were still within
2  warranty and correct, in 500,000 miles or five
3  years would flywheel houses and flywheel house
4  bolt failures been something covered under that
5  warranty?
6  A. The extended service?
7  Q. Yeah. The extended service coverage.
8  Five years, 500,000 miles.
9  A. Yeah. I think the, it does cover the
10 flywheel houses. ESC coverage.
11 Q. So you just assumed that it was past, it
12 was outside of that ESC coverage, the five
13 years, 500,000 miles, which is why Trans-Spec
14 was buying these with their own money?
15 A. Yeah. I don't know if that's what I
16 thought at that time or not. I'm just reading
17 it now that I could have, I could have thought
18 that.
19 Q. And in the second paragraph there it
20 mentions the idea of seeing about a, it implies
21 some sort of deal with Sterling, right?
22        Some kind of restitution for the
23 repairs from Sterling to Trans-Spec and hoping

Page 207

1  authority to call these parts back under the
2  standard warranty parts return system.
3        Did it help you remember if you
4  learned anything regarding Caterpillar not
5  reimbursing Trans-Spec for flywheel house or
6  flywheel house bolt failures?
7  A. All, I think, yeah. At the time we read
8  that it was out of warranty so it was, repairs
9  were being done at the customer's expense.
10 Q. You thought this time that they were out
11 of warranty?
12 A. I could have easily read it that way. I
13 guess I don't know if I knew at the time.
14 Q. Is this the type of thing that you assumed
15 would have been covered by warranty?
16 A. Well, we knew the engines were a little
17 bit older engines and, you know, when this went
18 out in 2004 they would have been four or five
19 years old.
20        Standard warranty is two years.
21 So I guess I would imply by reading that that
22 they were just out of warranty and that's why
23 he had to pay for them on his own.

# CATERPILLAR — ON-HIGHWAY VEHICLES

## ON-HIGHWAY VEHICLE ENGINE EXTENDED SERVICE COVERAGE
Registration Certificate For Units Operating In The U.S.A. And Canada
For Mid-Range and Heavy Duty On-Highway Truck, School Bus, Recreational Vehicle,
Fire Truck or Crash Rescue Engine Applications
(Program Effective Date May 1, 1998)

**PRESS HARD — YOU ARE MAKING 3 COPIES**

**CUSTOMER NAME:** TRUCE SERVICE
**MAILING ADDRESS:** 7 CRISTO LANE
**CITY:** MILLBURY
**STATE/PROVINCE:** MA
**ZIP/POSTAL CODE:** 01527
**PHONE NUMBER:** 508-791-9521

**SELLING DEALER NAME:** MINUTEMAN
**SELLING DEALER CODE:** A73M
**SELLING DEALER ADDRESS:** ROUTE ONE
**CITY:** WALPOLE
**STATE/PROVINCE:** MA
**ZIP/POSTAL CODE:** 02081
**CAT DEALER NAME:** SOUTHWORTH
**CAT DLR. CODE:** E420

### TYPE OF REGISTRATION
- New Registration [X]
- Transfer Ownership [ ]
- Upgrade Coverage [ ]
- Warranty Replacement Engine [ ]

Replacement Engine S/N: _____

### APPLICATION
- On-Highway Truck [X]
- School Bus [ ]
- Recreational Vehicle [ ]
- Fire Truck [ ]
- Crash Rescue [ ]
- Other _____

Start Miles (km): 66
Delivery Date: 01/15/2000
Transfer Miles (km): UNIT #9800
Transfer Date: __/__/__
Engine S/N: 2KS27791
Engine Model: C-12
HP: 380/410
VIN: _____F5177
Vehicle Make: STERLING
Vehicle Model: LT9500

CALD02A
EXHIBIT NO. 2A
J. LYONS 5/31/05

### COVERAGE (Reference On-Highway Vehicle Engine Price Matrix for Model/Coverage Availability)
- ESC I [ ]   With Brakesaver add $250 [ ]
- ESC II [ ]
- ESC Plus [X]
- ESC II MIDRANGE [ ]

SEE ATTACHED MULTI-UNIT REGISTRATION FORMS

**Coverage Months:** 60   **Coverage Miles:** 500,000   **Coverage Hours:** ____   **Deductible:** -0-

### COVERAGE FEES
- ESC FEE: $1150
- BRAKESAVER FEE: $____
- ADMIN. FEE: $____
- LATE FEE: $____
- TOTAL FEE: $1150

**IMPORTANT!!** Please ensure you are using the latest version of the On-Highway Vehicle Engine Price Matrix.

TCCI 43729

EXHIBIT E

I hereby certify that I have read and understand the terms and conditions checked above, and as specified on the back of this Registration Certificate.

