## Grunert, John A.K.

**From:** Grunert, John A.K.
**Sent:** Thursday, December 08, 2005 1:27 PM
**To:** 'Nancy Reimer'
**Subject:** Trans-Spec v. Caterpillar

Nancy:

Please give me dates during the week of December 19 for depositions of your two proposed experts. I will need a full day for each.

John Grunert