EXHIBIT
Exhibit F

U 1411757

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 06, 2006

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *6,065,757*
ISSUE DATE: *May 23, 2000*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



US006065757A

# United States Patent [19]

Schneider et al.

[11] Patent Number: 6,065,757

[45] Date of Patent: May 23, 2000

[54] FLYWHEEL HOUSING

[75] Inventors: Marvin P. Schneider, East Peoria; Eric D. Hardin, Peoria; David L. Oedewaldt, Hanna City, all of Ill.

[73] Assignee: Caterpillar Inc., Peoria, Ill.

[21] Appl. No.: 09/109,796

[22] Filed: Jul. 2, 1998

[51] Int. Cl.[7] ........ F02F 11/00

[52] U.S. Cl. ........ 277/641; 277/642; 277/598

[58] Field of Search ........ 277/641, 591, 277/594, 596, 598, 642, 630

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,630,675 | 5/1927 | Sinclair | 277/641 X |
| 2,945,715 | 7/1960 | Burrell | 277/598 |
| 3,565,049 | 2/1971 | Bauer . | |
| 4,192,520 | 3/1980 | Hasegawa | 277/641 X |
| 4,499,869 | 2/1985 | Visek . | |
| 4,593,659 | 6/1986 | Wells et al. . | |
| 4,599,976 | 7/1986 | Meuret . | |
| 4,607,601 | 8/1986 | Kohler . | |
| 4,610,228 | 9/1986 | Fink et al. . | |
| 4,636,155 | 1/1987 | Francis | 277/642 X |
| 4,669,432 | 6/1987 | Harada | 123/198 E |
| 4,716,870 | 1/1988 | Wilson . | |
| 4,814,953 | 3/1989 | Joh | 277/598 X |
| 4,928,980 | 5/1990 | Deuring . | |
| 4,929,204 | 5/1990 | Shiozawa | 440/112 |
| 4,930,792 | 6/1990 | Glück et al. | 277/598 |
| 5,076,557 | 12/1991 | Beatenbough et al. | 277/598 X |
| 5,080,058 | 1/1992 | Ferrazzi | 277/641 X |
| 5,226,787 | 7/1993 | Freeman . | |
| 5,330,200 | 7/1994 | Unseth . | |
| 5,662,337 | 9/1997 | Surbrook et al. | 277/594 |

*Primary Examiner*—Anthony Knight
*Assistant Examiner*—Mark Williams
*Attorney, Agent, or Firm*—Larry G. Cain; James B. Golden

[57] ABSTRACT

A flywheel housing adapted for use with an engine. The engine has a cylinder block and the cylinder block defines a mating portion. The flywheel housing has a groove with an elastomeric seal disposed therein. The groove has an arcuate portion and a pair of leg portions and is in sealing engagement with the mating portion. The principle use is for flywheel housing made of aluminum, however any flywheel housing that has thermal stresses or encounters vibrational loads will benefit from this invention.

11 Claims, 2 Drawing Sheets



U.S. Patent May 23, 2000 Sheet 1 of 2 6,065,757

Fig. - 1 -

12
14
40

Fig. - 2 -
10
24
34
26
22
28
37
3
20
3
30
38
16
32
36
Fig. - 3 -
18
28
37
40
44
42
46
32
Fig. - 4 -
18
37
28
40
42
44
46
32

# FLYWHEEL HOUSING

## TECHNICAL FIELD

This invention relates generally to a flywheel housing, and more particularly to a groove having an arcuate portion and a pair of leg portions being used for sealing.

## BACKGROUND ART

Engineers are designing flywheel housings that are lighter weight and less costly. Over the years engineers have discovered that weight and cost reductions are achieved by manufacturing flywheel housings out of aluminum. During normal operation of an engine, cyclic temperature changes can cause thermal expansion and contraction of various components at varying rates. The use of components made of different materials adds to the relative movement between components. For example, the flywheel housing experiences thermal expansion greater than the thermal expansion of a cylinder block causing relative movement between the flywheel housing and the cylinder block. The relative movement between the flywheel housing and the cylinder block, if not absorbed by a seal positioned between the two components, can cause the flywheel housing or seal to leak, crack or can destroy connecting bolts used for connecting the flywheel housing to the cylinder block. The harsh environment that the seal is in also adds to seal degradation. Having seals exposed to hot engine oil degrades the seal and reduces reliability. Prior techniques of compensation for thermal stresses, operating vibration, and harsh environments are achieved by using gaskets and integral seals. The gaskets and integral seals that are known in the art have a tendency to fatigue and leak over time due to the excessive stresses and the hot engine oil.

The present invention is directed to overcoming one or more of the problems set forth above.

## DISCLOSURE OF THE INVENTION

A flywheel housing is adapted for use with an engine. The flywheel housing has a first side and a second side spaced therefrom. The flywheel housing comprises an opening that is defined between the first and second sides. The opening has a longitudinal axis. An axial axis is perpendicular to the longitudinal axis. A groove has an arcuate portion and a pair of leg portions. The arcuate portion is defined radially about the longitudinal axis, and the pair of leg portions are spaced from the axial axis.

