### Page 114

1  A. Basically, was instructed that it's not a
2     Caterpillar problem, and to so notify the
3     dealers and our customer.
4  Q. And that was in the conversation with
5     Mr. Guidotti?
6  A. Correct.
7  Q. Did he elaborate? Was there anything else that
8     he said during that conversation, or was it a
9     30-second phone call in which he gave you this
10    information?
11 A. They basically thought it was or felt that it
12    was an OEM engineering problem.
13 Q. Whose problem, specifically, did they think it
14    was?
15 A. Sterling.
16 Q. They told you this, or who told you this? Was
17    it Mr. Guidotti, or were they both on the
18    phone?
19 A. Both on the phone.
20 Q. So you called Mr. Guidotti, and then they
21    patched --
22 A. The two of them were talking together in the
23    vehicle, speakerphone.
24 Q. Oh, okay.

### Page 115

1     So they informed you that that was a
2     Sterling problem, and that Caterpillar was not
3     going to warrant the flywheel housing and the
4     flywheel housing bolt failures?
5  A. That's correct.
6  Q. What did you say?
7  A. I was not happy with the answer, and asked, Give
8     me more specifics, which they could not do.
9     Because I was compelled to notify my dealers
10    that they were no longer going to be paying for
11    the warranty claims, any further warranty
12    claims, and that I also had to notify my
13    customer.
14 Q. Who at the dealers did you contact?
15 A. Minuteman, Tri-State.
16 Q. At Minuteman, is that --
17 A. Bill Witcher.
18 Q. At Tri-State?
19 A. Tri-State could be Kevin Holmes. It could have
20    been -- I forget who was on the service desk at
21    the time. There was somebody else on there.
22 Q. It could have been the service manager or
23    someone?
24 A. Whoever the service manager was at the time.

### Page 116

1  Q. Did you tell anyone at Southworth about this?
2  A. Southworth was also, our service department, was
3     also notified of such.
4  Q. Who at the service department at Southworth
5     would you have told?
6  A. Primarily, the service manager, general service
7     manager, Ken Faulkner, F A U L K N E R.
8  Q. Any other dealers or individuals that you told?
9  A. I contacted Mr. Howard.
10 Q. What did you say to Mr. Howard?
11 A. That Caterpillar is no longer going to be
12    involved in warranty claims regarding the
13    flywheel housings, and that it is a structural
14    issue with the vehicle.
15 Q. What did Mr. Howard say?
16 A. Of course, he was not happy.
17 Q. Was this in person, or did you call him?
18 A. I happened to, the quickest way possible, to
19    notify him, and that was via phone.
20 Q. I know that there were other meetings involving
21    Mr. Guidotti and other people, and we'll get to
22    those.
23    But in around this time period, late
24    2002, did you have any other conversations with

### Page 117

1     Mr. Guidotti or Mr. Smith regarding the decision
2     to stop warrantying Trans-Spec's engines?
3  A. For my own peace of mind in getting to the root
4     cause of the problem, I would frequently ask if
5     they found any new information, discussing it on
6     an at least a once-a-month basis, minimum, and
7     obviously talking with Jay Howard.
8  Q. So about once a month, you would bring it up
9     with the Caterpillar people in Connecticut?
10 A. Course of conversation, obviously. They're my
11    customer, and I'm concerned for the product
12    itself. You know, we don't sell the engines.
13    We don't sell the trucks. But they're a very
14    good Cat customer to us, and we don't want to
15    see them hurt.
16 Q. What did Mr. Guidotti and Mr. Smith say every
17    time that you brought it up with them?
18    MR. GRUNERT: I object to the form.
19 A. You've got to be specific here.
20 Q. Well, once a month, you said that you raised it,
21    and you didn't say specifically what you, or
22    what the conversations that you would have with
23    Mr. Guidotti or Mr. Smith. But after this
24    initial discussion with them as to their denial

