```
 1    that meeting occurred and everyone who was there.
 2         A.   We've had -- I've had many meetings with
 3    Caterpillar representatives at Southworth, whether
 4    they were Caterpillar or not, about all different
 5    types of problems that they've always taken care of.
 6    And the flywheel housing issues were brought up in
 7    one.  It wasn't a major problem at the time because
 8    it had just started.  But they were very well aware
 9    of it, and at that time they were still paying for it
10    and repairing them.  So it wasn't even an issue.  So
11    I don't recall the specific day or exactly what the
12    meeting was primarily about.
13         Q.   You had a meeting sometime after the first
14    flywheel housing failure occurred but before
15    Caterpillar stopped reimbursing for the flywheel
16    housing failures, and the meeting was at
17    Southworth-Milton?
18         A.   Yes.
19         Q.   And who was present at the meeting?
20         A.   Well, it was always Harry Calderbank and
21    Al Cardoza.
22         Q.   Who else was there?
23         A.   I really don't remember.  I mean, I'm not
24    sure if they worked for Southworth or Caterpillar
```

EXHIBIT  Exhibit I

C. J. REPORTING  978.409.9090
www.cjreporting.com