177

| | | |
|---|---|---|
| 1 | Q. | Approximately how many involved cracked |
| 2 | | flywheel housings? |
| 3 | A. | I believe some of the documents indicated |
| 4 | | that approximately 100, 110 flywheel |
| 5 | | housings were replaced.  Some of the |
| 6 | | documents indicated that. |
| 7 | Q. | So is that your best estimate of the number |
| 8 | | of cracked flywheel housings that were |
| 9 | | identified in those documents? |
| 10 | A. | No.  As I said, the reports from Mr. Bowes |
| 11 | | is confusing on that point and kind of |
| 12 | | casts out -- I shouldn't say that.  It |
| 13 | | puzzles me as to exactly how many flywheel |
| 14 | | housing failures there were. |
| 15 | Q. | I'll return to my question, sir.  Based on |
| 16 | | your review of documents in this case, what |
| 17 | | is your understanding of the total number |
| 18 | | of cracked flywheel housings that occurred |
| 19 | | on C-10 or C-12 engines? |
| 20 | A. | To answer that question, I would have to |
| 21 | | look at the documents again.  I don't have |
| 22 | | a number off the top of my head. |
| 23 | Q. | Not even an estimate? |
| 24 | A. | Not off the top of my head. |

```
 1    Q.    Are those documents with you today?
 2    A.    I didn't bring any documents myself.  I
 3          thought all the documents would be here.
 4    Q.    Consequently, you can't look at them?
 5                MS. REIMER:  For the
 6          record, these are documents that were
 7          produced in discovery by Caterpillar that
 8          we presumed you had in your office and it
 9          wasn't necessary to bring a freight truck
10          to bring all documents with us.  These were
11          documents that were produced by
12          Caterpillar.
13                MR. GRUNERT:  And they were
14          subpoenaed, and there was no objection to
15          their production.
16                MS. REIMER:  We certainly
17          didn't interpret the subpoena to require us
18          to bring documents that you already have in
19          your possession that you produced.
20                MR. GRUNERT:  We will move
21          along and raise it with the Judge.
22                MR. SAMITO:  Do you have
23          documents 1 though 4014.  If you have them
24          here, he can start doing that.
```

1    MR. GRUNERT: I'm
2  interested in what --
3    THE WITNESS: Can I see the
4  subpoena, please. I thought it said
5  something that I can't find right now.
6  That's fine.
7  Q. Do you have an estimate as to how many of
8     the C-10 and C-12 flywheel housing failures
9     that have occurred involved fracture of the
10    flywheel housing-to-engine block bolts?
11 A. Flywheel engine housing-to-engine block
12    bolts?
13 Q. Do you have an estimate as to how many of
14    the C-10 and C-12 flywheel housing failures
15    that have occurred have involved fractures
16    of the flywheel housing-to-engine block
17    bolts?
18 A. Again, the question is for Trans-Spec or --
19 Q. All C-10 and C-12 engines.
20 A. I don't know. I don't recall that
21    information.
22 Q. Do you know from any source approximately
23    what percentage of C-10 and C-12 engines
24    have experienced one or more flywheel

```
 1              housing failures?
 2      A.      Again, that's the number that is in
 3              Mr. Valbert's report that is confusing to
 4              me.  It appears to be inconsistent
 5              internally.
 6      Q.      Regardless of your comments about
 7              Mr. Valbert or Mr. Bowes' report, I'm
 8              asking what you know, sir?
 9      A.      I know Mr. Bowes' report.
10      Q.      Other than what Mr. Bowes knows, you don't
11              have any information with respect to the
12              percentage of C-12 flywheel housings that
13              have failed?
14      A.      I have the information that Mr. Bowes
15              relied on.  I don't know what Mr. Bowes
16              relied on, but I have the information that
17              was produced that seems to parallel what
18              Mr. Bowes said.
19      Q.      What do you infer from that information as
20              to the percentage of C-12 engines that have
21              experienced flywheel housing failures?
22      A.      I can't tell that you.  As I said, it's
23              inconsistent.
24      Q.      Have you attempted to determine whether
```