To:       McLaughlin, Mary-Beth
Subject: FW: Activity in Case 1:04-cv-11836-RCL Trans-Spec Truck Service Inc. v. Caterpillar Inc. "Order on Motion to Amend"

------------------------------------------
From: ECFnotice@mad.uscourts.gov[SMTP:ECFNOTICE@MAD.USCOURTS.GOV]
Sent: Wednesday, October 26, 2005 4:36:05 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-11836-RCL Trans-Spec Truck Service Inc. v. Caterpillar Inc. "Order on Motion to Amend"
Auto forwarded by a Rule


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lindsay, Reginald entered on 10/26/2005 at 4:36 PM EDT and filed on 10/26/2005
**Case Name:**      Trans-Spec Truck Service Inc. v. Caterpillar Inc.
**Case Number:**    1:04-cv-11836
**Filer:**
**Document Number:**

Docket Text:
Judge Reginald C. Lindsay : ElectronicORDER entered granting in part and denying in part [76] Assented to MOTION to Amend Scheduling Order. The motion is granted to the extent that it seeks a change in the scheduling order. However, the scheduling order will be changed only to this extent: the deadline for expert reports from the plaintiff shall be December 7, 2005; the deadline for expert reports from the defendant shall be January 13, 2005; expert discovery shall be concluded by February 17, 2006; dispositive motions shall be filed not later than March 17, 2006. The modification granted today is the third of such modifications in this case. The court will grant no further requests for amendments to the scheduling order. (Lindsay, Reginald)

The following document(s) are associated with this transaction:


**1:04-cv-11836 Notice will be electronically mailed to:**



10/26/2005