```
                    - STERLING CORPORATION -                      PAGE    1

VEHICLE ID: 2FWYEWEB6YAF57161
                                              INVOICE NO..........541344
                                              INVOICE DATE.......11/22/99
                                              TSO NO.............950011C
                                              MODEL NO............LT9500
                                              ENGINE SER.........2KS27877
                                              BUILD LOC....ST. THOMAS TMP
                                              PO NO.......................
                                              SALES OUTLET..........24DB
                                              STOCK OR SOLD..........SOLD
                                              CONCESSION .........E01522

             MINUTEMAN TRUCKS, INC.
  SOLD
   TO:       ROUTE ONE
             WALPOLE, MA 02081
                                              ****************************
                                              * PAYMENT FOR THIS VEHICLE *
                                              * IS DUE ON 11/23/99       *
  TO BE                                       ****************************
  PAID       ASSOCIATES COMMERCIAL CORP
   BY:       300 E. CARPENTER FRE
             IRVING, TX 75062


  CUSTOMER:  TRUCK SERVICE
             22 ESKOW RD
             WORCESTER, MA 01604


  TSO    DB
  LINE   CODE             DESCRIPTION                        SUGGESTED
                                                              RETAIL
                  PRICE LEVEL INFORMATION

   01  PRL-21B  STERLING SPECPRO VER 1.10, 4/99 DB PL B

                BASE MODEL

   02  001-623  STERLING LT9500 - CHASSIS                    81,479.00
   03  995-015  STERLING ON-HIGHWAY WARRANTY                       STD
   04  002-002  SET BACK AXLE - TRACTOR                       1,172.00
   05  003-001  LH PRIMARY STEERING LOCATION                       STD
```

