




EXHIBIT

Exhibit E










