### Page 65

1  I'm a very faithful person, and I really
2  had to take all of this under
3  consideration.
4  Q. What research did you do the next day in
5      order to learn that Hartford was not
6      within Southworth Milton's district?
7  A. I believe I called Harry Calderbank.
8  Q. What did you say to him and what did he
9      say to you?
10 A. I was -- at that point, I think I had
11     called Harry on concessions of the
12     multiple purchase of Caterpillar engines
13     versus the M11 Cummins. And Harry
14     informed me that -- and I'm not even
15     sure if this was before or after the
16     conversation with Kevin Holmes, but he
17     informed me that Hartford wasn't in his
18     district, that I would have to deal with
19     New Haven.
20 Q. Did he tell you the company that you
21     would have to deal with if you bought
22     these trucks in Connecticut?
23 A. Well, I know the Caterpillar dealer in
24     New Haven. I can't even think of the

### Page 66

1  name.
2  Q. H.O. Penn?
3  A. Yes. That is what it was.
4  Q. Did Mr. Calderbank tell you that if you
5      purchased these trucks from the
6      Connecticut dealership that you would
7      have to deal with H.O. Penn in terms of
8      servicing for the engines?
9  A. Yes. Or warranty for the engines or
10     concessions for the engines. Anything
11     about the engine, he couldn't help me.
12     He could fix them. He could fix
13     anybody's Caterpillar, but he couldn't
14     offer any assistance on the financial
15     arrangement.
16 Q. You mentioned having talked with Mr.
17     Calderbank about concessions on
18     purchasing multiple engines relative to
19     the Cummins engine. Tell me about that
20     conversation. What did you say and what
21     did he say?
22 A. I really don't recall the exact
23     conversation, but it was about
24     performance, about weight, about the

### Page 67

1  warranty, the cost of warranty, the
2  discounting and, of course, who would
3  stand behind their warranty the best.
4  Q. In the conversation with Mr. Calderbank
5      comparing the Cummins M11 and the C-12,
6      what did he tell you about relative
7      performance?
8  A. He showed me comparison charts between
9      the two engines, economy charts. The --
10 Q. I'm sorry. I interrupted you. Finish
11     your answer.
12 A. I was primarily done. I wanted it to be
13     Caterpillar.
14 Q. Did you keep those charts that he showed
15     you?
16 A. No. No. Not that long.
17 Q. What do you remember them showing that
18     was of interest to you?
19 A. Torque curve, actual power, gross
20     horsepower, grade ability versus
21     economy. One of the big things that he
22     was selling was the cleanliness of the
23     Caterpillar versus the Cummins. I
24     believe he said the Cummins is the --

### Page 68

1  M11 is the dirtiest engine on the
2  market.
3  Q. Does that mean it has high emissions?
4  A. I think, internally, soot. Soot in the
5      oil, if you do an oil analysis.
6  Q. Anything else that you remember him
7      telling you about relative performance
8      of the Cummins engine and the C-12?
9  A. He knew I wanted to be talked out of it.
10     So it really wasn't a heated
11     conversation of any kind. I wanted to
12     be talked out of it. I wanted him to
13     match what they were trying to sell me.
14 Q. Have you given me your best memory of
15     the information that Mr. Cummins gave
16     you in the conversation that you had
17     with him comparing the M11 Cummins
18     engine to the C-12?
19          MS. REIMER: Objection
20     as to form.
21 A. I didn't quite understand it.
22          MS. REIMER: You got the
23     wrong name in there.
24 Q. Have you given me your best and most

EXHIBIT
Exhibit I

**Page 69**

1 Q. complete memory of your conversation you
2 had with Mr. Calderbank comparing the
3 Cummins engine and the C-12 engine?
4 A. Yes.
5 Q. He also talked to you about relative
6 weights of the two engines?
7 A. Yes.
8 Q. C-12 was lighter?
9 A. No.
10 Q. C-12 was heavier?
11 A. He said they were the same. There was
12 about 60 pounds difference.
13 Q. What did he tell you about relative
14 warranties?
15 A. They were the same.
16 Q. Did he describe the warranties other
17 than just telling you that they were the
18 same?
19 A. I believe he called it a serious
20 nucleus, and he gave us literature
21 showing everything that it covered.
22 Q. Was so-called serious nucleus coverage
23 something that you had on other
24 Caterpillar engines that you already

