**PAGE 91**

1   I would discuss my problems.
2       Q.  So you had no conversations directly with
3   Caterpillar; correct?
4       A.  Who's that?
5       MS. REIMER:  Objection.
6       A.  No.
7       Q.  No, did you not?
8       A.  No, I did not.
9       Q.  And up until June 2004 you had no
10  conversations directly with Caterpillar in 2004 on
11  the subject; correct?
12      MS. REIMER:  Objection.
13      A.  I don't understand who Caterpillar is.
14  There's a difference between Caterpillar and
15  Southworth that I don't understand.
16      Q.  The conversations you had were with
17  Mr. Calderbank and Mr. Cardoza; correct?
18      A.  Yes.
19      Q.  You didn't have any conversations with
20  Troy Guidotti until June 2004 on the subject of
21  compensating Trans-Spec for the expenses and losses
22  it had incurred; correct?
23      A.  There were ongoing conversations with
24  other people.  I just don't recall who the other

**PAGE 92**

1   people were in this specific subject.  But other
2   problems we had spoken to numerous different
3   Caterpillar people that, when we had a problem, Harry
4   Calderbank or Al Cardoza would get somebody to come
5   up and bring them up and we would discuss the
6   problems.
7       Q.  What I'm interested in is knowing with
8   whom you were carrying on negotiations in the year
9   2003 and the first part of 2004 concerning relief
10  that you expect to get from Caterpillar for the
11  flywheel housing problems Trans-Spec was
12  experiencing.  Who were those negotiations with?
13      A.  Negotiations.  I know there's a simple
14  answer to this.  I just don't happen to know what it
15  is.  But negotiations when you're trying to speak
16  with somebody that will negotiate on something
17  admitting they're being owed something, and the whole
18  idea was to have somebody from Caterpillar agree that
19  there was something owed.  And in 2004 Troy and
20  Steve, Troy Guidotti and Steve Schoening agreed on
21  that subject.  There was a meeting prior to that.  I
22  can picture it.  Nothing happened out of it, but that
23  was our first meeting.  It was at Southworth in a big
24  conference room the size of this.

**PAGE 93**

1       Q.  There was a meeting in June and there was
2   a meeting in August?
3       A.  There was one before that too.
4       Q.  There was a third meeting?
5       A.  There was a meeting prior to that.
6       Q.  With Caterpillar people present?
7       A.  You know, there was a lot of people there.
8   And at that time I didn't know the difference between
9   Caterpillar and Southworth.  I thought it was one in
10  the same.  I thought Al Cardoza and Harry Calderbank
11  worked for Caterpillar.  They were selling me
12  warranties from Caterpillar.  They were selling me
13  everything from Caterpillar.  It wasn't Southworth.
14  Their truck said Caterpillar.  Their shirt said
15  Caterpillar.  Their hats and I think their undies did
16  too.  I can't prove that.  But they were Caterpillar
17  through and through.  And they represented
18  Caterpillar in my book, and I purchased all that
19  stuff from Caterpillar.  And so to differentiate
20  between the two, I really don't know how to answer
21  that.
22      Q.  This is the first time I'm hearing about
23  an earlier meeting concerning the flywheel housing
24  problems you were having.  So please tell me when

**PAGE 94**

1   that meeting occurred and everyone who was there.
2       A.  We've had -- I've had many meetings with
3   Caterpillar representatives at Southworth, whether
4   they were Caterpillar or not, about all different
5   types of problems that they've always taken care of.
6   And the flywheel housing issues were brought up in
7   one.  It wasn't a major problem at the time because
8   it had just started.  But they were very well aware
9   of it, and at that time they were still paying for it
10  and repairing them.  So it wasn't even an issue.  So
11  I don't recall the specific day or exactly what the
12  meeting was primarily about.
13      Q.  You had a meeting sometime after the first
14  flywheel housing failure occurred but before
15  Caterpillar stopped reimbursing for the flywheel
16  housing failures, and the meeting was at
17  Southworth-Milton?
18      A.  Yes.
19      Q.  And who was present at the meeting?
20      A.  Well, it was always Harry Calderbank and
21  Al Cardoza.
22      Q.  Who else was there?
23      A.  I really don't remember.  I mean, I'm not
24  sure if they worked for Southworth or Caterpillar

**PAGE 95**

1   themselves.
2       Q.  Regardless of who they were employed by,
3   I'm just interested in the names of the individuals
4   who were present.
5       A.  I can't tell you.
6       Q.  Was anyone from Trans-Spec other than
7   yourself present?
8       A.  I can't recall that either.  At times
9   there were.
10      Q.  What did you say on the subject of the
11  flywheel housings and what did Mr. Cardoza or
12  Mr. Calderbank say?
13      A.  I shouldn't have brought it up, but like
14  I've already testified to, it wasn't a problem at the
15  time because they were taking care of it.  It
16  wasn't a consistent -- it was early enough that it
17  wasn't a real serious damaging problem.  It was prior
18  to that.  So it was early.  It might even have been
19  about the previous trucks.  I don't know.  But it was
20  about the front covers, turbo chargers.  We were
21  paying for turbo changers when I didn't think we
22  should have been.  They always discussed the problem
23  and then took care of it, until later in the game.
24      Q.  Do you remember anything Mr. Cardoza said

**PAGE 96**

1   at that meeting?
2       A.  No, nothing that would stand out.
3       Q.  Do you remember anything Mr. Calderbank
4   said at that meeting?
5       A.  No.  The problems were just taken care of,
6   and it was a non-issue.
7       Q.  So I return to my question.  After you
8   brought to Mr. Parks's attention the flywheel housing
9   problem that you were having and Caterpillar's
10  unwillingness to grant you relief that you thought
11  you were entitled to, what negotiations, what
12  discussions toward obtaining relief were you having,
13  who were you having them with?
14      A.  Well, in March we were talking about a
15  meeting.  And then it was supposed to happen in
16  April, and then it was postponed until June, and then
17  they decided to have another meeting which was in
18  August.  And too much time was passing by, and
19  nothing was being corrected fast enough.  And in June
20  they agreed to -- I believe it was June.  They agreed
21  to start fixing trucks again, but it wasn't getting
22  done to the point that it was helping us.  Trucks
23  were still down so, you know, so many of them down
24  for such a long period of time.

Exhibit L