Kevin Holmes
04/11/2005

1

**CERTIFIED ORIGINAL
LEGALINK BOSTON**

VOLUME: I

PAGES: 1 - 120

EXHIBITS: See Index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - X

TRANS-SPEC TRUCK SERVICE, INC.,
d/b/a TRUCK SERVICE,

    Plaintiff,

vs.                                         Civil Action No.
                                            04-CV-11836-RCL

CATERPILLAR, INC.,

    Defendant.

- - - - - - - - - - - - - - - - - - - X

DEPOSITION OF KEVIN G. HOLMES

Monday, April 11, 2005, 9:00 a.m.

Tri State Trucking Center, Inc.

411 Hartford Turnpike

Shrewsbury, Massachusetts 01545


Reporter: Deborah L. Maren, RPR

LegaLink Boston

320 Congress Street, Boston, MA 02210

(617)542-3500


LegaLink Boston
(800) 822-3376


EXHIBIT
Exhibit N

1  A. Al Cardoza has been giving us specifics as to what he requests us to do with these engines.

Q. What have those specifics been? What has he been telling you to do with the engines?

A. Either replace the flywheel housing or repair the front engine cover leaks.

Q. How would you repair the front engine cover leaks? Has he been giving you specifics to repair it? Or is there just a set procedure for doing so?

A. Actually, there are set procedures that are obviously there. And obviously we have to follow those.

Q. Has he been telling you to patch any of the engines or flywheel housings or flywheel housing bolts or any components?

A. There was a unit here, yes, that was patched.

Q. Is patching sufficient for these types of problems that you've been seeing in Trans-Spec's C-12 engines?

MR. GRUNERT: Object to the form.

A. Unfortunately so, not in the engine that was here, no.

Q. Do you know why Al Cardoza told you to simply patch the engine?

81

1    A.    Specifically, no, I don't. Obviously, I'm
2  sure, from a cost standpoint, yes.
3    Q.    Was it obvious that patching wouldn't be
4  sufficient to make this repair on this engine?
5    A.    For the vehicle's longevity, yes.
6    Q.    Why?
7    A.    Because a piece of the engine block was
8  broken.
9    Q.    How did Al Cardoza tell Tri State to patch
10 the engine block?
11   A.    He said to put the piece back on and epoxy
12 it.
13   Q.    How long did it last? Do you know?
14   A.    Unfortunately so, I don't know that now. I
15 believe that's, you know, a vehicle that has not been
16 back here so I would not know that.
17   Q.    Did you or -- do you know if the person who
18 was dealing with this particular engine from Tri State,
19 did that person voice any concern with Al Cardoza
20 regarding the insufficiency of that patching?
21   A.    I believe there were pictures taken and
22 all, yes.
23   Q.    Do you have those pictures?
24   A.    Unfortunately so, I don't personally. But

|  |  |
|---|---|
| 1 | I do believe there is a disk, yes. |
| 2 | Q. Okay. You said that cost consideration was |
| 3 | a factor, you thought, in that decision. Could you |
| 4 | explain what you meant by that? |
| 5 | A. Again, an engine bell housing or flywheel |
| 6 | housing repair would be in the vicinity of maybe $3,000, |
| 7 | $3500 between parts and labor, as opposed to an engine |
| 8 | replacement which would be in excess of $20,000. |
| 9 | Q. How much would patching cost? |
| 10 | A. Again, the patching would encompass -- |
| 11 | probably be about that 32 to $3500. |
| 12 | Q. Okay. From what you've seen, is there a |
| 13 | permanent fix for Trans-Spec's types of problems with |
| 14 | the engines? |
| 15 | MR. GRUNERT: Object to the form and competence. |
| 16 | A. Other than replacement, as I mentioned |
| 17 | earlier, no. |
| 18 | Q. Okay. Does Caterpillar ever authorize a |
| 19 | dealer such as Tri State to make a repair pursuant to a |
| 20 | warranty and then subsequently refuse to pay it? |
| 21 | A. Yes. |
| 22 | Q. Could you tell me about that. |
| 23 | A. Actually, we've -- we have had claims that |
| 24 | we have been authorized to perform and we do get charged |

82