### PAGE 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,
          Plaintiff
vs.                                     Civil Action
                                        No. 0411836RCL
CATERPILLAR, INC.,
          Defendant

AUDIOVISUAL DEPOSITION OF ROBERT G. BARTON, JR., a witness called on behalf of the Defendant, pursuant to Federal Rules of Civil Procedure, before Carolyn J. Rogers, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of CAMPBELL CAMPBELL EDWARDS & CONROY, One Constitution Plaza, Boston, Massachusetts, on TUESDAY, MAY 17, 2005, commencing at 9:30 a.m.

C. J. REPORTING
45 Colonial Drive, Unit No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com

### PAGE 2

APPEARANCES:

JOHN A.K. GRUNERT, ESQUIRE
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
(617) 241-3000/FAX (617) 241-5115
On Behalf of the Defendant Caterpillar, Inc.

CHRISTIAN G. SAMITO, ESQUIRE
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500/Fax (617) 406-4501
On Behalf of the Plaintiff
    Trans-Spec Truck Service, Inc.

ALSO PRESENT:
William Barton, Videographer
In-Court Technologies

### PAGE 3

INDEX

| DEPONENT | EXAMINATION BY | PAGE NO. |
|---|---|---|
| Robert G. Barton, Jr. | | |
| | (Mr. Grunert) | 4, 170 |
| | (Mr. Samito) | 145, 194 |

EXHIBITS

| NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| 1 | Photocopy of Electronic Calendar | 12 |
| 2 | Flywheel Housing Repair 2002-2004 | 18 |
| 3 | Color Copies of Photographs | 62 |
| 4 | Photocopies of Photographs | 134 |
| 5 | Photocopies of Photographs | 139 |
| 6 | Color Copies of Photographs | 160 |

### PAGE 4

2   MR. GRUNERT: The witness is going to read
3   and sign the transcript under the pains and penalties
4   of perjury, but notarization of the signature is
5   waived. Objections except as to the form of the
6   question are reserved until the time of trial, and
7   motions to strike are reserved until the time of
8   trial.
9       THE VIDEOGRAPHER: We are now on the
10  record. The date is May 17, 2005. The time is
11  approximately 9:34 a.m. We are located in the
12  offices of Campbell, Campbell, Edwards and Conroy in
13  Boston, Massachusetts. The defendant in the case of
14  Trans-Spec Truck Services, Incorporated versus
15  Caterpillar, Incorporated, Civil Action No.
16  0411836RCL, will take the audiovisual deposition of
17  Mr. Robert Barton. My name is William Barton, no
18  relation to the defendant, of In-Court Technologies,
19  Boston, Massachusetts, and I am the videographer for
20  this deposition. The stenographer is Carolyn J.
21  Rogers of C. J. Reporting. At this time the
22  attorneys will introduce themselves for the record.
23      MR. GRUNERT: My name is John Grunert of
24  the firm of Campbell, Campbell, Edwards and Conroy.

### PAGE 5

1   I represent the defendant Caterpillar, Inc.
2       MR. SAMITO: Christian G. Samito of the
3   firm Donovan and Hatem, representing Mr. Barton and
4   Trans-Spec Truck Service, Inc.
5       THE VIDEOGRAPHER: The stenographer will
6   now swear in the witness.
7       ROBERT G. BARTON, JR.,
8   a witness called on behalf of the Defendant, having
9   first been satisfactorily identified by the
10  production of his driver's license and duly sworn by
11  the reporter/notary public, testifies and says as
12  follows:
13              DIRECT EXAMINATION
14  BY MR. GRUNERT:
15      Q.   State your full name for the record,
16  please?
17      A.   Robert G. Barton, Jr..
18      Q.   What is your date of birth, Mr. Barton?
19      A.   1/1/49.
20      Q.   Where do you live?
21      A.   89 Central Street, West Boylston,
22  Massachusetts.
23      Q.   Are you married?
24      A.   Yes.

