1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
 1
 2
 3   TRANS-SPEC TRUCK    )
     SERVICE, INC.,      )
 4                       )
              Plaintiff  )
 5                       )
     vs.                 ) CIVIL ACTION NO. 04-11836-RCL
 6                       )
     CATERPILLAR, INC.,  )
 7                       )
              Defendant  )
 8   _____)
 9
10          DEPOSITION OF DONALD MEDBERY, a witness
11   called on behalf of the Defendant, pursuant to
12   Federal Rules of Civil Procedure 30 and 45, before
13   Camille Palladino-Duffy, Registered Professional
14   Reporter and Notary Public in and for the State of
15   New Hampshire, at the Marriott Residence Inn, 1
16   International Drive, Portsmouth, New Hampshire, on
17   Thursday, May 12, 2005, commencing at 10:04 a.m.
18
19
20
21
22              C. J. Reporting
            A5 Colonial Drive, Unit No. 7
23          Andover, Massachusetts   01810
                  978-409-9090
24             www.cjreporting.com
```

EXHIBIT  
Exhibit Q

**Page 26**

1  for their, you know, for their software for specs,
2  specking out a truck.
3  Q. All right. Does Spec Pro 1.11 identify
4     proprietary Sterling software?
5  A. Right.
6  Q. And you, as a salesman, had access to that
7     software --
8  A. Correct.
9  Q. If you were generating a proposal --
10 A. Uh-huh.
11 Q. -- how would you use that software? What inputs
12    would you make into that software?
13 A. What inputs I would use?
14 Q. Yes.
15 A. Well, first of all, you just call up the standard
16    chassis, which is the, you know, the LT 9500, and
17    then that would automatically -- everything that
18    was standard on the truck would pop up. And then
19    you'd start working from there, depending on what
20    the customer wanted as far as engines and
21    transmissions and rear-ends and suspensions and
22    what not, instrumentation and frames. And when
23    you do all that, you would just input it in there
24    and it would automatically convert it over and you

**Page 27**

1  just print it out.
2  Q. When you would input a particular piece of
3     equipment a customer had said he wanted on the
4     truck, would this Spec Pro 1.11 program
5     automatically adjust any other equipment on the
6     truck to accommodate the new specification you had
7     input?
8  A. Well, if you put in an engine, then you would
9     get -- if it didn't -- it wouldn't automatically
10    supplement the transmission or whatever. It would
11    just tell you -- I've worked with a lot of these
12    systems in my career so I can't specifically say
13    what Sterling's is now because I try to blank out
14    everything that happened at Sterling.
15         So what would normally happen would be an
16    asterisk or something would come up, or a message
17    would come up and say, you know, "horsepower
18    exceeds the limits of the standard transmission
19    and you must pick another transmission to go into
20    that grade," and stuff like that.
21 Q. You've worked with a lot of these. I haven't
22    worked with any of them.
23 A. I understand.
24 Q. And that's why I'm trying to understand generally

**Page 28**

1     how they work.
2         This is a proprietary Sterling software that,
3     as you enter specifications into the software, it
4     is designed to alert you to the fact -- or to
5     alert you if what you have entered creates an
6     issue as to the --
7  A. Correct.
8  Q. -- as to the standard --
9  A. Just --
10 Q. -- truck?
11 A. If there's a non-compliance factor entered there.
12 Q. Okay. And did you make use of that Sterling
13    proprietary software throughout your discussions
14    with Mr. Howard with respect to these trucks that
15    his company ultimately bought?
16 A. Well, we speced it out for what the loads are, so
17    we would put the correct specifications in. But
18    we would work -- but you got to remember, we also
19    worked with the suppliers, the component
20    suppliers, like your supplier at Caterpillar,
21    Cummins or Detroit, and Fuller transmissions,
22    Eaton transmissions or rear ends. And we would --
23    the factory would allow you to do so much and
24    that's why you have gross, you know, GCW, you

**Page 29**

1     know, combined gross weight. And then if it got
2     beyond that, then you had to get, you know,
3     approval by engineering.
4  Q. Did you, yourself, have any communications with
5     Southworth-Milton in connection with Mr. Howard's
6     purchase of these trucks?
