UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE,<br><br>Plaintiff<br><br>vs.<br><br>CATERPILLAR INC.<br><br>Defendant | CIVIL ACTION NO. 04-11836-RCL |

### APPENDIX OF EXHIBITS TO CATERPILLAR INC.'S MOTION FOR SUMMARY JUDGMENT

This Appendix contains the exhibits referenced in the Statement of Undisputed Material Facts contained in Caterpillar Inc.'s Motion for Summary Judgment as well as additional exhibits referenced in Caterpillar's memorandum in support of that motion.

| EXHIBIT A | Excerpts from the deposition of Joseph Howard (May 3, 2005) |
| EXHIBIT B | Excerpts from Day 1 of the Rule 30(b)(6) Deposition of Trans-Spec (through its designee Joseph Howard) (August 9, 2005) |
| EXHIBIT C | Excerpts from Day 2 of the Rule 30(b)(6) Deposition of Trans-Spec (through its designee Joseph Howard) (September 28, 2005) |
| EXHIBIT D | Affidavit of Clarissa Kolmer |
| EXHIBIT E | Exhibits 5 and 6 of the deposition of Joseph Howard (standard limited warranties) |
| EXHIBIT F | Excerpts from the deposition of Richard Bowes (September 21, 2005) |
| EXHIBIT G | Excerpts from the deposition of Clarissa Kolmer (September 22, 2005) |
| EXHIBIT H | Exhibit 6 to Day 2 of the Rule 30(b)(6) deposition of Trans-Spec |
| EXHIBIT I | Excerpts from the reports of Thomas Service and Jack Ekchian |

1

| | |
|---|---|
| EXHIBIT J | Excerpts from Second Set of Supplemental Answers of the Plaintiff, Trans-Spec Truck Service, Inc. d/b/a Truck Service, to the Third Set of Interrogatories of the Defendant, Caterpillar Inc. (December 2, 2005) |
| EXHIBIT K | Excerpts from the deposition of Sam Pappas, individually and as Trans-Spec's Rule 30(b)(6) designee (September 13, 2005) |
| EXHIBIT L | Excerpts from Plaintiff, Trans-Spec Truck Service Inc., d/b/a Truck Services Amended Supplemental Amended Answers to Caterpillar's First Set of Interrogatories (December 5, 2005) |
| EXHIBIT M | Letter of Trans-Spec's counsel (December 7, 2005) |
| EXHIBIT N | Notice of Taking Resumed Deposition (Rule 30(b)(6) of Trans-Spec) |

CATERPILLAR INC.,

By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

_____
John A.K. Grunert (BBO: 213820)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

### CERTIFICATE OF SERVICE

I, John A.K. Grunert, hereby certify that on March 17, 2006, I served the within appendix electronically on Nancy Reimer, Esquire, Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210.

_____
John A.K. Grunert

2