1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C.A. No. 04-11836RCL

```
                                  )
TRANS-SPEC TRUCK SERVICE, INC.    )
D/B/A TRUCK SERVICE,              )
                                  )
        Plaintiff                 )
                                  )
vs.                               )
                                  )
CATERPILLAR, INC.,                )
                                  )
        Defendant                 )
                                  )
```

AUDIOVISUAL DEPOSITION OF JOSEPH M. HOWARD, JR., a witness called on behalf of the Defendant, pursuant to Massachusetts Rules of Civil Procedure, before Susan E. Wilson, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, Massachusetts, on Tuesday, May 3, 2005, commencing at 9:43 a.m.

C.J. REPORTING
A5 Colonial Drive, No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com

---

2

APPEARANCES:

NANCY M. REIMER, ESQUIRE
CHRISTIAN G. SAMITO, ESQUIRE
 Donovan Hatem, LLP
 Two Seaport Lane
 Boston, MA 02210
 617-406-4500
 On Behalf of the Plaintiff.

JOHN GRUNERT, ESQUIRE
 Campbell, Campbell, Edwards & Conroy
 One Constitution Plaza
 Boston, MA 02129
 617-241-3000
 On Behalf of the Defendant.

Also Present:

William Barton, Videographer

---

3

I N D E X

DEPONENT  Joseph M. Howard, Jr.

PAGE

DIRECT EXAMINATION BY
MR. GRUNERT                    9

CROSS-EXAMINATION BY
MS. REIMER                   283

---

4

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Sterling Specification Proposal 3/23/99 | 103 |
| 2 | Sterling Summary Quotation | 124 |
| 3 | On-Highway Vehicle Engine Extended Service Coverage | 140 |
| 4 | Letter Dated March 24, 2005 | 140 |
| 5 | Caterpillar Limited Warranty | 144 |
| 6 | Caterpillar Limited Warranty | 144 |
| 7 | Flywheel Housing Replaced | 148 |
| 8 | Sterling Truck Number Assignment | 163 |
| 9 | Documents Pertaining to Truck 6000 | 188 |
| 10 | Documents Pertaining to Truck 6100 | 188 |
| 11 | Documents Pertaining to Truck 6200 | 188 |
| 12 | Documents Pertaining to Truck 6300 | 188 |

**Page 13**

1  Demand, and I'm going to hand a copy to
2  your counsel for her convenience because
3  I have some questions about this
4  document and some of the averments in
5  it.
6       Before I get to those
7  specific averments, let me ask you
8  whether there came a time in early 1999
9  when you reached a conclusion that
10 Trans-Spec should acquire some new
11 trucks?
12 A. **Just normal business.**
13 Q. So is the answer that sometime in 1999,
14 you did reach a conclusion that
15 Trans-Spec should acquire some new
16 trucks?
17 A. **We purchase trucks every year.**
18 Q. Is the answer that sometime in early
19 1999, you reached the conclusion that
20 Trans-Spec should acquire some trucks?
21 A. **Some more trucks.**
22 Q. When was it that you decided that
23 Trans-Spec should go into the
24 marketplace in 1999 and acquire some

**Page 14**

1  trucks?
2  A. **I believe it was March.**
3  Q. March. And at that time when you
4  reached that conclusion, how many trucks
5  did Trans-Spec own?
6  A. **Approximately 44. And maybe 80**
7  **trailers, 90 trailers, somewhere in**
8  **there.**
9  Q. Of the approximately 44 trucks, were
10 some of those pickup trucks or light-
11 duty trucks?
12 A. **No.**
13 Q. Those were 44 trucks of a type designed
14 to haul cargo of some type?
15 A. **Yes.**
16 Q. When you decided that you were going to
17 acquire some additional trucks in 1999,
18 was it your plan to dispose of some of
19 the 44 trucks that you had?
20 A. **Yes.**
21 Q. In fact, after you acquired the trucks
22 that are involved in this case, did you
23 dispose of some of those 44 trucks?
24 A. **Yes.**

**Page 15**

1  Q. How many?
2  A. **At which occasion?**
3  Q. Let me ask a different question. During
4  the year 1999, did you dispose of any of
5  those 44 trucks, you meaning Trans-Spec?
6  A. **Yes.**
7  Q. How many of those 44 trucks did
8  Trans-Spec dispose of during the year
9  '99?
10 A. **21.**
11 Q. Who did you sell them to? Who did
12 Trans-Spec sell them to?
13 A. **Minuteman Trucks.**
14 Q. Were those 21 trucks, in effect, traded
15 in as part of the purchase price for the
16 trucks that are involved in this case?
17 A. **Yes.**
18 Q. Were any of those trucks equipped with
19 Caterpillar engines?
20 A. **Yes.**
21 Q. What kinds of Caterpillar engines were
22 they equipped with?
23 A. **3176, C-12, 3406C. I believe that was**
24 **it.**

**Page 16**

1  Q. How many of those 21 trucks were
2  equipped with engines that were not
3  Caterpillar engines?
4  A. **I'm not sure any of them were.**
5  Q. How many of those trucks were equipped
6  with Caterpillar C-12 engines?
7  A. **I have to correct that. C-12 engines we**
8  **held on to for another couple of years.**
9  **3176 primarily, and some 3406C engines.**
10 Q. Is it your corrected testimony that of
11 the 44 trucks that Trans-Spec owned in
12 early 1999, some of those trucks were
13 equipped with C-12 engines and none of
14 the trucks equipped with C-12 engines
15 were disposed of during the year 1999?
16 A. **Correct.**
17 Q. Of the 44 trucks that Trans-Spec owned
18 in early 1999, how many of them were
19 equipped with C-12 engines?
20 A. **Repeat the question.**
21 Q. Of the 44 trucks that Trans-Spec owned
22 in early 1999, how many of them were
23 equipped with C-12 engines?
24 A. **Seven.**

