30(b)(6) Deposition of Joseph M. Howard, Jr.
Case 1:04-cv-11836-RCL    Document 104-3    Filed 03/17/2006    Page 1 of 6
August 9, 2005

PAGE 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,
         Plaintiff
    v.                                  Civil Action
                                        No. 04-11836-RCL
CATERPILLAR, INC.,
         Defendant

AUDIOVISUAL DEPOSITION OF JOSEPH M. HOWARD, JR., the 30(b)(6) designee of Trans-Spec, and a witness called on behalf of the Defendant, pursuant to Federal Rules of Civil Procedure, before Carolyn J. Rogers, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Office of CAMPBELL CAMPBELL EDWARDS & CONROY, One Constitution Plaza, Boston, Massachusetts, on TUESDAY, AUGUST 9, 2005, commencing at 10:15 a.m.

C. J. REPORTING
82 Colonial Drive, Unit No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com

PAGE 2

APPEARANCES:

JOHN A.K. GRUNERT, ESQUIRE
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
(617) 241-3000/FAX (617) 241-5115
On Behalf of the Defendant Caterpillar, Inc.

NANCY M. REIMER, ESQUIRE
CHRISTIAN G. SAMITO, ESQUIRE
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500/FAX (617) 406-4501
On Behalf of the Plaintiff
    Trans-Spec Truck Service, Inc.

ALSO PRESENT:

Mr. William Burton, Videographer
Inncourt Technologies
Boston, Massachusetts

PAGE 3

INDEX

DEPONENT          EXAMINATION BY         PAGE NO.
Joseph M. Howard, Jr.
                  (Mr. Grunert)              4

EXHIBITS

NO.    DESCRIPTION                              PAGE NO.
1      Second Amended Notice of Taking             4
       Deposition
2      41-page document                            ...
3      Commercial Lease Master Lease               ...
       Agreement (TRAC)
4      Ford Motor Credit Company                   ...
       Commercial Lease Supplement to
       Master Lease Agreement (TRAC)
5      Plaintiff, Trans-Spec Truck                 ...
       Service, Inc. D/B/A Truck Service
       Second Amended Answers to
       Caterpillar Inc.'s First Set of
       Interrogatories
6      11-page chart                             104
7      Trans-Spec Truck Service, Inc.'s         106
       Amended Answers to Caterpillar
       Inc.'s Request for Admissions of Facts
8      Interoffice Memo Dated 1/16/02 to        104
       Jay Howard from Richard Mitchell

PAGE 4

PROCEEDINGS

(Exhibit No. 1 marked for identification.)

THE VIDEOGRAPHER: The date is August 9, 2005. The time is approximately 10:15 a.m. We are on the record... [illegible] ...civil action in the matter of Trans-Spec Truck Service, Incorporated, d/b/a Truck Service, versus Caterpillar Incorporated, Civil Action No. 04-11836-RCL. We will take the audio-visual deposition, and I would ask the deponent to state his name on the record.

MR. GRUNERT: The deponent's name is Joseph Howard, Jr., and he is appearing as the Rule 30(b)(6) designee of the plaintiff, Trans-Spec Truck Service, Inc.

THE VIDEOGRAPHER: Thank you. My name is William Burton of Inncourt Technologies, Boston, Massachusetts, and I am the videographer for this deposition. The stenographer is Carolyn J. Rogers of C. J. Reporting. At this time the attorneys will introduce themselves for the record.

MR. GRUNERT: My name is John Grunert. I represent the defendant, Caterpillar Inc., and appearing on today's deposition from my office...

PAGE 5

1  David Edelberg.
2           MS. REIMER: My name is Nancy Reimer, and
3  I represent the plaintiff, Trans-Spec Truck Service,
4  Inc., d/b/a Truck Service.
5           MR. SAMITO: I'm Christian G. Samito, also
6  representing Trans-Spec Truck Service.
7           THE VIDEOGRAPHER: The stenographer will
8  now swear in the witness.
9           JOSEPH M. HOWARD, JR.,
10 a witness called on behalf of the Defendant, having
11 first been satisfactorily identified by the
12 production of his driver's license and duly sworn by
13 the reporter/notary public, testifies and says as
14 follows:
15          MR. GRUNERT: Nancy, do we want to have
16 the customary stipulations?
17          MS. REIMER: Yes.
18          MR. GRUNERT: The witness is going to read
19 and sign the transcript under the pains and penalties
20 of perjury. Notarization is waived. Objections
21 except to the form of the question are reserved until
22 the time of trial. All motions to strike are
23 reserved until the time of trial.
24          DIRECT EXAMINATION

