Clarissa Colmer
09/22/2005

```
1                UNITED STATES DISTRICT COURT.                    1

2                  DISTRICT OF MASSACHUSETTS

3

   TRANS-SPEC TRUCK SERVICE, INC.,)
4  TRUCK SERVICE,                 )
                                  )
5           Plaintiff,            )
                                  )
6       vs.                       )CIVIL ACTION
                                  )04-11836-RCL
7                                 )
   CATERPILLAR, INC.,             )
8                                 )
            Defendant.            )
9

10       THE DEPOSITION of CLARISSA COLMER, called

11  for examination by the plaintiff in the above

12  entitled cause Ipursuant to the provisions of

13  the United States District Court and taken

14  before me, Grace Cafaro, CSR-RPR-CP, License

15  #084-000702, a Notary Public in and for the

16  County of Peoria and State of Illinois, at the

17  Radisson Hotel, 117 North Western Avenue, in

18  the City of Peoria, County of Peoria and State

19  of Illinois, on the 22nd day of September, A.D.

20  2005, commencing at 2:00 p.m.

21

22

23
```

CERTIFIED ORIGINAL
LEGALINK BOSTON

14

1  group in the engine division only.
2  Q. Okay. And you replaced Mr. Warner?
3  A. Correct.
4  Q. When did Caterpillar decide to stop reimbursing
5     for flywheel house and flywheel house bolt
6     repairs on Trans-Spec trucks?
7  A. From my discussions with the people I named
8     earlier, I'm of the understanding that it was
9     mid 2003.
10 Q. What is Caterpillar Extended Service Coverage
11    Plus?
12 A. Extended Service Coverage Plus is a coverage
13    program that is a purchased program that covers
14    specific components for defects in Caterpillar
15    material and workmanship for a specific amount
16    of time as noted on the contract.
17 Q. What entity offered Trans-Spec the extended
18    service coverage?
19 A. Who offered them this extended service
20    coverage?
21 Q. Yes.
22 A. I'm not sure if it was the Caterpillar -- I
23    don't -- I don't know exactly who offered it to

52

```
 1   A.   No, I did not.
 2   Q.   You didn't do any research into that area to
 3        prepare for this 30(b)(6) deposition, did you?
 4           MR. GRUNERT:  No, because it was beyond
 5        the scope of the notice.
 6   BY MR. SAMITO:
 7   Q.   Do you know why Caterpillar decided to stop
 8        reimbursing for flywheel housing and flywheel
 9        housing bolts failures on Trans-Spec's C-12s?
10   A.   In my discussion with Rob Smith and Brad
11        Bowdoin, I understand that they made the
12        decision that these repairs should no longer be
13        covered.
14   Q.   Why?
15   A.   Because they felt it was not a failure in CAT
16        material or workmanship, it was not a defect of
17        the Caterpillar material or workmanship.
18   Q.   Who did they consult with when they came to
19        that decision?
20   A.   I understand that that information was
21        communicated back to the CAT dealer.
22   Q.   I'm asking who did they communicate with when
23        they made the decision?  Did they speak with
```

74

1

2        EXAMINATION BY MR. GRUNERT:

3    Q.  Ms. Colmer, Mr. Samito asked you the reason why

4        the people who made the decision that

5        Trans-Spec flywheel and flywheel housing

6        failures should no longer be paid under

7        warranty, what they took into account in making

8        that decision, and you testified I think to the

9        effect that they took into account not only

10       information they had gotten from the dealer

11       about application, but also the general

12       performance of C-12 engines or words to that

13       effect.

14           Can you explain what you mean by that part

15       of the answer?

16   A.  I understood that when they looked at the

17       failure history on Trans-Spec's units they

18       looked at the history of flywheels in general

19       on all C-12s and that there was not a

20       significant failure rate in relationship to the

21       failure rate that Trans-Spec was seeing that

22       was occurring on Trans-Spec units, that the

23       failure on Trans-Spec's units was significantly

                                                                           75

1      greater than the general population of C-12s.
2             MR. GRUNERT:  That's all I have.
3             MR. SAMITO:  I have a few more.  Possibly
4      one, we'll see.
5
6      FURTHER EXAMINATION BY MR SAMITO:
7  Q.  **Did Caterpillar routinely stop reimbursing**
8      **under warranty if it saw a repair that was out**
9      **of the ordinary?**
10            MR. GRUNERT:  Object to the form.
11 A.  Caterpillar's decisions to discontinue paying
12     claims are based upon the fact on whether or
13     not they deem it as a defect in material or
14     workmanship.
15 Q.  **Well, one more I guess.  How did the fact that**
16     **flywheel housings usually don't break or fail,**
17     **how did that play into this decision to stop**
18     **reimbursing for Trans-Spec?**
19 A.  One of the areas that was heavily considered
20     was the significant failure rate of the -- was
21     the significant failures of the flywheel
22     housings on these units, repetitive failures
23     that did not show up in the general population.

76

1  Q.  Did the people who make the decision consider
2      that other companies owning C-12 engines had
3      also had flywheel housing failures and flywheel
4      housing bolt failures on them?
5  A.  I believe that they looked at the claim history
6      on the C-12 population when making that
7      decision.
8  Q.  And is it determinative if a customer of
9      Caterpillar submits a claim for a relatively
10     rare failure, is that determinative on whether
11     or not Caterpillar's going to reimburse?
12 A.  The decision to reimburse is based upon whether
13     or not the failure is the result of a defect in
14     CAT material or workmanship.
15 Q.  So the fact of the rate of incidence of the
16     failure really doesn't matter, does it?
17          MR. GRUNERT:  Object to the form; contrary
18     to what she testified to.
19          MR. SAMITO:  I'm trying to ask how it
20     matters but I'm not getting an answer to that
21     question.
22          MR. GRUNERT:  Can you answer that
23     question?  I object to the form of it.

77

1   A.   I understand it was due to the repetitive
2        nature of the failures and the additional
3        information that they had acquired on these
4        units that allowed -- that led them to make
5        that decision.
6            MR. SAMITO:  I have nothing more.
7            MR. GRUNERT:  Thank you, that's all I
8        have.
9
10           FURTHER DEPONENT SAYETH NOT