

Trans-Spec DEPOSITION EXHIBIT NO. 6

| Record Provider | Fleet # | Serial No. | Location of Service | Repair Date | Claim No. | Date Claim Rcvd. | Summary of Problem(s) | Associated Claim |
|---|---|---|---|---|---|---|---|---|
| CAT | 6000 | 2KS27780 | Tri-State Truck Center | 3/27/2003 | Q471616 | 5/13/2003 | Intake wheel came apart into housing. housing damaged. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 7/28/2003 | | | Replace clutch. | |
| Black Binder | | | N/A | 12/16/2003 | | | Replaced flywheel housing. | |
| CAT | | | Minuteman Trucks, Inc | 4/1/2004 | Q705679 | 4/14/2004 | Oil leaks due to gasket failure. Leaking from between block & gear housing lower left corner drain coolant system. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 4/30/2004 | | | Take down drive shaft, tap out bolt holes, install spring kit, put shaft up. | |
| CAT | | | Southworth-Milton | 11/9/2004 | Q913666 | 12/23/2004 | Broken flywheel housing caused by stress rise on housing. Flywheel housing replaced. | |
| Minuteman Trucks | 6100 | 2KS27897 | Minuteman Trucks, Inc | 1/24/2002 | | | Transmission grinds in every gear - thrust washer broken up in transmission. Install new transmission, PTOs, & bolts (?). | |
| CAT | | | Southworth-Milton | 3/14/2003 | Q435978 | 3/25/2003 | During dropped valve repair, found #6 liner scored in 4 place. | Q435975 |
| CAT | | | Southworth-Milton | 3/17/2003 | Q435975 | 3/25/2003 | Engine skip caused by #2 valve dropped - damaged piston, injector, cooling jet, head & turbo. | Q435978 |
| Black Binder/Trans-Spec | | | Trans-Spec | 6/30/2003 | | | R&R clutch, install new PTO shaft, repair blower motor, remove bypass fuel cooler. | |
| Black Binder | | | N/A | 12/16/2003 | | | Flywheel Housing Replaced. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 1/28/2004 | | | Right steer spring broken. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 4/22/2004 | | | Take down drive shaft, tap out bolt holes, install spring kit, put shaft up. | |
| CAT | | | Tri-State Truck Center | 5/22/2004 | Q756259 | 6/21/2004 | Gear case to joint block gasket leaking. Broken gear case bolt behind CAM gear. Flywheel housing and valve. | |
| Black Binder | | | N/A | 8/16/2004 | | | | |
| CAT - SIMSi | | | Tri-State Truck Center | 9/11/2004 | Dealer Claim TS109016 | 1st: 10/25/2004; 2nd: 2/28/04 | Removed flywheel housing & found dowel pins walked out of the block & caused flywheel bolts to seize up. Re-install flywheel w/ new hardware. | |
| CAT | | | Tri-State Truck Center | 9/11/2004 | Q819575 | 9/14/2004 | #2 cylinder not firing. Only the injector push rod was still connected to 32 injector intake & exhaust missing. | Q821763 |
| CAT | | | Tri-State Truck Center | 9/11/2004 | Q821763 | 9/16/2004 | Having problems w/ dowel pins walking out of the flywheel housing. | Q819575 |
| CAT | | | Tri-State Truck Center | 10/13/2004 | Q855549 | | Having problems w/ dowel pins walking out of the flywheel housing. | |
| CAT | 6200 | 2KS27878 | Minuteman Trucks, Inc | 4/4/2000 | Q724887 | 7/6/2000 | Truck runs erratic & light (?) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAT | | | Minuteman Trucks, Inc | 4/27/2000 | Q703806 | Engine dies/ cuts out intermittenly. Found 2 logged inactive codes. Replaced sensor at crank. 6/5/2000 |
| CAT | | | Minuteman Trucks, Inc | 2/27/2003 | Q441650 | #5 intake & exhaust valves dropped. Valve punched hole in #5 piston. & #6 damaged & scuffing liner. 4/1/2003 |
| Black Binder/Trans-Spec | | | Trans-Spec | 4/30/2004 | | Take down drive shaft, tap out bolt holes, install spring kit, put shaft up. |
| Minuteman Trucks | 6300 | 2KS27936 | Minuteman Trucks, Inc | 9/22/2000 | | Transmission will not shift - clutch defective. |
| Minuteman Trucks | | | Minuteman Trucks, Inc | 7/13/2001 | | Vibration felt through transmission shifter at highway speeds - rear case chewed up at rear brgs as well as low gear & washers due to loose yoke nut. |
