# DONOVAN | HATEM LLP
*counselors at law*

**Christian G. Samito**
617 406 4592 direct
CSamito@donovanhatem.com

December 7, 2005

**BY HAND**

John A.K. Grunert, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, Third Floor
Boston, MA 02129

Re:   **Trans-Spec Truck Service, Inc. d/b/a/ Truck Service v. Caterpillar Inc.**
      **Civil Action No. 04-11836-RCL**

Dear Attorney Grunert:

Enclosed please find, in regard to the above referenced matter, expert reports of Thomas H. Service, Ph.D., and Jack A. Ekchian, Ph.D., as well as cd-roms of additional photographs taken during Dr. Ekchian's examination of Trans-Spec's flywheel houses preserved by Caterpillar Inc. in Peoria, Illinois and relied upon by both experts. We are not submitting an expert report for Sam Pappas, C.P.A.

Also enclosed, please find documents Trans-Spec submits in supplementation to its prior document productions.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Christian G. Samito

cc:   Nancy M. Reimer, Esq.
      Kevin Kenneally, Esq.
00963999