UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE,<br><br>          Plaintiff<br><br>vs.<br><br>CATERPILLAR INC.<br><br>          Defendant | CIVIL ACTION NO. 04-11836-RCL |

## UNOPPOSED MOTION TO ENLARGE THE TIME FOR OPPOSING CATERPILLAR INC.'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Trans-Spec Truck Service, Inc. d/b/a Truck Service ("Trans-Spec"), hereby moves pursuant to Local Rule 7.1(B)(2) for an order enlarging to April 18, 2006 the time in which it has to file an Opposition to *Caterpillar Inc.'s Motion for Summary Judgment on All Remaining Claims*. Caterpillar Inc. does not oppose this Motion, see Exhibit A.

                                                    Plaintiff,
                                                    TRANS-SPEC TRUCK SERVICE INC.,
                                                    D/B/A TRUCK SERVICE
                                                    By their attorneys

                                                    /s/ Christian G. Samito
                                                    Nancy M. Reimer, Esq., BBO#555373
                                                    Christian G. Samito, Esq., BBO#639825
                                                    Donovan Hatem, LLP
                                                    Two Seaport Lane
                                                    Boston, MA 02210
                                                    (617) 406-4500

Date: March 29, 2006

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Christian G. Samito, hereby certify that I have conferred with defendant's Counsel in good faith to resolve or narrow the issues presented in this Motion. Defendant's counsel does not oppose this Motion, see Exhibit A.

                                                    /s/ Christian G. Samito
                                                    Christian G. Samito

## REQUEST FOR ORAL ARGUMENT

If the Court deems it necessary, Trans-Spec requests oral argument on this Motion.

## CERTIFICATE OF SERVICE

I, Christian G. Samito, hereby certify that I have this day, March 29, 2006, served a copy of the foregoing pleading electronically and by sending a copy by first class mail, postage prepaid, to:

John A. K. Grunert, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA  02129

_____
Christian G. Samito

00990141

## Christian Samito

**From:** Grunert, John A.K. [jgrunert@Campbell-trial-lawyers.com]
**Sent:** Wednesday, March 29, 2006 9:33 AM
**To:** Christian Samito
**Subject:** RE: Trans-Spec v. Caterpillar

You should think of these kinds of things when your opponent asks for a reasonable accommodation.

You may state that Caterpillar does not oppose your motion.

---

**From:** Christian Samito [mailto:csamito@donovanhatem.com]
**Sent:** Wednesday, March 29, 2006 9:28 AM
**To:** Grunert, John A.K.
**Subject:** RE: Trans-Spec v. Caterpillar

Nancy and I have had other pressing demands in addition to those imposed by this case. She has had to travel to NYC quite a bit in the last two weeks in addition to other depositions and court appearances. I had a time-intensive emergency in one case, depositions, and have had to attend several day long, court-ordered meetings with an opposing counsel in another matter (for instance, I have a court-ordered meeting today that will run from 10-6 straight). As far as the date chosen, normally I would simply ask for a straight two week extension but Nancy and I have Passover and Easter obligations respectively; hence, April 18.

Please let me know if you assent to the motion I attached so that I can e-file it today.

Chris

---

**From:** Grunert, John A.K. [mailto:jgrunert@Campbell-trial-lawyers.com]
**Sent:** Wednesday, March 29, 2006 9:12 AM
**To:** Christian Samito
**Subject:** RE: Trans-Spec v. Caterpillar

Notwithstanding your conduct with respect to Rich Bowes's errata sheet, I am inclined to agree to this request but before doing so would like to know what it is that has prevented you from preparing a response to so simple and foreseeable a motion within the time allowed by the rule?

---

**From:** Christian Samito [mailto:csamito@donovanhatem.com]
**Sent:** Tuesday, March 28, 2006 1:47 PM
**To:** Grunert, John A.K.
**Subject:** Trans-Spec v. Caterpillar

John:

Would you assent to the attached motion? It requests an extension of time in which Trans-Spec may file its opposition to the pending motion for summary judgment. I would normally request two weeks but that would put the due date in the middle of Passover and Good Friday - thus, the date of April 18, which is right after Easter and Easter Monday.

Chris Samito


EXHIBIT A