1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C.A. No. 04-11836RCL

TRANS-SPEC TRUCK SERVICE, INC. )
D/B/A TRUCK SERVICE,           )
                               )
            Plaintiff          )
                               )
vs.                            )
                               )
CATERPILLAR, INC.,             )
                               )
            Defendant          )

AUDIOVISUAL DEPOSITION OF JOSEPH M. HOWARD, JR., a witness called on behalf of the Defendant, pursuant to Massachusetts Rules of Civil Procedure, before Susan E. Wilson, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, Massachusetts, on Tuesday, May 3, 2005, commencing at 9:43 a.m.

C.J. REPORTING
A5 Colonial Drive, No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com

2

APPEARANCES:

NANCY M. REIMER, ESQUIRE
CHRISTIAN G. SAMITO, ESQUIRE
 Donovan Hatem, LLP
 Two Seaport Lane
 Boston, MA 02210
 617-406-4500
 On Behalf of the Plaintiff.

JOHN GRUNERT, ESQUIRE
 Campbell, Campbell, Edwards & Conroy
 One Constitution Plaza
 Boston, MA 02129
 617-241-3000
 On Behalf of the Defendant.

Also Present:

William Barton, Videographer

EXHIBIT C

3

INDEX

DEPONENT Joseph M. Howard, Jr.

                                    PAGE

DIRECT EXAMINATION BY
MR. GRUNERT                           9

CROSS-EXAMINATION BY
MS. REIMER                          283

4

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Sterling Specification Proposal 3/23/99 | 103 |
| 2 | Sterling Summary Quotation | 124 |
| 3 | On-Highway Vehicle Engine Extended Service Coverage | 140 |
| 4 | Letter Dated March 24, 2005 | 140 |
| 5 | Caterpillar Limited Warranty | 144 |
| 6 | Caterpillar Limited Warranty | 144 |
| 7 | Flywheel Housing Replaced | 148 |
| 8 | Sterling Truck Number Assignment | 163 |
| 9 | Documents Pertaining to Truck 6000 | 188 |
| 10 | Documents Pertaining to Truck 6100 | 188 |
| 11 | Documents Pertaining to Truck 6200 | 188 |
| 12 | Documents Pertaining to Truck 6300 | 188 |

**65**

1  I'm a very faithful person, and I really
2  had to take all of this under
3  consideration.
4  Q. What research did you do the next day in
5  order to learn that Hartford was not
6  within Southworth Milton's district?
7  A. I believe I called Harry Calderbank.
8  Q. What did you say to him and what did he
9  say to you?
10 A. I was -- at that point, I think I had
11 called Harry on concessions of the
12 multiple purchase of Caterpillar engines
13 versus the M11 Cummins. And Harry
14 informed me that -- and I'm not even
15 sure if this was before or after the
16 conversation with Kevin Holmes, but he
17 informed me that Hartford wasn't in his
18 district, that I would have to deal with
19 New Haven.
20 Q. Did he tell you the company that you
21 would have to deal with if you bought
22 these trucks in Connecticut?
23 A. Well, I know the Caterpillar dealer in
24 New Haven. I can't even think of the

**66**

1  name.
2  Q. H.O. Penn?
3  A. Yes. That is what it was.
4  Q. Did Mr. Calderbank tell you that if you
5  purchased these trucks from the
6  Connecticut dealership that you would
7  have to deal with H.O. Penn in terms of
8  servicing for the engines?
9  A. Yes. Or warranty for the engines or
10 concessions for the engines. Anything
11 about the engine, he couldn't help me.
12 He could fix them. He could fix
13 anybody's Caterpillar, but he couldn't
14 offer any assistance on the financial
15 arrangement.
16 Q. You mentioned having talked with Mr.
17 Calderbank about concessions on
18 purchasing multiple engines relative to
19 the Cummins engine. Tell me about that
20 conversation. What did you say and what
21 did he say?
22 A. I really don't recall the exact
23 conversation, but it was about
24 performance, about weight, about the

