DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

Page 1

```
                         VOLUME:  I
                         PAGES:   1 - 220
                         EXHIBITS: 1 - 16
       COMMONWEALTH OF MASSACHUSETTS
WORCESTER, ss.         SUPERIOR COURT DEPARTMENT
                       C.A. NO. 2005-00387-A
------------------------------------x
TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,
         Plaintiff
vs
MILTON CAT f/k/a
SOUTHWORTH-MILTON, INC.

         Defendant
------------------------------------x
              - and -
         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS

                       C.A. NO. 04-11836-RCL

------------------------------------x
TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,

         Plaintiff

vs

CATERPILLAR, INC.,

         Defendant
------------------------------------x
------------------------------------
      BRAMANTI & LYONS COURT REPORTING, INC.
      REGISTERED PROFESSIONAL REPORTERS
        92 STATE STREET, BOSTON, MA 02109
      TEL: 617.723.7321 / FAX: 617.723.7322
              www.bramanti-lyons.com
*** UNEDITED/UNCERTIFIED ROUGH DRAFT COPY ***
```

BRAMANTI & LYONS COURT REPORTING, INC.
TEL: 617.723.7321

EXHIBIT D

DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

Page 49

1   A.   He may have asked a question about it, but in
2        relationship to the 3176, the similarities are
3        very, very close to the C12.
4   Q.   You told him that the 3176 was similar to the
5        C12?
6   A.   Yes.
7   Q.   The 3176 and the C12 are a similar engine?
8             MR. GRUNERT:  I object to the form.
9   A.   Very similar.
10  Q.   Is the C12 a revision of the 3176?
11  A.   Yes.
12  Q.   Do you remember anything more about the
13       conversation with Mr. Lynd regarding the
14       serviceability issues?
15  A.   Not that I know of.
16  Q.   Did you call him or did he call you, or was it
17       in person?
18  A.   It was probably a one-on-one conversation.
19  Q.   Do you remember where that was?
20  A.   Over at Trans-Spec's facility.
21  Q.   What were you doing over at tran speck's
22       facility?
23  A.   Andy may have had a question on a given spec or
24       something that he's requested and either I

DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

Page 50

| | | |
|---|---|---|
| 1 | | happened to be going by, or stopped over. |
| 2 | Q. | I may have asked you this, but do you remember |
| 3 | | when this meeting took place? |
| 4 | A. | No, I do not. |
| 5 | Q. | But he had a question about spec regarding the |
| 6 | | C12? |
| 7 | A. | Curiosity factor on his behalf. |
| 8 | Q. | This was around the time that Trans-Spec was |
| 9 | | purchasing the new trucks? |
| 10 | A. | I would presume so. |
| 11 | Q. | Did you have a laptop computer with you at the |
| 12 | | time that you met with Mr. Lynd? |
| 13 | A. | More than likely, yes. |
| 14 | Q. | Did you use that laptop in your conversation |
| 15 | | with Mr. Lynd? |
| 16 | A. | I may have. |
| 17 | Q. | What may have you used the laptop to do with |
| 18 | | Mr. Lynd during this conversation? |
| 19 | A. | Be more specific. |
| 20 | Q. | Well, what did you use the laptop for? You're |
| 21 | | in a meeting with Mr. Lynd and you had your |
| 22 | | laptop with you. What did you use it for? |
| 23 | A. | Unless he wants to program a truck or discuss |
| 24 | | programming of his customer parameters, there |

| | | |
|---|---|---|
| 1 | | would be no reason for me to use it, unless he |
| 2 | | brought up a question regarding what is known as |
| 3 | | Caterpillar E T, electronic technician. |
| 4 | Q. | During this meeting with Mr. Lynd, did you input |
| 5 | | various permutations of conditions into the |
| 6 | | laptop to show Mr. Lynd various capabilities of |
| 7 | | the C12 or any other Caterpillar engines? |
| 8 | A. | No. |
| 9 | Q. | So you went over there around the time that |
| 10 | | Trans-Spec was looking to purchase the trucks, |
| 11 | | and you talked to Mr. Lynd about the C12 being |
| 12 | | similar to the 3176 arcs and you think about |
| 13 | | some of the specifications of the C12? |
| 14 | A. | We didn't go into specifications, to my |
| 15 | | knowledge. |
| 16 | Q. | And you were never present when Mr. Calderbank |
| 17 | | gave or showed anyone at Trans-Spec any |
| 18 | | information regarding the C12 capabilities or |
| 19 | | comparing it with competitive engines? |
| 20 | A. | I don't believe so. |
| 21 | Q. | No such conversation ever took place at the 99 |
| 22 | | restaurant? |
| 23 | A. | I don't believe so. |
| 24 | Q. | What is Caterpillar extended service coverage? |