```
                            VOLUME:   I
                            PAGES:   1 - 94
                            EXHIBITS:  None
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-11836-RCL

- - - - - - - - - - - - - - - - - - x
TRANS-SPEC TRUCK SERVICE, INC.,
d/b/a TRUCK SERVICE,
    Plaintiff
vs.
CATERPILLAR, INC.,
    Defendant
- - - - - - - - - - - - - - - - - - x

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.        SUPERIOR COURT DEPT.
                         CIVIL NO. 2005-00387-A
- - - - - - - - - - - - - - - - - - x
TRANS-SPEC TRUCK SERVICE, INC.,
d/b/a TRUCK SERVICE,
    Plaintiff
vs.
MILTON CAT f/k/a SOUTHWORTH-MILTON, INC.
    Defendant
- - - - - - - - - - - - - - - - - - x

    DEPOSITION of HAROLD J. CALDERBANK, a witness called on behalf of the Plaintiff, taken pursuant to notice before Robert M. Bramanti, Certified Shorthand Reporter, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Donovan Hatem LLP, Two Seaport Lane, Boston, Massachusetts, on Wednesday, September 14, 2005, commencing at 10:06 a.m.

---

BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 STATE ST., 8TH FLOOR, BOSTON, MA. 02109
TEL: 617.723.7321 / FAX: 617.723.7322
www.bramanti-lyons.com



EXHIBIT F

```
                                                              37
 1        is?
 2   A.   Yes.
 3   Q.   And the intended region of travel is a
 4        consideration?
 5   A.   Yes.
 6   Q.   Do you know what kind of computer software is
 7        involved in speccing a truck?
 8   A.   From the individual OEM?
 9   Q.   Yes.
10   A.   No.
11   Q.   Does Caterpillar have any computer programs that
12        they use in terms of helping determine the
13        appropriateness of engines?
14   A.   Driveline Spec, yes.
15   Q.   Could you tell me about that program.
16   A.   That program will allow you to simulate vehicle
17        capabilities regarding speed capabilities,
18        torque capabilities, startability, things of
19        that nature.
20   Q.   Do you know if that was ever shown to anyone
21        from Truck Service when they were considering
22        the purchase of the 22 trucks that are at issue
23        in this lawsuit?
24   A.   Yes.
```

to 37 of 94                                    09/22/2005 01:25:58 PM

```
                                                        38
 1   Q.   When was that shown to them?
 2   A.   Sometime during the fall of 1999.
 3   Q.   Did you show it to someone?
 4   A.   Yes.
 5   Q.   Who did you show it to?
 6   A.   Jay Howard.
 7   Q.   When did you show him that?
 8   A.   Sometime during the fall of 1999.
 9   Q.   Do you remember where?
10   A.   At Jay's office.
11   Q.   So you went to Jay's office with a laptop, or
12        how did you show him this material?
13   A.   I had previously prepared it, but it was
14        prepared from the laptop, yes.
15   Q.   How many different simulations did you have
16        prepared for him?
17   A.   Only one.
18   Q.   What was that one?  Do you remember any of the
19        parameters that one showed?
20   A.   It showed a C12 engine, and I would be relying
21        on memory if I told you the rest of it, but it
22        was information that was provided by Jay as to
23        what transmission he was intending to use, what
24        axle ratio, tire type, and size.
```