

# Sales and Service Detail



**2KS27835**

| | | | | |
|---|---|---|---|---|
| Arrangement No: | 179-3953 | | Build Date: | 02Nov1999 |
| Mfg Model & Year: | C-12  1999 | | Ship Date: | 17Nov1999 |
| Prod Family: | ZF  3196/C12/C13 Engines | | Sales Date: | 17Nov1999 |
| Sims Prod Family: | 62  Diesel Truck Engines | | Delivery Date: | 15Jan2000 |
| Source Facility: | 40  Mossville Plant | | Selling Dlr: | N82V |
| Principle Work: | D10  Trucks - On-Highway | | Owner Cls: | E |

**Engine Information**
Specifications: 2T-8974
Application: A Primary Drive

| View Image | Group Number Description | Part Causing Failure | Repairing Dealer | Service Meter Measurement | Repair Date | SIMS Ticket Received | Claim Received | Work Order Number | Dealer Claim |
|---|---|---|---|---|---|---|---|---|---|
| | Flwheel Housing | 148-1973 | A73M | 91435 Miles | 19Nov2001 | No SIMS Rcvd | Claim Rcvd | | MF87768A |
| | Flwheel Housing | 148-1973 | A73M | 91435 Miles | 19Nov2001 | No SIMS Rcvd | Claim Rcvd | | MF87768B |
| | Flwheel Housing | 6V-8197 | A73M | 101970 Miles | 18Mar2002 | No SIMS Rcvd | Claim Rcvd | | MF90895 |
| | Flwheel Housing | 194-6724 | A73M | 101970 Miles | 18Mar2002 | No SIMS Rcvd | Claim Rcvd | | MF00000 |
| | Flwheel Housing | 6V-8197 | A73M | 101971 Miles | 19Mar2002 | No SIMS Rcvd | Claim Rcvd | | MFA90895 |
| | Housing Gp-Fly | 6V-8197 | B420 | 248653 Miles | 17Dec2004 | SIMS Rcvd | No Claim Rcvd | MP15193 | |
| | Housing Gp-Fly | 6V-8197 | B420 | 248653 Miles | 30Dec2004 | No SIMS Rcvd | Claim Rcvd | | MT62601 |



EXHIBIT J

 Sales and Service Detail 

**Comment**

Loose Flywhl Hsng
Log#031403
Defective Hsg Bolts

Defective Hsg

Loose

 

# Sales and Service Detail

**Arrangement No:** 179-3953
**Mfg Model & Year:** C-12    1999
**Prod Family:** C2    C-12 Engine
**Sims Prod Family:** 62    Diesel Truck Engines
**Source Facility:** 40    Mossville Plant
**Principle Work:** D10    Trucks - On-Highway

**Build Date:** 02Nov1999
**Ship Date:** 17Nov1999
**Sales Date:** 17Nov1999
**Delivery Date:** 15Jan2000
**Selling Dlr:** N82V
**Owner Cls:** E

**Engine Information**
Specifications: 2T-8974
Application: A Primary Drive

| Group Number Description | Part Causing Failure | Repairing Dealer | Service Meter Measurement | Repair Date | Work Order Number | Comment |
|---|---|---|---|---|---|---|
| Flwheel Housing | 148-1973 | A73M | 91435 Miles | 19Nov2001 | | Loose Flywhl Hsng |
| Flwheel Housing | 148-1973 | A73M | 91435 Miles | 19Nov2001 | | Log#031403 |
| Flwheel Housing | 6V-8197 | A73M | 101970 Miles | 18Mar2002 | | Defective Hsg Bolts |
| Flwheel Housing | 194-6724 | A73M | 101970 Miles | 18Mar2002 | | |
| Flwheel Housing | 6V-8197 | A73M | 101971 Miles | 19Mar2002 | | Defective Hsg |

