## McLaughlin, Mary Beth

**From:** Grunert, John A.K.
**Sent:** Thursday, June 01, 2006 11:09 AM
**To:** McLaughlin, Mary Beth
**Subject:** FW: Activity in Case 1:04-cv-11836-RCL Trans-Spec Truck Service Inc. v. Caterpillar Inc. "Order"

-----------------------------------------

**From:** ECFnotice@mad.uscourts.gov[SMTP:ECFNOTICE@MAD.USCOURTS.GOV]
**Sent:** Thursday, June 01, 2006 10:52:12 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-11836-RCL Trans-Spec Truck Service Inc. v. Caterpillar Inc. "Order"
**Auto forwarded by a Rule**


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lovett, Jarrett entered on 6/1/2006 at 10:52 AM EDT and filed on 5/31/2006

**Case Name:** Trans-Spec Truck Service Inc. v. Caterpillar Inc.
**Case Number:** 1:04-cv-11836
**Filer:**
**Document Number:**

**Docket Text:**
Magistrate Judge Joyce London Alexander : Electronic ORDER entered: It is hereby ordered that the depositions noticed by Trans- Spec be taken on or before June 30, 2006, notwithstanding the objection of Caterpillar's counsel, who it must be noted, requested sanctions for preparing for the depositions. The documents requested by Trans-Spec, must be produced by June 14, 2006. (Lovett, Jarrett)

The following document(s) are associated with this transaction:


**1:04-cv-11836 Notice will be electronically mailed to:**

Richard P. Campbell    rpcampbell@campbell-trial-lawyers.com

John A.K. Grunert    jgrunert@campbell-trial-lawyers.com

Kevin G. Kenneally    kkenneally@dhboston.com


6/1/2006