UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11836-RCL

| | |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE,<br>    Plaintiff<br><br>vs.<br><br>CATERPILLAR INC.<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JOSEPH M. HOWARD, JR., IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND

I, Joseph M. Howard, Jr., state:

1. I am the President of Trans-Spec Truck Service, d/b/a Truck Service ("Trans-Spec").

2. Trans-Spec initiated this litigation only after years of negotiation with Caterpillar Inc. ("Caterpillar") and its local agent and distributor, Southworth Milton, Inc. ("Milton"), failed to remedy its losses.

3. Trans-Spec declined to file suit during this time because it relied on assurances that Caterpillar would compensate it for the damages it suffered.

4. When Caterpillar repeatedly failed to make Trans-Spec whole for the damages it suffered, Trans-Spec reluctantly commenced this litigation on August 23, 2004.

SIGNED UNDER THE PENALTIES OF PERJURY THIS ____ DAY OF JUNE, 2005.

00922169

_____
Joseph M. Howard, Jr.

- 1 -


EXHIBIT
Exhibit J

Page 1

VOLUME:   I

PAGES:   1 - 220

EXHIBITS:   1 - 16

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.        SUPERIOR COURT DEPARTMENT
C.A. NO. 2005-00387-A

------------------------------------x

TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,

     Plaintiff

vs

MILTON CAT f/k/a
SOUTHWORTH-MILTON, INC.


     Defendant

------------------------------------x

    - and -
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


           C.A. NO. 04-11836-RCL

------------------------------------x

TRANS-SPEC TRUCK SERVICE, INC.
d/b/a TRUCK SERVICE,

     Plaintiff

vs


CATERPILLAR, INC.,


     Defendant

------------------------------------x
--------------------------------------------

BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 STATE STREET, BOSTON, MA 02109
TEL:  617.723.7321 / FAX:  617.723.7322
www.bramanti-lyons.com
*** UNEDITED/UNCERTIFIED ROUGH DRAFT COPY ***

EXHIBIT
Exhibit K

DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

Page 49

1    A.    He may have asked a question about it, but in

2          relationship to the 3176, the similarities are

3          very, very close to the C12.

4    Q.    You told him that the 3176 was similar to the

5          C12?

6    A.    Yes.

7    Q.    The 3176 and the C12 are a similar engine?

8                    MR. GRUNERT:   I object to the form.

9    A.    Very similar.

10   Q.    Is the C12 a revision of the 3176?

11   A.    Yes.

12   Q.    Do you remember anything more about the

13         conversation with Mr. Lynd regarding the

14         serviceability issues?

15   A.    Not that I know of.

16   Q.    Did you call him or did he call you, or was it

17         in person?

18   A.    It was probably a one-on-one conversation.

19   Q.    Do you remember where that was?

20   A.    Over at Trans-Spec's facility.

21   Q.    What were you doing over at tran speck's

22         facility?

23   A.    Andy may have had a question on a given spec or

24         something that he's requested and either I

Page 50

1    happened to be going by, or stopped over.

2  Q.    I may have asked you this, but do you remember

3       when this meeting took place?

4  A.    No, I do not.

5  Q.    But he had a question about spec regarding the

6       C12?

7  A.    Curiosity factor on his behalf.

8  Q.    This was around the time that Trans-Spec was

9       purchasing the new trucks?

10  A.    I would presume so.

11  Q.    Did you have a laptop computer with you at the

12       time that you met with Mr. Lynd?

13  A.    More than likely, yes.

14  Q.    Did you use that laptop in your conversation

15       with Mr. Lynd?

16  A.    I may have.

17  Q.    What may have you used the laptop to do with

18       Mr. Lynd during this conversation?

19  A.    Be more specific.

20  Q.    Well, what did you use the laptop for?  You're

21       in a meeting with Mr. Lynd and you had your

22       laptop with you.  What did you use it for?

