UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-11836RCL

|  |  |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. D/B/A TRUCK SERVICE,<br><br>    Plaintiff<br><br>vs.<br><br>CATERPILLAR, INC.,<br><br>    Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) |

    AUDIOVISUAL DEPOSITION OF JOSEPH M. HOWARD, JR., a witness called on behalf of the Defendant, pursuant to Massachusetts Rules of Civil Procedure, before Susan E. Wilson, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, Massachusetts, on Tuesday, May 3, 2005, commencing at 9:43 a.m.

C.J. REPORTING
A5 Colonial Drive, No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com

1               though.  I really think it happened
2           after that.
3    Q.     Then, as I understand it, in the year
4           2001, there were two or three of these
5           trucks that had a flywheel housing
6           problem?
7    A.     Yes.
8    Q.     Is that consistent with your memory?
9    A.     Yes.
10   Q.     In the year 2001, were those flywheel
11          housing problems brought to your
12          attention?
13   A.     Yes.
14   Q.     Did you bring them to the attention of
15          anyone at Southworth-Milton or anyone at
16          Caterpillar?
17   A.     Harry Calderbank.
18   Q.     What did Harry say?
19   A.     Where do you want to get it fixed.
20   Q.     Did he say anything else?
21   A.     No.
22   Q.     Those problems were fixed under
23          warranty, correct?
24   A.     Yes.