Customer Signature _____   Date 2/12/00

I hereby certify that the engine serial number indicated coverage as specified on this Registration Certificate and have read and understand the dealer's responsibilities as specified on the back of this Registration Certificate.

Authorized Dealer Representative _____   Date _____

RODUCTION

...ar's Extended Service Coverage for On-Highway Vehicle Engine Service Contract, herein referred to as "service ...", for new vehicles powered with Caterpillar engines is an important part of Caterpillar's continuing effort to provide ...lar Vehicle Engine Owners with superior value and product support. This service contract provides the Owner assurance ...unexpected repair costs for covered component failures due to defects in materials or workmanship under normal use.

...MS AND CONDITIONS

...vice contract is available for new vehicles powered with Caterpillar Mid-Range and Heavy Duty On-Highway Vehicle ..., herein referred to as "new vehicle(s)". This service contract is only available for use within the continental boundaries ...nited States and Canada.

...er should purchase this service contract on the original delivery date of the new vehicle at a Caterpillar authorized dealer ...ferred to as "authorized dealer". The applicable start mileage and date must be recorded on this Service Contract.

...vice contract runs concurrently with the Caterpillar On-Highway Vehicle Engine Warranty and provides full components ...r coverage for covered components failures due to defects in Caterpillar materials or workmanship under normal use. ...on of this contract will occur when the time or mileage from the original delivery date exceeds the coverages as ...d on this Service Contract.

...ponents listed below are covered under these programs except the applicable exclusions listed under ...VI. Exclusions & Limitations:

...-RANGE EXTENDED SERVICE COVERAGE (ESC II)

...or Mid-Range is available in two different deductibles:

...1 Caterpillar will pay 100% of the components and labor charges for covered failures, with no deductible charges.

...2, Caterpillar will pay 100% of the components and labor charges for covered failures, less a $500 deductible charge per ...visit.

...wing components are covered under the Mid-Range ESC II: exhaust manifolds, studs, & gaskets, inlet air heater & ...ke manifolds, cylinder head casting, exhaust/injector sleeves, cylinder head bolts, cylinder head gaskets, freeze plug, ...exhaust valves, valve spring, insert guide, rotocoil, & retainer, valve mechanism (including rocker arm, brackets, ...owels, adjusting screws, nuts, shaft, & push tubes), valve cover & base, camshaft, camshaft bearings, camshaft lifter ... (followers clips), front covers & plates, front cover gaskets, front cover gears and power steering gear, flywheel ...flywheel housing gasket, cylinder block casting, freeze plug, crankshaft, crankshaft - rod, main, & thrust bearings, ...g rod assembly & bushing, piston (wrist pin, retainer clip, & piston rings), oil jet tube, main bearing cap bolt, ...tubes (3126), fuel injection pump & governor, fuel injection pump mounting seal, fuel ratio control, fuel lines, timing ...control rack (3116), oil pan, oil pump, oil cooler housing, oil cooler core, oil filter base, HEUI high pressure oil lines, ...& injector actuation pressure control valve, thermostat housing cover, water pump housing, water manifold, control ...ECM), sensors (boost pressure, atmospheric intake manifold air temp, oil pressure, coolant temperature, rack & timing, ...erature, engine speed, & rack position), throttle position/pedal sensor, speed timing sensor.

...Y-DUTY EXTENDED SERVICE COVERAGE (ESC I)

...ar will pay 100% of the components and labor charges for covered failures, with no deductible charges.