An engine has a block, and the block defines a mating portion. A flywheel housing has a first side and a second side spaced therefrom. An opening is defined between the first and second sides and the opening has a longitudinal axis. An axial axis is perpendicular to the longitudinal axis. A groove has an arcuate portion and a pair of leg portions. The arcuate portion is defined radially about the longitudinal axis, and the pair of leg portions are spaced from the axial axis.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an isometric view of a portion of a cylinder block;

FIG. 2 is an isometric view of a flywheel housing embodying the present invention;

FIG. 3 is a partial cross sectional view of a groove taken along line 3—3 of FIG. 2; and

FIG. 4 is a partial cross sectional view of another embodiment of a groove taken along line 3—3 of FIG. 2.

## BEST MODE FOR CARRYING OUT THE INVENTION

Referring to FIGS. **1** and **2**, a flywheel housing **10** adapted for use with an engine **12** and cylinder block **14** are shown. The flywheel housing **10** utilizes a groove **16** and an elastomeric seal **18** between the flywheel housing **10** and the cylinder block **14**.

The flywheel housing **10** as shown in FIG. **2** is made of an aluminum alloy. However, it should be understood that flywheel housings **10** are also applicable with other types of materials, such as steel, iron, and/or cast iron and cast steel that are well known in the art. The flywheel housing **10** has a first side **20** and a second side **22** spaced therefrom. The first side **20** has a fastening portion **24** that is defined by a plurality of bolt holes **26** and a mounting surface **28**. The mounting surface **28** is flush with the cylinder block **14** for proper fit-up. It is this mounting surface **28** that prior techniques attached gaskets and integral seals. The flywheel housing **10** is attached to the cylinder block **14** using the plurality of bolt holes **26** and fasteners (not shown). Having the mounting surface **28** in close proximity to the plurality of bolt holes **26** would require the mounting surface **28** to be increased in cross-sectional area to maintain the same level of sealability between the flywheel housing **10** and the cylinder block **14** to maintain the proper tightening torque. An opening **30** is defined between the first and second sides **20**, **22**. The opening **30** has a longitudinal axis **32**. The opening **30** is sized large enough to allow assembly of a crankshaft (not shown). The groove **16** defines an arcuate portion **34**, a pair of leg portions **36**, and a top surface **37**. The groove **16** is shown disposed in the flywheel housing **10**, however the groove could be disposed in the cylinder block **14** without departing from the spirit of the invention. The pair of leg portions **36** have extremities contacting the mounting surface **28**. However, it should be understood that grooves **16** having extremities spaced apart from the mounting surface **28** is also applicable without departing from the spirit of the invention. The top surface **37** and the mounting surface **28** are at equal heights measured from an axial axis **38**. However, it should be understood that groove **16** having the top surface **37** at a different height from the mounting surface **28** is also applicable without departing from the spirit of the invention. The groove **16** is spaced from the fastening portion **24** which allows the cross-sectional area of the fastening portion **24** to be optimized for fastening of the flywheel to the cylinder block **14**. The arcuate portion **34** is defined radially about the longitudinal axis **32**. However, the arcuate portion **34** could generally be defined as having a horizontal portion or having a pointed configuration without departing from the spirit of the invention. The pair of leg portions **36** are spaced from the axial axis **38** that is perpendicular to the longitudinal axis **32**. However, it should be understood that the groove **16** could be located at a less central location and still provide proper sealing between the flywheel housing **10** and the cylinder block **14**. The cylinder block **14** defines a mating portion **40**. The mating portion **40** is shown disposed in the cylinder block **14**, however the mating portion **40** could be disposed in the flywheel housing **10** without departing from the spirit of the invention. The mating portion **40** is opposite the groove **16** and is in sealing engagement with the elastomeric seal **18** which is disposed in the groove **16**.

Referring to FIG. **3**, The groove **16** is shown with the elastomeric seal **18** disposed therein. The elastomeric seal **18** that is shown is a beaded elastomeric seal **18**. However, it should be understood that the invention is applicable to other

type of seals, such as O-ring or seals that are well known in the art. The groove **16** has a first wall surface **42** and a second wall surface **44** extended from the mounting surface **28** a pre-established distance. A bottom wall surface **46** connects the first and second wall surfaces **42, 44** at the pre-established distance. At least a portion of the first and second wall surfaces **42, 44** are parallel to the longitudinal axis **32** which provides the needed surface structure to trap the elastomeric seal **18** in the groove **16**. However, it should be understood that the invention is applicable to other wall orientations, such as having at least a portion of the first and second walls with opposing slopes.