Page 118

1  of warranty coverage, you said that you
2  continually raised it at least once a month.
3      And what I'm asking you is, what would
4  their response be when you would say, Any change
5  on this situation?
6  A. **Engineering is looking into it, that type of**
7  **comment back to me.**
8  Q. Did you speak to anyone above Mr. Guidotti or
9  Mr. Smith, at this point?
10 A. **No.**
11 Q. Have you personally inspected Trans-Spec's
12 engines? And when I say "engines," I mean the
13 ones at issue in this lawsuit.
14 A. **Yes.**
15 Q. How many times?
16 A. **Well, I've been at their facility at least a**
17 **half a dozen times.**
18 Q. So you inspected the engines at Trans-Spec
19 around a half a dozen times.
20     How many times would you say that you've
21 inspected the engines at Tri-State?
22 A. **Equally.**
23 Q. How about Minuteman?
24 A. **Equally.**

Page 119

1  Q. So around a half a dozen times at each of
2  those?
3  A. **Each.**
4  Q. How many times at Southworth-Milton?
5  A. **I'd probably say a half a dozen times.**
6  Q. Around two dozen times in all, give or take?
7  A. **Yes. I'm intimate with the problem.**
8  Q. When was your first inspection of one of these
9  engines that's at issue in this lawsuit?
10 A. **November of 2002.**
11 Q. Where did this inspection take place?
12 A. **At Minuteman.**
13 Q. Who called you to inspect the engine?
14 A. **Probably, Bill Witcher.**
15 Q. Was this after Caterpillar had denied warranty
16 coverage on these?
17 A. **No, before.**
18 Q. This was before?
19 A. **Yes.**
20 Q. What did Mr. Witcher tell you?
21 A. **I said 2002.**
22 Q. The first time to inspect the engine?
23 A. **Yeah. I'm pretty sure it was November of 2002,**
24 **so that the conversation that I had with**

Page 120

1  Mr. Guidotti and Mr. Smith was September of
2  2003.
3  Q. Could the meeting at Minuteman with Mr. Witcher
4  when he called you down have been in 2001?
5  A. **No. He received delivery of the trucks in**
6  **January of 2001.**
7  Q. No, of 2000.
8  A. **Of 2000?**
9  Q. He received delivery in 2000.
10 A. **2000, so 2001, yeah, 2001, probably, November.**
11 Q. So the denial of warranty coverage was in the
12 fall of 2002, and this conversation with Mr.
13 Witcher of Minuteman was in November of 2001, is
14 that correct?
15 A. **That's correct.**
16 Q. What happened at this inspection in November of
17 2001 at Minuteman?
18 A. **Well, this is a first incident. As I recollect,**
19 **the flywheel housing bolts were loose. There**
20 **was no unusual damage other than the fact that**
21 **the bolts had either backed out, possibly had**
22 **broken one, but nothing that was, or would send**
23 **off signals that we have a major problem.**
24 Q. What came of that meeting?

Page 121

1  A. **It was to remove the housing and inspect and**
2  **replace any parts that were worn, reassemble it**
3  **and make sure that the bolt torques were**
4  **accurate.**
5  Q. How many more inspections of Trans-Spec engines
6  did you perform between this first inspection in
7  November of 2001 and the denial of warranty
8  coverage in August or September of 2002?
9  A. **I believe seven vehicles.**
10 Q. Where did you perform those inspections, to the
11 best that you remember?
12 A. **I want to say they all took place at Minuteman.**
13 Q. Was the result the same every time?
14 A. **Some worse than others.**
15 Q. Was it always the same repair that was
16 performed, or were there other techniques or
17 ideas that were tried?
18 A. **As I recollect, the first two were basically**
19 **just, you know, inspect parts, refasten, make**
20 **sure that the bolt torques were accurate. I**
21 **believe the third one came in with housing**
22 **damage beyond what I thought was satisfactory to**
23 **repair and replace the housing. That's when**
24 **kind of the third time is the charm.**