EXHIBIT
Exhibit A

```
                    - STERLING CORPORATION -                        PAGE    2

VEHICLE ID: 2FWYEWEB6YAF57161                  INVOICE NO..........541344
                                               INVOICE DATE.......11/22/99
                ENGINE

 06   101-1C3   CAT C-12 380/430 HP @ 1800 RPM M/T-T4
                1450/1650 LB/FT @ 1200 RPM 98 EPA/CARB              3,761.00

                ENGINE EQUIPMENT

 07   105-001   ENGINE MOUNTED OIL CHECK & FILL
 08   014-072   DUAL AIR INTAKE THROUGH LH AND RH SIDES                  STD
                W/DONALDSON AIR CLEANER, FIREWALL MTD                    STD
 09   190-001   DONALDSON ONE-STAGE AIR CLEANER
 10   124-080   DR 12V 130 AMP 22-SI ALTERNATOR                          N/C
 11   292-1A7   (3) ALLIANCE GRP 31 12V MF 2850 CCA                    76.00
                THREADED STUD BATTERIES, MODEL 1131                   122.00
 12   290-048   STEEL BATT BOX FRAME MTD LH UNDER CAB,
                LONG SIDE TO RAIL                                      27.00
 13   180-053   EATON FULLER 15 1/2" DAMPENED CERAMIC
                SOLO CLUTCH, 7 SPRNG, ADJ FREE, SOFT-RATE             252.00
 14   183-002   EATON FULLER TORQUE-LIMITING
                CLUTCH BRAKE                                             STD
 15   181-002   ZERK FITTING W/EXTENSION HOSE AT CLUTCH
                RELEASE BEARING                                        12.00
 16   107-015   BW 13.2 CFM COMPRESSOR (SERIES 550)
 17   108-002   STANDARD AIR COMPRESSOR GOVERNOR                         STD
 18   152-040   ELEC ENG INTEGRL WARNNG & DERATE PROTECT                 N/C
                SYSTEM                                                   N/C
 19   128-002   JACOBS COMPRESSION BRAKE
 20   016-003   STATIONARY EXTREME OUTBOARD, SINGLE                  2,425.00
                RIGHT HAND VERTICAL EXHAUST                             99.00
 21   233-001   CHROME UPPER STACK(S)
 22   237-051   VERTICAL CURVED TAILPIPE(S), RH SIDE                   46.00
                (SINGLE EXH) OR RH & LH SIDES (DUAL EXH)              126.00
 23   242-001   STAINLESS STEEL MUFFLER/TAILPIPE SHIELD
 24   273-023   HORTON HT/S ADVANTAGE AIR OPERATED                     56.00
                ON/OFF ENGINE FAN CLUTCH                                 N/C
 25   276-003   AUTOMATIC CONTROL W/DASH SWITCH W/O IND.
                LIGHT                                                  71.00
 26   110-008   SPIN ON TYPE FUEL FILTER
 27   118-001   FULL FLOW OIL FILTER                                     STD
 28   120-019   CATERPILLAR COOLANT FILTER W/O ADDITIVE                  STD
 29   266-044   1050 SQ-IN COPPER/BRASS RADIATOR                         N/C
 30   103-036   ANTI-FREEZE TO -30F, ETHYLENE GLYCOL                     N/C
                PRE-CHARGED SCA HEAVY DUTY COOLANT                       STD
 31   171-007   GATES BLUE STRIPE COOLANT HOSES
 32   172-001   CONSTANT TORQUE HOSE CLAMPS FOR                          N/C
                COOLANT HOSE >= 1.0" INSIDE DIAMETER                     STD
 33   270-010   RADIATOR DRAINCOCK
 34   138-005   PHILLIPS 1500 WATT/115 VOLT BLOCK HEATR                  STD
                                                                       92.00
```

```
                         - STERLING CORPORATION -                       PAGE    3

VEHICLE ID: 2FWYEWEB6YAF57161                      INVOICE NO...........541344
                                                   INVOICE DATE.......11/22/99

 35   140-022   ENGINE HEATER RECEPTACLE MOUNTED UNDER
                  LEFT HAND DOOR                                           61.00
 36   134-001   ALUMINUM FLYWHEEL HOUSING                                    STD
 37   155-008   DELCO 12V 42MT/OCP 450 SRS STARTER                         96.00