**Page 70**

1 owned?
2 A. Everything, yes.
3 Q. Technically speaking, it was an extended
4 service contract that you purchased,
5 correct?
6 A. Yes.
7 Q. When I say that you purchased, either
8 you purchased it by paying money or you
9 got it as part of the overall
10 transaction whereby you purchased the
11 truck with the Caterpillar engine in it?
12 A. Yes. Had a figure -- had a cost figure
13 on it. If you didn't want it and wanted
14 the money, I don't think they would give
15 it to you. No. It did have a cost
16 figure. It had a value.
17 Q. Let me just show you a document. What I
18 have got is a package of documents
19 contained with a letter from your
20 attorneys. I'm just going to hand it to
21 you in that form. But I will ask you to
22 look at the third page of the document,
23 third page, including the first page,
24 which is your attorney's letter, and ask

**Page 71**

1 you if that is the serious nucleus
2 coverage that you understood Mr.
3 Calderbank to be talking about. It's a
4 two-sided document.
5 A. All I really remember is I did see a
6 list of numbers on a page, and this
7 would have been explained to me, and
8 then Andy would have -- he is my
9 technical guy -- he would have taken it
10 from there.
11 Q. Andy Lind?
12 A. Yes.
13 Q. The document that I have shown you that
14 says on the front of it On Highway
15 Vehicle Engine Extended Service
16 Coverage, is that a form of document
17 that Mr. Calderbank showed you in
18 connection with these conversations he
19 was having with you concerning --
20 A. He never showed me a document.
21 Q. You had seen a document of this type
22 before in connection with your other
23 Caterpillar engines, correct?
24 A. I don't remember ever seeing it. I

**Page 72**

1 possibly could have, but I don't recall
2 it.
3 Q. In the conversation that you had with
4 Mr. Calderbank concerning the warranty,
5 relative warranties as to the Cummins
6 engine or the C-12 engine, although he
7 didn't show you the document, did he
8 tell you what the coverage would be?
9 A. Yes, he did.
10 Q. What did he say?
11 A. He said it would be a 500,000 mile
12 extended warranty.
13 Q. Did he tell you anything else?
14 A. He told me what it would cover and what
15 it wouldn't cover.
16 Q. What did he tell you on that subject?
17 A. All the heavy parts after a certain
18 time. I don't believe it would cover --
19 on the extended it wouldn't cover a
20 turbocharger or injector or an ECM or
21 something like that, but as far as the
22 internal combustion parts, pistons,
23 valves, crankshaft, timing gears,
24 totally everything.

109

1 specifications for these trucks?
2 A. I had run across them not too long ago.
3 I don't believe that we have -- we still
4 have them.
5 Q. When did you last see them?
6 A. It could have been a couple of years
7 ago. I really don't recall.
8 Q. Where were they when you saw them?
9 A. I don't know if they were in my
10 briefcase. I continually throw things
11 away. Old things get thrown away.
12 Whether it's my briefcase or my desk or
13 what have you, things I don't have to
14 keep, I don't keep.
15 Q. During the process whereby Mr. Medbery
16 sent you these line sheets and corrected
17 line sheets and you then spoke with him
18 about changes to them, during the period
19 that that process was going on, did you
20 have any communications with Mr.
21 Calderbank or anyone else employed by
22 Southworth-Milton or Caterpillar
23 concerning the engines that were to be
24 in these trucks?

110

1 A. Yes.
2 Q. Who did you have those conversations or
3 communications with?
4 A. Primarily Harry Calderbank.
5 Q. Anybody other than Harry Calderbank?
6 A. I'm sure I had spoken to Al Cardoza, but
7 I don't really recall a specific
8 conversation.
9 Q. During the period where you are going
10 back and forth with Mr. Medbery about
11 these line sheets, what were the
12 communications you had with Mr.
13 Calderbank concerning the engines that
14 you wanted to be in these trucks that
15 you were discussing?
16 A. We discussed other Caterpillar engines
17 also and the weight factor between at
18 that time a 3406E. It was 600 pounds
19 and it was just too heavy, so we
20 reverted back to the C-12, and it had
21 been working out, so we decided on that,
22 and then he told me about the
23 discounting.
24 Q. Why were you considering a 3406E for