### PAGE 6

1   Q.   Do you have children?
2   A.   Yes.
3   Q.   Are you employed by Trans-Spec Truck
4   Service, Inc.?
5   A.   Yes, I am.
6   Q.   How long have you been employed by
7   Trans-Spec?
8   A.   Since October of 2003.
9   Q.   Who was your employer before October of
10  2003?
11  A.   Santa Fuel.
12  Q.   What was the first name?
13  A.   Santa.
14  Q.   As in Santa Claus?
15  A.   As in Santa Claus.
16  Q.   Gotcha.
17  A.   Bridgeport, Connecticut.
18  Q.   Is Santa Fuel -- or was Santa Fuel owned
19  or affiliated in any way with Joseph Howard?
20  A.   No.
21  Q.   Was it affiliated in any way with
22  Trans-Spec?
23  A.   No.
24  Q.   Is it accurate that you played no role in

EXHIBIT O

Case 1:04-cv-11836-RCL   Document 100-23   Filed 08/01/2006   Page 2 of 3

PAGE 163

1 channeled it to --
2 A. (Witness nods head.)
3 Q. And did you receive a personal response or
4 was it an automated response?
5 A. I received a response that someone from
6 Southworth-Milton would be in touch with me.
7 Q. And then who responded from
8 Southworth-Milton?
9 A. I received an e-mail from Jim Withrow from
10 Southworth-Milton. Prior to that, I called Al
11 Cardoza about it, and Al Cardoza told me the program
12 no longer existed. And then I then -- the next day I
13 received an e-mail from Jim Withrow explaining to me
14 they have what's called an Advantage program for an
15 additional 250,000 miles, or 200 miles.
16 Q. The next entry, "Freightliner re 7400
17 doing front structure first." Does that mean 7400
18 was still at Tri State during this time?
19 A. I believe so.
20 Q. So 7400 was in since September 8?
21 A. Yes.
22 Q. The next entry refers to East River.
23 "Billy told East River can't do work." What is East
24 River?

PAGE 164

1 A. It's an oil company in Connecticut that
2 we -- that Trans-Spec does transportation for.
3 Q. Why did Trans-Spec -- I'm assuming Billy
4 is Billy Howard?
5 A. Yes. Billy is the dispatcher.
6 Q. Why did Billy at Trans-Spec say that
7 Trans-Spec can't do work for East River?
8 A. I told him he didn't have the equipment to
9 do it now. We had too many trucks down. And to be
10 fair with the customer and let him know that we just
11 couldn't handle it.
12 Q. Skipping one entry down to where it says,
13 "Jim at CAT said bolts were covered. Jay and Bob
14 present." Who is Jim?
15 A. Jim is the service manager, Withrow.
16 Q. Jim Withrow?
17 A. Withrow, yes.
18 Q. Where did this conversation take place?
19 A. Somebody had mentioned something about
20 bolts weren't covered or something, and I -- when we
21 went to pick up a truck, I says, "Jim what's the
22 story? Are the bolts covered or not?" He says, "Of
23 course they're covered."
24 Q. The last entry, "Gary check for flywheel

PAGE 165

1 cracks." Who is Gary?
2 A. He is one of the mechanics at night.
3 Q. What did you ask him to do?
4 A. I asked him to check the trucks over there
5 and make sure what we had, that if we had anything
6 that was broken, because they were coming apart too
7 frequently and so many of them.
8 Q. Was this an occasional request that you
9 made of mechanics?
10 A. Quite often.
11 Q. Why?
12 A. Because we're trying catch them before
13 they would disintegrate. We were trying to keep up
14 with them, because, unfortunately, when the flywheel
15 cracks, if you can catch it before it takes the block
16 with it, it's less of a job. Unfortunately, most of
17 them that crack, they take the right-hand -- the
18 corner of the block.
19 Q. So this was preventative maintenance or --
20 A. Yes.
21 Q. On September 30, 2004, it says "7400 back
22 to CAT, exhaust leaking." Is that the 7400 that was
23 out in early September?
24 A. Yes.