7  A. Well, that's a common thing that happens. The
8     engine supplier, transmission people, whatever,
9     whatever it was that was going to go into a truck
10    and when an order for 22 trucks comes up, they are
11    all around there sniffing at your door.
12        So, I mean, they all want the business, so
13    they come up with their recommendations and then
14    they, obviously, you send them down to see
15    Mr. Howard because he's buying the truck and let
16    them all do the battle on the battle ground down
17    there and you sit back and watch it until the
18    smoke clears.
19 Q. Did --
20 A. And then you end up with a set of specs.
21 Q. Who from Southworth-Milton do you remember talking
22    to about this particular transaction?
23 A. A very, very knowledgeable guy named Harry
24    Calderbank.

30

1  Q. What do you remember Harry Calderbank telling you
2     and what do you remember telling Harry Calderbank?
3  A. I'm sure we had several conversations because we
4     didn't only talk about Mr. Howard's trucks, we
5     talked about many, many trucks. Conversations
6     always went the same way. Just want to make sure
7     that what we prepared would do the job for the
8     application. That's what our job is.
9  Q. Well, tell me in a little more detail what you
10    mean by that?
11 A. Well, if you, obviously, not only Harry Calderbank
12    was involved, you have a regional representative
13    from Caterpillar factory as Cummins does and
14    Fuller does, and all of them, and they get
15    involved when the number gets up. Even they get
16    involved sometimes when it's only onesies or
17    twosies, because you want to make sure you're not
18    getting out of the box.
19 Q. I'm going to ask you about the people from
20    Caterpillar that you dealt with in a minute, but
21    what I want to find out is your best memory of the
22    discussions that you had with Mr. Calderbank
23    concerning this transaction.
24 A. Well, Mr. Calderbank had a -- also had a

31

1     computer-generated specifications and it came
2     directly from Caterpillar. And he would run that
3     specs off so that I could input them into my
4     specifications so that we have the correct engine
5     application and for torque and horsepower for the
6     proposed application that it's going to be
7     introduced into.
8  Q. So, I take it then, that Mr. Calderbank provided a
9     document to you that contained various parameters
10    for the engines that he was talking with you
11    about?
12 A. Everything. It would be fuel economy, it would be
13    road speeds, gradibility, miles per gallon, just
14    about anything you'd want to know before so that
15    you know that when you bought it, you know what
16    you got.
17 Q. Do you remember, other than fuel economy, road
18    speed, gradibility, miles per gallon, what other
19    information he gave you about the engine?
20 A. Well, I can only say that every engine
21    representative, including Mr. Calderbank, was
22    always exuberant about what their engine would do.
23    It was always better than the other guys. So,
24    that's what you have to do because that's what you

32

1     have to believe in.
2  Q. Being a salesman yourself --
3  A. I understand that. And he was very, very
4     thorough. Harry Calderbank was a very, very
5     thorough guy. He was knowledgeable and very -- he
6     just didn't want to do the wrong thing. I mean,
7     he was very conscientious. Still is to this day,
8     I imagine, if he's still alive.
9  Q. He's not in Massachusetts anymore.
10 A. Okay.
11 Q. Do you remember when he actually gave you a
12    document to look at?
13 A. Oh, yeah. I mean, I would have. I wouldn't be
14    able to do -- I would never proceed on my own just
15    because I think I'm smart, I wouldn't proceed in
16    set up a set of specifications for a customer for
17    one truck, let alone 22 without documentation from
18    the -- not only from him, but from the other guys.
19 Q. Well, just talking about Mr. Calderbank for now --
20 A. Okay.
21 Q. -- I take it he gave you a document that had data
22    in it such as fuel economy, road speed,
23    gradibility, miles per hour, horsepower --
24 A. Performance.

33

1  Q. -- torque --
2  A. Performance capability.
3  Q. And you would then input that data into this Spec
4     Pro 1.11 --
5  A. Correct.
6  Q. -- program?
7  A. Correct.
8  Q. And how would that Spec Pro 1.11 program
9     manipulate the engine data that you were
10    inputting?