33

1  Q.  Now, turning to your conversation with
2      Mr. Bigliozzi, other than telling him
3      that he would come up with some numbers
4      for you, did Mr. Bigliozzi tell you
5      anything else during that conversation?
6  A.  I don't believe so.
7  Q.  Other than telling Mr. Bigliozzi that
8      you wanted 22 trucks of the same kind
9      you had already and that you wanted to
10     trade 21 trucks, did you give him any
11     information concerning Trans-Spec's
12     needs during that first conversation
13     with Mr. Bigliozzi?
14 A.  I basically told him what trucks we have
15     and I want to replace the trucks with
16     specifications similar to what we have.
17 Q.  Did you tell him anything else?
18 A.  No. I might have changed a few specs.
19 Q.  Do you remember whether you did or not?
20 A.  I gave him a choice of two models along
21     with Mr. Gustufson. One was the FLD
22     112SD and the other was an FL 112. I
23     gave him a choice of C-12, 60 Series
24     Detroit, or M11 Cummins. I wanted a

34

1      hundred percent Rockwell components, a
2      10-C transmission, 46,000 pound rear
3      ends, 12,000 pound front end, 7/16
4      frame.
5  Q.  You mean 7/16-inch frame?
6  A.  7/16-of-an-inch, right. 185-inch
7      wheelbase, dark interior with no rugs.
8      I can go on and on and on about the
9      little things on the truck, but those
10     are the major components on this truck.
11 Q.  In the first conversation you had with
12     Mr. Gustufson when you called him up and
13     said you wanted to acquire 22 new
14     trucks, in addition to that, you gave
15     him the information you have just
16     recounted?
17 A.  Yes.
18 Q.  And you gave the same information to Mr.
19     Bigliozzi?
20 A.  Yes.
21 Q.  Were you working from some document in
22     this conversation?
23 A.  No.
24 Q.  So you had this information in your head

35

1      as to what you wanted on these trucks?
2  A.  Yes.
3  Q.  With respect to the two model trucks
4      that you suggested to them, had you gone
5      out and obtained any documentary-type
6      information concerning those model
7      trucks?
8  A.  No. We had both.
9  Q.  With respect to the three engine types
10     that you proposed to Mr. Gustufson and
11     Mr. Bigliozzi, had you gone out and
12     obtained any documentary information of
13     any type concerning any of those three
14     engine types?
15 A.  No. Not specifically, no.
16 Q.  Before you spoke with Mr. Gustufson and
17     Mr. Bigliozzi, what research or
18     inquiries had you carried out to learn
19     about the characteristics of the three
20     engine types you mentioned, namely, the
21     C-12, the 60 Series Detroit or the M11
22     Cummins?
23 A.  Basically, history of other companies.
24 Q.  What do you mean "history of other

36

1      companies"?
2  A.  Other companies using these vehicles,
3      using competitive vehicles with
4      different power trains in them.
5  Q.  How had you obtained that information?
6  A.  We had one of the largest repair
7      facilities around besides our trucking
8      company, and we fix -- we have 3600
9      customers so we have all the information
10     that we need.
11 Q.  So the source of the information
12     concerning other companies' experience
13     with those three engine types was the
14     truck repair business that Trans-Spec
15     operated?
16          MS. REIMER: Objection.
17 A.  Correct.
18 Q.  Was there any source other than what you
19     learned from those customers?
20 A.  We also had all of these engines
21     ourselves, all three of these engines
22     ourselves.
23 Q.  Other than the information from
24     customers of the truck repair business

Page 37

1  and from your own experience with
2  engines of these types, was there any
3  other source of information that you had
4  about those three engine types before
5  you called up Mr. Gustufson and Mr.
6  Bigliozzi and gave them these
7  requirements that you have described?
8  A. We have -- I have met all the
9     representatives of all the different
10    companies.
11 Q. Had you, before March of 1999, had any
12    specific discussions with
13    representatives of Cummins Engine
14    Company concerning the M11 engine?
15 A. Yes.
16 Q. And where had that conversation or those
17    conversations taken place?
18 A. Cummins North Atlantic in Dedham,
19    Massachusetts.
20 Q. Who had you discussed them with at that
21    location?
22 A. The sales rep at that time was Walter
23    Brisco. The owner was Dave Letz.
24 Q. How do you spell Dave's last name?

Page 38

1  A. L-E-T-Z, I believe.
2  Q. With respect to the 60 Series Detroit
3     engines, who had you talked to about
4     those engines?
5  A. Walter Brisco.
6  Q. Also at Cummins North Atlantic?
7  A. No. He left there and went to Power
8     Products in Wakefield, Massachusetts.
9  Q. Who had you discussed the C-12 engine
10    with before March of 1999?
11 A. Harry Calderbank and Al Cardoza.
12 Q. Before March 1999, had either Mr.
13    Calderbank or Mr. Cardoza given you any
14    documentary information concerning C-12
15    engines?
16 A. Yes.
17 Q. What information had they given you?
18    What documents had they given you?
19 A. Information on torque rise, horsepower.
20 Q. They had given you that information in
21    documentary form?
22 A. Yes.
23 Q. Does Trans-Spec still have the
24    information that they gave you in

Page 39

1     documentary form?
2  A. No.
3  Q. Which of the two was it that gave you
4     information in documentary form on
5     torque rise and horsepower of the C-12
6     engine before March of 1999?
7  A. Actually, we did have some documentary
8     which I believe -- everything we had we
9     have given to our attorneys.
10 Q. My question is, which of Mr. Cardoza or
11    Mr. Calderbank was it who gave you,
12    before March of 1999, documentary
13    information on the torque rise and
14    horsepower of the C-12 engine?
15 A. Mr. Calderbank.
16 Q. When did Mr. Calderbank give you those
17    documents?
18 A. All the time as they updated them.
19 Q. Would he send them to you in the mail?
20 A. Primarily, we would get together.
21 Q. Did the documents that Mr. Calderbank
22    gave you concerning the C-12 engine
23    prior to March 1999 have any particular
24    title? Were they any type of documents