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 6

1  BY MR. GRUNERT:
2     Q.   Good morning, Mr. Howard.
3     A.   Good morning.
4     Q.   I have asked the stenographer to mark as
5  the first exhibit a document entitled Second Amended
6  Notice of Taking Deposition. Have you seen that
7  before?
8     A.   Yes.
9     Q.   And am I correct that you are appearing
10 today to testify on behalf of Trans-Spec as to all of
11 the subject matters identified in that notice except
12 for the subject matter identified in numbered
13 paragraph 8 contained in the Schedule A that's
14 attached to it?
15    A.   Yes.
16    Q.   Does Trans-Spec own any Sterling trucks,
17 or has it ever owned any Sterling trucks, other than
18 the 22 Sterling trucks involved in this case?
19    A.   No.
20    Q.   Has Trans-Spec ever leased any Sterling
21 trucks other than the 22 Sterling trucks involved in
22 this case?
23    A.   No.
24    Q.   When you were deposed in your individual

C. J. REPORTING 978.409.9090
www.cjreporting.com

## PAGE 25

1 records?
2 A. Yes.
3 Q. Did any of the -- well, can you say
4 whether there was one or two or three or four? Can
5 you tell me how many of the six failures you recall
6 occurring on engines you had before you acquired the
7 Sterling trucks? Can you tell me how many of those
8 were specifically on C-12s?
9 A. I can't tell. The appearance of the
10 trucks between 3176s and C-12s were identical also.
11 We had 20 something of them.
12 Q. How do you know any of them were on C-12s?
13 A. Because, as I recall, we did have failures
14 after the 3176s were all gone.
15 Q. And when was that?
16 A. That would have been -- that would have
17 been after we acquired the Sterlings.
18 Q. You testified when you were deposed
19 individually that when you were considering
20 acquisition of the Sterling trucks involved in this
21 case and considering what type of engines you might
22 want in them, one thing you took into account was
23 information that your company had acquired through
24 its experience in the retail truck repair part of its

C. J. REPORTING 978.409.9090
www.cjreporting.com

## PAGE 26

1 business. Do you remember testifying to that effect?
2 A. Yes.
3 Q. In the retail truck repair part of
4 Trans-Spec's business, how many C-12 flywheel housing
5 failure or flywheel housing bolt failures have you
6 encountered?
7 A. None.
8 Q. How many customers, on average, do you
9 service in that part of your business per year?
10 A. On the repair side, our public repair
11 facility?
12 Q. Yes.
13 A. I believe we have somewhere in the
14 vicinity of 3600 customers.
15 Q. Can you give me a ballpark figure on how
16 many trucks you probably service in the retail part
17 of your business in an average year?
18 A. No.
19 Q. Is it more than a thousand?
20 A. I wouldn't think so.
21 Q. Has Trans-Spec sold the Sterling trucks
22 that are involved in this case?
23 A. Yes.
24 Q. Who is the purchaser?

C. J. REPORTING 978.409.9090
www.cjreporting.com

## PAGE 27

1 A. Republic Financial, I believe, is their
2 name.
3 Q. What is the address for Republic
4 Financial?
5 A. I did not bring that information with me.
6 I can supply that for you, however.
7 Q. What was the name of the individual at
8 Republic Financial with whom you negotiated the sale?
9 A. I negotiated with South Jersey Truck
10 Sales, Rick Boyd. He was the broker.
11 Q. Where is Mr. Boyd located?
12 A. In South Jersey?
13 Q. Where in South Jersey?
14 A. Actually, he's right outside of
15 Philadelphia. I don't have that exact address with
16 me either.
17 Q. Do you have a signed purchase and sale
18 agreement?
19 A. Yes, I do.
20 Q. Does that signed purchase and sale
21 agreement have Republic Financial's address on it?
22 A. Yes, it does.
23 Q. Does it have the broker's address on it?
24 A. No, it does not.

C. J. REPORTING 978.409.9090
www.cjreporting.com

## PAGE 28

1 Q. When was that purchase and sale agreement
2 signed?
3 A. I believe in May, possibly. Yeah, I
4 believe it was in May.
5 Q. And did negotiations with respect to the
6 sale continue after May?
7 A. No.
8 Q. So the sale was accomplished in May, and
9 all that remained was delivery?
10 A. Yes, I have a written contract.
11 Q. And when were the trucks actually
12 delivered to Republic Financial?
13 A. Ten were delivered in June.
14 Q. On what date in June?
15 A. I don't recall exactly.
16 Q. But those 10 trucks that were delivered in
17 June, physical possession of those trucks left
18 Trans-Spec. They were either driven or put on a
19 flatbed and taken down to Republic Financial;
20 correct?
21 A. Correct.
22 Q. And what about the other 12. When were
23 they delivered?
24 A. They will be delivered within the next two