| Minuteman Trucks | | | Minuteman Trucks, Inc | 8/31/2001 | | Transmission failure - transmission has no oil. & 4 bolts missing from bottom PTO cover & 2 broken bolts. |
| Minuteman Trucks | | | Minuteman Trucks, Inc | 9/7/2001 | | Replace transmission that failed due to lack of lube - continuation of above (8/31/01). |
| CAT | | | Minuteman Trucks, Inc | 12/7/2001 | Q130439 | Found 9 bolts broken & 3 loose in flywheel. Replace broken bolts & reinstall new housing. 2/8/2002 |
| CAT | | | Southworth-Milton | 9/9/2002 | Q296409 | 10 of 12 flywheel hsg mount bolts sheared off - housing is damaged from chaffing against block. Replace hsg & all hardware. 9/19/2002 |
| CAT | | | Minuteman Trucks, Inc | 2/6/2003 | Q420855 | 10 of 12 flywheel housing bolts broken off in back of engine block. Install new flywheel housing to back of engine. Flywheel housing cracked due to shattered clutch assy. Associated claims: Q446735, Q473232, Q528561. 3/4/2003 |
| CAT | | | Minuteman Trucks, Inc | 2/6/2003 | Q446735 | Housing broken. 10 of 12 flywheel housing bolts broken off in back of engine block. 4/7/2003 | Q420855, Q473232, Q528561 |
| CAT | | | Minuteman Trucks, Inc | 2/6/2003 | Q473232 | Housing broken, causing bolts to break off. 10 of 12 flywheel housing bolts broken off in back of engine block. Bolts needed to be drilled out & replaced. 5/15/2003 | Q420855, Q446735 |
| CAT | | | Minuteman Trucks, Inc | 2/6/2003 | Q528561 | Housing broken, causing bolts to break off. 10 of 12 flywheel housing bolts broken off in back of engine block. Bolts needed to be drilled out & replaced. Hydraulic pump mounting plange worn where heads of bolts were loose & should be repaired. 8/11/2003 | Q420855 |
| Black Binder/Trans-Spec | | | Trans-Spec | 8/21/2003 | | Transmission sticking - order clutch. |

| Source | Unit | Vendor | Date | Ref # | Description |
|---|---|---|---|---|---|
| Black Binder/Trans-Spec | | Trans-Spec | 10/27/2003 | | Check clutch for improper operation. Also check flywheel housing for possible damage (starter is also not engaging correctly - could be housing bolts). Replace flywheel housing, gasket kit, dowel pins, & bolts. |
| Black Binder/Trans-Spec | | Trans-Spec | 11/17/2003 | | Flywheel Housing Replaced. |
| Black Binder/Trans-Spec | | Trans-Spec | 4/30/2004 | | Drop drive shaft, tap out bolt holes, install spring kit, & reinstall drive shaft. |
| Southworth-Milton | | Southworth-Milton | 3/22/2005 | | Repair engine under warranty. Flywheel housing loose b/c flywheel hsg. bolts are broken. Replace all bolts & mounts. |
| Black Binder/Trans-Spec | 6700 2KS27904 | Trans-Spec | 2/11/2003 | | R&R clutch. |
| Black Binder/Trans-Spec | | Trans-Spec | 6/30/2003 | | R&R turbo. |
| Black Binder/Trans-Spec | | Trans-Spec | 7/9/2003 | | R&R turbo - sent old cartridge in for warranty claim. |
| CAT | | Minuteman Trucks, Inc | 8/25/2003 | Q550638 | Exhaust valve broken & wedged itself in head, damaging injector & cylinder wall on 9/15/2003 #6. #6 injector broken when valve broke. |
| Minuteman Trucks | | Minuteman Trucks, Inc | 9/10/2003 | | Engine skip/knock - install new rear syncro assy (?) & auxiliary drive gear in main case. |
| Black Binder/Trans-Spec | | Trans-Spec | 9/19/2003 | | Replace water pump; repair 5th wheel. |
| Black Binder/Trans-Spec | | Trans-Spec | 4/30/2004 | | Drop drive shaft, tap out bolt holes, install spring kit, & reinstall drive shaft. |
| Black Binder/Southworth-Milton | | Southworth-Milton | 8/23/2004 | | Replaced flywheel housing and electric starting motor. |
| Black Binder | | N/A | 8/25/2004 | | Dropped valve. |
| CAT | | Southworth-Milton | 10/26/2004 | Q956306 | Jake housing & all valves broken on #3 cylinder. #3, 4, 5 pistons damaged. Center section of exhaust manifold cracked/separating. Turbo hot housing 2/9/2005 cracked. |