**67**

1  warranty, the cost of warranty, the
2  discounting and, of course, who would
3  stand behind their warranty the best.
4  Q. In the conversation with Mr. Calderbank
5  comparing the Cummins M11 and the C-12,
6  what did he tell you about relative
7  performance?
8  A. He showed me comparison charts between
9  the two engines, economy charts. The --
10 Q. I'm sorry. I interrupted you. Finish
11 your answer.
12 A. I was primarily done. I wanted it to be
13 Caterpillar.
14 Q. Did you keep those charts that he showed
15 you?
16 A. No. No. Not that long.
17 Q. What do you remember them showing that
18 was of interest to you?
19 A. Torque curve, actual power, gross
20 horsepower, grade ability versus
21 economy. One of the big things that he
22 was selling was the cleanliness of the
23 Caterpillar versus the Cummins. I
24 believe he said the Cummins is the --

**68**

1  M11 is the dirtiest engine on the
2  market.
3  Q. Does that mean it has high emissions?
4  A. I think, internally, soot. Soot in the
5  oil, if you do an oil analysis.
6  Q. Anything else that you remember him
7  telling you about relative performance
8  of the Cummins engine and the C-12?
9  A. He knew I wanted to be talked out of it.
10 So it really wasn't a heated
11 conversation of any kind. I wanted to
12 be talked out of it. I wanted him to
13 match what they were trying to sell me.
14 Q. Have you given me your best memory of
15 the information that Mr. Cummins gave
16 you in the conversation that you had
17 with him comparing the M11 Cummins
18 engine to the C-12?
19      MS. REIMER: Objection
20 as to form.
21 A. I didn't quite understand it.
22      MS. REIMER: You got the
23 wrong name in there.
24 Q. Have you given me your best and most

### Page 69

1 complete memory of your conversation you
2 had with Mr. Calderbank comparing the
3 Cummins engine and the C-12 engine?
4 A. Yes.
5 Q. He also talked to you about relative
6 weights of the two engines?
7 A. Yes.
8 Q. C-12 was lighter?
9 A. No.
10 Q. C-12 was heavier?
11 A. He said they were the same. There was
12 about 60 pounds difference.
13 Q. What did he tell you about relative
14 warranties?
15 A. They were the same.
16 Q. Did he describe the warranties other
17 than just telling you that they were the
18 same?
19 A. I believe he called it a serious
20 nucleus, and he gave us literature
21 showing everything that it covered.
22 Q. Was so-called serious nucleus coverage
23 something that you had on other
24 Caterpillar engines that you already

### Page 70

1 owned?
2 A. Everything, yes.
3 Q. Technically speaking, it was an extended
4 service contract that you purchased,
5 correct?
6 A. Yes.
7 Q. When I say that you purchased, either
8 you purchased it by paying money or you
9 got it as part of the overall
10 transaction whereby you purchased the
11 truck with the Caterpillar engine in it?
12 A. Yes. Had a figure -- had a cost figure
13 on it. If you didn't want it and wanted
14 the money, I don't think they would give
15 it to you. No. It did have a cost
16 figure. It had a value.
17 Q. Let me just show you a document. What I
18 have got is a package of documents
19 contained with a letter from your
20 attorneys. I'm just going to hand it to
21 you in that form. But I will ask you to
22 look at the third page of the document,
23 third page, including the first page,
24 which is your attorney's letter, and ask

### Page 71

1 you if that is the serious nucleus
2 coverage that you understood Mr.
3 Calderbank to be talking about. It's a
4 two-sided document.
5 A. All I really remember is I did see a
6 list of numbers on a page, and this
7 would have been explained to me, and
8 then Andy would have -- he is my
9 technical guy -- he would have taken it
10 from there.
11 Q. Andy Lind?
12 A. Yes.
13 Q. The document that I have shown you that
14 says on the front of it On Highway
15 Vehicle Engine Extended Service
16 Coverage, is that a form of document
17 that Mr. Calderbank showed you in
18 connection with these conversations he
19 was having with you concerning --
20 A. He never showed me a document.
21 Q. You had seen a document of this type
22 before in connection with your other
23 Caterpillar engines, correct?
24 A. I don't remember ever seeing it. I