000208

```
DATE: 31AUG2004          SERVICE CLAIM USER WORKSHEET              PAGE NO:      1
TIME: 11:39:35      OPER: E   ROUTE:              CLAIM NO:  Q082305  RCVD:04DEC2001
PRD/SER NO: 2KS27835                              NOTICE NO: C01SCB466737  17JAN2002
                                                                                0.5
===============================================================================
                           SALES MDL
DLR     CLAIM NO   TEPS    ARRGM NO   --- SHIPPED-- DEL DAT   PTS STR    RPR DAT
A73M    MF87768A   B420    C-12         N82V 17NOV99 15JAN00
MINUTEMAN TRUCKS, IN       1793953      02 09 12        E               19NOV01
                                                                            22.5
   INITIAL DEALER   COV  CLM SEL DC PRIN SC APPL LN    HR/ML/KM  PTS HMK  RPR HRS
                     01   E   D10 60 W8EC L            91435 M   91435
                             N4100NH100714
===============================================================================
   PART    PART NAME        DTF     GROUP     DC PTS LBR TVL VEH MSC  CURRENCY RATE
  148-1973 HOUSING-FLYWHEEL 111453  1157       22 100 100      100          1.000000
           LOOSE FLYWHL HSNG                                           USD 20011204
 T  LIST/NET  LABR-RAT CUST-CR MAKE APV
 C   PARTS $  STD/AVG  PTS LBR /CAB CD %AL %NA %ID RSN RSN RSN RSN  CLAIM PLCY CLM
 H   1725.79  100 100  STER     100                                 AUTHZ CODE EXC
                         SC                                                   B1
===============================================================================
    PARTS $   LABOR $   HOURS  TRAVL $ VEHICLE$   MISC $    TOTAL $  : DEDC/CAT/PD
 C  2301.46   1332.10                              225.00   3858.56  :
 A  2301.46   1332.10                              225.00   3858.56  :   3858.56
===============================================================================
 --EQUIP--    ---PARTS OPT---  RMC NET   NET    LIST   LIST   PRC BAT DOC    ALT
 SERIAL NO    CD  PCT   LIMIT    +  %   -  %   +  %   -  %   COD OPT T  F  DEALER
 LT9500       B                  S                                 N   S N   A73M
===============================================================================
 ADM  ACCT  PAY   SEL  MFG  PRD   PLCY  SVC   GROUP    SHIP    CLM  COV  SEL  RPR
 FAC  FAC   FAC   FAC  FAC  TYP   CODE  APP   NUMBER   TO      EXC  TYP  TYP  TYP
 01   01    N4    01   40   02    B1    W8EC  1157     N82V                60   91
 PC    CREDIT ACCOUNT NO       DEBIT ACCOUNT NO     TRANSFER ACCOUNT NO    AMOUNT
 88-6  01 A3200 018 01         01 G9851 0N4 00      N4 R1501 004 00        3858.56


================================================================================
 -------------- GUIDELINE ---------------     TERMS  ORIG     STORY      IRON
 EL K-O-KEY HIT PAY   NUMBER    T C LIN XCL   CODE   DEL DAT  REQUEST    REQUEST
 Y  00000000                        0    0           15JAN00
```

S 000128

RECEIVED TIME  AUG. 31.  4:11PM

```
Aug 31 04 05:03p      L Y LIM                    101                          p.3
```

```
DATE: 31AUG2004        SERVICE CLAIM USER WORKSHEET           PAGE NO:    2
TIME: 11:39:35     OPER: E   ROUTE:
PRD/SER NO: 2KS27835         TECH:  H    CLAIM NO:  Q082305  RCVD: 04DEC01
                                         NOTICE NO: C01SCE466737   17JAN02
================================================================================

LIN  CLM-Q  COR-Q  ALW-Q  NA-Q  RSN  PART NO.  DESCRIPTN  PD  UNIT $   EXTEND $

201   1.0    1.0    1.0               1481973  HOUSING-FL     2266.67   2266.67
202   1.0    1.0    1.0               7C1728   SEAL GP-CS       28.31     28.31
203  12.0   12.0   12.0               6V8197   BOLT              0.54      6.48

501                                   1157000                            1124.20
502                                   1302010S1                            23.10
503                                   1165010T3                           138.60
504                                   7006552                              46.20

651   1.0                                      TOWING           225.00    225.00

LINE  - - - - - - - - - - - S T O R Y - - - - - - - - - - - -

800   TOWED INTO SHOP REMOVE DRIVESHAFT AND PTO REMOVE FLOOR PANEL
801   TO GAIN ACCESS TO TOP OF TRANS REMOVE TRANSMISSION ASSEMBLY
802   CLUTCH AND FLYWHEELFOUND BOLTS FOR FLYWHEEL HOUSING WERE LO
803   OSE CAUSING MOVEMENT TO  CRACK HOUSING REMOVED REAR MAIN SEA
804   L AND FLYWHEEL HOUSING SWAPPED OVER MOUNTS AND PLUGS REINSTA
805   LL CLUTCH ASSY AND TRANS AND ALL PREVIOUSLY REMOVED  ITEMS S
806   TEAM CLEANED AND ROAD TESTED OK VEHICLE WAS TOWED FROM MILLS
807   BURY MA 01527 TO SHOP AT WALPOLE MA 02081


* * * * * * * * * * * E N D   O F   W O R K S H E E T * * * * * * * * * * *
```