23  A.    Unless he wants to program a truck or discuss

24       programming of his customer parameters, there

Page 51

1    would be no reason for me to use it, unless he

2    brought up a question regarding what is known as

3    Caterpillar E T, electronic technician.

4  Q.  During this meeting with Mr. Lynd, did you input

5    various permutations of conditions into the

6    laptop to show Mr. Lynd various capabilities of

7    the C12 or any other Caterpillar engines?

8  A.  No.

9  Q.  So you went over there around the time that

10    Trans-Spec was looking to purchase the trucks,

11    and you talked to Mr. Lynd about the C12 being

12    similar to the 3176 arcs and you think about

13    some of the specifications of the C12?

14  A.  We didn't go into specifications, to my

15    knowledge.

16  Q.  And you were never present when Mr. Calderbank

17    gave or showed anyone at Trans-Spec any

18    information regarding the C12 capabilities or

19    comparing it with competitive engines?

20  A.  I don't believe so.

21  Q.  No such conversation ever took place at the 99

22    restaurant?

23  A.  I don't believe so.

24  Q.  What is Caterpillar extended service coverage?

DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

EXHIBIT

Page 114

1　A.　Basically, was instructed that it's not a
2　Caterpillar problem, and to so notify the
3　dealers and our customer.
4　Q.　And that was in the conversation with
5　Mr. Guidotti?
6　A.　Correct.
7　Q.　Did he elaborate?  Was there anything else that
8　he said during that conversation, or was it a
9　30-second phone call in which he gave you this
10　information?
11　A.　They basically thought it was or felt that it
12　was an OEM engineering problem.
13　Q.　Whose problem, specifically, did they think it
14　was?
15　A.　Sterling.
16　Q.　They told you this, or who told you this?  Was
17　it Mr. Guidotti, or were they both on the
18　phone?
19　A.　Both on the phone.
20　Q.　So you called Mr. Guidotti, and then they
21　patched --
22　A.　The two of them were talking together in the
23　vehicle, speakerphone.
24　Q.　Oh, okay.

Page 115

1　So they informed you that that was a
2　Sterling problem, and that Caterpillar was not
3　going to warrant the flywheel housing and the
4　flywheel housing bolt failures?
5　A.　That's correct.
6　Q.　What did you say?
7　A.　I was not happy with the answer, and asked, Give
8　me more specifics, which they could not do.
9　Because I was compelled to notify my dealers
10　that they were no longer going to be paying for
11　the warranty claims, any further warranty
12　claims, and that I also had to notify my
13　customer.
14　Q.　Who at the dealers did you contact?
15　A.　Minuteman, Tri-State.
16　Q.　At Minuteman, is that --
17　A.　Bill Witcher.
18　Q.　At Tri-State?
19　A.　Tri-State could be Kevin Holmes.  It could have
20　been -- I forget who was on the service desk at
21　the time.  There was somebody else on there.
22　Q.　It could have been the service manager or
23　someone?
24　A.　Whoever the service manager was at the time.

Page 116

1　Q.　Did you tell anyone at Southworth about this?
2　A.　Southworth was also, our service department, was
3　also notified of such.
4　Q.　Who at the service department at Southworth
5　would you have told?
6　A.　Primarily, the service manager, general service
7　manager, Ken Faulkner, F A U L K N E R.
8　Q.　Any other dealers or individuals that you told?
9　A.　I contacted Mr. Howard.
10　Q.　What did you say to Mr. Howard?
11　A.　That Caterpillar is no longer going to be
12　involved in warranty claims regarding the
13　flywheel housings, and that it is a structural
14　issue with the vehicle.
15　Q.　What did Mr. Howard say?
16　A.　Of course, he was not happy.
17　Q.　Was this in person, or did you call him?
18　A.　I happened to, the quickest way possible, to
19　notify him, and that was via phone.
20　Q.　I know that there were other meetings involving
21　Mr. Guidotti and other people, and we'll get to
22　those.
23　But in around this time period, late
24　2002, did you have any other conversations with