...wing components are covered under the Heavy-Duty ESC I: intake manifolds, cylinder head casting, exhaust/injector ...inder head bolts, cylinder head gaskets, freeze plug, spacer plate (block & head), spacer plate gasket, intake & ...lves, valve spring, insert guide, rotocoil, & retainer, valve mechanism (including rocker arm, brackets, bridges, ...justing screws, nuts, shaft, & push tubes), camshaft, camshaft bearings, camshaft lifter assembly (including ...) clips), front covers & plates, front cover gaskets, front cover gears & power steering gear, flywheel housing, ...housing gasket, cylinder block casting, spacer block (3176), freeze plug, crankshaft casting, crankshaft - rod, main, & ...rings, connecting rod assembly & bushing, piston (wrist pin, retainer clip, & piston rings), oil jet tube, cylinder liner, ...er seals, cylinder liner filler band, main bearing cap bolt, fuel injection pump mounting seal, timing gears, oil pump, ...housing, thermostat housing cover, water pump housing, control module (ECM).

...Y-DUTY EXTENDED SERVICE COVERAGE (ESC II)

...ments listed under Heavy-Duty Extended Service Coverage I are covered plus the following:

...anifold studs and gaskets, inlet air heater relay, valve cover and base, fuel injection pumps and governor, fuel ratio ...l lines, timing advance, oil pan, oil cooler core, oil filter base, water manifold, and shut-off solenoid.

...Y-DUTY EXTENDED SERVICE COVERAGE (ESC Plus)

...will pay 100% of the components and labor charges for covered failures, with no deductible charges.

...ents listed under Heavy-Duty Extended Service Coverage I and Heavy-Duty Extended Service Coverage II are ... the following: control module (ECM), vibration damper, road speed buffer, sensors (boost pressure, atmospheric ...r temp, oil pressure, coolant temperature, rack & timing, fuel temperature, engine speed, & rack position), throttle ...dal sensor, speed timing sensor.

...f this Service Contract will occur when the time, miles, or hours, whichever occurs first, from the original delivery ...engine exceeds the coverage limits as specified on this Registration Certificate.

...PILLAR'S RESPONSIBILITIES

...during normal working hours at a place of business of an authorized dealer, will pay 100% of the components and ..., minus any applicable deductible, for the repair of covered component failures during the coverage period when ...ects in materials or workmanship under normal use.

...ill provide (at Caterpillar's choice) either new, remanufactured or repaired components when replacing or repairing ...components which fail due to defects in materials or workmanship under normal use. Further, Caterpillar will also ...nents and labor charges for any engine component which is rendered unserviceable by the failure of a covered

...will restore the engine to its operating condition prior to failure by repairing/replacing only the defective components ...ential damaged components necessary to remove/repair/install the defective components. Other parts removed in ... of the repair will be reinstalled as is, unless the Owner authorizes the additional expense to repair or replace.

...ill also pay the reasonable costs of any expendables or consumables, including but not limited to, lube oil, filter ...ses, vee-belts, gaskets and seals which are made unusable as a result of ...

V. OWNER'S RESPONSIBILITIES

The Owner shall operate and maintain the engine according to [illegible] ...improper... Caterpillar Vehicle Engine Operation and Maintenance Management Guide... ...containing... the Owner...
...showing the [illegible] and service [illegible]

In the event of a covered component failure, the Owner shall [illegible] repair and provide proof of this service contract registration by presenting the current Registration Certificate.

The Owner is responsible for all costs not covered by this service contract as specified in Section VI. Exclusions and Limitations.

VI. EXCLUSIONS & LIMITATIONS

This service contract does not cover component failures caused by:

- dealer workmanship on subsequent repairs and dealer workmanship on repairs made to non-covered components.
- non-covered components (including bolts, clamps, and other fasteners that attach non-covered components to the engine).
- operator abuse, neglect, improper operation or accident.
- non-Caterpillar attachments, accessories and parts (any engine part that is not identified by a Caterpillar part number), including, but not limited to: engine compression and exhaust brakes, fan clutches, fan drives, PTO clutches, air conditioning compressors, clutches, filters, transmissions, torque converters, steering pumps, hubs, belts and clamps.
- an application or installation not approved by Caterpillar.
- normal wear out, including but not limited to oil consumption, chemical/mechanical erosion and/or leaking seals or gaskets.
- unauthorized repairs or adjustments, including but not limited to: improper fuel setting and valve lash adjustments.
- repairs or alterations made by an unauthorized dealer.
- brakesaver unless specified as option on contract.
- fuel transfer pump, fuel priming pump, unit injectors and fuel nozzles, thermostat, starters, alternators, turbochargers, air compressor, electronic connectors and wiring.
- steel shims and cast iron block inserts.
- acts of God, war, vandalism, riot, theft, explosion, and any other act of nature or man.
- failure to follow maintenance procedures and scheduled component inspections/replacements as specified in the Caterpillar Vehicle Engine Operation and Maintenance Management Guide.

This service contract also does not pay for:

- normal preventative maintenance and scheduled component inspections/replacements as defined in the Caterpillar Vehicle Engine Operation and Maintenance Management Guide, including but not limited to valve lash adjustments, inspections, Scheduled Oil Sampling and maintenance items such as lube oils, filters, belts and hoses.
- performance complaints, including but not limited to, any adjustments to fuel settings, PAR tests, or programming of the Electronic Control Module.
- reimbursement for any travel or towing, or overnight lodging or meals or communications expenses and any other downtime or downtime-related expenses cargo damage or economic loss.
- any and all taxes.
- parts shipping charges.

VII. TRANSFER OF COVERAGE

The remaining coverage of this service contract may be transferred to subsequent owners during the coverage period at no extra charge, provided the new owner of the vehicle presents a copy of the current Registration Certificate to an authorized dealer within ten (10) days of the transfer of the vehicle title. Remaining coverage cannot be transferred from a covered engine to a non-covered engine.

VIII. REFUNDS

Any and all service contract fees are non-refundable.

IX. DISCLAIMERS

CATERPILLAR'S RESPONSIBILITIES UNDER THIS SERVICE CONTRACT ARE LIMITED TO THE PROVISION OF MATERIALS AND LABOR AS SPECIFIED HEREIN.

CATERPILLAR DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTIES IN CONNECTION HEREWITH, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

REMEDIES UNDER THIS SERVICE CONTRACT ARE LIMITED TO THE PROVISION OF MATERIALS AND LABOR AS SPECIFIED HEREIN.

CATERPILLAR IS NOT RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

REPLACEMENT PARTS FURNISHED UNDER THE TERMS OF THIS SERVICE CONTRACT ARE COVERED UNDER THE APPLICABLE REPLACEMENT PARTS WARRANTY.

THIS SERVICE CONTRACT DOES NOT SUPERSEDE THE EMISSION WARRANTY FOR EMISSION-RELATED COMPONENTS.

MISREPRESENTATION OF THE ENGINE'S ELIGIBILITY FOR COVERAGE, OR THE ACTUAL ACCUMULATED MILEAGE, HOURS, OR AGE SHALL RESULT IN CANCELLATION OF THIS SERVICE CONTRACT BY CATERPILLAR WITH NO REFUND. CATERPILLAR SHALL BE ENTITLED TO ALL OTHER REMEDIES.

# Caterpillar On-Highway Vehicle Engine Extended Service Coverage Registration Form
## For Multiple Unit Registrations

Date: 2-7-00

[X]#: A27u9

Customer Name: US Service

Billing Address: Leisto Louis

City: Auley

State/Province/Zip/Postal Code: 01527

Phone Number: (   ) 791-2531

Comments:

| # | Model | Engine S/N | Vehicle S/N | Unit ID | Del. Date | Start Miles |
|---|---|---|---|---|---|---|
| 1 | C-12 | 2KS27780 | F57160 | 6000 | 01-15-00 | 156 |
| 2 | | 2KS27897 | F57163 | 6100 | 12-08-99 | 66 |
| 3 | | 2KS27878 | F57162 | 6200 | 01-15-00 | 70 |
| 4 | | 2KS27936 | F57181 | 6300 | 01-15-00 | 156 |
| 5 | | 2KS27844 | F57165 | 6700 | 12-08-99 | 1500 |
| 6 | | 2KS27955 | F57170 | 6800 | 01-15-00 | 1700 |
| 7 | | 2KS28276 | F57179 | 6900 | 01-15-00 | 150 |
| 8 | | 2KS27844 | F57180 | 7100 | 01-15-00 | 60 |
| 9 | | 2KS27905 | F57174 | 7400 | 01-15-00 | 73 |
| 10 | | 2KS27922 | F57168 | 7500 | 01-15-00 | 61 |
| 11 | | 2KS27877 | F57161 | 7600 | 12-08-99 | 66 |
| 12 | | 2KS28268 | F57175 | 7700 | 01-15-00 | 80 |
| 13 | | 2KS27861 | F57171 | 7800 | 01-15-00 | 1512 |
| 14 | | 2KS27956 | F57169 | 7900 | 01-15-00 | 1543 |
| 15 | | 2KS27857 | F57172 | 8000 | 01-15-00 | 1680 |
| 16 | | 2KS28276 | F57167 | 8100 | 01-15-00 | 1967 |
| 17 | | 2KS27794 | F57173 | 8300 | 01-15-00 | 67 |
| 18 | | 2KS27953 | F57178 | 8400 | 01-15-00 | 66 |
| 19 | | 2KS27931 | F57166 | 8600 | 12-08-99 | 71 |
| 20 | | 2KS27893 | F57164 | 8500 | 01-15-00 | 69 |
| 21 | | 2KS27885 | F57176 | 9700 | 01-15-00 | |

This form is to be used as an addendum to On-Highway Vehicle Registration Certificate (LELT6573) which identifies specific terms, conditions, and component coverages.

LELT361-01

Clarissa Colmer

Page 14

```
 1     group in the engine division only.
 2  Q. Okay. And you replaced Mr. Warner?
 3  A. Correct.
 4  Q. When did Caterpillar decide to stop reimbursing
 5     for flywheel house and flywheel house bolt
 6     repairs on Trans-Spec trucks?
 7  A. From my discussions with the people I named
 8     earlier, I'm of the understanding that it was
 9     mid 2003.
10  Q. What is Caterpillar Extended Service Coverage
11     Plus?
12  A. Extended Service Coverage Plus is a coverage
13     program that is a purchased program that covers
14     specific components for defects in Caterpillar
15     material and workmanship for a specific amount
16     of time as noted on the contract.
17  Q. What entity offered Trans-Spec the extended
18     service coverage?
19  A. Who offered them this extended service
20     coverage?
21  Q. Yes.
22  A. I'm not sure if it was the Caterpillar -- I
23     don't -- I don't know exactly who offered it to
```

EXHIBIT F

Page 52

```
 1  A.  No, I did not.
 2  Q.  You didn't do any research into that area to
 3      prepare for this 30(b)(6) deposition, did you?
 4          MR. GRUNERT: No, because it was beyond
 5      the scope of the notice.
 6      BY MR. SAMITO:
 7  Q.  Do you know why Caterpillar decided to stop
 8      reimbursing for flywheel housing and flywheel
 9      housing bolts failures on Trans-Spec's C-12s?
10  A.  In my discussion with Rob Smith and Brad
11      Bowdoin, I understand that they made the
12      decision that these repairs should no longer be
13      covered.
14  Q.  Why?
15  A.  Because they felt it was not a failure in CAT
16      material or workmanship, it was not a defect of
17      the Caterpillar material or workmanship.
18  Q.  Who did they consult with when they came to
19      that decision?
20  A.  I understand that that information was
21      communicated back to the CAT dealer.
22  Q.  I'm asking who did they communicate with when
23      they made the decision? Did they speak with
```