## INDUSTRIAL APPLICABILITY

With reference to the Figs. and in operation, fatiguing of the elastomeric seal **18** between the flywheel housing **10** and the cylinder block **14** caused by thermal stresses, operating vibration, and harsh environment are prevented by the groove **16**. For example, the elastomeric seal **18** within the groove **16** provides sealing and allows relative movement between the flywheel housing **10** and the cylinder block **14**, the pair of leg portions **36** spaced symmetrically provides uniformity in sealing, thus groove **16** positioned at a more central location about the opening **30** of the flywheel housing **10** reduces the scrubbing motion, and the elastomeric seal **18** supported by the groove **16** and mating portion **40** protects the elastomeric seal **18** from the harsh environment and reduces bonding failures. The groove **16** improves sealing between the flywheel housing **10** and the cylinder block **14** for thermal stresses, operating vibration, and harsh environment that are normally present during engine operation than previous techniques. The ability to have the elastomeric seal **18** disposed in the groove **16** reduces costs that are associated with sealing the flywheel housing **10** and cylinder block **14**. Having the groove **16** centrally located reduces the scrubbing motion of the seal which prolongs the life of the elastomeric seal **18**.

In operation, the elastomeric seal **18** is disposed in the groove **16**. The flywheel housing **10** is fastened to the cylinder block **14** using the plurality of bolt holes **26** and appropriate fasteners that are well known in the art. Fastening of the flywheel housing **10** to the cylinder block **14** places the mating surface **40** in sealing engagement with the elastomeric seal **18**.

As discussed above, the flywheel housings **10** using the groove **16** with the elastomeric seal **18** disposed therein allows proper sealing of the flywheel housings **10** while still permitting relative movement between the flywheel housing **10** and the cylinder block **14**. The groove **16** simplifies assembly of the flywheel housing **10** by eliminating the application of sealant that is used with prior techniques. Having the elastomeric seal **18** disposed in the groove **16** and in sealing engagement with the mating surface **40** provides four surfaces for sealing and improves protection of the elastomeric seal **18** from the harsh environment when compared with prior technique, that are well known in the art. The central location of the groove **16** with the opening **30** improves the sealability, life, and packaging of the flywheel housing **10**.

Other aspects, objects and advantages of this invention can be obtained from a study of the drawings, the disclosure and the appended claims.

What is claimed is:

**1**. A flywheel housing for use with an engine having a mating portion, said flywheel housing having a mounting surface, a first side and a second side spaced therefrom, said flywheel housing comprising:

an opening being defined between said first and second sides, said opening having a longitudinal axis;

an axial axis being perpendicular to said longitudinal axis;

a groove having a generally arcuate portion and a pair of leg portions, said arcuate portion being defined radially about said longitudinal axis, said pair of leg portions being spaced from said axial axis, and said groove having a first and second wall surfaces, and a bottom wall surface connecting said first and second wall surfaces;

an elastomeric seal disposed in said groove, said seal being supported by said first, second, and bottom wall surfaces of said groove; and

said mating portion of said engine engaging said mounting surface of said flywheel housing and being in sealing engagement with said elastomeric seal.

**2**. A flywheel housing, as set forth in claim **1**, wherein at least a portion of said first and second wall surfaces being parallel to said longitudinal axis.

**3**. A flywheel housing, as set forth in claim **1**, wherein at least a portion of said first and second wall surfaces having opposing slopes.

**4**. A flywheel housing, as set forth in claim **1**, wherein said flywheel housing having a fastening portion being defined by a plurality of bolt holes and a sealing surface.

**5**. A flywheel housing, as set forth in claim **4**, wherein said groove being positioned within said sealing surface.

**6**. A flywheel housing, as set forth in claim **4**, wherein said fastening portion being spaced from said groove.

**7**. A flywheel housing, as set forth in claim **1**, wherein said leg portions being symmetrically spaced about said axial axis.

**8**. An engine having a cylinder block, and said cylinder block defining a mating portion, said engine comprising:

a flywheel housing having a mounting surface, a first side and a second side spaced therefrom;

an opening being defined between said first and second sides and said opening having a longitudinal axis;

an axial axis perpendicular to said longitudinal axis;

a groove being in one of said cylinder block and said flywheel housing having an arcuate portion and a pair of leg portions, said arcuate portion being defined radially about said longitudinal axis, said pair of leg portions being spaced from said axial axis, and a bottom wall surface connecting said first and second wall surfaces;

an elastomeric seal disposed in said groove, said seal being supported by said first, second, and bottom wall surfaces of said groove; and

said mating portion of said cylinder block engaging said mounting surface of said flywheel housing and one of said mating portion or mounting surface being in sealing engagement with said elastomeric seal.

**9**. An engine, as set forth in claim **8**, wherein said flywheel housing having a fastening portion being defined by a plurality of bolt holes and a sealing surface.

**10**. An engine, as set forth in claim **9**, wherein said sealing surface being flush with said block.

**11**. An engine, as set forth in claim **8**, wherein said mating portion being in sealing engagement with said elastomeric seal.

* * * * *