                  WITH THERMAL PROTECTION
 38   109-004   COMPRESSION TYPE FRONT ENGINE MOUNTS                         STD

                TRANSMISSION & EQUIPMENT

 39   342-518   MERITOR RMX10-165C TRANSMISSION                         1,855.00
 40   347-002   ALUMINUM CLUTCH HOUSING                                    53.00
 41   341-018   MAGNETIC PLUGS, ENGINE DRAIN                                 STD
                  TRANSMISSION DRAIN, AXLE(S) FILL & DRAIN
 42   345-001   PAINTED SHIFT LEVER, SOLID LINKAGE                           STD
 43   370-002   AIR TO OIL TRANSMISSION COOLER                            224.00
 44   344-998   NO MAIN TRANSMISSION SUPPORT                                 N/C

                FRONT AXLE, SUSPENSION & EQUIPMENT

 45   400-095   MERITOR MFS-12-143A EASY-STEER FRONT
                  AXLE @ 12,000#                                             STD
 46   402-020   MERITOR 15 X 4 Q+ CAM FRONT BRAKES                           STD
 47   403-002   NON-ASBESTOS FRONT BRAKE LINING                              STD
 48   419-023   CON-MET CAST IRON MACHINED BALANCE BRAKE                     STD
                  DRUMS, FRONT
 49   409-002   CHICAGO RAWHIDE (SCOT) FRONT OIL SEALS                       STD
 50   405-002   MERITOR AUTOMATIC FRONT SLACK ADJUSTRS                     27.00
 51   406-001   STANDARD KING PIN BUSHINGS                                   STD
 52   536-013   TRW TAS-65 POWER STEERING                                    STD
 53   539-003   POWER STEERING PUMP                                          STD
 54   534-001   2 QUART POWER STEERING RESERVOIR                             STD
 55   533-001   POWER STEERING COOLER; OIL/AIR                               N/C
 56   620-015   12,000# TAPERLEAF FRONT SUSPENSION                         86.00
 57   619-007   (6) HORTON ROLLER SPRING PINS & BUSHINGS                  306.00
                  - FRONT SUSPENSION
 58   410-001   FRONT SHOCK ABSORBERS                                        N/C

                REAR AXLE, SUSPENSION & EQUIPMENT

 59   420-111   MERITOR RT-46-160P REAR AXLE @ 46,000#                  5,539.00
 60   421-430   4.30 AXLE RATIO                                              N/C
 61   424-001   IRON REAR AXLE CARRIER HOUSING                               STD
 62   386-043   SPL250 HD DANA SPICER DRIVELINE (#2)                      443.00
                  HALF RND
 63   388-036   SPL170 DANA SPICER (#3) DRIVELINE                            N/C
                  HALF RND
 64   423-020   MERITOR 16.5X7 Q-PLUS CAST SPIDER CAM                        STD
                  REAR BRKS, DBLE ANCHOR, FAB'D SHOES(R/W)
```

```
                        - STERLING CORPORATION -                        PAGE    4

VEHICLE ID: 2FWYEWEB6YAF57161                   INVOICE NO...........541344
                                                INVOICE DATE........11/22/99

 65   433-002   NON-ASBESTOS REAR BRAKE LINING
 66   434-005   BRAKE CAMS AND CHAMBERS ON FORWARD SIDE                  STD
                 OF DRIVE AXLE(S) W/AUX SUPPORT BRACKETS                 N/C
 67   451-023   CON-MET CAST IRON MACHINED BALANCE BRAKE
                 DRUMS, REAR                                             STD
 68   440-001   CHICAGO RAWHIDE (SCOT) REAR OIL SEALS
 69   426-030   MIDLAND TAMPER PROOF 2-DRV AXLES                         STD
                 SPRING-PARKING CHAMBERS                               200.00
 70   428-002   MERITOR AUTOMATIC REAR SLACK ADJUSTERS
 71   622-108   AIRLINER 46,000# REAR SUSPENSION WITH                   54.00
                 CHAIN CLEARANCE                                      -746.00
 72   621-007   AIRLINER RIDE HEIGHT - HIGH
 73   624-025   55" AXLE SPACING                                         N/C