111

1 these trucks?
2 A. Retail.
3 Q. What do you mean by that?
4 A. A truck with, they call it, a big bore
5 engine has a higher resale than a
6 smaller engine.
7 Q. Other than resale value, was there
8 anything about the performance
9 characteristics or the quality or the
10 accessories or the equipment on a 3406E
11 that caused you to be interested in that
12 as a possible alternative to a C-12 for
13 these trucks?
14 A. No.
15 Q. Was it you who raised the subject with
16 Mr. Calderbank about possibly having the
17 trucks equipped with a 3406E, or did Mr.
18 Calderbank raise that possibility?
19 A. I did.
20 Q. Had Mr. Medbery, or anyone from
21 Minuteman, suggested the possibility of
22 a 3406E?
23 A. No.
24 Q. So you raised, during this period of

112

1 time, with Mr. Calderbank about a 3406E,
2 and you and he discussed the weight
3 penalty that that would entail?
4 A. Yes.
5 Q. The weight penalty was more than you
6 wanted to pay basically, correct?
7 A. Yes.
8 Q. You also said that during this period of
9 time you discussed discounting with Mr.
10 Calderbank. What discussion was had on
11 the subject of discounting?
12 A. Basically, how bad do you want my
13 business?
14 Q. What did you say to him and what did he
15 say to you?
16 A. I believe he had given us or offered us
17 an extra $500 discount off of each
18 engine over and above what the dealer
19 could get from Sterling itself on an OEM
20 basis and free of charge extended
21 500,000 mile warranty.
22 Q. So is that what you and he discussed in
23 terms of discounting?
24 A. What we had to do was match the M11

197

1  correct?
2  A. **Changing oil, servicing is all that**
3  **won't be on here.**
4  Q. Is changing oil the only routine
5     servicing and maintenance work that was
6     done on these engines?
7  A. **That really is hard to say.**
8  Q. Take a minute and look through Exhibits
9     11 through 30 and tell me whether any of
10    those packages contain records of
11    routine repair, servicing or maintenance
12    work done on the engines in the trucks
13    to which those exhibits pertain?
14 A. **To be crystal clear, repeat the exact**
15    **question you want answered.**
16 Q. What I want to know is whether any of
17    Exhibits 9 through 30 contain any
18    records of routine servicing or
19    maintenance work that was performed on
20    Caterpillar C-12 engines in the
21    Trans-Spec trucks to which these
22    exhibits pertain?
23 A. **No.**
24 Q. So if Caterpillar or anyone else wanted

198

1  to know what routine servicing and
2  maintenance work was done on those
3  engines, it would not be able to learn
4  that information from the documents
5  contained in Exhibits 9 through 30?
6  A. **Correct.**
7  Q. When you asked Mr. Barton and Mr.
8     LaFlash to assemble records relating to
9     the engines, did you ask them to
10    assemble records of that type, that is
11    to say records concerning routine
12    servicing and maintenance work on the
13    engines?
14 A. **No.**
15 Q. Exactly what documents did you ask Mr.
16    Barton and Mr. LaFlash to assemble?
17 A. **The information on the flywheel housing**
18    **failures.**
19 Q. Did you ask them to assemble information
20    about failures of any type other than
21    flywheel housing failures?
22 A. **Any major type of Caterpillar warranty**
23    **work.**
24 Q. Did you ask them to assemble any type --

199

1  any documents relating to engine
2  failures that they did not consider to
3  be a Caterpillar warrantable item?
4  A. **We didn't have any.**
5  Q. Did you limit what they were to look for
6     to documents that they deemed to be
7     Caterpillar warrantable failures?
8  A. **Yes.**
9  Q. If there were failures that Mr. Barton
10    or Mr. LaFlash did not consider to be
11    warrantable by Caterpillar, they would
12    not have included those documents in
13    what they assembled; is that accurate?
14 A. **Yes.**
15 Q. To your knowledge, has any effort been
16    made to assemble all of Trans-Spec's
17    documents relating to the engines in the
18    22 Sterling trucks involved in this
19    case?
20 A. **I believe your people were there.**
21 Q. Other than what people from my office
22    had been trying to do, has anyone acting
23    on behalf of Trans-Spec tried to do
24    that?