PAGE 166

1 A. It had been repaired and it had to go
2 back to Caterpillar for further repair?
3 A. That's correct. I believe this vehicle
4 sat at Freightliner so long that we finally ended up
5 taking it to CAT because they had an opening. They
6 fixed it. There happened to be an exhaust leak We
7 had to take it back.
8 Q. It says "Dropped off parts for 8300."
9 Does that mean that 8300 was still in the shop since
10 your September 7th entry?
11 A. Very possible. Obviously, they had a
12 flywheel apart and before they put it back together,
13 they noticed the clutch might have been bad, so we
14 probably brought them out a new clutch. So when they
15 were reassembling, they put the clutch in as well.
16 Q. Are you familiar with the repair history
17 of Truck 6100 in early October 2004?
18 A. You'll have to refresh my memory.
19 MR. SAMITO: Why don't we mark this.
20 (Exhibit No. 6 marked for identification.)
21 Q. I show you Barton Exhibit 6, which is a
22 four-page packet of photographs, and I'll describe
23 the pages. One is dated October 6, 2004, one
24 photograph on the page. There's another page that

PAGE 167

1 has two photographs dated October 8, 2004, another
2 page that has four photographs dated October 6, 2004,
3 and a final page with four photographs dated
4 October 15, 2004. Do you recognize where these
5 pictures were taken?
6 A. Yes.
7 Q. Where?
8 A. Freightliner in Shrewsbury, Massachusetts.
9 Q. Who took them?
10 A. I did.
11 Q. Where these for Truck 6100?
12 A. Yes.
13 Q. Does this refresh your memory?
14 A. Yes, it does.
15 Q. Can you describe what happened in early
16 October 2004 regarding repair of Truck 6100?
17 A. I received a call from the Freightliner
18 dealership that Al Cardoza had come out and inspected
19 a truck and told the mechanics to put a new flywheel
20 on it and put it back together and epoxy the block.
21 Subsequently, I went up there. The
22 mechanic did not feel that this was suitable. The
23 owner of Freightliner also was very concerned as to
24 the fact that if they put it back together without

PAGE 168

1 replacing the block, it would just break again. But
2 this was their instructions that they received from
3 Caterpillar, which some squawking was done, and it
4 was finally fixed properly by putting a new block in
5 it and a flywheel.
6 Q. Who did the squawking?
7 A. I believe I started doing the squawking,
8 and I believe Jay Howard did some squawking also.
9 Q. Who did you speak to regarding this issue?
10 A. I think I believe I spoke with Al Cardoza.
11 Q. Where did that conversation take place?
12 A. On the phone.
13 Q. What was the substance of that
14 conversation?
15 A. Why are you trying to take advantage of
16 us? The thing is warranted. You're going to put
17 something back together and it's going to break again
18 because you're not doing it properly.
19 Q. What did Mr. Cardoza say in response?
20 A. I don't even recall. It was a very heated
21 discussion. Because all I know is, they fixed it
22 properly and -- due to the diligence of the
23 Freightliner dealership being honest with us.
24 Q. When you say "Freightliner," you

**PAGE 169**

1 consistently -- I should clarify for the record
2 Tri-State Shrewsbury.
3     Q.  Okay.  "October 12, 2004, talked with Jim
4 at MiltonCAT re setting up inspection.  Will let me
5 know.  Maybe can be done at night."  What inspection
6 does this refer to?
7     A.  These were the inspections for the
8 Advantage program, the extended warranty that
9 Caterpillar had available.  The cost to us was
10 $55,920, and the stipulation was that every truck had
11 to be inspected by them.  There was a certain
12 criteria it had to meet so it would be able to be
13 basically insured or warranted with the extended
14 warranty.
15          Due to our many trucks that were
16 broken down, I had to try to make arrangements where
17 we would have trucks available to deliver the product
18 and have the minimal trucks in being tied up.  And
19 Jim was working this out with me, and the original
20 plan was to do an inspection at night, but it didn't
21 work that way.
22     Q.  You earlier discussed language on the back
23 of the sheet registering the serial numbers of the
24 trucks with Al Cardoza.  Do you recall when that

**PAGE 170**

1 conversation took place?
2     A.  That was way back in October of 2003 when
3 I first went there.
4     Q.  That was in one of your first meetings
5 with Mr. Cardoza?
6     A.  Yes, that was at Truck Service when I
7 first met him.
8     Q.  That was at the very first meeting with
9 Mr. Cardoza?
10     A.  Yes, that's when I was introduced to him
11 at the garage.
12          MR. SAMITO:  I have no more questions.
13          MR. GRUNERT:  I'm going to have a few.
14 Just give me a minute.
15          REDIRECT EXAMINATION
16 BY MR. GRUNERT:
17     Q.  Mr. Samito asked you about documents that
18 Trans-Spec has related to these trucks beyond the
19 ones that were included in Howard Exhibits 9 through
20 30.  You referred to documents that Trans-Spec keeps
21 at 7 Cristo Lane.  What documents related to the
22 trucks does Trans-Spec keep at 7 Cristo Lane?
23     A.  I have no idea.  Mostly mileage probably,
24 anything to do with the way they run the office,