11 A. Well, the only data you put in was the engine
12    itself because in the model -- in the exact model
13    and the rating, and the Spec Pro was already
14    programmed to handle all the engines, you know,
15    handle Caterpillar's engine requirements and their
16    specifications, you know, to be presented in the
17    chassis.
18 Q. All right. So if I understand correctly then,
19    what you input into Spec Pro was, in this case,
20    C-12 engine?
21 A. Right, C-12.
22 Q. And what other information about the engine would
23    you put in?
24 A. I put in horsepower and torque.

Deposition of Ronald Medbery

9

34

1  Q. And you then relied on this proprietary Sterling
2     software to determine what the various specific
3     parameters of those engines would be and how they
4     would fit in this Sterling truck overall?
5  A. Well, what it would do is, specifically, it would
6     tell you that if you wanted a 10-speed
7     transmission, it would punch out the 10-speed with
8     the torque limits in it. And if you wanted a
9     40,000 pound rear axle, it would punch out the
10    rear axle. And if you wanted the ratio, it would
11    tell you, you know, what the ratios are, you know,
12    that you are going to use, it's going to produce
13    the road speed and where the fuel economy would be
14    most efficient, and it would do the same thing --
15         These were friendly systems or software
16    systems that were compatible and they would do the
17    same thing on both ends. His would tell -- Harry
18    Calderbank's would tell you all the same things
19    that Minuteman's would tell you because
20    Minuteman -- not Minuteman -- Sterling would get
21    all that information from Cat corporate, see, and
22    they worked in conjunction with Cat corporate so
23    that they had all these compatible information
24    plugged in.

35

1  Q. Now, what information did you give Mr. Calderbank
2     about the specifications that you had generated in
3     connection with the transaction that Mr. Howard
4     was contemplating?
5  A. He would already have it and he would already do
6     his own research. He would present me with the
7     stuff that he printed out and he would have the
8     same information I had.
9  Q. I'm not --
10 A. So I didn't present him with any information other
11    than the fact that we have a truck and we can put
12    his engine in it and it's all accepted, and where
13    do we go from here, Harry?
14 Q. I'm not asking you about information that you gave
15    him about the engine, I'm asking you what
16    information you gave Mr. Calderbank about the
17    specifications for the truck that you had been
18    generating over the course of these many
19    iterations of quotations that you were putting
20    together on your computer?
21 A. Well, you got -- he got a copy of this. We would
22    present him a copy of this so he could understand
23    exactly what was going on, but we would discuss
24    the axles, transmissions, weights, it was all

36

1     covered.
2  Q. Now, did you give Mr. Calderbank a copy of more
3     than one --
4  A. Probably not.
5  Q. -- quotation that you put together?
6  A. Probably not. I think he probably had a copy of
7     the -- when I worked with him and he gave me his
8     information, I plugged the information in. When
9     it was all finalized, if he wanted a copy of it,
10    I'd give it to him.
11 Q. What if he didn't ask you for a copy?
12 A. Then I wouldn't give it to him.
13 Q. Do you remember specifically giving him any
14    specification proposals similar in type to Exhibit
15    Howard No. 2?
16 A. I would say I don't remember it now.
17 Q. So you don't know whether you actually gave it to
18    him or not?
19 A. No.
20    MR. SAMITO: Objection.
21    MR. GRUNERT: Q. Do you remember how many
22    versions of the specification proposals you put
23    together over the course of negotiating with
24    Mr. Howard to arrive at the final specifications?

37

1  A. Several.
2  Q. Do you remember when during the negotiation
3     process with Mr. Howard whereby you came up with
4     these revised proposals? Do you remember when in
5     that process you had your meeting or meetings with
6     Mr. Calderbank?
7  A. Yeah, when Mr. Calderbank called me and said that
8     Mr. Howard was going to go with Cat engines.
9  Q. So that's when you went and had your meeting with
10    Mr. Calderbank and he gave you the --
11 A. Final specifications.
12 Q. -- specifications for the C-12?
13 A. Right.
14 Q. After that point in time, did you have any other
15    meetings with Mr. Calderbank to go over with him
16    any changes that had been made to the
17    specifications, the truck specifications?