Page 40

1     that you can identify?
2  A. I think they were called brochures.
3  Q. Just C-12 engine brochures?
4  A. Yes.
5  Q. When the C-12 engine would be updated in
6     some fashion, he would give you a
7     brochure and say there has been an
8     update on the C-12 engine?
9  A. I don't believe there was an update on
10    C-12. When they come up with new
11    products, he would explain the new
12    products to me.
13 Q. Did Mr. Calderbank give you brochures
14    relating to C-12 engines on more than
15    one occasion before March of 1999?
16 A. Yes.
17 Q. How often?
18 A. Actually, first, he told us about the
19    engine.
20 Q. That's fine. But how often did he give
21    you brochures concerning the C-12 engine
22    before March 1999?
23 A. They only have so many brochures.
24 Q. How often did he give you brochures

Page 65

1     I'm a very faithful person, and I really
2     had to take all of this under
3     consideration.
4 Q. What research did you do the next day in
5     order to learn that Hartford was not
6     within Southworth Milton's district?
7 A. I believe I called Harry Calderbank.
8 Q. What did you say to him and what did he
9     say to you?
10 A. I was -- at that point, I think I had
11     called Harry on concessions of the
12     multiple purchase of Caterpillar engines
13     versus the M11 Cummins. And Harry
14     informed me that -- and I'm not even
15     sure if this was before or after the
16     conversation with Kevin Holmes, but he
17     informed me that Hartford wasn't in his
18     district, that I would have to deal with
19     New Haven.
20 Q. Did he tell you the company that you
21     would have to deal with if you bought
22     these trucks in Connecticut?
23 A. Well, I know the Caterpillar dealer in
24     New Haven. I can't even think of the

Page 66

1     name.
2 Q. H.O. Penn?
3 A. Yes. That is what it was.
4 Q. Did Mr. Calderbank tell you that if you
5     purchased these trucks from the
6     Connecticut dealership that you would
7     have to deal with H.O. Penn in terms of
8     servicing for the engines?
9 A. Yes. Or warranty for the engines or
10     concessions for the engines. Anything
11     about the engine, he couldn't help me.
12     He could fix them. He could fix
13     anybody's Caterpillar, but he couldn't
14     offer any assistance on the financial
15     arrangement.
16 Q. You mentioned having talked with Mr.
17     Calderbank about concessions on
18     purchasing multiple engines relative to
19     the Cummins engine. Tell me about that
20     conversation. What did you say and what
21     did he say?
22 A. I really don't recall the exact
23     conversation, but it was about
24     performance, about weight, about the

Page 67

1     warranty, the cost of warranty, the
2     discounting and, of course, who would
3     stand behind their warranty the best.
4 Q. In the conversation with Mr. Calderbank
5     comparing the Cummins M11 and the C-12,
6     what did he tell you about relative
7     performance?
8 A. He showed me comparison charts between
9     the two engines, economy charts. The --
10 Q. I'm sorry. I interrupted you. Finish
11     your answer.
12 A. I was primarily done. I wanted it to be
13     Caterpillar.
14 Q. Did you keep those charts that he showed
15     you?
16 A. No. No. Not that long.
17 Q. What do you remember them showing that
18     was of interest to you?
19 A. Torque curve, actual power, gross
20     horsepower, grade ability versus
21     economy. One of the big things that he
22     was selling was the cleanliness of the
23     Caterpillar versus the Cummins. I
24     believe he said the Cummins is the --

Page 68

1     M11 is the dirtiest engine on the
2     market.
3 Q. Does that mean it has high emissions?
4 A. I think, internally, soot. Soot in the
5     oil, if you do an oil analysis.
6 Q. Anything else that you remember him
7     telling you about relative performance
8     of the Cummins engine and the C-12?
9 A. He knew I wanted to be talked out of it.
10     So it really wasn't a heated
11     conversation of any kind. I wanted to
12     be talked out of it. I wanted him to
13     match what they were trying to sell me.
14 Q. Have you given me your best memory of
15     the information that Mr. Cummins gave
16     you in the conversation that you had
17     with him comparing the M11 Cummins
18     engine to the C-12?
19         MS. REIMER: Objection
20     as to form.
21 A. I didn't quite understand it.
22         MS. REIMER: You got the
23     wrong name in there.
24 Q. Have you given me your best and most

Page 69

1  complete memory of your conversation you
2  had with Mr. Calderbank comparing the
3  Cummins engine and the C-12 engine?
4  A. Yes.
5  Q. He also talked to you about relative
6     weights of the two engines?
7  A. Yes.
8  Q. C-12 was lighter?
9  A. No.
10 Q. C-12 was heavier?
11 A. **He said they were the same. There was**
12    **about 60 pounds difference.**
13 Q. What did he tell you about relative
14    warranties?
15 A. **They were the same.**
16 Q. Did he describe the warranties other
17    than just telling you that they were the
18    same?
19 A. **I believe he called it a serious**
20    **nucleus, and he gave us literature**
21    **showing everything that it covered.**
22 Q. Was so-called serious nucleus coverage
23    something that you had on other
24    Caterpillar engines that you already

Page 70

1     owned?
2  A. **Everything, yes.**
3  Q. Technically speaking, it was an extended
4     service contract that you purchased,
5     correct?
6  A. Yes.
7  Q. When I say that you purchased, either
8     you purchased it by paying money or you
9     got it as part of the overall
10    transaction whereby you purchased the
11    truck with the Caterpillar engine in it?
12 A. **Yes. Had a figure -- had a cost figure**
13    **on it. If you didn't want it and wanted**
14    **the money, I don't think they would give**
15    **it to you. No. It did have a cost**
16    **figure. It had a value.**
17 Q. Let me just show you a document. What I
18    have got is a package of documents
19    contained with a letter from your
20    attorneys. I'm just going to hand it to
21    you in that form. But I will ask you to
22    look at the third page of the document,
23    third page, including the first page,
24    which is your attorney's letter, and ask