C. J. REPORTING 978.409.9090
www.cjreporting.com

## PAGE 29

1 weeks.
2 Q. So Trans-Spec still has possession of
3 those trucks?
4 A. Yes.
5 Q. At its plant on Eskow Road in Worcester?
6 A. Yes.
7 Q. And those trucks were not in fact
8 delivered on July 29, 2005; correct?
9 A. No.
10 Q. Was there ever a plan to deliver them on
11 July 29, 2005?
12 A. Yes.
13 Q. Why weren't they delivered that day?
14 A. Our new trucks came in with a slight, very
15 slight, problem.
16 Q. So they weren't delivered because you
17 continued to use those trucks?
18 A. Yes.
19 Q. Those Sterling trucks?
20 A. Yes.
21 Q. For the 10 trucks that were delivered in
22 June 2005, has Trans-Spec received payment?
23 A. Yes.
24 Q. What was the per-truck price that

C. J. REPORTING 978.409.9090
www.cjreporting.com

## PAGE 30

1 Trans-Spec received?
2 A. $33,500 each.
3 Q. Is that the purchase price that is
4 specified in the contract for the remaining 12
5 trucks?
6 A. Yes and no.
7 Q. Explain that answer, please.
8 A. If we didn't deliver the balance of the
9 trucks by July 29, then there would be a $500 per
10 vehicle penalty.
11 Q. You didn't deliver them; so you've
12 incurred the $500 per truck penalty; correct?
13 A. That's right.
14 Q. Is the price you expect to receive for
15 those 12 trucks $33,000 each?
16 A. Yes.
17 Q. Is there a specific delivery date when
18 you're now going to deliver them?
19 A. Not specific, no.
20 Q. Does the written contract, the purchase
21 and sale agreement, specify any further penalties for
22 further delays in delivering them?
23 A. No.
24 MR. GRUNERT: Mark this Exhibit 3, please.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 49

1    A.  In March of 2003.
2    Q.  Did you initiate the discussions by the
3 means of a telephone call?
4    A.  Give me one second. I want to get this
5 right. It was March of 2004 by a telephone
6 conversation. Then again in June of 2004 when we
7 sold him -- maybe it was March. I think it was March
8 when we sold him the seven 1997 Freightliners. He
9 buys fleets. Historically, he's purchased our
10 fleets. And I discussed the Sterlings at that time.
11   Q.  Was that the first attempt that you had
12 made to negotiate a sale of these Sterling trucks?
13   A.  A serious one, yes.
14   Q.  Well, when you say a serious one, that
15 suggests that there was -- there were one or more
16 less significant attempts made earlier. Is that the
17 case?
18   A.  Yes, around the 2003 area I would have
19 loved to have gotten rid of them then. At that time
20 up through 2004 we never had enough of them running
21 where we could.
22   Q.  During the 2003/2004 period, prior to your
23 initial discussions with Mr. Herring, who did you
24 talk about -- with whom did you talk about a possible

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 50

1 purchase of those trucks?
2    A.  John David Herring.
3    Q.  Oh, okay. So it was Truck Connection?
4    A.  Yes.
5    Q.  But in March 2004 you had some more
6 serious discussions with him about a purchase of
7 those trucks?
8    A.  Yes.
9    Q.  And what did you say and what did he say?
10   A.  I wanted to order a new fleet and would
11 you be a buyer, and he said yes, he would. And the
12 first time he said the trucks were -- he put a value.
13 He said they're worth somewhere in the $48,000 apiece
14 range.
15   Q.  And what did you say to him?
16   A.  Then I spoke to Steve Gustafson about
17 purchasing new trucks but, again, we couldn't get
18 them all running enough to do anything to actually
19 make a transfer.
20   Q.  Well, when you spoke with John David
21 Herring in March 2004, how many trucks did you tell
22 him that you had to sell or that you wanted to sell?
23   A.  Twenty-two.
24   Q.  At that time did you also talk with him

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 51

1 about selling the seven 1997 Freightliners?
2    A.  No, he had already purchased them. Well,
3 he -- I had already made the deal and he just had to
4 view them, and he had arrived to actually look at the
5 trucks.
6    Q.  So Mr. Herring came to Worcester to
7 inspect the seven 1997 Freightliner trucks that you
8 had reached an agreement with him to sell to him?
9    A.  Yes.
10   Q.  And at that meeting in Worcester you
11 discussed with him possibly selling him the 22
12 Sterling trucks as well; correct?
13   A.  Well, yes. Yes. To make it brief, yes.
14 But it's a long, drawn out thing where you have to
15 order trucks; you have to find out when the delivery
16 date of the new trucks are. And then you have to get
17 a projected figure from him of what will he pay in
18 either three or six months. Or in the past it's been
19 a year by the time a new truck would arrive. He had
20 to get a build date from the manufacturer of the
21 truck.
22   Q.  When did Mr. Herring's visit to your
23 facility in Worcester to inspect the Freightliner
24 trucks occur?