| CAT | | Southworth-Milton | 11/1/2004 | Q981768 | Damaged threads on oil return of turbo 3/7/2005 cartridge. |
| CAT | | Southworth-Milton | 2/1/2005 | Q956307 | Exhaust manifold splitting - was faulty. 2/9/2005 Replaced center section. |
| Black Binder/Trans-Spec | 6800 2KS27955 | Trans-Spec | 2/1/2003 | | R&R clutch. |
| Black Binder/Trans-Spec | | Trans-Spec | 5/9/2003 | | Truck skipping, grease 5th wheel, #4 injector & run rack. |
| Black Binder/Trans-Spec | | Trans-Spec | 5/6/2004 | | Remove driveshaft, tap bolt holes, install spring kit, & reinstall drive shaft. |
| Black Binder | | Tri-State Truck Center | 6/29/2004 | | Front and flywheel housing. |

| | | | | | Date | | Description | |
|---|---|---|---|---|---|---|---|---|
| CAT | | | | Tri-State Truck Center | 7/29/2004 | Q785574 | Left dowel pin sticking out of flywheel housing. Right dowel in flywheel housing & 8 broken bolts - housing damaged from bolts. Replaced both dowels, flywheel housing. Tapped dowel holes & installed plugs. | Q785569 |
| CAT | | | | Tri-State Truck Center | 7/29/2004 | Q785569 | Front structure leaking at joint block gasket. CAM thrust pin broken. Replace gasket. | Q785574 |
| CAT | | | | Tri-State Truck Center | 7/29/2004 | Q808267 | Holes elongated & dowel pins are walked out of block into housing. Removed 9 broken flywheel housing bolts. Installed plugs in dowel bores to stop pins from walking out of block. | Q785569, Q785574 |
| CAT | | | | Tri-State Truck Center | 8/27/2004 | Q806567 | #4 exhaust valve broke, causing #4 piston to break apart, causing the connection rod to smash the liner, which damaged the cylinder block. | |
| CAT | | | | Southworth-Milton | 11/18/2004 | Q017179 | Intake valve springs #1, 5, & 6 broken. Replaced inner & outer springs. | |
| Minuteman Trucks | 6900 | 2KS28378 | | Minuteman Trucks, Inc | 8/28/2000 | | Check for transmission falling out. Found bell crank housing loose. | |
| Minuteman Trucks | | | | Minuteman Trucks, Inc | 8/30/2000 | | Transmission cooler lines rubbing against exhaust system. | |
| CAT | | | | Tri-State Truck Center | 5/8/2002 | Q201393 | Turbo wheel/ shaft broken, causing loss of power. Replaced turbo. | |
| Black Binder/Trans-Spec | | | | Trans-Spec | 5/19/2003 | | Clutch or clutch brake not working; starting falling out. | |
| CAT | | | | Minuteman Trucks, Inc | 8/13/2003 | Q541301 | #4 exhaust valve broken. Replace #1 injector b/c exhaust valve hit tip of injector. | Q571392 |
| CAT | | | | Minuteman Trucks, Inc | 8/13/2003 | Q571392 | #4 exhaust valve broken. Replace #1 injector b/c exhaust valve hit tip of injector. | Q541301 |
| Black Binder/Trans-Spec | | | | Trans-Spec | 8/28/2003 | | Check all clamps, and water & oil levels. | |
| Black Binder/Trans-Spec | | | | Trans-Spec | 1/6/2004 | | Check front end out. | |
| Black Binder/Trans-Spec | | | | Trans-Spec | 4/26/2004 | | Take down drive shaft, tap out bolt holes, install spring kit, put shaft up. | |
| CAT | | | | Tri-State Truck Center | 7/29/2004 | Q785557 | Front structure leaking at joint block gasket, at/front gear case cover. Installed new gasket. | Q785564 |
| CAT | | | | Tri-State Truck Center | 7/29/2004 | Q785564 | Camshaft retaining bolts broken. Removed camshaft & found all bearings damaged in camshaft. | Q785557 |
| CAT | | | | Tri-State Truck Center | 7/29/2004 | Q808432 | Camshaft retaining bolts broken. Removed camshaft & found all bearings damaged in camshaft. | Q785557 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAT | | | Southworth-Milton | 8/17/2004 | Q931105 | Broken flywheel housing. 8 bolts were sheared & dowels had backed out into the bellhousing & were flush w/ surface of bellhousing. Installed new dowels & pipe plugs in bellhousing to prevent them from 1/13/2005 working out of block. | Q931098 |