### Page 72

1 possibly could have, but I don't recall
2 it.
3 Q. In the conversation that you had with
4 Mr. Calderbank concerning the warranty,
5 relative warranties as to the Cummins
6 engine or the C-12 engine, although he
7 didn't show you the document, did he
8 tell you what the coverage would be?
9 A. Yes, he did.
10 Q. What did he say?
11 A. He said it would be a 500,000 mile
12 extended warranty.
13 Q. Did he tell you anything else?
14 A. He told me what it would cover and what
15 it wouldn't cover.
16 Q. What did he tell you on that subject?
17 A. All the heavy parts after a certain
18 time. I don't believe it would cover --
19 on the extended it wouldn't cover a
20 turbocharger or injector or an ECM or
21 something like that, but as far as the
22 internal combustion parts, pistons,
23 valves, crankshaft, timing gears,
24 totally everything.

## Page 109

1     specifications for these trucks?
2 A. I had run across them not too long ago.
3     I don't believe that we have -- we still
4     have them.
5 Q. When did you last see them?
6 A. It could have been a couple of years
7     ago. I really don't recall.
8 Q. Where were they when you saw them?
9 A. I don't know if they were in my
10    briefcase. I continually throw things
11    away. Old things get thrown away.
12    Whether it's my briefcase or my desk or
13    what have you, things I don't have to
14    keep, I don't keep.
15 Q. During the process whereby Mr. Medbery
16    sent you these line sheets and corrected
17    line sheets and you then spoke with him
18    about changes to them, during the period
19    that that process was going on, did you
20    have any communications with Mr.
21    Calderbank or anyone else employed by
22    Southworth-Milton or Caterpillar
23    concerning the engines that were to be
24    in these trucks?

## Page 110

1 A. Yes.
2 Q. Who did you have those conversations or
3    communications with?
4 A. Primarily Harry Calderbank.
5 Q. Anybody other than Harry Calderbank?
6 A. I'm sure I had spoken to Al Cardoza, but
7    I don't really recall a specific
8    conversation.
9 Q. During the period where you are going
10    back and forth with Mr. Medbery about
11    these line sheets, what were the
12    communications you had with Mr.
13    Calderbank concerning the engines that
14    you wanted to be in these trucks that
15    you were discussing?
16 A. We discussed other Caterpillar engines
17    also and the weight factor between at
18    that time a 3406E. It was 600 pounds
19    and it was just too heavy, so we
20    reverted back to the C-12, and it had
21    been working out, so we decided on that,
22    and then he told me about the
23    discounting.
24 Q. Why were you considering a 3406E for

## Page 111

1     these trucks?
2 A. Retail.
3 Q. What do you mean by that?
4 A. A truck with, they call it, a big bore
5     engine has a higher resale than a
6     smaller engine.
7 Q. Other than resale value, was there
8     anything about the performance
9     characteristics or the quality or the
10    accessories or the equipment on a 3406E
11    that caused you to be interested in that
12    as a possible alternative to a C-12 for
13    these trucks?
14 A. No.
15 Q. Was it you who raised the subject with
16    Mr. Calderbank about possibly having the
17    trucks equipped with a 3406E, or did Mr.
18    Calderbank raise that possibility?
19 A. I did.
20 Q. Had Mr. Medbery, or anyone from
21    Minuteman, suggested the possibility of
22    a 3406E?
23 A. No.
24 Q. So you raised, during this period of

## Page 112

1     time, with Mr. Calderbank about a 3406E,
2     and you and he discussed the weight
3     penalty that that would entail?
4 A. Yes.
5 Q. The weight penalty was more than you
6     wanted to pay basically, correct?
7 A. Yes.
8 Q. You also said that during this period of
9     time you discussed discounting with Mr.
10    Calderbank. What discussion was had on
11    the subject of discounting?
12 A. Basically, how bad do you want my
13    business?
14 Q. What did you say to him and what did he
15    say to you?
16 A. I believe he had given us or offered us
17    an extra $500 discount off of each
18    engine over and above what the dealer
19    could get from Sterling itself on an OEM
20    basis and free of charge extended
21    500,000 mile warranty.
22 Q. So is that what you and he discussed in
23    terms of discounting?
24 A. What we had to do was match the M11