S 000129

```
RECEIVED TIME  AUG. 31.   4:11PM
```

```
DATE: 30AUG2004          SERVICE CLAIM USER WORKSHEET           PAGE NO:     1
TIME: 16:22:39       OPER: E    ROUTE:        CLAIM NO: Q082333  RCVD:04DEC2001
PRD/SER NO: 2KS27893                          NOTICE NO: C01SCB466739  17JAN2002
                                                                      0.9
==============================================================================
                              SALES MDL
DLR     CLAIM NO   TEPS       ARRGM NO  --- SHIPPED--  DEL DAT  PTS STR  RPR DAT
A73M    MF87407    B420       C-12      N82V 15NOV99   08DEC99           07NOV01
MINUTEMAN TRUCKS, IN          1793953   02 09 12       E                 23.3

  INITIAL DEALER  COV  CLM  SEL DC PRIN SC APPL LN    HR/ML/KM  PTS HMK  RPR HRS
                   01   E    D10 60 W8EC L             122961 M 122961
                  N4100NH100700
==============================================================================

  PART    PART NAME       DTF     GROUP   DC FTS LBR TVL VEH MSC  CURRENCY RATE
148-1973  HOUSING-FLYWHEEL 111453  1157    10    100 100     100           1.000000
          BROKEN HOUSING                                          USD 20011204

T  LIST/NET  LABR-RAT CUST-CR MAKE APV                            CLAIM PLCY CLM
C  PARTS $   STD/AVG  PTS LBR /CAB  CD %AL %NA %AD RSN RSN RSN RSN AUTHZ CODE EXC
H  1727.71            100 100 STBR     100         N89                   B1
                              SC
==============================================================================

    PARTS $   LABOR $  HOURS   TRAVL $ VEHICLE$   MISC $    TOTAL $ : DEDC/CAT/PD
C   2304.10   1424.50                             225.00    3953.60 :
A   2304.10   1332.10                             225.00    3861.20 :  3861.20
==============================================================================

--EQUIP--  ---PARTS OPT--- RMC NET     NET    LIST    LIST    PRC BAT DOC   ALT
SERIAL NO  CD  PCT  LIMIT   + %    - %    + %    - %   COD OPT  T F  DEALER
LT9500     B             S                                        N  S N  A73M
==============================================================================

ADM  ACCT  PAY  SEL  MFG  PRD  PLCY  SVC   GROUP    SHIP    CLM   COV  SEL  RPR
FAC  FAC   FAC  FAC  FAC  TYP  CODE  APP   NUMBER   TO      EXC   TYP  TYP  TYP
01   01    N4   01   40   02   B1    W8EC  1157     N82V               60   91

PC     CREDIT ACCOUNT NO    DEBIT ACCOUNT NO     TRANSFER ACCOUNT NO   AMOUNT
88-6  01 A3200 018 01       01 G9851 0N4 00      N4 R1501 004 00        3861.20
==============================================================================

------------------- GUIDELINE ----------------    TERMS  ORIG    STORY    IRON
EL K-O-KEY HIT PAY    NUMBER     T C LIN XCL       CODE  DEL DAT REQUEST  REQUEST
Y    00000000                      0   0                 08DEC99
==============================================================================
```