Page 117

1　Mr. Guidotti or Mr. Smith regarding the decision
2　to stop warrantying Trans-Spec's engines?
3　A.　For my own peace of mind in getting to the root
4　cause of the problem, I would frequently ask if
5　they found any new information, discussing it on
6　an at least a once-a-month basis, minimum, and
7　obviously talking with Jay Howard.
8　Q.　So about once a month, you would bring it up
9　with the Caterpillar people in Connecticut?
10　A.　Course of conversation, obviously.  They're my
11　customer, and I'm concerned for the product
12　itself.  You know, we don't sell the engines.
13　We don't sell the trucks.  But they're a very
14　good Cat customer to us, and we don't want to
15　see them hurt.
16　Q.　What did Mr. Guidotti and Mr. Smith say every
17　time that you brought it up with them?
18　MR. GRUNERT:  I object to the form.
19　A.　You've got to be specific here.
20　Q.　Well, once a month, you said that you raised it,
21　and you didn't say specifically what you, or
22　what the conversations that you would have with
23　Mr. Guidotti or Mr. Smith.  But after this
24　initial discussion with them as to their denial

(Pages 114 to 117)

0c60d94f-f2a0-42a0-b4a5-ced4e955183e

DEPO OF AL CARDOZA
TUESDAY, MAY 31, 2005

Page 118

1   of warranty coverage, you said that you
2   continually raised it at least once a month.
3       And what I'm asking you is, what would
4   their response be when you would say, Any change
5   on this situation?
6   A.   Engineering is looking into it, that type of
7   comment back to me.
8   Q.   Did you speak to anyone above Mr. Guidotti or
9   Mr. Smith, at this point?
10  A.   No.
11  Q.   Have you personally inspected Trans-Spec's
12  engines?  And when I say "engines," I mean the
13  ones at issue in this lawsuit.
14  A.   Yes.
15  Q.   How many times?
16  A.   Well, I've been at their facility at least a
17  half a dozen times.
18  Q.   So you inspected the engines at Trans-Spec
19  around a half a dozen times.
20      How many times would you say that you've
21  inspected the engines at Tri-State?
22  A.   Equally.
23  Q.   How about Minuteman?
24  A.   Equally.

Page 119

1   Q.   So around a half a dozen times at each of
2   those?
3   A.   Each.
4   Q.   How many times at Southworth-Milton?
5   A.   I'd probably say a half a dozen times.
6   Q.   Around two dozen times in all, give or take?
7   A.   Yes.  I'm intimate with the problem.
8   Q.   When was your first inspection of one of these
9   engines that's at issue in this lawsuit?
10  A.   November of 2002.
11  Q.   Where did this inspection take place?
12  A.   At Minuteman.
13  Q.   Who called you to inspect the engine?
14  A.   Probably, Bill Witcher.
15  Q.   Was this after Caterpillar had denied warranty
16  coverage on these?
17  A.   No, before.
18  Q.   This was before?
19  A.   Yes.
20  Q.   What did Mr. Witcher tell you?
21  A.   I said 2002.
22  Q.   The first time to inspect the engine?
23  A.   Yeah.  I'm pretty sure it was November of 2002,
24  so that the conversation that I had with

Page 120

1   Mr. Guidotti and Mr. Smith was September of
2   2003.
3   Q.   Could the meeting at Minuteman with Mr. Witcher
4   when he called you down have been in 2001?
5   A.   No.  He received delivery of the trucks in
6   January of 2001.
7   Q.   No, of 2000.
8   A.   Of 2000?
9   Q.   He received delivery in 2000.
10  A.   2000, so 2001, yeah, 2001, probably, November.
11  Q.   So the denial of warranty coverage was in the
12  fall of 2002, and this conversation with Mr.
13  Witcher of Minuteman was in November of 2001, is
14  that correct?
15  A.   That's correct.
16  Q.   What happened at this inspection in November of
17  2001 at Minuteman?
18  A.   Well, this is a first incident.  As I recollect,
19  the flywheel housing bolts were loose.  There
20  was no unusual damage other than the fact that
21  the bolts had either backed out, possibly had
22  broken one, but nothing that was, or would send
23  off signals that we have a major problem.
24  Q.   What came of that meeting?