Page 53

```
 1      any Caterpillar engineers? Did they speak with
 2      a 6 Sigma team? Did they make this decision on
 3      their own?
 4  A.  I understood product health was involved, Brad
 5      Bowdoin. I do not know specifically who else
 6      he worked with in making that determination.
 7  Q.  What were the communications that they had with
 8      Brad Bowdoin?
 9  A.  I understand that they reviewed the detail with
10      Brad, shared technical information with him,
11      shared the service history with him.
12  Q.  Who is Brad Bowdoin?
13  A.  At that time he was a product health -- product
14      health engineer. I'm not specific on his job
15      title.
16  Q.  Was he an engineer?
17  A.  I do not know if engineer was in his title.
18  Q.  Do you know if he even has an engineering
19      degree?
20  A.  I do not know if he has an engineering degree.
21  Q.  Has he ever served as an engineer?
22  A.  I'm not exactly clear if he's an engineer or if
23      he did engineering functions. He was in
```

Clarissa Colmer								09/22/2005

Page 54
1  product health.
2  Q. Are either of the two gentlemen who made the
3     decision to stop reimbursing for Trans-Spec's
4     problems, are either of them engineers?
5  A. I do not know.
6  Q. Is there any documents that were looked at when
7     Caterpillar made this decision to stop
8     reimbursing for Trans-Spec's --
9  A. I am not aware of what documentation was
10    provided between the district office and
11    product health.
12 Q. Did you ask in preparation for this Rule
13    30(b)(6) deposition?
14 A. I'm not -- I don't recall exactly if they
15    looked at iron, I do know they looked at repair
16    history.
17 Q. Was the decision to stop reimbursement for
18    Trans-Spec's flywheel housing and flywheel bolt
19    failures on C-12 engine a specific decision as
20    to Trans-Spec or was it part of a larger
21    Caterpillar policy on this issue?
22 A. I understand from visiting with Brad Bowdoin
23    and Rob Smith that the conditions surrounding

Page 55
1  the units of Trans-Spec were such that they
2  determined that it was not a CAT defect in
3  material and workmanship.
4  Q. How did they come to that determination?
5  A. Through the discussion of the application the
6     unit was in. I don't know all the details that
7     were shared between them.
8  Q. Did you --
9  A. But they also looked at the history of the C-12
10    in general and that particular failure and
11    determined that this was not a problem.
12 Q. Was any engineer involved in making that
13    determination?
14 A. I cannot say. I do not know.
15 Q. Was any engineer report involved in making that
16    determination?
17 A. I do not know.
18 Q. Was any 6 Sigma team involved in making that
19    determination?
20 A. I understand there was a 6 Sigma team. I do
21    not recall when it was chartered or when it was
22    completed.
23 Q. Do you know if anyone contacted anybody in that

Page 56
1  6 Sigma team for guidance on this issue?
2  A. Who are you referring to as anyone?
3  Q. Anyone from the warranty claims department.
4  A. I'm not aware of anyone within the warranty
5     department who contacted the 6 Sigma team.
6     What -- what date are you --
7  Q. At any time regarding Trans-Spec's flywheel
8     housing or flywheel housing bolt failures.
9  A. I'm not aware of any direct conversation
10    regarding Trans-Spec and flywheel housing
11    failures and the 6 Sigma team.
12 Q. Can you give me the positions of the two
13    gentlemen who decided to stop reimbursing for
14    Trans-Spec's flywheel housing and flywheel
15    housing bolt failures?
16 A. Brad Bowdoin, he was in product health. I'm
17    not sure what his specific title was at the
18    time.
19 Q. And who was the other person?
20 A. I believe he was the primary person that was
21    involved. I do not know who else he'd involved
22    in making that decision other than the field
23    rep was Rob Smith.

Page 57
1  Q. Where was Rob Smith located?
2  A. I'm not exactly sure which city he lived in at
3     the time. He was the rep in the northeast at
4     that time.
5  Q. Was he in the Connecticut office?
6  A. I do not know which office he was located in.
7  Q. Who is Michael Powers?
8  A. At that time he was the regional manager of the
9     northeast district.
10 Q. Was he involved in this decision as well?
11 A. I understand he was involved.
12 Q. How was he involved?
13 A. I understood he -- he spoke with Louis Vachon
14    regarding the details of the matter. And
15    confirmed with Louis that it was not a
16    Caterpillar problem.
17 Q. Who is Louis Vachon?
18 A. At that time he was the supervisor of the truck
19    engine call center.
20 Q. Was Mr. Vachon an engineer?
21 A. I do not know.
22 Q. Did Mr. Vachon speak with any 6 Sigma team in
23    coming up with this decision?