 74   888-002   MANUAL DUMP VALVE FOR AIR SUSPENSION                     N/C
                 W/INDICATOR LIGHT, W/O GAUGE                            N/C
 75   623-002   TRANSVERSE CONTROL RODS
                                                                         N/C
                BRAKE SYSTEM

 76   490-101   WABCO 4S/4M ABS WITH TRACTION CONTROL
                 ENHANCEMENT                                           351.00
 77             ATC SWITCH MOUNTED UNDER DASH LIKE
 78              CONWAY SPEC                                            52.00
 79   QUOTE     PRICE QUOTE NUMBER: 24DB 9910191334
 80   871-023   REINFORCED NYLON AIR LINES
 81   412-001   STANDARD BRAKE SYSTEM VALVES                             STD
 82   432-016   COMBO-ABS/SERVICE BRAKE VALVE W/ ATC,                    STD
                 4 PSI CRACK PRESSURE                                    N/C
 83   QUOTE     PRICE QUOTE NUMBER: 24DB 9910191334
 84   480-040   MERITOR WABCO SYSTEM SAVER 1200 HEATED                 578.00
                 AIR DRYER W/PRESSURE CNTRL VALVE (R/W)
 85   460-001   STEEL AIR BRAKE RESERVOIRS
 86   477-004   PULL CABLES ON ALL AIR RESERVOIRS                        STD
 87   481-011   15' COILED TRAILER AIR HOSE                             28.00
 88   476-024   BOC MOUNTED BRACKET WITH SPRING TYPE                    87.00
                 AIR HOSE HANGER - EXTENDED AFT                          N/C
 89   484-006   COMBINATION DUMMY GLAD HANDS AND LIGHT
                 PLUG HOLDER                                             N/C
 90   296-010   PRIMARY CONNECTOR/RECEPTACLE CENTER PIN
                 POWERED THROUGH IGNITION                                N/C
 91   297-027   SAE J560 7-WAY PRIMARY TRAILER CABLE
                 RECEPTACLE BRACKET MTD LOWER LH BOC                     N/C
 92   310-018   15' DETACHABLE COILED PRIMARY TRAILER
                 ELECTRICAL CABLE WITH SAE J560 CONNECTOR                N/C
```

```
                        - STERLING CORPORATION -                         PAGE    5

VEHICLE ID: 2FWYEWEB6YAF57161                     INVOICE NO...........541344
                                                  INVOICE DATE.......11/22/99

              FRAME & WHEELBASE

 93   545-472   4725MM (186") WHEELBASE                                  N/C
 94   546-027   7/16" X 3-5/8" X 10-3/8"   STEEL FRAME                887.00
 95   548-998   NO OUTER FRAME REINFORCEMENT                             N/C
 96   552-030   1600MM (63") REAR FRAME OVERHANG                         N/C
 97   553-002   FLANGED TAPERED END OF FRAME                           20.00
 98   562-003   STEEL C-CHANNEL CROSSMEMBER, BOLTED                   151.00
                CONSTRUCTION
 99   572-001   STANDARD REARMOST CROSSMEMBER                            STD

              CHASSIS EQUIPMENT

100   674-001   LH BACK OF CAB ACCESS                                    N/C
101   592-118   457MM(18") OPEN-GRATE TOP OF RAIL                        N/C
                DECKPLATE
102   556-071   12" PAINTED STEEL BUMPER                                 N/C
103   558-001   FRONT TOW HOOKS - FRAME MOUNTED                       103.00
104   585-042   BETTS B-25 PAINTED MUD FLAP BRACKETS                     N/C
105   590-001   BLACK MUDFLAPS                                           N/C
106   586-002   FENDER MOUNTED FRONT MUDFLAPS                          72.00
107   551-012   HUCK-SPIN ROUND COLLAR CHASSIS FASTENERS                 STD
                REAR CAB SUPT, INTERMEDIATE & SUSP XMBRS
108   583-004   FLEETLINE STAINLESS STEEL QUARTR FENDRS               295.00
109   606-801   DRILLING PREP FOR CUSTOMER INSTALLED                   10.00
                HYDRAULIC TANK
110   QUOTE     PRICE QUOTE NUMBER: 24DB 9910130446