200

1  A. **Complete, no.**
2  Q. Is it your understanding, however, that
3     Exhibits 9 through 30 contain all of
4     Trans-Spec's records relating to
5     problems with the Cat C-12 engines in
6     the 22 Sterling trucks that were
7     failures that you think are warrantable
8     failures?
9         MS. REIMER: Objection.
10        You can answer.
11 A. **I really can't tell. This is your**
12    **paperwork, not mine.**
13 Q. I can tell you it's the paperwork that
14    was produced to me by your attorney,
15    sir.
16 A. **If you have it all there.**
17 Q. If this paperwork duplicates the
18    documents that you provided to your
19    attorneys, then this stack of paper
20    would reflect all of the failures that
21    you deemed to be warrantable failures
22    with respect to the Caterpillar C-12
23    engines up until the date that you
24    supplied these to your attorneys; is

Page 225

1  Q.  During the year 2004, did Minuteman do
2      any work, non-engine work, on these
3      trucks?
4  A.  No.
5  Q.  Did Trans-Spec do non-engine work on the
6      trucks?
7  A.  Yes.
8  Q.  Why did Trans-Spec stop using Minuteman
9      for non-engine work on these trucks in
10     2004?
11 A.  Trucks were out of warranty.
12 Q.  Any other reason?
13 A.  Not really.
14 Q.  Had you been satisfied with the service
15     that Trans-Spec had received from
16     Minuteman Truck with respect to work on
17     these trucks or these engines?
18 A.  Yes.
19 Q.  You would have no complaints for that
20     work?
21 A.  I have complaints with everything.
22 Q.  You had no complaints about Minuteman's
23     work more than you have complaints about
24     any other dealership's work?

Page 226

1  A.  That's a true statement.
2  Q.  In the year 2004, other than Trans-Spec
3      itself, who performed non-engine work on
4      these trucks?
5  A.  Just Trans-Spec.
6  Q.  So all of the non-engine work in 2004
7      was done by Trans-Spec?
8  A.  Correct.
9  Q.  And is that true for 2005 as well?
10 A.  Yes.
11 Q.  In 2004, who did the engine work on the
12     engines in the Sterling trucks?
13 A.  Milton CAT or Tri-State Freightliner.
14 Q.  Did Trans-Spec do any engine work in
15     2004 on these trucks?
16 A.  In the very beginning, I believe we did.
17 Q.  What kind of engine work?
18 A.  Whatever we had to.
19 Q.  Do you remember what that was?
20 A.  Flywheel housings.
21 Q.  Anything else?
22 A.  I don't recall anything else.
23 Q.  Then in 2005, who has done engine work
24     on these trucks?

Page 227

1  A.  Milton CAT and the Tri-State
2      Freightliner.
3  Q.  Trans-Spec hasn't done any?
4  A.  No.
5  Q.  Up until the time when you learned from
6      Minuteman that Caterpillar had told that
7      it would not pay for engine work that
8      you would take the truck or sent the
9      truck to Minuteman for, had you had any
10     discussions with anyone from Southworth
11     or anyone from Caterpillar concerning
12     engine problems that you were having
13     with the Sterling trucks?
14 A.  Yes.
15 Q.  When did you first have a discussion on
16     that subject with someone from
17     Southworth or from Caterpillar?
18 A.  We consistently had discussions with
19     Harry Calderbank and Al Cardoza.
20 Q.  When did you have the first such
21     discussion with one of those two
22     gentlemen?
23 A.  When things started getting more
24     non-coincidental.

Page 228

1  Q.  Can you bracket when that was?
2  A.  It's pretty tough to say. As long as
3      they were accepting responsibility in
4      repairing them, I really didn't complain
5      much. The frequency was, you know, kind
6      of tough.
7              And trying to get a
8      truck fixed in a reasonable amount of
9      time was sometimes a problem where I
10     would call Harry and say, Okay, Harry,
11     where do we go? And he would try to
12     find us a place to get the truck fixed
13     in short order. That was his job.
14             But when all of a sudden
15     we have two trucks down, three trucks
16     down, four trucks down, I believe that
17     was by 2000 -- late 2002, mid 2002, just
18     an estimate, but now it was a concern,
19     and that's when they denied a claim and
20     we were in trouble.
21 Q.  Let me ask you this. You mentioned
22     dispatchers. Do the dispatchers at
23     Trans-Spec, in order to do their job,
24     have some type of document in front of