**PAGE 171**

1 receipts, payments.
2     Q.  When you said "mileage," what did you mean
3 by that?
4     A.  Well, they had to keep track of mileage
5 for fuel tax purposes.  That is basically where the
6 corporate office is.
7     Q.  Now, what kind of records recording
8 mileage on the trucks are kept?
9     A.  Well, they have to claim so many miles for
10 fuel tax purposes.  I don't know exactly what kind of
11 records are kept.  There are some kind of records.
12     Q.  Are the mileage records generated
13 annually?
14     A.  Couldn't tell you.
15     Q.  But there are mileage records that record
16 the mileage on each of these trucks on particular
17 dates, and those are kept at the 7 Cristo Lane
18 office; correct?
19     A.  I don't know if they're on particular
20 dates or if they're monthly, annually, quarterly.  I
21 really couldn't tell you.
22     Q.  Well, whether they're monthly or annually
23 or quarterly, they're on a particular date; it's just
24 you don't know how many dates per year; correct?

**PAGE 172**

1     A.  I have no idea.
2     Q.  And the best you can do is tell me that
3 those are mileage records?
4     A.  I don't know what you'd call them.  I'd
5 say there has to be some kind of records so they can
6 report their fuel use.  So I would say they're
7 mileage.
8     Q.  Now, the receipts that you referred to
9 that are kept at 7 Cristo Lane, what did you mean by
10 that?
11     A.  Let's say they buy a truck, they get a
12 receipt; they buy a doughnut, they get a receipt.
13 Any business gets receipts when they purchase things.
14 So I would assume they would have receipts for items
15 purchased, et cetera, et cetera.
16     Q.  So at 7 Cristo Lane, there are receipts
17 evidencing Trans-Spec's receipt of the trucks
18 involved in this case; correct?
19     A.  I would imagine, yes.
20     Q.  And there are receipts there evidencing
21 Trans-Spec's receipts of other trucks that it may
22 have received between 2000 and 2005; correct?
23     A.  I would imagine.
24     Q.  And you referred to payments.  What did

**PAGE 173**

1 you mean by payments?
2     A.  Well, such if you paid to buy a flywheel
3 housing, I'm sure there would be a receipt there of
4 that.
5     Q.  Well, so when you said "receipts" and when
6 you said "payments," were you referring to the same
7 type of documents?
8     A.  Yeah, basically anything that money is
9 expended for, I would assume you would get some type
10 of receipt for it.
11     Q.  All right.  So stored at 7 Cristo Lane
12 there are mileage records for each of the trucks
13 involved in this case, receipts evidencing the
14 receipt of the truck, of each of those 22 trucks, and
15 then there are additional receipts evidencing parts
16 or components for those trucks that Trans-Spec
17 purchased; correct?
18     A.  Parts, components, permits.
19     Q.  Will there be things such as scale tickets
20 or weight tickets kept at the 7 Cristo Lane location
21 evidencing the weights that these various trucks were
22 pulling on various occasions?
23     A.  I really couldn't answer that question.  I
24 don't know.

**PAGE 174**

1     Q.  Other than the mileage records and the
2 receipts that are kept at 7 Cristo Lane, what other
3 records related to these trucks are kept at that
4 location?
5     A.  Probably the fees for registration,
6 overweight permits.
7     Q.  I'm sorry, I missed the first one?
8     A.  Overweight permits.
9     Q.  Overweight permits.
10     A.  Registrations.
11     Q.  Bear with me here.  I've seen references
12 to overweight permits.  When does a common carrier
13 such as Trans-Spec obtain an overweight permit?
14     A.  Every 12 months you have to have -- from
15 the Massachusetts Department of Highways, you have a
16 permit called an overweight permit.  You also have to
17 have an overweight permit to use the Massachusetts
18 Turnpike.  It's basically just another way of
19 collecting money for the Commonwealth.
20     Q.  This is Massachusetts.
21     A.  Right.
22     Q.  The overweight; is there a particular
23 weight specified by the Commonwealth that if you're
24 going to operate a vehicle on the highways of the