18 A. Not that I recollect.
19 Q. Did you keep any notes of your meetings with
20    Mr. Calderbank?
21 A. They are all in the bottom of the landfill in
22    Rochester, New Hampshire. Anything to do with
23    this transaction and Minuteman is in the bottom of
24    the landfill.

38

1  Q. So the answer is you made notes, but they have
2     been disposed of?
3  A. I made lots of notes. Lots of notes.
4  Q. Now, you said that you also interacted in
5     connection with this transaction with one or more
6     individuals from Caterpillar's regional office.
7     Do you remember who those people were?
8  A. Nope. It was a guy that came up from Connecticut.
9     I don't remember him. So, I usually remember all
10    those guys but, obviously, he didn't make much of
11    an impression on me, but they usually came in and
12    they blew all their smoke and then they'd leave
13    town. They'd leave the water carrying up to guys
14    like Harry Calderbank.
15 Q. Do you remember specifically what discussions you
16    had with the person from the Caterpillar district
17    office in connection with the transaction that you
18    were negotiating with Mr. Howard?
19 A. I believe the discussion would be very brief
20    because, you know, you really like to deal with
21    the local guys, but these factory guys like to
22    come in and touch base with everybody, which is
23    what their job is, but I can't remember the guy's
24    name, which is very unusual, but I can't remember

39

1     the guy's name, so I remember that he came -- on
2     this particular deal, he ended up going to the
3     dealership a couple of times and talking to the
4     owner of the company.
5        And then he had a visit with me, maybe once
6     or twice, but it's more or less the fact to let us
7     know at Sterling that Caterpillar wanted this
8     transaction. They wanted this deal.
9  Q. All right. Did you discuss things like discounts
10    on the engines or financial terms?
11 A. No -- excuse me. I didn't mean to interrupt. We
12    didn't deal with that. He dealt with Harry.
13 Q. Okay. Did you discuss with the individual from
14    the district office the detailed specifications
15    that you had put together for these trucks?
16 A. More than likely, but I can't recollect that.
17 Q. No memory?
18 A. You know, more than likely we discussed it with
19    every guy that contacted us regarding the
20    specifications.
21 Q. Would you -- do you think that you discussed with
22    the individual from the district office the type
23    of transmission that was going to be in the
24    trucks?

40

1  A. Oh, I'm sure we discussed that because he's
2     checking up on the local guys. So, I mean, I'm
3     sure that all comes into the discussion.
4  Q. Do you remember what kind of transmission you told
5     the person from the district office was going to
6     be in the trucks?
7  A. No, I can't really say that I remember I told him
8     what kind of transmission would be in the trucks.
9  Q. Do you remember talking about how the frame of the
10    trucks was going to be designed?
11 A. No, because Sterling makes that determination at
12    the engineering level at the factory.
13 Q. When you talked with the fellow from the district
14    office, did you mostly talk to him about things
15    such as the weight and the loads that these trucks
16    were going to be carrying and items of that sort?
17 A. Not -- no, not, because that was normally done
18    through Harry Calderbank and he submitted that to
19    Peoria on an approval basis.
20 Q. I'd like you to tell me as best you can what you
21    actually remember telling the fellow from
22    Caterpillar about these trucks that you were
23    negotiating with Mr. Howard about?
24 A. Not anything different than what I would

41

1     ordinarily talk to the Cummins guy or anything
2     else. I know that I'm a very thorough guy, as far
3     as discussing specifications, performance, and
4     getting -- and making sure that the customer has,
5     you know, gets what he pays for.
6  Q. Do you remember what you told the fellow from
7     Caterpillar about the nature of Mr. Howard's
8     business?
9  A. I don't think I would discuss that with the guy
10    from Caterpillar.
11 Q. All right. In terms of performance requirements,
12    do you recall what you told the fellow from
13    Caterpillar?
14 A. No. No.
15 Q. In terms of specifications, do you know what you
16    told the fellow from Caterpillar?
17 A. Well, we would discuss the general specifications.
18    I mean, that's -- normally, the engine would be
19    the -- because he's the engine rep, that would be
20    the real meat of the conversation, and I can only
21    tell you this, that the C-12 was an engine that
22    they really bet their -- they really bet their
23    load on. So they were bragging that engine up
24    like there was no tomorrow.

11

Deposition of Ronald Medbery