Page 71

1     you if that is the serious nucleus
2     coverage that you understood Mr.
3     Calderbank to be talking about. It's a
4     two-sided document.
5  A. **All I really remember is I did see a**
6     **list of numbers on a page, and this**
7     **would have been explained to me, and**
8     **then Andy would have -- he is my**
9     **technical guy -- he would have taken it**
10    **from there.**
11 Q. Andy Lind?
12 A. Yes.
13 Q. The document that I have shown you that
14    says on the front of it On Highway
15    Vehicle Engine Extended Service
16    Coverage, is that a form of document
17    that Mr. Calderbank showed you in
18    connection with these conversations he
19    was having with you concerning --
20 A. **He never showed me a document.**
21 Q. You had seen a document of this type
22    before in connection with your other
23    Caterpillar engines, correct?
24 A. **I don't remember ever seeing it. I**

Page 72

1     **possibly could have, but I don't recall**
2     **it.**
3  Q. In the conversation that you had with
4     Mr. Calderbank concerning the warranty,
5     relative warranties as to the Cummins
6     engine or the C-12 engine, although he
7     didn't show you the document, did he
8     tell you what the coverage would be?
9  A. **Yes, he did.**
10 Q. What did he say?
11 A. **He said it would be a 500,000 mile**
12    **extended warranty.**
13 Q. Did he tell you anything else?
14 A. **He told me what it would cover and what**
15    **it wouldn't cover.**
16 Q. What did he tell you on that subject?
17 A. **All the heavy parts after a certain**
18    **time. I don't believe it would cover --**
19    **on the extended it wouldn't cover a**
20    **turbocharger or injector or an ECM or**
21    **something like that, but as far as the**
22    **internal combustion parts, pistons,**
23    **valves, crankshaft, timing gears,**
24    **totally everything.**

**Page 77**

1  Holmes' Tri-State nor from Mr.
2  Bigliozzi's company, correct?
3        MS. REIMER: Objection.
4  A. Correct.
5  Q. What next occurred in connection with
6     your effort to acquire these 22 trucks?
7  A. Coincidentally, we had a visit from a
8     salesman that once worked for a
9     Peterbilt dealer in New Hampshire that
10    now worked for Minuteman Trucks. He
11    just happened to walk in the door.
12 Q. Is that Mr. Medbery?
13 A. Donald Medbery, yes. I'm not sure if he
14    had heard of the deal or what we were
15    looking for or if he just coincidentally
16    walked in, but he had ran into Andy, and
17    Andy called me. I wasn't there, and he
18    told me that -- I think Andy told him
19    the deal between -- the possible deal
20    that we had with Lindy Bigliozzi, and he
21    said, "I'll match it."
22 Q. What did you say?
23 A. Well, I wasn't there, so I said, "Let's
24    get together," and so we -- that's when

**Page 78**

1  I started speccing out Sterlings, which
2  were an entirely different truck.
3  Q. When you say you started speccing them
4     out, what did you do to spec out the
5     Sterlings?
6  A. I had to tell him basically the same
7     specs that I had told all the other
8     dealers.
9  Q. So you were sitting with him in your
10    office and you gave him a description of
11    your needs or desires, just as you had
12    with Mr. Gustufson, Mr. Bigliozzi and
13    the others?
14 A. I think he came over -- he came to my
15    house and we sat in a private -- where I
16    would do a lot with different people, if
17    I didn't want to be bothered.
18 Q. You met with him at 7 Cristo Lane?
19 A. Yes.
20 Q. In any event, this was a face-to-face
21    meeting?
22 A. Yes.
23 Q. Did he bring any documents with him?
24 A. I don't recall that.

**Page 79**

1  Q. What did he tell you he could do for
2     you, or would do for you?
3  A. Match the deal.
4  Q. So you described the offer that you had
5     for Mr. Bigliozzi, and he said Minuteman
6     would match that deal?
7  A. Yes.
8  Q. What other information was exchanged in
9     that meeting?
10 A. I don't recall. I think that was
11    primarily it.
12 Q. Did he tell you what specific equipment
13    would be on the Sterling trucks that you
14    were talking about buying?
15 A. Whatever would be on the other ones
16    would be on -- it would be the same
17    equipment on either.
18 Q. Did you discuss engines with him
19    specifically?
20 A. There's different people you discuss
21    different things with. Mr. Medbery
22    isn't a mechanic.
23 Q. Did you discuss engines with him?
24 A. What I would like in a truck, yes.

**Page 80**

1  Q. What did you tell him you wanted in
2     terms of engines? Did you say you
3     wanted a C-12 engine, or did you give
4     him the three options you gave the other
5     people?
6  A. I believe I gave him the three options.
7  Q. Did he tell you specifically which of
8     those options Minuteman would include in
9     its offer?
10 A. They were, I believe, pushing
11    Caterpillar.
12 Q. Mr. Medbery was?
13 A. He appeared to be. I'm not sure if he
14    did or he didn't, but he seemed to like
15    the Caterpillar.
16 Q. Do you remember what he told you about
17    it?
18 A. Well, when you are dealing with engine
19    or component manufacturers when you are
20    purchasing a truck, as far as discounts
21    or concessions, you have to go through
22    the salesperson who goes through the
23    manufacturer. Then the manufacturer, he
24    discounts a truck based on how many you

Page 81

```
 1      are going to purchase.
 2                And after they are all
 3      done, then, you know, I can do my magic.
 4      Or it isn't magic, but I can do my thing
 5      and try to get a little more.
 6   Q. I don't understand what you mean by
 7      that.
 8   A. Well, come out with a price of a truck
 9      with one component versus, for example,
10      a Rockwell transmission versus an Eaton
11      transmission. They are different
12      prices. They are close. Everybody is
13      competitive, but a Cummins versus a
14      Detroit versus a Caterpillar engine on
15      price, there's a lot of considerations.
16                And the biggest thing is
17      warranty, but they are all pretty much
18      the same. Another thing is weight. And
19      basically, an engine is only as good as
20      the dealer, whether it be the engine
21      dealer or the truck dealer, selling the
22      product. And I wanted Caterpillar for
23      that reason.
24                I had already been
```