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 52

1    A.  I believe it was in March of '94.
2    Q.  Had you discussed with him, in a serious
3 vein, selling these 22 Sterling trucks before then?
4    A.  Yes. You would periodically talk to him
5 and get values so you could find out when you can do
6 such a deal. That's a big deal for our company to
7 turn over that many trucks.
8    Q.  In fact, the only time you had turned over
9 a similar number of trucks was when you bought these
10 Sterling trucks; right?
11   A.  Yes, we -- for the most part we make a
12 six-truck-a-year purchase of new vehicles.
13   Q.  When you acquired your 22 Sterling trucks,
14 that was a transaction that was unique in the history
15 of Trans-Spec; correct?
16   A.  Yes.
17   Q.  And that was also the first time that you
18 had ever leased trucks rather than taking title to
19 them; correct?
20   A.  No.
21   Q.  No, you had done that before?
22   A.  All of them. All of the new vehicles we
23 purchased were leased to start with, and then we
24 would buy the lease out.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 53

1    Q.  So what was unique in the history of
2 Trans-Spec's business about the acquisition of the
3 Sterling trucks was that you had never acquired
4 anywhere near that number and you had never acquired
5 Sterling trucks before?
6    A.  On new trucks, that's right.
7    Q.  Had you ever acquired a similar number of
8 used trucks?
9    A.  Yes.
10   Q.  When was that?
11   A.  The prior two years.
12   Q.  You had acquired in a single
13 transaction -- sometime in the year 1999 or 1998, you
14 had acquired something like 20 or 21 or 22 trucks all
15 at once?
16   A.  No, not the same type of truck all at
17 once. In a year, in a calendar year we had purchased
18 close to that many at one time, used trucks, three of
19 this and four of that, two of this. When you get a
20 contract and a truck was taking one year to acquire a
21 new one, you didn't have time to order a new truck.
22 So you'd have to purchase a used truck or two or
23 three, and then you would order your trucks to
24 replace the used trucks. And in the two prior years

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 54

1 we were growing in leaps and bounds, and we basically
2 had to get back in with new vehicles. The used ones,
3 they're only going to live so long. So that's what
4 we did.
5    Q.  But the fact is that before you acquired
6 these 22 Sterling trucks, Trans-Spec had never before
7 in a single transaction acquired anything close to 22
8 trucks?
9    A.  Yes.
10   Q.  So when you acquired your -- strike that.
11       When Mr. Herring came to visit your
12 facility in March of 2004, did he inspect any of the
13 Sterling trucks?
14   A.  Yes, he had seen them before.
15   Q.  Had he inspected them before?
16   A.  A sample, you know, one or two. He's
17 never seen every single one of them. He had no
18 knowledge of the problems we were having with them.
19   Q.  Did you tell him about those problems in
20 March 2004?
21   A.  Yes, I did.
22   Q.  What did he say?
23   A.  The price is dropped 10 grand.
24   Q.  What did you tell him about the nature of

C. J. REPORTING 978.409.9090
www.cjreporting.com

30(b)(6) Deposition of Joseph M. Howard, Jr.
Case 1:04-cv-11836-RCL   Document 104-3   Filed 03/17/2006   Page 4 of 6
August 9, 2005

PAGE 55

1  the problem you were having?
2      A.  I told him I had -- we had approximately
3  anywhere from six to eleven out of service at all
4  times because of this problem.  He probably wouldn't
5  have a problem in another application, but in ours
6  they're not working.  And I basically had to find a
7  way to get them all intact so that I could do a
8  trade.  And he said what was the problem, and I told
9  him and I said that it was on us because Caterpillar
10 left us high and dry, and that was it; that's why I
11 wanted to bail out of them.
12     Q.  So he said, okay, the price is now going
13 to be 38,000?
14     A.  At that time he said the price -- well, in
15 '03 it still would have been 38.  I'm sorry, 48.  In
16 March of '04 he was talking about 44.  And then it
17 was -- then he said 36, and then when it came right
18 down to it he was at 30.  So I sold them to the other
19 party.  He really didn't want the trucks after the
20 problem.
21     Q.  But in March of 2004 Mr. Herring from the
22 Truck Connection told you that the Truck Connection
23 would pay somewhere between 30 and $36,000, 30 and
24 $34,000 per truck for those Sterlings?