| Black Binder/Trans-Spec | 7100 | 2KS27844 | Trans-Spec | 7/29/2003 | | Rebuilt jake brake & adjusted all valves. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 10/8/2003 | | Flywheel Housing Replaced. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 12/23/2003 | | 9th gear slips loaded going uphill. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 4/21/2004 | | Take down drive shaft, tap out bolt holes, install spring kit, put shaft up. | |
| CAT | | | Tri-State Truck Center | 5/27/2004 | Q752306 | Front structure leaking at joint 6/15/2004 blockgasket. CAM thrust pin broken. | |
| CAT | | | Tri-State Truck Center | 6/30/2004 | Q768541 | Holes are elongated and dowel pins are walked out of block into flywheel housing. 7/7/2004 Removed 9 broken flywheel housing bolts. | Q788525 |
| CAT | | | Tri-State Truck Center | 6/30/2004 | Q788525 | Holes are elongated and dowel pins are walked out of block into flywheel housing. 8/4/2004 Removed 9 broken flywheel housing bolts. | Q768541 |
| CAT | | | Tri-State Truck Center | 6/30/2004 | Q821758 | Holes are elongated and dowel pins are walked out of block into flywheel housing. 9/16/2004 Removed 9 broken flywheel housing bolts. | Q768541 |
| Minuteman Trucks | 7400 | 2KS27905 | Minuteman Trucks, Inc | 1/31/2001 | | No power flow to ECM circuits - repair harness. | |
| CAT | | | Minuteman Trucks, Inc | 9/15/2003 | Q577445 | Radiator empty, coolant in oil - caused by valve failure. #3 cylinder badly damaged, causing damage to piston/cylinder block 10/23/2003 (was cracked). | |
| Minuteman Trucks | | | Minuteman Trucks, Inc | 10/21/2003 | | Replace clutch assembly & machine flywheel. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 5/6/2004 | | Take down drive shaft, tap out bolt holes, install spring kit, put shaft up. | |
| CAT | | | Tri-State Truck Center | 9/30/2004 | Q834570 | Front structure leaking at joint 9/30/2004 blockgasket. CAM thrust pin broken. | Q834541 |
| CAT | | | Tri-State Truck Center | 9/30/2004 | Q834561 | Dowel pins walked out of block in flywheel house & caused flywheel to come loose & 9/30/2004 break flywheel bolts. | Q834570 |
| CAT | | | Tri-State Truck Center | 9/30/2004 | Q839701 | Gaskets are blown out on end sections at 10/6/2004 #6 & #1 cylinders in exhaust manifold. | |
| CAT | | | Tri-State Truck Center | 9/30/2004 | Q834541 | Exhaust manifold cracked, causing truck 9/30/2004 to leak exhaust. | Q834541 |
| CAT | | | Tri-State Truck Center | 11/27/2004 | Q910331 | Flywheel housing loose b/c flywheel 12/21/2004 housing & bolts are broken. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAT | 7500 | 2KS27999 | Minuteman Trucks, Inc | 2/22/2000 | Q646089 | Engine skipped - found #5 injector was no good. Injector replaced. |
| CAT | | | Minuteman Trucks, Inc | 2/22/2000 | E573768 | Missing cyl. Refer to cal MFTS0008. |
| Black Binder/Trans-Spec | | | Trans-Spec | 12/10/2003 | | Flywheel Housing loose; tranny popping out of gear; clutch broken. |
| Black Binder/Trans-Spec | | | Trans-Spec | 4/20/2004 | | Drop drive shaft, tap tranny bolt holes, install spring kits, & reinstall drive shaft. |
| CAT | | | Southworth-Milton | 1/12/2005 | Q012462 | Failed flywheel housing b/c the housing was cracked. Replace flywheel housing & bolts. |
| Black Binder/Southworth-Milton | 7600 | | | 4/7/2005 | | |
| CAT | | 2KS27877 | Southworth-Milton | 6/15/1998 | | Broken bolt in flywheel. Possible crack in block housing. |
| CAT | | | Tri-State Truck Center | 5/8/2002 | Q201392 | Turbo wheel/ shaft broken. |
| CAT | | | Southworth-Milton | 5/20/2003 | Q485909 | Found a broken valve spring on #6 cylinder (intake) during front cover gasket repair. |
| CAT | | | Southworth-Milton | 5/27/2003 | Q485903 | Front cover gasket to cyl block leaking. Found one broken bolt behind Cam gear - housing is damaged. |
| Black Binder/Trans-Spec | | | Trans-Spec | 7/14/2003 | | Check bellhouse for cracks; check dome cover - send to Minuteman. |
| CAT | | | Tri-State Truck Center | 7/17/2003 | Q520633 | Checked flywheel housing - found a crack. Replaced bell housing. |