Page 229

1  them that lists out all of the trucks
2  that they are going to be -- all the
3  trucks that might be dispatched for work
4  on a particular day?
5  A. Yes.
6  Q. And do those forms that the dispatchers
7  use identify Trans-Spec trucks that are
8  out of service on that day?
9  A. What a coincidence. Yes.
10 Q. So if I wanted to know specific days
11 when particular trucks were out of
12 service, I could learn that by looking
13 at those dispatcher forms, if they are
14 still in existence, correct?
15 A. Yes.
16 Q. And has Trans-Spec kept those dispatcher
17 forms for the last several years?
18 A. Yes.
19 Q. Where are they located?
20 A. 22 Eskow Road.
21 Q. Are they located in the storage trailer
22 there, or are they located somewhere
23 else?
24 A. No. They are on the dispatch system.

Page 230

1  Q. So they are actually electronically
2  stored?
3  A. Yes.
4  Q. How far back do those records exist?
5  A. 1996.
6  Q. So for each day between the day in early
7  2000 when these trucks went into service
8  up until today, there would be a
9  dispatcher form that would tell us which
10 of the trucks was in service or out of
11 service on that day, correct?
12 A. Yes. That's correct.
13 Q. What would be involved in printing out
14 those forms?
15 A. Not much.
16 Q. It would be an easy thing to do?
17 A. Yes.
18 Q. As you sit here today, you probably
19 can't tell me the specific days when
20 each of these 22 Sterling trucks were
21 out of service, can you?
22 A. No. I can't.
23 Q. Would the best way of getting that
24 information be by looking at those

Page 231

1  dispatcher forms?
2  A. Or just have them print it out.
3  Q. Well, whether you are looking at them on
4  the screen or getting them printed out,
5  that would be the easiest and most
6  effective way to know exactly when those
7  trucks were out of service, correct?
8  A. Absolutely.
9  Q. Those forms wouldn't tell you why they
10 were out of service, but they would tell
11 you whether they were out of service or
12 not, right?
13 A. Yes.
14 Q. I understand that in June of 2004, you
15 attended a meeting at Southworth
16 Milton's place of business in Milford,
17 Massachusetts that was attended by
18 yourself and maybe some other people
19 from Trans-Spec and some people from
20 Caterpillar and some people from
21 Southworth. Do you remember that
22 meeting?
23 A. Yes, I do.
24 Q. Was that the first meeting that you had

Page 232

1  related to these trucks and engines with
2  people who were actually Caterpillar
3  employees as distinct from
4  Southworth-Milton employees?
5         MS. REIMER: Objection.
6  A. Yes.
7  Q. Before that meeting, had you had any
8  conversation with people who were
9  actually Caterpillar employees as
10 distinct from Southworth-Milton
11 employees about these trucks or engines?
12 A. I really never knew the difference.
13 Q. Before that meeting, you had had
14 conversations about these trucks and
15 engines with Mr. Calderbank and Mr.
16 Cardoza, right?
17 A. Amongst others, yes.
18 Q. Who are the others?
19 A. There was a fellow in a wheelchair.
20 Q. What was that fellow's name?
21 A. I really don't recall.
22 Q. Where did you have a conversation with
23 him?
24 A. I seen him a few different -- once in

Case 1:04-cv-11836-RCL   Document 109-4   Filed 04/18/2006   Page 6 of 9
CJ Reporting   (978) 409-9090
59 of 95 sheets                        Page 233 to 236 of 308

**Page 233**

1  Milton. Once on my property. There was
2  a fellow named Gary Blood.
3  Q. You mentioned him earlier?
4  A. Right.
5  Q. Anybody else?
6  A. There was -- there were plenty of
7     others, but one time here and one time
8     there and...
9  Q. Can you name any of them?
10 A. I really -- I'm not the greatest on
11    names.
12 Q. Now, returning to this meeting in June
13    2005, you attended it and who else from
14    Trans-Spec attended it?
15 A. Robert Barton.
16 Q. Anybody else?
17 A. From Trans-Spec, no.
18 Q. Who else was present at that meeting?
19 A. Troy. I really can't recall his last
20    name. He was from Caterpillar.
21 Q. Guidotti, or something like that?
22 A. Something like that.
23 Q. I am not sure I am pronouncing it right.
24    But his first name was Troy and he was