S 000107

```
DATE: 30AUG2004           SERVICE CLAIM USER WORKSHEET              PAGE NO:        2

TIME: 16:22:39      OPER: E    ROUTE:        CLAIM NO:  Q082333  RCVD:  04DEC01
PRD/SER NO: 2KS27893           TECH:  H      NOTICE NO: C01SCE466739   17JAN02

================================================================================

   LIN   CLM-Q   COR-Q   ALW-Q    NA-Q  RSN  PART NO.  DESCRIPTN  PD  UNIT $   EXTEND $

   201   12.0    12.0    12.0                6V8197    BOLT            0.54      6.48
   202    1.0     1.0     1.0                7C1728    SEAL GP-CS     28.31     28.31
   203   12.0    12.0    12.0                5P8245    WASHER-HAR      0.22      2.64
   204    1.0     1.0     1.0                1481973   HOUSING-FL   2266.67   2266.67

   501   ███    ███     ███                  1157000                           1124.20
   502   ███    ███     ███                  1302010S1                           23.10
   503   ███    ███     ███                  1165010T3                          138.60
   504   ███    ███     ███                  7006552                             46.20
   505                            N89        1157063

   651    1.0                                          TOWING        225.00    225.00

   LINE  - - - - - - - - - - - S T O R Y - - - - - - - - - - -

   800   TOWED TO SHOP FROM MILBURY MA 01527 TO WALPOLE MA 02081 CHEC
   801   K FOR NO START FOUND ENGINE WON'T TURN OVER TOW INTO SHOP RE
   802   MOVE PTO TRANSMISSION AND INSPECT REAR STRUCTURE BOLTS SHEAR
   803   ED OFF JACK UP AND SUPPORT ENGINE TO REMOVE REAR STRUCTURE R
   804   EMOVE HOUSING AND FOUND ALL 12 BOLTS HAD BROKEN OFF DRILL OU
   805   T BROKEN BOLTS FROM BLOCK REPLACED HOUSING REINSTALL FLYWHEE
   806   L AND CLUTCH REINSTALL TRANSMISSION DRIVESHAFT AND PTO PUMP
   807   INSTALL FLOOR BOARDS STEAM CLEANED AND ROAD TESTED
   808   N89 NON-ALLOWED - LABOR NOT CATERPILLAR
   809   RESPONSIBILITY

   * * * * * * * * * E N D   O F   W O R K S H E E T * * * * * * * * * * *
```

S 000108

# SIMS*i*   Sales and Service Detail   

| Arrangement No: | 179-3953 | | Build Date: | 03Nov1999 | Engine Information | |
|---|---|---|---|---|---|---|
| Mfg Model & Year: | C-12 | 1999 | Ship Date: | 15Nov1999 | **Specifications** | |
| Prod Family: | C2 | C-12 Engine | Sales Date: | 15Nov1999 | 2T-8974 | |
| Sims Prod Family: | 62 | Diesel Truck Engines | Delivery Date: | 08Dec1999 | **Application** | |
| Source Facility: | 40 | Mossville Plant | Selling Dlr: | N82V | A  Primary Drive | |
| Principle Work: | D10 | Trucks - On-Highway | Owner Cls: | E | | |

| Group Number Description | Part Causing Failure | Repairing Dealer | Service Meter Measurement | Repair Date | Work Order Number | Comment |
|---|---|---|---|---|---|---|
| Unit Injector | 137-2500 | A73M | 16749 Miles | 23Mar2000 | | #5 Inject Inop |
| Unit Injector | 137-2500 | A73M | 16749 Miles | 23Mar2000 | | Cat Adjstmnts-Tech-H |
| Unit Injector | 0R-8773 | A73M | 16755 Miles | 30Mar2000 | | Injector Inop |
| Cylinder Head As | 148-2144 | A73M | 22365 Miles | 12May2000 | | Head Oblonged |
| Flwheel Housing | 148-1973 | A73M | 122961 Miles | 07Nov2001 | | Broken Housing |

000214