Page 121

1   A.   It was to remove the housing and inspect and
2   replace any parts that were worn, reassemble it
3   and make sure that the bolt torques were
4   accurate.
5   Q.   How many more inspections of Trans-Spec engines
6   did you perform between this first inspection in
7   November of 2001 and the denial of warranty
8   coverage in August or September of 2002?
9   A.   I believe seven vehicles.
10  Q.   Where did you perform those inspections, to the
11  best that you remember?
12  A.   I want to say they all took place at Minuteman.
13  Q.   Was the result the same every time?
14  A.   Some worse than others.
15  Q.   Was it always the same repair that was
16  performed, or were there other techniques or
17  ideas that were tried?
18  A.   As I recollect, the first two were basically
19  just, you know, inspect parts, refasten, make
20  sure that the bolt torques were accurate.  I
21  believe the third one came in with housing
22  damage beyond what I thought was satisfactory to
23  repair and replace the housing.  That's when
24  kind of the third time is the charm.

31 (Pages 118 to 121)

0c60d94f-f2a0-42a0-b4a5-ced1a0551a2-

1  I would discuss my problems.
2      Q.  So you had no conversations directly with
3  Caterpillar; correct?
4      A.  Who's that?
5          MS. REIMER:  Objection.
6      A.  No.
7      Q.  No, did you not?
8      A.  No, I did not.
9      Q.  And up until June 2004 you had no
10  conversations directly with Caterpillar in 2004 on
11  the subject; correct?
12         MS. REIMER:  Objection.
13      A.  I don't understand who Caterpillar is.
14  There's a difference between Caterpillar and
15  Southworth that I don't understand.
16      Q.  The conversations you had were with
17  Mr. Calderbank and Mr. Cardoza; correct?
18      A.  Yes.
19      Q.  You didn't have any conversations with
20  Troy Guidotti until June 2004 on the subject of
21  compensating Trans-Spec for the expenses and losses
22  it had incurred; correct?
23      A.  There were ongoing conversations with
24  other people.  I just don't recall who the other

PAGE 94

1  that meeting occurred and everyone who was there.
2      A.  We've had -- I've had many meetings with
3  Caterpillar representatives at Southworth, whether
4  they were Caterpillar or not, about all different
5  types of problems that they've always taken care of.
6  And the flywheel housing issues were brought up in
7  one.  It wasn't a major problem at the time because
8  it had just started.  But they were very well aware
9  of it, and at that time they were still paying for it
10  and repairing them.  So it wasn't even an issue.  So
11  I don't recall the specific day or exactly what the
12  meeting was primarily about.
13      Q.  You had a meeting sometime after the first
14  flywheel housing failure occurred but before
15  Caterpillar stopped reimbursing for the flywheel
16  housing failures, and the meeting was at
17  Southworth-Milton?
18      A.  Yes.
19      Q.  And who was present at the meeting?
20      A.  Well, it was always Harry Calderbank and
21  Al Cardoza.
22      Q.  Who else was there?
23      A.  I really don't remember.  I mean, I'm not
24  sure if they worked for Southworth or Caterpillar