15 (Pages 54 to 57)

**Page 58**

```
1   A.  I do not know who Louis may or may not have
2       spoken to.
3   Q.  Who else may have been contacted as part of the
4       decision making process to stop reimbursing for
5       Trans-Spec flywheel housing failures and
6       flywheel housing bolt failures?
7   A.  I'm not sure who else was contacted.
8   Q.  Were there any documents on this issue?
9   A.  I am not aware of any document specific to
10      Trans-Spec.
11  Q.  Any e-mails on this issue?
12  A.  I'm not aware of any e-mails specific to
13      Trans-Spec.
14  Q.  Who was the specific person who made the
15      decision to stop reimbursing Trans-Spec for
16      flywheel housing and flywheel housing bolt
17      failures?
18          MR. GRUNERT: I'll object to the form.
19  A.  I'm not exactly sure if there was one person
20      specifically involved. I know Brad Bowdoin had
21      significant input into the decision.
22  Q.  But there's not one person that you can point
23      to as having the authority to make this
```

**Page 59**

```
1       decision?
2           MR. GRUNERT: Object to the form.
3   A.  I cannot say that one person made this
4       decision.
5   Q.  So if I asked you who made the decision --
6   A.  I know Brad Bowdoin was significantly involved
7       in making the decision.
8   Q.  Did they make any determination that it was a
9       Sterling problem.
10  A.  I do not know if they determined what the root
11      cause of the problem was.
12  Q.  Why did Caterpillar decide to stop providing
13      reimbursement?
14  A.  Caterpillar determined that it was not a defect
15      in material or workmanship.
16  Q.  How did they determine that?
17  A.  Based on the information that was provided from
18      the field from the dealer and looking at the
19      information on all C-12s in the field.
20  Q.  Who provided the information? You referred to
21      the dealer in the field. Who --
22  A.  I'm not sure who specifically provided it. I
23      don't know if it was Al Cardoza specifically.
```

**Page 60**

```
1       That's the name I've heard has been involved
2       but I don't know if he was the only one who
3       provided information.
4   Q.  Did anyone ever contact you or anyone else at
5       Caterpillar to inquire about the denial of
6       reimbursement?
7   A.  I was never contacted regarding the denial of
8       claims for Trans-Spec for flywheel housing --
9   Q.  Was any --
10  A.  -- repairs.
11  Q.  -- one else at Caterpillar contacted?
12  A.  Was anyone else at CAT contacted for --
13  Q.  About Trans-Spec's problem either by Trans-Spec
14      or someone calling on Trans-Spec's behalf or
15      communicating on Trans-Spec's behalf via e-mail
16      or fax or letter, phone call?
17  A.  I do not know. I stated what my understanding
18      is of Rob Smith's involvement, Mike Powers and
19      to a limited degree Al Cardoza. I'm not aware
20      of any other communication.
21  Q.  Do you know how the decision was communicated
22      to Trans-Spec?
23  A.  I am not aware of how that was done.
```

09/22/2005

Page 68

1  A.  It was $2,389.73.
2  Q.  And that included the cost of a new flywheel
3      house?
4  A.  Yes.
5  Q.  What else did it include?
6  A.  Pipe plug, washer, cap, bolt, dowel and the
7      flywheel housing.
8  Q.  And then you said a number of repairs were
9      reimbursed under good will. Why was this one
10     specifically reimbursed under ESC?
11 A.  The claim was filed as a flywheel housing
12     failure and the analyst understood that the
13     flywheel was a covered component and paid for
14     it as such.
15 Q.  What about the decision in 2003 to stop
16     reimbursing on Trans-Spec's flywheel housing
17     failures?
18 A.  I found no evidence that our group was informed
19     of that decision.
20 Q.  The warranty claim division never even knew
21     that Caterpillar had stopped reimbursing
22     Trans-Spec for the flywheel housing failures?
23 A.  No, we were not made aware of that decision.