              FIFTH WHEEL & EQUIPMENT

111   578-148   ASF/SIMPLEX II STATIONARY FLAT PLATE                1,207.00
                MOUNT 5TH WHEEL
112   577-152   5TH WHEEL 152MM (06.00")                                 N/C
                AHEAD OF SUSPENSION C/L
113   582-027   192MM (7.56") 5TH WHEEL HEIGHT                           N/C

              FUEL TANK(S) & EQUIPMENT

114   206-156   100 GALLON / 378 LITER ALUMINUM                       510.00
                FUEL TANK - RH
115   204-998   NO LH FUEL TANK                                          N/C
116   218-002   24" DIAMETER FUEL TANK(S)                                N/C
117   20C-001   STEEL FUEL TANK BRACKET(S)                               STD
118   215-005   PLAIN ALUMINUM/PAINTED STEEL FUEL TANK,                  STD
                PAINTED BANDS
119   212-007   FUEL TANK(S) FORWARD                                     STD
120   216-001   SINGLE SUCTION & RETURN FUEL LINES                       N/C
121   202-002   BRAIDED WIRE REINFORCED FUEL HOSE                        N/C
```

```
                      - STERLING CORPORATION -                          PAGE    6

VEHICLE ID: 2FWYEWEB6YAF57161                        INVOICE NO..........541344
                                                     INVOICE DATE.......11/22/99

 122  847-002   IN TANK FUEL LEVEL SENDER(S)
                                                                            N/C
                FRONT TIRES, HUBS, WHEELS

 123  093-945   MICHELIN XZE 11R22.5 16 PLY RADIAL
                  FRONT TIRES                                            110.00
 124  418-006   CON-MET ALUMINUM FRONT HUBS                                 STD
 125  502-151   FRONT WHEELS: ACC 28487PW 22.5X8.25
                  10-HUB PILOT WHITE 5-HAND                                 STD
 126  496-004   METFORM 39702 HUB PILOT WHL NUTS, FRONT
                  33MM/1.30" FLATS, 1.22" TALL, M22                         STD

                REAR TIRES, HUBS, WHEELS

 127  094-254   MICHELIN XDN 11X22.5 16 PLY RADIAL
                  REAR TIRES                                             704.00
 128  450-001   CON-MET ALUMINUM REAR HUBS
 129  505-151   REAR WHEELS: ACC 28487PW 22.5X8.25                          STD
                  10-HUB PILOT WHITE 5-HAND                                 STD
 130  497-004   METFORM 39702 HUB PILOT WHEEL NUTS, REAR
                  33MM/1.30" FLATS, 1.22" TALL, M22                         STD

                CAB EXTERIOR

 131  829-056   122" BBC CONVENTIONAL STEEL CAB                          427.00
 132  784-998   NO AIR SHIELD OR BRACKETS                                   N/C
 133  82A-003   STERLING VALANCE PANEL                                   158.00
 134  650-008   AIR CAB MOUNTS                                           499.00
 135  678-001   GRABHANDLES LH/RH                                           STD
 136  646-020   BRIGHT FINISH PLASTIC GRILLE                                N/C
 137  644-004   FIBERGLASS HOOD                                             STD
 138  727-501   DUAL HADLEY RECT AIR HORNS, DUAL BASE                    180.00
 139  726-001   SINGLE ELECTRIC HORN                                        STD
 140  312-031   SINGLE RECTANGULAR HALOGEN HEADLIGHTS
                  WITH BRIGHT BEZELS                                      37.00
 141  302-005   AERODYNAMIC MARKER LIGHTS - SMALL                           STD
 142  294-030   GROTE FLUSH MOUNTED STOP/TAIL/BACKUP
                  LIGHTS MOUNTED INSIDE FRAME RAIL                          STD
 143  300-021   FRONT QUARTER FENDER MOUNTED TURN SIGNAL
                  LAMPS IN ADDITION TO STANDARD                           71.00
 144  318-098   (1) TRUCK-LITE 20 & (1) SWIVEL MOUNTED
                  BOC UTILITY LIGHTS                                      37.00