### 229

1 them that lists out all of the trucks
2 that they are going to be -- all the
3 trucks that might be dispatched for work
4 on a particular day?
5 A. Yes.
6 Q. And do those forms that the dispatchers
7 use identify Trans-Spec trucks that are
8 out of service on that day?
9 A. **What a coincidence. Yes.**
10 Q. So if I wanted to know specific days
11 when particular trucks were out of
12 service, I could learn that by looking
13 at those dispatcher forms, if they are
14 still in existence, correct?
15 A. **Yes.**
16 Q. And has Trans-Spec kept those dispatcher
17 forms for the last several years?
18 A. **Yes.**
19 Q. Where are they located?
20 A. **22 Eskow Road.**
21 Q. Are they located in the storage trailer
22 there, or are they located somewhere
23 else?
24 A. **No. They are on the dispatch system.**

### 230

1 Q. So they are actually electronically
2 stored?
3 A. **Yes.**
4 Q. How far back do those records exist?
5 A. **1996.**
6 Q. So for each day between the day in early
7 2000 when these trucks went into service
8 up until today, there would be a
9 dispatcher form that would tell us which
10 of the trucks was in service or out of
11 service on that day, correct?
12 A. **Yes. That's correct.**
13 Q. What would be involved in printing out
14 those forms?
15 A. **Not much.**
16 Q. It would be an easy thing to do?
17 A. **Yes.**
18 Q. As you sit here today, you probably
19 can't tell me the specific days when
20 each of these 22 Sterling trucks were
21 out of service, can you?
22 A. **No. I can't.**
23 Q. Would the best way of getting that
24 information be by looking at those

### 231

1 dispatcher forms?
2 A. **Or just have them print it out.**
3 Q. Well, whether you are looking at them on
4 the screen or getting them printed out,
5 that would be the easiest and most
6 effective way to know exactly when those
7 trucks were out of service, correct?
8 A. **Absolutely.**
9 Q. Those forms wouldn't tell you why they
10 were out of service, but they would tell
11 you whether they were out of service or
12 not, right?
13 A. **Yes.**
14 Q. I understand that in June of 2004, you
15 attended a meeting at Southworth
16 Milton's place of business in Milford,
17 Massachusetts that was attended by
18 yourself and maybe some other people
19 from Trans-Spec and some people from
20 Caterpillar and some people from
21 Southworth. Do you remember that
22 meeting?
23 A. **Yes, I do.**
24 Q. Was that the first meeting that you had

### 232

1 related to these trucks and engines with
2 people who were actually Caterpillar
3 employees as distinct from
4 Southworth-Milton employees?
5         MS. REIMER: Objection.
6 A. **Yes.**
7 Q. Before that meeting, had you had any
8 conversation with people who were
9 actually Caterpillar employees as
10 distinct from Southworth-Milton
11 employees about these trucks or engines?
12 A. **I really never knew the difference.**
13 Q. Before that meeting, you had had
14 conversations about these trucks and
15 engines with Mr. Calderbank and Mr.
16 Cardoza, right?
17 A. **Amongst others, yes.**
18 Q. Who are the others?
19 A. **There was a fellow in a wheelchair.**
20 Q. What was that fellow's name?
21 A. **I really don't recall.**
22 Q. Where did you have a conversation with
23 him?
24 A. **I seen him a few different -- once in**

**233**

1 Milton. Once on my property. There was
2 a fellow named Gary Blood.
3 Q. You mentioned him earlier?
4 A. Right.
5 Q. Anybody else?
6 A. There was -- there were plenty of
7 others, but one time here and one time
8 there and...
9 Q. Can you name any of them?
10 A. I really -- I'm not the greatest on
11 names.
12 Q. Now, returning to this meeting in June
13 2005, you attended it and who else from
14 Trans-Spec attended it?
15 A. Robert Barton.
16 Q. Anybody else?
17 A. From Trans-Spec, no.
18 Q. Who else was present at that meeting?
19 A. Troy. I really can't recall his last
20 name. He was from Caterpillar.
21 Q. Guidotti, or something like that?
22 A. Something like that.
23 Q. I am not sure I am pronouncing it right.
24 But his first name was Troy and he was

**234**

1 from Caterpillar?
2 A. Yes.
3 Q. Did he give you a card?
4 A. He did.
5 Q. It said Caterpillar on it?
6 A. Oh, yeah.
7 Q. Who else was at the meeting?
8 A. Al Cardoza from Southworth. There was
9 somebody else there from Southworth.
10 There was Mike Bumpus.
11 Q. Who is Mike Bumpus?
12 A. He is the district rep for Sterling.
13 Q. Who else was there?
14 A. I believe he is with Sterling, yes.
15 Then there was another rep from
16 Sterling.
17 Q. You don't remember his name?
18 A. I will think of his name. Something
19 like Bob White or Bob.
20 Q. Bob, someone from Sterling?
21 A. Yes. I have been dealing with him
22 forever because he was with Freightliner
23 prior to being with Sterling.
24 Q. Other than yourself and Mr. Barton and