Page 82

```
 1      through Cummins a few times, and there
 2      were new people which seemed to be
 3      better, but we have a history with
 4      Caterpillar. We wanted the Caterpillar.
 5                Mr. Medbery was given
 6      that information and he tried to obtain
 7      pricing. Even though he said he would
 8      match it, of course, I wanted him to do
 9      better, so he attempted to do better.
10      And he had to get everything approved
11      from the owners. He couldn't say, yes,
12      this is the deal, sign up $1.6 million,
13      so we had to go through all the
14      rigamarole, you know, through it again.
15                And the trucks were
16      totally different, different models,
17      different -- like the BC on a Sterling,
18      it's 122 inches. And a BC on a
19      Freightliner is 120 or 112. So we had
20      to take into our -- for our specific
21      use, we had to look at the truck
22      entirely different.
23   Q. What is the BC?
24   A. The nose that sticks out beyond the cab.
```

Page 83

```
 1   Q. When you finished your meeting with Mr.
 2      Medbery at your home where you and he
 3      discussed these trucks and you told him
 4      to match the offer you had or make a
 5      better offer, did he leave you with any
 6      documents? Did he leave you with a
 7      proposal?
 8   A. I don't recall.
 9   Q. After that meeting what was your next
10      communication with Mr. Medbery or anyone
11      else from Minuteman concerning this
12      transaction?
13   A. I think the owner came to see me.
14   Q. What was his name?
15   A. Richard Wicher.
16   Q. Did he come see you at your home or some
17      other business location of Trans-Spec?
18   A. My business location.
19   Q. What business locations did Trans-Spec
20      have back at that time other than 7
21      Cristo Lane?
22   A. 307 Hartford Turnpike, Shrewsbury.
23   Q. Did it have any others?
24   A. The 22 Eskow Road was the main one in
```

Page 84

```
 1      Worcester.
 2   Q. Did it have any others?
 3   A. No. It owns other property, but as far
 4      as occupying it, that's it.
 5   Q. What other property did Trans-Spec own
 6      in 1999?
 7   A. 103 Creeper Hill Road in North Grafton.
 8   Q. But it didn't have a place of business
 9      at that location?
10   A. No. It was a previous terminal that we
11      had outgrown.
12   Q. What other -- let me put it this way.
13      What other property did Trans-Spec own
14      that it was using in its business back
15      in 1999?
16   A. 21 Eskow Road, 22 Eskow Road.
17   Q. 22. Are they across the street from
18      each other?
19   A. Yes.
20   Q. So were its business locations back at
21      that time the Cristo Lane address, the
22      307 Hartford Turnpike, and 21 and 22
23      Eskow Road?
24   A. Yes.
```

Page 85

1  Q. In any event, Mr. Wicher came to see you
2     at 22 Eskow Road?
3  A. Yes.
4  Q. Between Mr. Medbery's visit to you where
5     Mr. Medbery made his pitch and when Mr.
6     Wicher came to see you at Eskow Road,
7     did you talk with Mr. Calderbank about
8     the transaction?
9  A. Not at that time.
10 Q. Did you talk with anybody from
11    Southworth about the transaction between
12    when Mr. Medbery first came to see you
13    and when Mr. Wicher came to see you?
14 A. I did. After I met Mr. Wicher, I did.
15 Q. I'm asking now about the period between
16    when you first met Medbery and when you
17    first met Mr. Wicher, did you speak with
18    anyone from Southworth during that
19    period of time about this transaction?
20 A. I don't recall.
21 Q. About how much time passed between
22    Medbery's visit and Wicher's visit?
23 A. I don't recall that either.
24 Q. Was it a matter of days or weeks?

Page 86

1  A. I think it was days.
2  Q. Did anybody come with Mr. Wicher?
3  A. I believe he brought his parts man with
4     him.
5  Q. Who was that?
6  A. I don't recall.
7  Q. Did anyone participate with you in this
8     meeting with Mr. Wicher and his parts
9     man?
10 A. Andy.
11 Q. Mr. Lind?
12 A. Yes.
13 Q. Tell me what was said at that meeting?
14 A. We just listened.
15 Q. What did Mr. Wicher and his parts man
16    tell you?
17 A. How they could deliver parts every day,
18    how we could help them with the
19    warranty, small issues on trucks. The
20    windshield wiper motor, you wouldn't
21    want to have to drive a truck 50 miles
22    to have a windshield wiper switched or a
23    power window switched, so they would
24    sublet back to us.

Page 87

1  Q. Trans-Spec could do some of the warranty
2     work itself and get reimbursed for it?
3  A. Right.
4  Q. What else did they tell you as you
5     listened?
6  A. Well, they wanted to sell us parts as
7     much as they wanted to sell us trucks.
8     We purchased a lot of parts.
9  Q. When you said they wanted to sell you
10    parts, you mean they wanted to sell you
11    parts for the trucks that you already
12    had?
13 A. No. The whole company. We buy possibly
14    $50,000 a month in parts.
15 Q. They wanted to sell you parts to use in
16    the truck repair portion of your
17    business?
18 A. Yes.
19 Q. So this was not just a pitch to sell you
20    22 Sterling trucks, it was a pitch to
21    sell you a lot of other product as well?
22 A. Yes.
23 Q. What did they tell you about the
24    Sterling trucks they were proposing to

Page 88

1     sell beyond what you told me about
2     helping with the warranty and about how
3     they could deliver parts every day?
4  A. It was primarily just price, pricing
5     issue on that. A truck is a component
6     vehicle. It has a cab, whether it be
7     the Freightliner or International or
8     Kenworth or Peterbilt, and then it has
9     similar frame rails which could be by
10    different manufacturers, but they are
11    the same. They are two straight rails.
12          And then they put front
13    axles which are either Eaton or
14    Rockwell, a transmission either could be
15    Eaton or Rockwell again, maybe Spicer,
16    and rear ends could be two or three
17    different manufacturers but it's all
18    components. But it's the same thing.
19 Q. Did you discuss with Mr. Wicher the
20    components that they would put on these
21    Sterling trucks that you were talking
22    about buying?
23 A. No. Not really.
24 Q. Not at that meeting at least?