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 56

1      A.  Before I had addressed -- before I
2  disclosed the problem with the trucks, he basically
3  said the trucks were worth about $44,000.  And then
4  he said he would try to get me 36, and then when he
5  came right down to it -- so then I started
6  negotiating new trucks, by the time I had negotiated
7  the new trucks, it was June.  And he arrived -- he
8  had his wife with him and he flew in, and he said
9  that he really only wanted to pay 30 to 32.  That was
10 his -- and then I sold them to the next guy that
11 walked in, which was Republic.  And then the fellow
12 from the Truck Connection wasn't very happy with us.
13     Q.  I just want to have it clear.  In June
14 2004 you had an offer from John David Herring at the
15 Truck Connection to purchase these Sterling trucks at
16 30 to $32,000 apiece?
17     A.  Yes.
18     Q.  And that was after --
19         MS. REIMER:  Let me just insert an
20 objection.
21     A.  Thirty-five, '05, yes.
22     Q.  You told me before that Mr. Herring came
23 to inspect the 77 Freightliners in June 2004?
24     A.  Yes.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 57

1         MS. REIMER:  Objection.  77 trucks?
2         MR. GRUNERT:  97 trucks.
3         MS. REIMER:  I thought you said 77.
4         THE WITNESS:  I'm getting him all
5  confused.  Take a deep breath.
6      Q.  When did Mr. Herring tell you that he
7  would try to get you $36,000 per truck for the
8  Sterling trucks?
9      A.  March of 2005.
10     Q.  Did you have any conversations with
11 Mr. Herring in 2004 where he gave you a price that he
12 would be willing to pay for those trucks?
13     A.  When he purchased the 1997 Freightliners,
14 which I believe was March of 2004, he said the trucks
15 were worth at that time -- I think 2003 he had said
16 they were worth 48,000; 2004, 44,000; 2005, 38,000,
17 but until it came down to getting up the money.
18     Q.  So in March 2004 Mr. Herring initially
19 said the trucks are worth -- the Sterling trucks are
20 worth $44,000 each?
21     A.  Yes.
22     Q.  At that time you had not told him about
23 the flywheel housing problems?
24     A.  Yes.

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 58

1      Q.  Yes, you had not?
2      A.  I had not.
3      Q.  You first told him about the flywheel
4  housing problems in March 2005?
5      A.  Four.
6      Q.  All right.  After you told him about the
7  flywheel housing problems in March 2004, did he name
8  a new price for the trucks, the Sterling trucks?
9      A.  I think he said he could try to get me 34
10 at that time.
11     Q.  Did you have any further discussions with
12 him in March or April 2004, the spring of 2004,
13 concerning a possible sale to the Truck Connection of
14 the Sterling trucks?
15     A.  No, because I owed Ford Motor Credit at
16 that time 39,000 apiece.  I had to at least get out
17 of the note.
18     Q.  So the answer is you had no more
19 discussions with him at that time?
20     A.  None.
21     Q.  And then in March 2005, knowing about the
22 flywheel housing problems, Mr. Herring said he would
23 pay 30 to 32,000 for those trucks?
24     A.  No, he really didn't want the trucks until

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 59

1  I purchased the -- until he found out I would be
2  purchasing the 200,000 mile warranty.  And then he
3  said he would give me 30 -- he said, I'd like to own
4  those trucks for 30 to 32, and I told him it's out of
5  the question.
6      Q.  And at that point you were already in
7  negotiations with Republic Financial; correct?
8      A.  We were starting negotiations at that
9  time.
10     Q.  So you ultimately sold the trucks to
11 Republic Financial for a little bit more than what
12 the Truck Connection was willing to give you for
13 them?
14     A.  Right.  Well, I wanted 37 and the best I
15 could get out of it was thirty-three-five.
16     Q.  So ultimately you ended up selling those
17 trucks for less than what you had to pay Ford Motor
18 Credit Corporation to get title to them; right?
19     A.  Well, that was a year prior.  So what I
20 owed on the trucks at that time was approximately 33,
21 33, 33.5 somewhere in there.  So I could sell them at
22 a lower price, which I did.  The first time I've had
23 the ability to get out of those things.
24     Q.  You've mentioned that you have -- that