| Black Binder/Trans-Spec | | | Trans-Spec | 5/5/2004 | | Drop shaft, tap bolt holes, install spring kit, & reinstall shaft. |
| CAT | | | Tri-State Truck Center | 8/4/2004 | Q788612 | Front structure leaking at joint block gasket. CAM thrust pin broken. |
| CAT | | | Tri-State Truck Center | 8/4/2004 | Q788618 | Holes are elongated and dowel pins are walked out of block into flywheel housing. Removed 9 broken flywheel housing bolts. Q788612 |
| CAT | | | Tri-State Truck Center | 8/4/2004 | Q821762 | Holes are elongated and dowel pins are walked out of block into flywheel housing. Removed 9 broken flywheel housing bolts. Q788618 |
| CAT | | | Southworth-Milton | 8/23/2004 | Q868534 | Flywheel housing failed (falling starter), caused by the dowel holding flywheel housing fell out & housing dislocated. |
| CAT | | | Southworth-Milton | 11/9/2004 | Q913373 | Replace starter. |
| Black Binder/Trans-Spec | 7700 | 2KS28368 | Trans-Spec | 12/23/2004 | | Antifreeze in bolt hole of head bolt. |
| Black Binder/Trans-Spec | | | Trans-Spec | 7/16/2001 | | Replace steer spring. |
| Black Binder/Trans-Spec | | | Trans-Spec | 1/27/2003 | | Needs clutch. |
| Black Binder/Trans-Spec | | | Trans-Spec | 10/9/2003 | | Check front end. |
| Black Binder/Trans-Spec | | | Trans-Spec | 5/3/2004 | | Remove driveshaft, tap bolt holes, install spring kit, & reinstall drive shaft. |

| Source | Unit | Vendor | Date | Work Order | Notes | Ref |
|---|---|---|---|---|---|---|
| CAT | | Tri-State Truck Center | 7/29/2004 | Q785584 | Flywheel housing bolts backing out causing flywheel to be loose. Replace bolts. | Q785580 |
| CAT | | Tri-State Truck Center | 7/29/2004 | Q785580 | Front structure leaking at joint block gasket, at front gear case cover. Installed new gasket. | Q785584 |
| CAT | | Tri-State Truck Center | 7/29/2004 | Q808275 | Holes are elongated & dowel pins are walked out of block into flywheel housing. Removed 9 broken flywheel housing bolts. Installed plugs in dowel bones to prevent pins from walking out of block. | |
| CAT | | Southworth-Milton | 10/21/2004 | Q944471 | 8/30/2004 Exhaust manifold leaking - manifold resealed. | Q785584 |
| CAT | | Southworth-Milton | 10/25/2004 | Q944437 | 1st: 1/27/2005; 2nd: 3/24/05 Flywheel housing cracked & damaged cylinder block cause by loose flywheel housing. Replace bare block & flywheel housing. | Q944437 |
| CAT | 7800 2KS27861 | Minuteman Trucks, Inc | 11/8/2000 | Q833629 | 1st: 1/27/2005; 2nd: 3/4/05 Dipstick tube broken. | Q944471 |
| Minuteman Trucks | | Minuteman Trucks, Inc | 8/31/2001 | | 12/7/2000 Transmission noisey - main shaft & counter shaft gears all broken & pieces missing. | |
| CAT | | Tri-State Truck Center | 3/20/2003 | Q471602 | 5/13/2003 Intake wheel came apart into housing., shaft broken. | |
| Black Binder/Trans-Spec | | Trans-Spec | 5/6/2003 | | #1, #2, & #6 injectors not firing. Replaced 3 bad injectors. | |
| Black Binder/Trans-Spec | | Trans-Spec | 6/6/2003 | | Needs clutch - TR & TRL brake adjustment. | |
| Black Binder/Trans-Spec | | Trans-Spec | 7/28/2003 | | Jake brake stays on; adjust all valves & injectors. | |
| CAT | | Minuteman Trucks, Inc | 2/12/2004 | Q670585 | 3/1/2004 Exhaust valve broken - damaged head. Found cylinder 4 dropped valves. | |
| Black Binder/Trans-Spec | | Trans-Spec | 4/20/2004 | | Drop drive shaft, tap out bolt holes, install spring kit, & reinstall drive shaft. | |
| CAT | | Tri-State Truck Center | 5/26/2004 | Q755769 | 6/18/2004 Gear case to joint block gasket leaking. | |
| Minuteman Trucks | 7900 2KS27956 | Minuteman Trucks, Inc | 7/21/2000 | | Noise from transmission area - frozen PTO shaft (?) that cause much gear damage. Install 18 new PTO studs to new transmission. | |
| Black Binder/Trans-Spec | | Trans-Spec | 3/14/2003 | | Replace transfer pump. | |