**Page 234**

1     from Caterpillar?
2  A. Yes.
3  Q. Did he give you a card?
4  A. He did.
5  Q. It said Caterpillar on it?
6  A. Oh, yeah.
7  Q. Who else was at the meeting?
8  A. Al Cardoza from Southworth. There was
9     somebody else there from Southworth.
10    There was Mike Bumpus.
11 Q. Who is Mike Bumpus?
12 A. He is the district rep for Sterling.
13 Q. Who else was there?
14 A. I believe he is with Sterling, yes.
15    Then there was another rep from
16    Sterling.
17 Q. You don't remember his name?
18 A. I will think of his name. Something
19    like Bob White or Bob.
20 Q. Bob, someone from Sterling?
21 A. Yes. I have been dealing with him
22    forever because he was with Freightliner
23    prior to being with Sterling.
24 Q. Other than yourself and Mr. Barton and

**Page 235**

1     Mr. Guidotti and Al Cardoza and someone
2     else who you can't --
3  A. Bill Wicher.
4  Q. -- you can't recall from SMI, Mr. Bumpus
5     and Bob from Sterling and also Mr.
6     Wicher?
7  A. Yes.
8  Q. Bill Wicher?
9  A. Bill Wicher from Minuteman Trucks.
10 Q. Anybody else there?
11 A. I believe that was it.
12 Q. Did anyone participate by telephone?
13 A. No.
14 Q. Do you remember what time of the day the
15    meeting was?
16 A. I really don't. I'm picturing
17    mid-morning.
18 Q. Do you remember how long the meeting
19    lasted?
20 A. An hour, hour and a half.
21 Q. Did you make any notes during the
22    meeting?
23 A. No. I have -- Bob did.
24 Q. Mr. Barton made notes?

**Page 236**

1  A. Yes.
2  Q. Are those notes still in existence?
3  A. I believe, yes.
4  Q. Are they handwritten notes?
5  A. With Bob I'm sure he put them in type.
6     He is pretty good.
7  Q. Are these notes that were made at the
8     meeting itself?
9  A. Yes.
10 Q. So these aren't documents that were
11    prepared in anticipation of the meeting?
12 A. No.
13 Q. Did you take to that meeting any
14    documents to use at the meeting?
15 A. Yes.
16 Q. Were those documents that have now been
17    marked Exhibits 9 through 30?
18 A. I believe so.
19 Q. They were in some sort of notebook at
20    that time, right?
21 A. Yes.
22 Q. Did you take any additional documents to
23    that meeting?
24 A. I don't believe I did. I think that's

Page 245

```
 1         the proposal of Sterling to help us
 2         market the trucks we have.  They have
 3         access to, you know, probably a thousand
 4         truck lots owned by Freightliner which
 5         are -- they have a name for them.
 6         Select.  Select Truck Centers are owned
 7         by Freightliner -- and maybe spread them
 8         out across the country, two here, two
 9         there and what have you, and sell us
10         Caterpillar engines at a really good
11         price and sell us a Sterling truck at a
12         really good price.  And we needed them
13         by a certain time so that we could meet
14         our contracts the following winter.
15   Q.   What did Mr. Bumpus and Mr. Blake
16         respond to all of that?
17   A.   They couldn't get engines.
18   Q.   What do you mean they couldn't get
19         engines?
20   A.   They were willing.  They couldn't get
21         engines.  Caterpillar wouldn't bend one
22         inch.  They told us we could have
23         Caterpillar engines by like February or
24         something like that.  They were all
```

Page 246

```
 1         booked up.
 2   Q.   What about trucks with different kinds
 3         of engines other than Caterpillar
 4         engines, could they get those?
 5   A.   Could they have gotten those?
 6   Q.   Did you discuss with them getting those?
 7   A.   No.  Not really.
 8   Q.   Why not?
 9   A.   It wouldn't help my problem.
10   Q.   What else was discussed at that meeting?
11   A.   You know, we had two meetings, and I'm
12         confusing some things possibly being
13         said at the second meeting.  They are
14         real close together.  The same people
15         were there except I don't think Bumpus
16         and Ed Blake were at the second one, but
17         Steve Schoening was.
18   Q.   I'm trying to --
19   A.   What I'm getting at is the events,
20         there's a little bit in each meeting and
21         I really -- I possibly could be getting
22         some confused between the two, and I'm
23         not sure if I am or not.  They were
24         almost combined meetings, so my answers
```