PAGE 92

1  people were in this specific subject.  But other
2  problems we had spoken to numerous different
3  Caterpillar people that, when we had a problem, Harry
4  Calderbank or Al Cardoza would get somebody to come
5  up and bring them up and we would discuss the
6  problems.
7      Q.  What I'm interested in is knowing with
8  whom you were carrying on negotiations in the year
9  2003 and the first part of 2004 concerning relief
10  that you expect to get from Caterpillar for the
11  flywheel housing problems Trans-Spec was
12  experiencing.  Who were those negotiations with?
13      A.  Negotiations.  I know there's a simple
14  answer to this.  I just don't happen to know what it
15  is.  But negotiations when you're trying to speak
16  with somebody that will negotiate on something
17  admitting they're being owed something, and the whole
18  idea was to have somebody from Caterpillar agree that
19  there was something owed.  And in 2004 Troy and
20  Steve, Troy Guidotti and Steve Schoening agreed on
21  that subject.  There was a meeting prior to that.  I
22  can picture it.  Nothing happened out of it, but that
23  was our first meeting.  It was at Southworth in a big
24  conference room the size of this.

PAGE 95

1  themselves.
2      Q.  Regardless of who they were employed by,
3  I'm just interested in the names of the individuals
4  who were present.
5      A.  I can't tell you.
6      Q.  Was anyone from Trans-Spec other than
7  yourself present?
8      A.  I can't recall that either.  At times
9  there were.
10      Q.  What did you say on the subject of the
11  flywheel housings and what did Mr. Cardoza or
12  Mr. Calderbank say?
13      A.  I shouldn't have brought it up, but like
14  I've already testified to, it wasn't a problem at the
15  time because they were taking care of it.  It
16  wasn't a consistent -- it was early enough that it
17  wasn't a real serious damaging problem.  It was prior
18  to that.  So it was early.  It might even have been
19  about the previous trucks.  I don't know.  But it was
20  about the front covers, turbo chargers.  We were
21  paying for turbo changers when I didn't think we
22  should have been.  They always discussed the problem
23  and then took care of it, until later in the game.
24      Q.  Do you remember anything Mr. Cardoza said

PAGE 93

1      Q.  There was a meeting in June and there was
2  a meeting in August?
3      A.  There was one before that too.
4      Q.  There was a third meeting?
5      A.  There was a meeting prior to that.
6      Q.  With Caterpillar people present?
7      A.  You know, there was a lot of people there.
8  And at that time I didn't know the difference between
9  Caterpillar and Southworth.  I thought it was one in
10  the same.  I thought Al Cardoza and Harry Calderbank
11  worked for Caterpillar.  They were selling me
12  warranties from Caterpillar.  They were selling me
13  everything from Caterpillar.  It wasn't Southworth.
14  Their truck said Caterpillar.  Their shirt said
15  Caterpillar.  Their hats and I think their undies did
16  too.  I can't prove that.  But they were Caterpillar
17  through and through.  And they represented
18  Caterpillar in my book, and I purchased all that
19  stuff from Caterpillar.  And so to differentiate
20  between the two, I really don't know how to answer
21  that.
22      Q.  This is the first time I'm hearing about
23  an earlier meeting concerning the flywheel housing
24  problems you were having.  So please tell me when

PAGE 96

1  at that meeting?
2      A.  No, nothing that would stand out.
3      Q.  Do you remember anything Mr. Calderbank
4  said at that meeting?
5      A.  No.  The problems were just taken care of,
6  and it was a non-issue.
7      Q.  So I return to my question.  After you
8  brought to Mr. Parks's attention the flywheel housing
9  problem that you were having and Caterpillar's
10  unwillingness to grant you relief that you thought
11  you were entitled to, what negotiations, what
12  discussions toward obtaining relief were you having,
13  who were you having them with?
14      A.  Well, in March we were talking about a
15  meeting.  And then it was supposed to happen in
16  April, and then it was postponed until June, and then
17  they decided to have another meeting which was in
18  August.  And too much time was passing by, and
19  nothing was being corrected fast enough.  And in June
20  they agreed to -- I believe it was June.  They agreed
21  to start fixing trucks again, but it wasn't getting
22  done to the point that it was helping us.  Trucks
23  were still down so, you know, so many of them down
24  for such a long period of time.

Exhibit 6