 145  744-048   DUAL SST MOTO MIRRORS,
                  HTD W/LIGHTS, RH RMT                                   691.00
 146  797-001   DOOR MOUNTED MIRRORS                                        STD
 147  796-001   102" EQUIPMENT WIDTH                                        N/C
 148  743-204   LH/RH 8" CONVEX MIRRORS, BRIGHT FINISH,
                  MTD UNDER PRIMARY MIRRORS                                6.00
```

```
                        - STERLING CORPORATION -                    PAGE    7

VEHICLE ID: 2FWYEWEB6YAF57161                    INVOICE NO..........541344
                                                 INVOICE DATE.......11/22/99

149   73A-002   REAR REFLECTIVE DEVICE                                   STD
150   764-001   FIBERGLASS EXTERIOR SUN VISOR                         163.00
151   768-019   (2) 15"X26" TINTED REAR WINDOWS                          STD
152   661-004   TINTED DOOR GLASS LH & RH WITH TINTED
                   OPERATING WING WINDOWS                                STD
153   654-011   RH & LH ELECTRIC POWERED WINDOWS                      261.00
154   663-013   TINTED WINDSHIELD                                        STD
155   659-007   8 LITER WINDSHIELD WASHER RESERVOIR W/O
                   FLUID LEVEL INDICATOR                                 STD

                CAB INTERIOR

156   707-081   CUSTOM MEDIUM GRAPHITE INTERIOR                       252.00
157   706-016   MOLDED DOOR PANEL WITH UPPER AND LOWER
                   VINYL INSERTS                                         N/C
158   708-016   MOLDED DOOR PANEL WITH UPPER AND LOWER
                   VINYL INSERTS                                         N/C
159   772-012   MEDIUM DARK GRAPHITE VINYL MATS WITH
                   SINGLE INSULATION                                     STD
160   785-001   DASH MOUNTED ASH TRAYS & LIGHTER                         STD
161   637-998   NO STORAGE-CAB INT,LH WALL,LOWER                         N/C
162   639-998   NO STORAGE-CAB INT,RH WALL,LOWER                         N/C
163   636-998   NO STORAGE-CAB INT,LH WALL,UPPER                         N/C
164   638-998   NO STORAGE-CAB INT,RH WALL,UPPER                         N/C
165   697-998   NO STORAGE COMPARTMENT CAB, CAB/SLPR
                   BACKWALL                                              N/C
166   693-025   MAP POCKETS, LEFT AND RIGHT DOORS                        N/C
167   700-002   HEATER, DEFROSTER AND AIR CONDITIONER                 833.00
168   701-001   STANDARD HVAC DUCTING                                    N/C
169   170-016   STANDARD PLUMBING W/SHUTOFF VALVES                       STD
170   130-003   SANDEN COMPACT AIR CONDITIONER
                   COMPRESSOR                                            N/C
171   698-001   RADIATOR MTD A/C CONDENSER                               N/C
172   702-002   BINARY CONTROL, R-134A
                   W/TUBE-O FITTING                                      N/C
173   285-001   AUTOMATIC SELF-RESET CIRCUIT BREAKERS                 283.00
174   280-007   NO WIRING SCHEMATIC CARD, 12V
                   NEGATIVE GROUND SYSTEM                                STD
175   324-062   CENTER MOUNTED DOME LIGHT AND LH/RH
                   COURTESY LIGHT IN KICK PANELS                         STD
176   655-001   CAB DOOR LATCHES WITH MANUAL DOOR LOCKS                  STD
177   756-087   NATIONAL CUSH-N-AIRE II HI-BACK, WITH
                   ACTIVE AIR LUMBAR, DRIVER SEAT                      16.00
178   760-1AD   NATIONAL FIXED ECONOMY MID BACK
                   PASSENGERS SEAT                                    168.00
179   758-027   VINYL W/KNIT VINYL INSERT, DRIVER'SSEAT                  N/C
180   761-027   VINYL W/KNIT VINYL INSERT PASSENGERSEAT                  N/C
```