**235**

1 Mr. Guidotti and Al Cardoza and someone
2 else who you can't --
3 A. Bill Wicher.
4 Q. -- you can't recall from SMI, Mr. Bumpus
5 and Bob from Sterling and also Mr.
6 Wicher?
7 A. Yes.
8 Q. Bill Wicher?
9 A. Bill Wicher from Minuteman Trucks.
10 Q. Anybody else there?
11 A. I believe that was it.
12 Q. Did anyone participate by telephone?
13 A. No.
14 Q. Do you remember what time of the day the
15 meeting was?
16 A. I really don't. I'm picturing
17 mid-morning.
18 Q. Do you remember how long the meeting
19 lasted?
20 A. An hour, hour and a half.
21 Q. Did you make any notes during the
22 meeting?
23 A. No. I have -- Bob did.
24 Q. Mr. Barton made notes?

**236**

1 A. Yes.
2 Q. Are those notes still in existence?
3 A. I believe, yes.
4 Q. Are they handwritten notes?
5 A. With Bob I'm sure he put them in type.
6 He is pretty good.
7 Q. Are these notes that were made at the
8 meeting itself?
9 A. Yes.
10 Q. So these aren't documents that were
11 prepared in anticipation of the meeting?
12 A. No.
13 Q. Did you take to that meeting any
14 documents to use at the meeting?
15 A. Yes.
16 Q. Were those documents that have now been
17 marked Exhibits 9 through 30?
18 A. I believe so.
19 Q. They were in some sort of notebook at
20 that time, right?
21 A. Yes.
22 Q. Did you take any additional documents to
23 that meeting?
24 A. I don't believe I did. I think that's

## 237

1 what we had.
2 Q. Did anyone at that meeting supply you or
3   Mr. Barton with any documents during the
4   course of the meeting?
5 A. When a question was asked, the fellow
6   that had all the information was Al
7   Cardoza. He had every history from
8   every truck I had ever owned right back
9   from day one.
10 Q. He had a large volume of documents with
11   him?
12 A. I think he -- I don't know if he had it
13   on his Palm Pilot. I really don't know.
14   But he opened up a book, and any
15   question that was asked he read off on
16   this date and this date, this was done,
17   and so on.
18 Q. Did Mr. Cardoza supply you or Mr. Barton
19   with any of the documents that he was
20   looking at?
21 A. No.
22 Q. When you left that meeting with Mr.
23   Barton, did you take any documents away
24   with you?

## 238

1 A. No. Just our own book.
2 Q. Give me your best memory of what
3   happened at that meeting and who said
4   what to whom?
5 A. Ed Blake is the other guy from Sterling.
6   I always do that.
7 Q. His first name wasn't Bob, it was Ed?
8 A. No, it was Ed. Close, though. It only
9   has a couple of letters in it.
10 Q. Tell me what happened in the meeting and
11   who said what to whom?
12 A. Everyone was pretty cordial. They
13   wanted to take care of our problems, and
14   I believe they did. And Troy said, We
15   are going to start fixing the trucks or
16   we are going to see about fixing the
17   trucks. That's what he said.
18         At the time, we wanted
19   to get new trucks, so we were talking
20   about can Caterpillar help us out. If
21   we traded these trucks, if we sold these
22   trucks outright, could we get a discount
23   on new engines? Sterling was there.
24   Could we get -- what we were looking for

## 239

1 was to make this go away, and we just
2 didn't want to hurt anybody. We just
3 wanted our trucks fixed, be reimbursed
4 for what we had spent and basically get
5 a wholesale price on a truck and an
6 engine, or we discussed it anyway.
7         We got out of it they
8 are going to fix the trucks. And Troy
9 basically confirmed what we were being
10 told by the Milton employees that,
11 historically, Caterpillar will make this
12 up to us. And the term that Troy used,
13 for the first time I heard at that
14 meeting, was that Caterpillar will make
15 you whole.
16         So we left feeling very
17 confident that we felt great. This
18 thing is going to go away, and we are
19 going to be back where we once were with
20 Caterpillar by our side and we would be
21 happy again.
22 Q. Did you ask Mr. Guidotti what he meant
23   when he said Caterpillar will make you
24   whole?