Page 89

1  A. No.
2  Q. What specifications for the trucks did
3     Mr. Wicher propose to you at that
4     meeting?
5  A. Mr. Wicher is not a nuts-and-bolts-type
6     guy. He talks numbers. Numbers and
7     service.
8  Q. Is the answer that there were no
9     specific specifications for the trucks
10    presented to you at that meeting?
11 A. Yes.
12 Q. What happened next after that meeting in
13    terms of your pursuing the purchase of
14    these 22 trucks?
15 A. I believe his brother came to see us
16    next.
17 Q. What was his name?
18 A. Bill Wicher.
19 Q. Did Bill Wicher bring anyone with him?
20 A. I believe maybe the parts guy came with
21    him and not with Richard Wicher.
22 Q. Did anyone else come with him?
23 A. I'm not sure if Medbery was probably
24    with him. I'm not sure of that.

Page 90

1  Q. From Trans-Spec's side, was it you and
2     Mr. Lind again?
3  A. Yes.
4  Q. Was anyone else at the meeting?
5  A. I don't believe so.
6  Q. Between meeting with Richard Wicher and
7     Bill Wicher, what communications did you
8     have with Southworth, either Mr.
9     Calderbank or any other Southworth
10    employee, concerning this transaction?
11           MS. REIMER: Objection.
12 A. I really don't recall, but it was -- I
13    did fill Harry Calderbank in about the
14    Sterling trucks.
15 Q. What did you tell him?
16 A. I just told him that I was looking at
17    Sterlings because of the political
18    position that I was put in and I didn't
19    want to hurt anybody. And Harry thought
20    that was great. He said they are good
21    people. It's a good dealer.
22 Q. Talking about Minuteman?
23 A. Yes.
24 Q. Did Mr. Calderbank say anything else?

Page 91

1  A. Not really.
2  Q. Tell me what happened in the meeting
3     with Bill Wicher and maybe Mr. Medbery,
4     maybe the parts man, you and Mr. Lind?
5  A. Well, Bill Wicher is a parts guy. He is
6     not a nut-and-bolt-type guy that you can
7     ask him differences in products. He can
8     tell you what a product is going to
9     cost, what he can do for you, the
10    computer system that you are required to
11    have a -- to deal with them on the order
12    over the Internet and that was primarily
13    it.
14 Q. He was there to talk to you about the
15    proposal that Minuteman become a parts
16    supplier to Trans-Spec?
17 A. Right. He was a dealer for Alliance
18    which was part of -- a subsidiary of
19    Freightliner. And it's a parts network
20    that sells -- I don't know if it's
21    worldwide, but certainly the biggest in
22    the nation now, and we could actually --
23    through this system, we could order
24    parts directly from Alliance.

Page 92

1  Q. Setting aside the discussion about his
2     desire to become a parts supplier to
3     Trans-Spec, what conversation about
4     these specific 22 trucks that you were
5     thinking about buying occurred at that
6     meeting?
7  A. I don't recall, if any.
8  Q. Did Mr. Wicher or any of the other
9     Minuteman employees present you with any
10    documents concerning the trucks that
11    they were talking about selling you?
12 A. I don't recall. I had documents on the
13    truck itself which I did like.
14 Q. Does Trans-Spec still have those
15    documents?
16 A. Not from Minuteman, no.
17           MS. REIMER: John.
18           MR. GRUNERT: This would
19    be a good time to take a break anyway so
20    let's go off and you can rewind.
21           THE VIDEOGRAPHER: The
22    time is approximately 11:32 and we are
23    off the record.
24           (Recess taken.)

```
                                                      93
 1                THE VIDEOGRAPHER: We
 2   are on the record. The time is
 3   approximately 11:43. The deposition of
 4   Mr. Joseph Howard continues on tape two.
 5 Q. Sir, up until the date of the meeting
 6   that we were talking about with Bill
 7   Wicher and maybe Mr. Medbery and you and
 8   Mr. Lind, up until that point in time,
 9   the people that you had talked with
10   about the C-12 engines and what you
11   could get in terms of a deal for the
12   C-12 engines had really been Mr.
13   Calderbank, correct?
14 A. Correct.
15 Q. You hadn't discussed that subject with
16   anyone else from Caterpillar or from
17   Southworth, correct?
18 A. Correct.
19 Q. After the meeting with Bill Wicher where
20   mostly you talked about Minuteman's
21   desire to become a parts supplier to
22   Trans-Spec, what was the next event in
23   Trans-Spec's process of obtaining these
24   22 trucks it wanted?
                                                      94
 1 A. That's a good question. I really -- I
 2   think at that point we had to -- no, we
 3   didn't arrange financing at that point.
 4   I think just basically spec them out and
 5   decide, you know, again on the Sterling,
 6   which wheelbase we wanted and where we
 7   wanted things positioned like what side
 8   of the truck to put the fuel tank on and
 9   batteries and little accessories.
10 Q. Who conducted that negotiation on
11   Trans-Spec's part and on Minuteman's
12   part?
13 A. It was just done by myself, and I would
14   talk to Andy about it.
15 Q. Andy Lind?
16 A. Yes. For example, on the Sterling, the
17   window crank was at the floor, so we put
18   power windows. I sat in the truck and
19   my head is resting against the window to
20   open the window, so we put power windows
21   and we wanted a few driver-creature
22   features. Power mirrors we wanted so
23   when a trailer truck backs in, you can
24   adjust the mirror to see.
                                                      95
 1 Q. I take it then that you and Mr. Lind
 2   spent some significant time together
 3   talking about what the detailed
 4   specifications for these Sterling trucks
 5   that you wanted to buy should be; is
 6   that correct?
 7 A. Not -- yeah. I mean, not every day. We
 8   probably had half a dozen five-minute
 9   conversations.
10 Q. Understood. But you were working with
11   Mr. Lind on this project to spec out
12   these Sterling trucks in detail,
13   correct?
14 A. Yes.
15 Q. And you mentioned sitting in trucks.
16   Did you and Mr. Lind, or both of you, go
17   and look at some exemplar Sterling
18   trucks?
19 A. No.
20 Q. So you had brochures and pictures and
21   information for Sterling trucks that you
22   were working from; is that correct?
23 A. No.
24 Q. How did you know where the window crank
                                                      96
 1   was in a Sterling truck?
 2 A. Coincidentally, Colony Ford dropped a
 3   truck off and wanted us to try a new
 4   Sterling, and we had it. We didn't use
 5   the truck, but the truck was on our
 6   property and we checked it out really
 7   well.
 8 Q. So another dealership called Colony
 9   delivered a Sterling truck to
10   Trans-Spec's premises essentially in an
11   effort to persuade you to buy trucks of
12   that type?
13 A. Yes.
14 Q. Did this happen after your meeting with
15   Bill Wicher that you discussed?
16 A. No. Before.
17 Q. You had already looked at this truck?
18 A. I had already seen this truck, yes.
19 Q. Had you had any conversations with
20   anyone from Colony about buying trucks
21   from Colony?
22 A. The possibility of it maybe.
23 Q. Had those discussions passed beyond just
24   the fact that you were looking for
```