C. J. REPORTING 978.409.9090
www.cjreporting.com

PAGE 60

1  your company, Trans-Spec, has recently acquired a new
2  fleet of trucks?
3      A.  Yes.
4      Q.  How many?
5      A.  Twelve.
6      Q.  They're Freightliners, are they?
7      A.  Yes.
8      Q.  When did you take delivery of them?
9      A.  Within the next two weeks.
10     Q.  So you don't have them yet?
11     A.  We've had them.  We've installed our
12 equipment on them.  And they came in with a lack of
13 a -- what they call a suspension dump valve.  And
14 they're installing the suspension dump valves at
15 Freightliner's expense at six hours per truck.
16 That's the delay.
17     Q.  So you've had delivery of the trucks, but
18 they haven't been in a condition to place into
19 service yet?
20     A.  We haven't paid for the trucks yet.
21     Q.  When did these trucks that were lacking
22 the dump valve, when did they actually arrive?
23     A.  They started coming in around I think the
24 21st of July.  We should have made the deadline but

C. J. REPORTING 978.409.9090
www.cjreporting.com

30(b)(6) Deposition of Joseph M. Howard, Jr.
Case 1:04-cv-11836-RCL    Document 104-3    Filed 03/17/2006    Page 5 of 6
August 9, 2005

PAGE 109

1 information stating that there was a flywheel housing
2 failure on that engine in August 2004 what document
3 that comes from?
4   A.  Well, it says black binder which is a
5 notebook that was put together by us with pictures
6 and actual photographs of different flywheel housings
7 that were broken, and I would believe this is one of
8 them.
9   Q.  And does Exhibit 6 indicate that the work
10 repairing that flywheel housing was done by
11 Southworth-Milton?
12   A.  No.
13   Q.  Well, there's a column headed "location of
14 service," right, on this document, if you look at the
15 first page?
16   A.  Yes.
17   Q.  And does information in the column
18 location of service report where the work was done on
19 the flywheel housing?
20   A.  Oh, it does say that.  You're absolutely
21 right.  It says Southworth-Milton.  I was looking at
22 the wrong column.  I apologize.
23   Q.  So does that cause you to believe that
24 there should be a Southworth-Milton invoice or work

PAGE 110

1 order or document of some type memorializing the work
2 done on that flywheel housing in August 2004?
3   A.  Well, this information came from
4 someplace.  So I would say that there is.
5   Q.  Well, the first column in this chart is
6 headed "record provider"; correct?
7   A.  Yes.
8   Q.  And in the first column with respect to
9 the 8/23/2004 work, there's a reference to black
10 binder/Southworth-Milton.  Does that mean that there
11 is a Southworth-Milton document in that black binder
12 that you referred to at the first day of your
13 deposition?
14   A.  That's the way I would see it.
15   Q.  In any event, if Exhibit 6 is correct,
16 there was a single flywheel housing or flywheel
17 housing bolt failure on Engine 6700 and it was
18 repaired by Southworth-Milton in August 2004;
19 correct?
20   A.  I believe so.
21   Q.  And the problem did not recur thereafter;
22 correct?
23   A.  From the information we could find.
24   Q.  Do you have any information to indicate

PAGE 111

1 that the problem did recur?
2   A.  No, I believe it did not.
3     MR. GRUNERT:  The videographer is telling
4 me that it's time to change the tape.  So let's take
5 a very short break while he does that.
6     THE VIDEOGRAPHER:  The time is 2:21 p.m.
7 We are off the record.
8     (Recess taken.)
9     THE VIDEOGRAPHER:  The time is
10 approximately 2:31 p.m.  We are on the record.
11 BY MR. GRUNERT:
12   Q.  Now, the repair to Engine No. 2KS27904
13 that you believe Southworth-Milton did in August 2004
14 was done at Caterpillar's expense; correct?
15   A.  I believe so, yes.
16   Q.  So the one and only failure of the
17 flywheel housing or flywheel housing bolts on that
18 particular engine was repaired by Caterpillar or at
19 Caterpillar's expense by Southworth-Milton and the
20 failure never recurred; right?
21   A.  Yes.
22   Q.  In what respect did Caterpillar breach its
23 warranty with respect to that engine?
24     MS. REIMER:  Objection.  Calls for a legal

PAGE 112

1 conclusion.
2   A.  Do you want me to answer?
3     MS. REIMER:  To the extent that you can.
4   A.  Well, we're not sure that there wasn't one
5 prior to this.  We didn't have the staff when all
6 these trucks were broken at once.  We were running
7 scared, and we just didn't keep accurate records.  We
8 were just trying to do anything to get trucks on the
9 road, and everybody was fixing trucks.  Our records
10 at that point were not very accurate, and by saying
11 that this truck only had one, I can't say that for
12 sure.  It probably had failures prior to that.  And
13 we just don't have the records.  We're still looking.
14 We might find some but we don't have the accurate
15 records.  I can't believe that one truck would
16 survive when the other ones didn't.
17   Q.  Will you agree with me that if there was
18 but a single flywheel housing or flywheel housing
19 bolt failure on that engine and it occurred in August
20 2004 and was repaired by Southworth at Caterpillar's
21 expense and the failure never recurred, that there
22 was no breach of warranty by Caterpillar with respect
23 to that engine?
24     MS. REIMER:  Objection.