| CAT | | Southworth-Milton | 5/5/2003 | Q475056 | 5/19/2003 Broken exhaust valves on #3. Damaged head, turbo hot wheel, & cat pack @ #3 cylinder. | Q475076 |
| CAT | | Southworth-Milton | 5/7/2003 | Q475076 | 5/19/2003 Replaced & tapped head bolts as per PS50041. | Q475056 |
| Black Binder/Trans-Spec | | Trans-Spec | 4/21/2004 | | Drop drive shaft, tap out bolt holes, install spring kit, & reinstall drive shaft. | |
| CAT | | Tri-State Truck Center | 5/12/2004 | Q753976 | 6/17/2004 Gear case to joint block gasket leaking. Replace seals & gaskets. | |

| Source | Col2 | Col3 | Dealer | Date | Claim # | Description | Ref |
|---|---|---|---|---|---|---|---|
| CAT | | | Tri-State Truck Center | 7/29/2004 | Q785553 | Flywheel housing bolts backing out causing flywheel to be loose. Replace bolts. | Q808296, Q785550 |
| CAT | | | Tri-State Truck Center | 7/29/2004 | Q808296 | Holes are elongated & dowel pins are walked out of block into flywheel housing. Removed 9 broken flywheel housing bolts. Installed plugs in dowel bones to prevent pins from walking out of block. | Q785550 |
| CAT | | | Tri-State Truck Center | 7/29/2004 | Q785550 | #2 intake valve damaged, which damaged the turbo. Replaced #1 & #2 cylinder kits. | Q785553, Q808296 |
| CAT | | | Southworth-Milton | 8/24/2004 | Q900726 | Replaced cylinder head assembly. | |
| CAT - SIMSi | 8000 | 2KS27857 | N/A | 4/17/2003 | Dealer Claim CF77409 | Cracked flywheel housing - replaced. | Q900720 |
| CAT - SIMSi | | | N/A | 6/27/2003 | Dealer Claim 182179 | Turbocharger Gp | |
| CAT - SIMSi | | | N/A | 6/27/2003 | Dealer Claim OTH18606 | Unit Injector | |
| Black Binder/Trans-Spec | | | Trans-Spec | 9/29/2003 | | Unit Injector | |
| Black Binder/Trans-Spec | | | Trans-Spec | 10/16/2003 | | Flywheel housing broken - truck out of service. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 3/8/2004 | | Tranny ___ out of truck. Replaced clutch & flywheel housing. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 4/21/2004 | | Flywheel housing cracked & loose - replaced. | |
| CAT | | | Southworth-Milton | 6/11/2004 | Q809670 | Drop drive shaft, tap out bolt holes, install spring kit, & reinstall drive shaft. | |
| CAT - SIMSi | | | Southworth-Milton | 7/6/2004 | Deal Claim MT616211 | Flywheel housing cracked. Replaced Cylinder block under warranty. | 8/31/2004 |
| CAT | 8100 | 2KS28276 | Minuteman Trucks, Inc | 5/12/2000 | Q725053 | Flywheel housing. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 4/22/2004 | | Truck hesitates & cuts out intermittently - found crack sensor to be problem. | 7/6/2000 |
| CAT | | | Tri-State Truck Center | 5/26/2004 | Q755728 | Drop drive shaft, tap out bolt holes, install spring kit, & reinstall drive shaft. | |
| Tri-State Truck Center | | | Tri-State Truck Center | 6/28/2004 | | Gear case to block joint leaking oil. Installed new gaskets & seals. | 6/18/2004 |
| Tri-State Truck Center | | | | 6/28/2004 | | Cylinder #1 & 2 both have damage to pistons & liners. | |
| CAT | | | Southworth-Milton | 1/20/2005 | Q006706 | Flywheel housing bolts backing out & breaking, causing flywheel to be loose. Re-installed housing w/ new bolts. | |
| CAT | 8300 | 2KS27914 | Minuteman Trucks, Inc | 1/4/2000 | Q604042 | SOS shows coolant in oil from the cylinder head gasket leaking. | 4/1/2005 |
| | | | | | | #6 injector loose b/c hold down bolt snapped off in head. | 1/18/2000 |

| Source | | | Date | Ref # | Notes |
|---|---|---|---|---|---|
| Black Binder/Trans-Spec | | | | | |
| CAT | | | 10/31/2003 | | Heat not working, motor raps & smokes, bad torque arm rear, & install transponder. |
| Black Binder | | | | Trans-Spec | 11/3/2003 | Q600305 | Inspect valve train - #1 valve rocker off 11/21/2003 stems. |
| Black Binder/Trans-Spec | | | | Minuteman Trucks, Inc | 11/12/2003 | | Dropped Valve. |
| CAT | | | | N/A | 4/20/2004 | | Drop drive shaft, tap bolt holes, install spring kit, reinstall drive shaft. |