Page 247

```
 1         would be correct.
 2   Q.   The first meeting was there any
 3         discussion specifically of the terms of
 4         the extended service contract that you
 5         had obtained way back when Trans-Spec
 6         took delivery of these trucks?
 7   A.   No.
 8   Q.   Was there any discussion of what that
 9         covered and what it didn't cover?
10   A.   No.
11   Q.   So that you just didn't talk about that
12         document at the meeting, correct?
13   A.   Correct.
14   Q.   You didn't talk about the Caterpillar
15         limited warranties with respect to these
16         engines, correct?
17   A.   It wasn't that kind of a meeting.
18   Q.   Then there was a second meeting, and
19         that occurred in August 2004?
20   A.   That sounds good.
21   Q.   Is it your memory that it was in August?
22   A.   My memory is it was either July or
23         August.
24   Q.   That meeting also was at
```

Page 248

```
 1         Southworth-Milton in Milford?
 2   A.   I believe it was.
 3   Q.   Was Mr. Guidotti there?
 4   A.   We were in a smaller office.  I still
 5         believe it was there, though.  Yes, he
 6         was there.
 7   Q.   Mr. Schoening was there?
 8   A.   Yes.
 9   Q.   That is S-C-H-O-E-N-I-N-G.
10              Did Mr. Schoening give
11         you a card?
12   A.   Yes.
13   Q.   Had you met Mr. Schoening before?
14   A.   I'm not sure.
15   Q.   Had you spoken with Mr. Schoening
16         before?
17   A.   No.  I don't believe so.
18   Q.   Al Cardoza was there, right?
19   A.   Yes.
20   Q.   And you and Mr. Barton?
21   A.   Yes.
22   Q.   Other than Cardoza, was anyone else from
23         Southworth-Milton there?
24   A.   I don't believe so.
```

**237**

1  what we had.
2  Q. Did anyone at that meeting supply you or
3     Mr. Barton with any documents during the
4     course of the meeting?
5  A. When a question was asked, the fellow
6     that had all the information was Al
7     Cardoza. He had every history from
8     every truck I had ever owned right back
9     from day one.
10 Q. He had a large volume of documents with
11    him?
12 A. I think he -- I don't know if he had it
13    on his Palm Pilot. I really don't know.
14    But he opened up a book, and any
15    question that was asked he read off on
16    this date and this date, this was done,
17    and so on.
18 Q. Did Mr. Cardoza supply you or Mr. Barton
19    with any of the documents that he was
20    looking at?
21 A. No.
22 Q. When you left that meeting with Mr.
23    Barton, did you take any documents away
24    with you?

**238**

1  A. No. Just our own book.
2  Q. Give me your best memory of what
3     happened at that meeting and who said
4     what to whom?
5  A. Ed Blake is the other guy from Sterling.
6     I always do that.
7  Q. His first name wasn't Bob, it was Ed?
8  A. No, it was Ed. Close, though. It only
9     has a couple of letters in it.
10 Q. Tell me what happened in the meeting and
11    who said what to whom?
12 A. Everyone was pretty cordial. They
13    wanted to take care of our problems, and
14    I believe they did. And Troy said, We
15    are going to start fixing the trucks or
16    we are going to see about fixing the
17    trucks. That's what he said.
18           At the time, we wanted
19    to get new trucks, so we were talking
20    about can Caterpillar help us out. If
21    we traded these trucks, if we sold these
22    trucks outright, could we get a discount
23    on new engines? Sterling was there.
24    Could we get -- what we were looking for

**239**

1  was to make this go away, and we just
2  didn't want to hurt anybody. We just
3  wanted our trucks fixed, be reimbursed
4  for what we had spent and basically get
5  a wholesale price on a truck and an
6  engine, or we discussed it anyway.
7           We got out of it they
8  are going to fix the trucks. And Troy
9  basically confirmed what we were being
10 told by the Milton employees that,
11 historically, Caterpillar will make this
12 up to us. And the term that Troy used,
13 for the first time I heard at that
14 meeting, was that Caterpillar will make
15 you whole.
16          So we left feeling very
17 confident that we felt great. This
18 thing is going to go away, and we are
19 going to be back where we once were with
20 Caterpillar by our side and we would be
21 happy again.
22 Q. Did you ask Mr. Guidotti what he meant
23    when he said Caterpillar will make you
24    whole?