- STERLING CORPORATION -                                              PAGE    8

VEHICLE ID: 2FWYEWEB6YAF57161                         INVOICE NO..........541344
                                                      INVOICE DATE.......11/22/99

| # | Code | Description | Price |
|---|------|-------------|-------|
| 181 | 763-011 | 3 POINT ADJUSTABLE D-RING RETRACTOR DRIVER AND PASSENGER SEATBELTS | N/C |
| 182 | 532-001 | FIXED STEERING COLUMN | STD |
| 183 | 540-020 | 2-SPK 450MM(18") BLACK STEERING WHEEL(S) | STD |
| 184 | 765-002 | DRIVER/PASSENGER INTERIOR SUN VISORS | STD |

CONTROLS & INSTRUMENTS

| # | Code | Description | Price |
|---|------|-------------|-------|
| 185 | 017-016 | STERLING STANDARD ELECTRONIC INSTRUMENT PACKAGE - STANDARD CALIBRATION | STD |
| 186 | 732-006 | INTEGRAL GAUGES MTD IN INSTRUMENT PANEL CLUSTER | N/C |
| 187 | 734-006 | GRAY CENTER INSTRUMENT PANEL WITH FLAT GAUGE INSERT | STD |
| 188 | 486-001 | LOW AIR PRESSURE LIGHT AND BUZZER | STD |
| 189 | 840-001 | DUAL NEEDLE PRIMARY & SECONDARY AIR PRESSURE GAUGE | N/C |
| 190 | 198-002 | AIR RESTRICTION INDICATOR MTD ON INTAKE | STD |
| 191 | 149-015 | CRUISE CONTROL-ELECTRONIC, CONTROLS ON STEERING WHEEL SPOKES | STD |
| 192 | 156-005 | KEY OPERATED IGNITION SWITCH W/ELECTRIC START BUTTON WIRED THROUGH IGNITION | STD |
| 193 | 811-001 | WARNING LAMP/LIGHT BAR DISPLAY NON-DATA LINKED | N/C |
| 194 | 160-012 | DIAGNOSTIC INTERFACE CONNECTOR, 9 PIN, SAE J1587/1708/1939, LOCATED BELOW DASH | 33.00 |
| 195 | 844-001 | ELECTRIC FUEL GAUGE | N/C |
| 196 | 856-001 | ELECTRICAL ENGINE COOLANT TEMP GAUGE | N/C |
| 197 | 852-001 | MECHANICAL ENGINE OIL PRESSURE GAUGE | N/C |
| 198 | 746-007 | STERLING AM/FM STEREO RADIO | 463.00 |
| 199 | 750-002 | (2) RADIO SPEAKERS (CAB ONLY) | N/C |
| 200 | 753-015 | 30" AM/FM ANTENNA MOUNTED RH SIDE COWL | N/C |
| 201 | 752-003 | (2) MIRROR MOUNTED CB BRACKETS AND LEADS AND NO ANTENNAS | 78.00 |
| 202 | 810-009 | AMETEK ELECTRONIC SPEEDOMETER W/ODOMETER (MPH) | N/C |
| 203 | 812-022 | ELECTRONIC TACHOMETER 3500 RPM | N/C |
| 204 | 482-009 | BDX TP-5 TRACTOR PROTECTION VALVE | STD |
| 205 | 883-001 | TRAILER BRAKE VALVE, HAND CONTROL | N/C |
| 206 | 842-001 | TURBO AIR PRESSURE GAUGE | 51.00 |
| 207 | 836-001 | VOLTMETER | N/C |
| 208 | 660-008 | SINGLE ELECTRIC WINDSHIELD WIPER MOTOR W/DELAY | STD |
| 209 | 882-004 | TWO VALVE PARKING BRAKE SYSTEM WITH WARNING INDICATOR | N/C |
| 210 | 299-018 | SIGNAL STAT Y910 TURN SIGNAL SWITCH WITHOUT BRAKE OVERRIDE | 344.00 |
| 211 | 298-003 | HEAVY DUTY MECHANICAL FLASHER | STD |

- STERLING CORPORATION -                                                    PAGE    9

VEHICLE ID: 2FWYEWEB6YAF57161                              INVOICE NO..........541344
                                                          INVOICE DATE.......11/22/99

        PAINT

| | | | |
|---|---|---|---:|
| 212 | 065-999 | PAINT: CUSTOM DESIGN | |
| 213 | QUOTE | PRICE QUOTE NUMBER: 24DB 9910191334 | 511.00 |
| 214 | 960-999 | CAB PAINT DESIGN CUSTOM | |
| 215 | QUOTE | PRICE QUOTE NUMBER: 24DB 9910191334 | N/C |
| 216 | 980-1F0 | CAB COLOR A: N0303E WHITE URETHANE | N/C |
| 217 | 981-1E0 | CAB COLOR B: N0135E YELLOW URETHANE | 142.00 |
| 218 | QUOTE | PRICE QUOTE NUMBER: 24DB 9910191334 | |
| 219 | 986-020 | BLACK, HIGH SOLIDS POLYURETHANE CHASSIS PAINT | STD |
| 220 | 962-992 | FRONT WHEEL PAINT: VENDOR WHITE | STD |
| 221 | 966-992 | REAR WHEEL PAINT: VENDOR WHITE | STD |
| 222 | 964-2PK | BUMPER PAINT: N3713H MED TITANIUM MET IMRON 5000 | STD |
| 223 | 976-995 | SUNVISOR PAINTED SAME AS CAB COLOR A | N/C |

    TOTAL SUGGESTED RETAIL                                     $108,883.00

    DEALER NET                                                  $81,662.25

    PRICE CONCESSION                                            -22,416.00
    STANDARD DESTINATION CHARGE                                     875.00
    STRL HN-80 PMT TERMS CREDIT                                    -120.00

    FINAL PRICE DUE                                             $60,001.25

  E01522 @ 27.45% (PRICE CONCESSION #, %)

NOTE: CLAIMS FOR CREDIT MUST BE RECEIVED BY TRUCK
      PRICING WITHIN 120 DAYS TO RECEIVE CONSIDERATION.

*[Handwritten:]*
NEW TRUCK PURCHASES
A/C # 7096
1320   + 60,001.25
2000   - 60,001.25
1180
4195
7040
1177
7190