## 240

1 A. No.
2 Q. Did he explain what he meant by that?
3 A. Financially whole is what we were
4   looking for, and we believed and so did
5   the Sterling employees believed that's
6   what he meant, also.
7 Q. Tell me exactly what Mr. Guidotti said
8   in the part of this conversation where
9   he used that phrase.
10 A. There were a lot of things said. That
11   is the one thing that stuck in my mind,
12   of course, because that was the most
13   important statement made in the whole
14   meeting.
15 Q. Other than those words, do you remember
16   the context, the sentence, the
17   discussion that those words were stated
18   in?
19 A. That meeting wasn't as important as the
20   next meeting.
21 Q. I'm not interested in talking right now
22   about the next meeting. I'm trying to
23   understand what was actually said at the
24   June meeting. You reported some words.

245

1  the proposal of Sterling to help us
2  market the trucks we have. They have
3  access to, you know, probably a thousand
4  truck lots owned by Freightliner which
5  are -- they have a name for them.
6  Select. Select Truck Centers are owned
7  by Freightliner -- and maybe spread them
8  out across the country, two here, two
9  there and what have you, and sell us
10 Caterpillar engines at a really good
11 price and sell us a Sterling truck at a
12 really good price. And we needed them
13 by a certain time so that we could meet
14 our contracts the following winter.
15 Q. What did Mr. Bumpus and Mr. Blake
16    respond to all of that?
17 A. They couldn't get engines.
18 Q. What do you mean they couldn't get
19    engines?
20 A. They were willing. They couldn't get
21    engines. Caterpillar wouldn't bend one
22    inch. They told us we could have
23    Caterpillar engines by like February or
24    something like that. They were all

246

1  booked up.
2  Q. What about trucks with different kinds
3     of engines other than Caterpillar
4     engines, could they get those?
5  A. Could they have gotten those?
6  Q. Did you discuss with them getting those?
7  A. No. Not really.
8  Q. Why not?
9  A. It wouldn't help my problem.
10 Q. What else was discussed at that meeting?
11 A. You know, we had two meetings, and I'm
12    confusing some things possibly being
13    said at the second meeting. They are
14    real close together. The same people
15    were there except I don't think Bumpus
16    and Ed Blake were at the second one, but
17    Steve Schoening was.
18 Q. I'm trying to --
19 A. What I'm getting at is the events,
20    there's a little bit in each meeting and
21    I really -- I possibly could be getting
22    some confused between the two, and I'm
23    not sure if I am or not. They were
24    almost combined meetings, so my answers

247

1  would be correct.
2  Q. The first meeting was there any
3     discussion specifically of the terms of
4     the extended service contract that you
5     had obtained way back when Trans-Spec
6     took delivery of these trucks?
7  A. No.
8  Q. Was there any discussion of what that
9     covered and what it didn't cover?
10 A. No.
11 Q. So that you just didn't talk about that
12    document at the meeting, correct?
13 A. Correct.
14 Q. You didn't talk about the Caterpillar
15    limited warranties with respect to these
16    engines, correct?
17 A. It wasn't that kind of a meeting.
18 Q. Then there was a second meeting, and
19    that occurred in August 2004?
20 A. That sounds good.
21 Q. Is it your memory that it was in August?
22 A. My memory is it was either July or
23    August.
24 Q. That meeting also was at

248

1     Southworth-Milton in Milford?
2  A. I believe it was.
3  Q. Was Mr. Guidotti there?
4  A. We were in a smaller office. I still
5     believe it was there, though. Yes, he
6     was there.
7  Q. Mr. Schoening was there?
8  A. Yes.
9  Q. That is S-C-H-O-E-N-I-N-G.
10         Did Mr. Schoening give
11    you a card?
12 A. Yes.
13 Q. Had you met Mr. Schoening before?
14 A. I'm not sure.
15 Q. Had you spoken with Mr. Schoening
16    before?
17 A. No. I don't believe so.
18 Q. Al Cardoza was there, right?
19 A. Yes.
20 Q. And you and Mr. Barton?
21 A. Yes.
22 Q. Other than Cardoza, was anyone else from
23    Southworth-Milton there?
24 A. I don't believe so.