**Page 101**

1 Q. about purchasing trucks from Colony, did
2    that visit to Colony occur before your
3    meeting with Bill Wicher?
4 A. Yes.
5 Q. Did you get any information concerning
6    Sterling trucks during that meeting with
7    Colony?
8 A. I don't recall.
9 Q. Did you discuss specifications for
10   trucks that you were looking to buy at
11   that meeting?
12 A. I don't recall.
13 Q. What went on at that meeting at Colony?
14 A. I believe I spoke to a fellow by the
15   name of Lee. His last name was Lee.
16 Q. What did you say and what did he say?
17 A. I told him what I liked and what I
18   didn't like about the truck.
19 Q. What did he say?
20 A. I don't really remember.
21 Q. Did you discuss the engine?
22 A. Probably.
23 Q. Do you remember what you said or what he
24   said?

**Page 102**

1 A. No.
2 Q. Do you remember what you told him you
3    liked and didn't like about the truck
4    that they had dropped off at your
5    premises, at Trans-Spec's premises?
6 A. I remember two things.
7 Q. What do you remember?
8 A. The window handle and the fact that you
9    couldn't access the rear section of the
10   engine.
11 Q. Did you discuss with him the need that
12   Trans-Spec had to trade in a large
13   number of trucks?
14 A. I did.
15 Q. And did you and he come to an agreement
16   at that meeting that the need for that
17   trade in made it not feasible for you to
18   make this purchase through Colony truck?
19 A. I believe so.
20 Q. Was that meeting the last one that you
21   had with anyone from Colony truck
22   related to this purchase?
23 A. As I recall, I believe it was.
24 Q. Colony Truck didn't give you any

**Page 103**

1    information about the C-12 engine,
2    correct?
3 A. Correct.
4    MR. GRUNERT: Let's mark
5    this document I showed you a few minutes
6    ago as the first exhibit.
7    (Document marked as
8    Exhibit No. 1
9    for identification.)
10 Q. Sir, when did you first see the document
11   that we marked as Exhibit 1?
12 A. Ten minutes ago maybe.
13 Q. Is it your testimony that that document
14   is not a copy of a specification
15   proposal that Trans-Spec received from
16   Sterling?
17 A. From Colony Ford, you mean?
18 Q. I'm asking whether that is a
19   specification proposal Trans-Spec
20   received from Sterling?
21 A. I never received anything from Sterling
22   like this.
23 Q. Is that a specification proposal that
24   Trans-Spec ever used as the basis for

**Page 104**

1    negotiations with respect to acquisition
2    of the trucks involved in this case?
3 A. I -- they all look alike. I really
4    can't tell if that is one of them or
5    not.
6 Q. Other than the line sheet relating to an
7    AT9513, do you remember ever receiving a
8    line sheet from Colony in connection
9    with Trans-Spec's wish to acquire these
10   22 trucks that we have been talking
11   about?
12 A. It's possible.
13 Q. After the meeting with Bill Wicher and
14   Mr. Medbery at 22 Eskow Road where you
15   and Mr. Lind were present for
16   Trans-Spec, what next occurred in
17   connection with Trans-Spec's pursuit of
18   the 22 trucks that it wanted to acquire?
19 A. I really don't recall the next -- I
20   believe it was actually speccing out in
21   detail the truck that we decided we
22   wanted.
23 Q. Was that done in a meeting up in Saint
24   Thomas, Ontario?

**105**

 1  A.  No.
 2  Q.  Where was it done?
 3  A.  I believe it was done -- it's pretty
 4      tough to say, but they generally start
 5      off with something like this and then I
 6      correct it.
 7  Q.  By "this" you just referred to Exhibit
 8      1?
 9  A.  Yes, Exhibit 1.
10  Q.  As a sort of illustrative type of
11      document that you would receive?
12  A.  If I explained the basic truck that I
13      wanted, then they would come up with --
14      they would push a button and this would
15      come out. I would make changes, and
16      then they would print out another one,
17      and then I'd make more changes, and then
18      they would print out another one, and
19      then they would continue to make changes
20      until we get the exact truck that we
21      want.
22  Q.  When you refer to "they," are you
23      talking about Minuteman?
24  A.  Them, or any dealer.