PAGE 113

1   A.  That's the way it appears, yes.
2   Q.  Now, with respect, and just to follow-up
3 and at least as of today, you're not aware of any
4 record to show that there were any other flywheel
5 housing or flywheel housing bolt failures on that
6 engine; correct?
7   A.  I don't have anything in front of me that
8 would say anything different at this time.
9   Q.  Now, request -- referring you again to
10 Exhibit 7, Request No. 19 asked Trans-Spec to admit
11 that it has experienced no flywheel housing failures
12 on the engine bearing Serial No. 2KS27878, and No. 20
13 asked Trans-Spec to admit that it had experienced no
14 flywheel housing bolt failures on that engine.  Do
15 you see those two paragraphs on page 5 of Exhibit 7?
16   A.  Yes, I do.
17   Q.  And Trans-Spec denied those requests;
18 correct?
19   A.  Correct.
20   Q.  Now, I'm looking at the section of
21 Exhibit 6 that pertains to Engine 2KS27878 which was
22 in your Truck No. 6200, and there is no flywheel
23 housing or flywheel housing bolt failure identified
24 with respect to that engine; correct?

PAGE 114

1     MS. REIMER:  Objection.
2   A.  This isn't complete.  This is the
3 information that we could find.  The trucks that we
4 had taken apart to replace the bolts or to apply
5 Locktite on the bolts and reapply the ones that the
6 flywheel housing had loosened up and we had caught
7 prior to doing damage wouldn't be on here.  If there
8 wasn't parts on anything, it probably wouldn't be on
9 here.  Again, we were running scared just trying to
10 fix anything we could.  So this is not complete.
11   Q.  How many failures of the flywheel housing
12 or flywheel housing bolts occurred on Engine
13 2KS27878?
14   A.  I can't say.
15   Q.  Can you identify any date when a failure
16 of the flywheel housing or flywheel housing bolts on
17 that engine occurred?
18   A.  The information isn't here to substantiate
19 any failure.
20   Q.  Well, when you responded to my request for
21 admission by denying paragraphs 19 and 20, you must
22 have had information before you indicating that there
23 had been a failure; correct?
24   A.  Knowledge of every truck having a failure

C. J. REPORTING 978.409.9090
www.cjreporting.com
19 of 51 sheets                    C. J. Reporting                    978.409.9090

PAGE 157

```
 1     Q.  Again, numerous failures on this truck?
 2     A.  Yeah.
 3     Q.  And the last one occurred just in March of
 4  this year and was repaired by Southworth-Milton?
 5     A.  Yes.
 6     Q.  And that one was at no expense to
 7  Trans-Spec and the problem hasn't recurred; correct?
 8     A.  Correct.
 9     Q.  Other than that, the repairs were made
10  either by Trans-Spec itself or by Minuteman Trucks;
11  true?
12     A.  Let me see, 11/17 was Trans-Spec.
13     Q.  No, I see one in September '02 was made by
14  Southworth; correct?
15     A.  10/27 was Trans-Spec.  Minuteman and
16  7/13.  12/7/01, the first one that Minuteman did.
17  And then on 9/9/02, that was Southworth-Milton.
18     Q.  Those two were repaired at no expense to
19  Trans-Spec; correct?
20     A.  Correct.  On 2/6/03 it was Minuteman
21  again.
22     Q.  Again, repaired at no expense to
23  Trans-Spec; correct?
24     A.  Yes.  10/27 Trans-Spec did it.  11/17, I
```

PAGE 158

```
 1  think we already went over that.
 2     Q.  So those two Trans-Spec paid for; right?
 3     A.  Yes.  And on 3/22/05, that was
 4  Southworth-Milton and that's the last time.
 5     Q.  Now, this is a truck where right from the
 6  year 2000, for about a year, Trans-Spec had repeated
 7  transmission problems; right?
 8     A.  Yes.
 9     Q.  And in fact in September 2001 you replaced
10  the transmission; right?
11     A.  Yes.
12     Q.  So you had a year of transmission
13  problems, and then shortly thereafter you had a
14  flywheel housing problem; right?
15     A.  Well, we had a year of vibration causing
16  problems, and we've looked into that, what comes
17  first, the chicken or the egg.  Was the housing vent
18  cracked, loose, causing the transmission to shake
19  apart, or was it the other way around?  I really
20  don't know.
21     Q.  Minuteman Truck was servicing it for a
22  year, and what Minuteman Truck focused on was the
23  transmission; correct?
24        MS. REIMER:  Objection.
```