| Black Binder/Milton CAT | | | | Trans-Spec | 5/14/2004 | Q731097 | Oil leak at left lower corner of front cover. Replace front cover gasket. |
| Black Binder | | | | Minuteman Trucks, Inc | 9/8/2004 | | Flywheel housing cracked at right side. |
| Black Binder | | | | Southworth-Milton | 9/20/2004 | | Flywheel bolts broken (8) - replaced bolts. Flywheel not cracked. |
| CAT | | | | N/A | 10/12/04 - 10/20/04 | | Head gasket leaking. |
| CAT | | | | CAT | 10/19/2004 | Q915457 | Broken flywheel housing caused by stress rise on housing. Flywheel housing 12/28/2004 replaced. |
| CAT | | | | Southworth-Milton | 11/3/2004 | Q915502 | Oil leak at rear main housing caused by crack in lower right corner. Housing 12/28/2004 replaced. |
| | | | | Southworth-Milton | | | Q915467 |
| CAT | | | | Southworth-Milton | 11/3/2004 | Q915467 | Truck failed bottle test during advantage inspection due to head gasket leaking at cylinder #5. A crack opened between 12/28/2004 intake valves. |
| | | | | | | | Q915502 |
| CAT | | | | Southworth-Milton | 11/3/2004 | Q915470 | Web splitting on center section of axhaust manifold - section replaced. |
| | | | | | | | Q915467 |
| Southworth-Milton | | | | Southworth-Milton | 11/22/2004 | | Broken flywheel housing caused by stress rise on housing. Flywheel housing replaced. |
| Minuteman Trucks | 8400 | 2KS27953 | | Minuteman Trucks, Inc | 3/9/2000 | | Repair kinked transmission cooler line. |
| | | | | | | | Transmission grinds going from high to low. Noted burnt countershaft BRG & damaged main case. Strip & reman transmission. |
| Minuteman Trucks | | | | Minuteman Trucks, Inc | 3/13/2000 | | |
| Black Binder | | | | N/A | 11/7/2001 | | Replaced flywheel housing. |
| Black Binder/Trans-Spec | | | | Trans-Spec | 6/30/2003 | | Replace oil pan, refill w/ motor oil, R&R oil pan. |
| Black Binder/Trans-Spec | | | | Trans-Spec | 10/27/2003 | | Blown Turbo. |
| | | | | | 1st: 2/19/2004; 2nd: 3/18/04 (?) | | Hole in side of block caused b/c exhaust valve failed & piston skirt broke. #6 piston destroyed piston & sent rod through block & damaged turbo. |
| CAT | | | | Minuteman Trucks, Inc | 1/30/2004 | Q662352 | |
| Black Binder/Trans-Spec | | | | Trans-Spec | 4/26/2004 | | Drop drive shaft, tap out bolt holes, install spring kit, & reinstall drive shaft. |

| Source | Unit | VIN | Vendor | Date | Work Order | Dates (add'l) | Description | Ref |
|---|---|---|---|---|---|---|---|---|
| CAT | | | Tri-State Truck Center | 3/2/2005 | Q017874 | 1st: 4/14/2005; 2nd: 5/10/05 | #6 dropped a valve & debris caused damage to #5. | Q051553 |
| CAT | 8500 | 2KS27893 | Minuteman Trucks, Inc | 3/23/2000 | Q724907 | 7/6/2000 | Engine skipping - found #5 injector no good. | |
| CAT | | | Minuteman Trucks, Inc | 3/23/2000 | E744400 | 10/23/2000 | No fault found. | |
| CAT | | | Minuteman Trucks, Inc | 3/30/2000 | Q724942 | 7/6/2000 | Engine skipping - found #5 injector not firing (just replaced 6 mi. ago & replaced again). | |
| CAT | | | Minuteman Trucks, Inc | 5/12/2000 | Q703553 | 6/5/2000 | Truck towed from Worcester - found #5 injector top oring leaking. Replaced head. | |
| CAT | | | Minuteman Trucks, Inc | 11/7/2001 | Q082333 | 12/4/2001 | Truck towed from Milbury - engine won't turn over. All 12 bolts had broken off drill out (block?). | |
| Minuteman Trucks | | | Minuteman Trucks, Inc | 11/27/2001 | | | Replace weak battery costumer just bought from Minuteman Trucks, Inc. | |
| Black Binder/Trans-Spec | | | Trans-Spec | 4/16/2004 | | | Drop drive shaft, tap bolt holes, install spring kit, reinstall drive shaft. | |
| CAT | | | Tri-State Truck Center | 11/29/2004 | Q991933 | 3/17/2005 | Flywheel housing loose & block cracked, due to flywheel housing & bolts broken. | Q910352 |
| CAT | | | Tri-State Truck Center | 11/29/2004 | Q910352 | 1st: 12/21/2004, 2nd: 12/30/04, 3rd: 2/28/05 | Flywheel housing loose & block cracked, due to flywheel housing & bolts broken. | Q991933 |