**240**

1  A. No.
2  Q. Did he explain what he meant by that?
3  A. Financially whole is what we were
4     looking for, and we believed and so did
5     the Sterling employees believed that's
6     what he meant, also.
7  Q. Tell me exactly what Mr. Guidotti said
8     in the part of this conversation where
9     he used that phrase.
10 A. There were a lot of things said. That
11    is the one thing that stuck in my mind,
12    of course, because that was the most
13    important statement made in the whole
14    meeting.
15 Q. Other than those words, do you remember
16    the context, the sentence, the
17    discussion that those words were stated
18    in?
19 A. That meeting wasn't as important as the
20    next meeting.
21 Q. I'm not interested in talking right now
22    about the next meeting. I'm trying to
23    understand what was actually said at the
24    June meeting. You reported some words.

**249**

Q. No one from Sterling was there?
A. No.
Q. What about Bill Wicher, was he there?
A. I believe he was there.
Q. Was anyone else at that meeting?
A. I don't think so.
Q. Did you and Mr. Barton bring any documents to that meeting?
A. I believe we did.
Q. Were they the same documents that you had taken to the earlier meeting?
A. Yes. And some things added to it probably.
Q. What had been added to it?
A. I really don't know. Some more of the same.
Q. Did you take any notes at that meeting?
A. No.
Q. Did Mr. Barton take any notes at that meeting?
A. I'm not sure. He usual does, though.
Q. Have you seen any of these notes since the meeting?
A. No. I have spoken to Bob Barton a few

**250**

times. Not recently about the meeting, no.
Q. Mr. Barton still works for Trans-Spec?
A. Yes.
Q. Did anyone supply you with any documents at that meeting?
A. I don't believe so.
Q. How long did that second meeting last?
A. 45 minutes maybe, half hour, hour.
Q. After you all got together in the meeting room, who was the first to speak other than simply introductions?
A. Steve Schoening.
Q. What did Mr. Schoening say?
A. He said, "Hello, I'm Steve Schoening." He said, "I'm just here to tell you," with his hands stuck out, "that this is absolutely not your fault and Caterpillar will make you whole."
Q. Then what did he say?
A. When the meeting was over, everybody talked a little bit about the problems, and he just wanted to get the trucks fixed at a faster rate. And he said,

**251**

"We have got to get you rental trucks." And I said, "I can't. I don't think I can get rental trucks."
Q. He responded what?
A. He didn't.
Q. What was the discussion on the subject of getting your trucks or Trans-Spec's trucks repaired more quickly? What was that discussion?
A. He looked at Al to utilize the shop, you know, fixing a couple of trucks at once possibly in the shop. We had ten or eleven down at that meeting. And they were fixing them, but they would take two weeks to fix them or sometimes a month when they couldn't get a part.
   The truck with the bad engine, that truck was denied warranty over a year prior to us putting an engine in and buying. We paid $20,000 for an engine and we put it in.
   And then that flywheel housing failed and Southworth said, Gee, we don't warranty -- Caterpillar doesn't

**252**

warranty that engine, so you have to give us back the old engine and take your new engine out and we'll fix your old engine.
   So here I am I still have a new engine. It is actually $22,000 sitting on a stand with nothing. It was just thrown-away money because we were denied warranty.
Q. You talked with Mr. Schoening about getting work done on the trucks more quickly. Mr. Schoening stuck out his hand and said that they would make you whole?
A. He quoted what Troy had said, and Troy said the same thing at the last meeting. "This is not your fault."
Q. What else did Mr. Schoening say at the meeting in August?
A. The only important things he said was that and about getting us rental trucks. It was such a positive meeting. We didn't say much. Everybody else said it for us and told us exactly what we