**106**

 1  Q.  In connection with the particular trucks
 2      that bring us here today, however, are
 3      you talking about Minuteman?
 4  A.  Yes.
 5  Q.  Minuteman was supplying you with line
 6      tickets or line sheets?
 7  A.  Right.
 8  Q.  With proposed specifications, and you
 9      were then marking those up and giving
10      them back to Minuteman?
11  A.  Yes. Little corrections. That's all.
12  Q.  You were actually exchanging hard copy
13      paper in connection with this process?
14  A.  No. No.
15  Q.  How were you communicating with
16      Minuteman?
17  A.  I would communicate with Don Medbery and
18      make the changes and verbally tell him
19      the changes over the phone.
20  Q.  So you would --
21  A.  Or in my kitchen. It could have been
22      anyplace, but I wasn't submitting
23      anything to him on paper.
24  Q.  You would receive a line sheet from

**107**

 1      Minuteman. You would review it probably
 2      with Mr. Lind, maybe by yourself, and
 3      then you would call Mr. Medbery, and you
 4      would say, I have looked at this, and I
 5      want these changes, and you would
 6      itemize the changes?
 7          MS. REIMER: Objection
 8      as to form.
 9  A.  I would really have to explain it to
10      you. If I started with this Number 1,
11      Exhibit Number 1, as a basic, it would
12      say 18 9500, and I would say, No, I want
13      an LT9522. And then it would go on to
14      the setback for an axle, and I would
15      say, Yes, standard location. And, of
16      course, that is correct. And then you
17      go down the entire list and then you
18      would check the rear axle. Instead of
19      40,000 pound, I want 46,000 pound.
20          And then you continue
21      on, and then he would give you a
22      corrected version. This primarily is on
23      the telephone, and he would send you a
24      corrected version possibly by fax.

**108**

 1          And then you look at it
 2      again and get into the more detailed
 3      things like how long do you want your
 4      glad hand lines and such, and then
 5      finally you get -- it would just be a
 6      couple of faxes and a lot of phone calls
 7      to come up with the final figure.
 8          Once you get that
 9      settled, then he would submit it to
10      Sterling or Freightliner, or whatever
11      type of truck you are purchasing, for
12      his concessions and come back with a
13      better price than he would propose, and
14      then they would give the better price,
15      and then they would propose it to me.
16  Q.  Is that what happened in this case with
17      respect to these 22 trucks?
18  A.  Yes. But it wasn't overnight. It was
19      negotiations ongoing.
20  Q.  Did Trans-Spec keep any of those line
21      sheets that Mr. Medbery sent to you,
22      whether the original one or the
23      corrected one, which you then used in
24      discussing with him the detailed

141

1 warranty or Caterpillar service
2 agreement with respect to the engines in
3 the 22 trucks?
4 A. In brochures, it has something that
5 looks like that. It's all pretty
6 colors. That actual copy looks
7 different, so I couldn't say for sure if
8 that's it, if it was the actual one that
9 I'm picturing, but I have basically seen
10 extended warranty policies before.
11 Q. Other than the colors, does this
12 document look like the document that you
13 understood contained the warranty or the
14 service coverage on the engines that
15 were in the trucks that Trans-Spec
16 acquired?
17 A. I can't say that.
18 Q. Then I repeat the question. Have you
19 seen any document that was delivered to
20 Trans-Spec or signed by anyone on behalf
21 of Trans-Spec with respect to the
22 engines in the 22 trucks that Trans-Spec
23 acquired that provided warranty or
24 service coverage for them?

142

1 A. The only one I recall is on the previous
2 trucks, not this particular 22 trucks.
3 I have seen them similar to that that
4 did come in an envelope directly to me
5 and I did sign them and return them to
6 Harry Calderbank specifically. He
7 obviously gave this to Andy Lind and not
8 me.
9 Q. When were the 22 Sterling trucks that
10 are involved in this case delivered to
11 Trans-Spec?
12 A. In December. I think they were put
13 in -- some were put in service the end
14 of December and some the beginning of
15 January 2000.
16 Q. Were those trucks actually delivered by
17 Minuteman to Trans-Spec's place of
18 business at Eskow Road in Worcester?
19 A. Some they delivered. Some I personally
20 picked up myself.
21 Q. Went down to the dealership and got
22 them?
23 A. Right. Drive a trade down and drive a
24 new one back.

143

1 Q. When those trucks were delivered to
2 Trans-Spec, were they accompanied -- was
3 each truck accompanied by a Sterling
4 warranty?
5 A. No.
6 Q. Did Trans-Spec ever receive a written
7 Sterling warranty with respect to those
8 trucks?
9 A. I don't recall.
10 Q. When those trucks were delivered to
11 Trans-Spec, did Trans-Spec receive any
12 documents from Sterling relating to
13 them?
14 A. Title.
15 Q. Did it receive operators' manuals?
16 A. Yes.
17 Q. Did it receive parts books?
18 A. No.
19 Q. Did it receive maintenance manuals?
20 A. No.
21 Q. You say you don't recall receiving
22 warranties with them?
23 A. In the owner's manual, it probably said
24 what the basic warranty was.

144

1 Q. Was there a packet in each of those
2 trucks containing documents of various
3 types?
4 A. I don't really recall. It's possible.
5 Q. When Trans-Spec received those trucks,
6 did they receive an owner's manual or
7 owner's and maintenance manual with
8 respect to the engines?
9 A. That's a good question. I really don't
10 recall that.
11 Q. Did it receive a parts book with respect
12 to the engine?
13 A. I wouldn't think so.
14 Q. Do you know whether it did or not?
15 A. No. It's possible, but I probably
16 wouldn't see anything like that.
17         MR. GRUNERT: Let's just
18 mark these documents as Exhibits 5 and
19 6.
20         (Document marked as
21 Exhibit No. 5
22 for identification.)
23         (Document marked as
24 Exhibit No. 6 for