PAGE 159

```
 1     A.  I don't know that.  Let's see, vibration
 2  through transmission shifter.  That doesn't
 3  necessarily mean it's the transmission.  Rear case
 4  shoot up at rear bearing.  That could have been a bad
 5  universal, bad yoke.
 6     Q.  Let me ask you this, has Trans-Spec ever
 7  attempted to make a determination why some of its
 8  engines, a few of its engines, have very many
 9  failures, five, six, seven failures, and then many of
10  the other engines only had, at most, one or two
11  failures?
12     A.  Well, the failures that -- the consistent
13  failures that Trans-Spec had is because Trans-Spec
14  was throwing them together, not able to purchase new
15  flywheels.  We were finding flywheels any way we can.
16  We were patching them.  We were having them repaired.
17  There wasn't adequate flywheels available.  When
18  Southworth-Milton and Minuteman repaired them, I do
19  believe that the -- after the second time or on the
20  second time, there's damage to the rear of the block,
21  and they were putting epoxy on it and patching them
22  up.  And the block should have been replaced, but
23  they neglected to do so.  And that's why there's
24  numerous ones.
```

PAGE 160

```
 1  Now, the recent ones, now that we've
 2  recognized the rear block failures that Southworth is
 3  now exclusively doing the final repairs, we seem to
 4  be getting a longer life between the repeats.  And so
 5  the bottom line is if Southworth had taken the bull
 6  by the horns in the first place, we wouldn't be here
 7  today.  They're the ones capable of doing this right.
 8     Q.  Some of the engines had one or two
 9  failures over the five years you had them?
10     A.  Uh-huh.
11     Q.  Others had five or six or more failures
12  over the five years you had them.  Have you ever
13  attempted to determine why some trucks had a small
14  number of failures and others had a large number of
15  failures?
16        MS. REIMER:  Objection.
17     A.  Well, besides the fact what I just
18  explained that you have different drivers, different
19  techniques, good drivers, not so good drivers, you've
20  got different jobs, and we can't pin it down to one
21  driver or one truck, because all the trucks have had
22  different drivers and done different things.
23     Q.  Well, who were the drivers who were
24  assigned to Truck 9700 over the course of its life
```

PAGE 161

```
 1  with Trans-Spec?
 2     A.  There were probably 20 or 40.  It's
 3  impossible to come up with a specific driver.
 4     Q.  So you're telling me that--
 5     A.  The one that wrecked it was Danzo.
 6     Q.  You're telling me that Trans-Spec did not
 7  routinely assign the same drivers to a particular
 8  truck?
 9     A.  Trans-Spec operates at 130 percent
10  productivity.  In other words, a truck has to work
11  1.3 shifts per day on a five-day week to survive.
12  So, therefore, you've got the slip seed.  And once
13  trucks started breaking, it compounded even more.  We
14  were slip seeded more.  Sleep seeded more.  When a
15  truck is broken, you can't tell a guy, well, you can
16  starve this week.  You have to put him in another
17  truck.
18     Q.  When Truck 9700 was operating, were there
19  drivers who were ordinarily assigned to drive that
20  truck, specific drivers?
21     A.  For short periods of time.
22     Q.  Trans-Spec made no effort in the year 2000
23  when these trucks were not having flywheel housing
24  problems to assign the same drivers day after day,
```

PAGE 162

```
 1  week after week, to a particular truck, did you?
 2     A.  You can try and start out doing that, but
 3  it doesn't work out.
 4        MS. REIMER:  Is this a good time to take a
 5  break?
 6        MR. GRUNERT:  Sure, we can take a break.
 7        THE VIDEOGRAPHER:  The time is
 8  approximately 4:17 p.m.  We are off the record.
 9        (Recess taken.)
10        THE VIDEOGRAPHER:  We are on the record.
11  The time is approximately 4:25 p.m.
12  BY MR. GRUNERT:
13     A.  When I said this No. 6, Exhibit No. 6 was
14  inaccurate, it is incomplete, not inaccurate.  What's
15  there seems to be accurate.
16     Q.  I want to ask just a couple of questions
17  before we return to going through these different
18  trucks.  Were all 22 of the Sterling trucks equipped
19  for use both as fuel delivery trucks and as end dump
20  trailer trucks?
21     A.  At different times they were.
22     Q.  Did they all have the same number of power
23  takeoffs off the transmission?
24     A.  At one time or another they did.
```