| Black Binder/Trans-Spec | 8600 | 2KS27931 | Trans-Spec | 10/20/2003 | | | R&R training, install new clutch, install all new flywheel housing bolts, install new rear main seal, Install new motor mounts, repair air leak, repair leaking wheel seal. | |
| CAT | | | Southworth-Milton | 3/2/2004 | Q805774 | 8/26/2004 | #3 cylinder has a broken valve stem - all valve heads on cylinder are gone. Install cylinder pack at #3 & 1 new rod bearing. | |
| CAT | | | Tri-State Truck Center | 8/20/2004 | Q803935 | 8/25/2004 | Gear case to joint block leaking oil. Install new gaskets & seals. | Q803947 |
| CAT | | | Tri-State Truck Center | 8/20/2004 | Q803947 | 8/25/2004 | Flywheel housing bolts backing out causing flywheel to be loose. Replace bolts. | Q803935 |
| CAT | | | Southworth-Milton | 10/20/2004 | Q915402 | 12/28/2004 | All six cylinders have damaged intake valves. (Very long entry...) | |
| CAT | | | Southworth-Milton | 11/3/2004 | Q956552 | 2/9/2005 | Broken flywheel housing caused by stress rise on housing. Flywheel housing replaced. | |
| Minuteman Trucks | 9700 | 2KS27835 | Minuteman Trucks, Inc | 3/21/2000 | | | Speedometer jumps up & down & drops tp zero. Order new speedometer sensor. | |
| CAT | | | Minuteman Trucks, Inc | 11/19/2001 | Q082305 | 12/4/2001 | Flywheel housing were loose, causing movement to crack housing. | |

| Source | VIN/ID | Dealer | Date | Claim # | Notes |
|---|---|---|---|---|---|
| CAT | | Minuteman Trucks, Inc | 11/19/2001 | Q159055 | Engine running rough & leaking oil out of flywheel area - caused by cracked flywheel housing. Changed flywheel & starter. 3/18/2002 |
| CAT | | Minuteman Trucks, Inc | 3/18/2002 | Q169291 | Damage to flywheel housing - all but 2 flywheel housing mounting bolts are broken off in engine block. Installed new flywheel housing, 2 alignment pins, & 12 bolts. 3/28/2002 |
| CAT | | Minuteman Trucks, Inc | 3/18/2002 | Q203345 | Towing provided for unusual repeat part failure. (?) 5/13/2002 |
| CAT | | Minuteman Trucks, Inc | 3/19/2002 | Q194952 | Towing provided for unusual repeat part failure. (?) 5/1/2002 |
| Black Binder | | N/A | 5/18/2002 | | Flywheel housing. |
| Black Binder/Trans-Spec | | Trans-Spec | 5/6/2003 | | Fuel in oil pan. |
| Black Binder/Trans-Spec | | Trans-Spec | 5/29/2003 | | Replace clutch. |
| Black Binder | | N/A | 10/20/2003 | | Replaced flywheel housing. |
| Black Binder/Trans-Spec | | Trans-Spec | 4/29/2004 | | Flywheel housing. |
| Black Binder/Trans-Spec | | Trans-Spec | 5/4/2004 | | Remove driveshaft, tap bolt holes, install spring kit, & reinstall drive shaft. |
| CAT | | Southworth-Milton | 12/30/2004 | Q956322 | Flywheel housing cracked b/c it was loose flywheel housing replaced. |
| Black Binder/Trans-Spec 9800 | 2KS27791 | Trans-Spec | 5/5/2003 | | R&R tranny, CK volt meter gauge, check CAB level valve. 1st: 2/9/2005; 2nd: 3/4/05 |
| Black Binder/Trans-Spec | | Trans-Spec | 5/4/2004 | | Drop drive shaft, tap bolt holes, install spring kit, reinstall drive shaft. |
| CAT - SIMSi | | Tri-State Truck Center | 8/20/2004 | Dealer Claim TS108268 | Timing Gear Hsg |
| CAT - SIMSi | | Tri-State Truck Center | 8/20/2004 | Dealer Claim TS108269 | Flywheel housing bolts backing out causing flywheel to be loose. Replace bolts. |
| CAT - SIMSi | | N/A | 11/3/2004 | Dealer Claim MT62609 | Housing Gp-Fly |
| Southworth-Milton | 2KS13643 | Southworth-Milton | 11/22/2004 | | Broken flywheel housing caused by stress rise on housing. Flywheel housing replaced. |
| Southworth-Milton | 2FWYEWEB XYAF57177 | Southworth-Milton | 10/4/2004 | | Engine skipping b/c of camshaft lobe & roller failure. Replace camshaft & related components. |
| Minuteman Trucks | | Minuteman Trucks, Inc | 3/24/2000 | | Repair kinked transmission cooler line. |
| Minuteman Trucks | | Minuteman Trucks, Inc | 3/29/2000 | | Oil leaking from between clutch housing & main case - clutch cover loose on transmission. |