# MINUTEMAN TRUCKS, INC.

Route One, Walpole, MA 02081
(508) 668-3112

7559779                    87768
                          INVOICE

NS-SPEC TRUCK SERVICE
RISTO LANE
MILLBURY, MA 01527
HOME: 508-755-9779   BUS: 508-755-9779

PAGE 1

SERVICE ADVISOR: 8122 GARY FRIETAS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| YELLOW/WHT | 00 | STERLING LT9500 | 2FWYEWEB8YAF57176 | 51250 | 91435/91435 | T2979 |

| IN SVC. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 31DEC1999 | 06DEC99 | | 23:54 27NOV01 | SEE BELOW | 73.50 | WARR | 27NOV2001 |

| R.O. OPENED | READY | OPTIONS: STK:7111 ENG:C12-CAT TRN:RMX10-165C |
| 11:18 19NOV01 | 09:15 27NOV01 | AXL:RS-23-160 1)ENG#2KS27835 2)TRAN#LB99048144 |
| | | 3)REAR#AVA99350437 4)UNIT#9700 |

LINE OPCODE TECH TYPE HOURS                                    LIST    NET    TOTAL

A TOWED TO SHOP BY MIKES TOWING-CHECK AND ADVISE FOR BELL HOUSING BOLTS
  BROKEN AND BROKE STARTER NOSE CONE OFF
  1157-000 R & R FLYWHEEL HOUSING (COMBINED TIME)
       4360  ICAT   6.04
       5130  ICAT   0.21
       6231  ICAT   8.35                                                      (N/C)
                   14.60                                                      (N/C)
                                                                              (N/C)
  1302-010-S1 OIL PAN SOUND SUPPRESION
       4360  ICAT   0.30                                                      (N/C)
  1165-010-T3 R/R PTO
       4360  ICAT   1.80                                                      (N/C)
  7006-552 TOW INTO SHOP
       4360  ICAT   0.60                                                      (N/C)
    1 1481973 HOUSING-FLYW                                                    (N/C)
    1 7C1728  SEAL GP CRAN                                                    (N/C)
   12 6V8197  BOLT                                                            (N/C)
SUBL 341 TOW TO SHOP BY MIKES TRUCK STOP                                      (N/C)
      PO#191079
         ICAT
PARTS:    0.00   LABOR:      0.00  OTHER:      0.00   TOTAL LINE A:           (N/C)
                                                                              0.00

TOW INTO SHOP REMOVE DRIVESHAFT AND PTO REMOVE FLOOR PANEL TO GAIN
ACCESS TO TOP OF TRANS REMOVE TRANS ASSY CLUTCH AND FLY WHEEL AND
NOTICED THAT BOLTS FOR FLYWHEEL HOUSING WERE LOOSE CAUSING MOVEMENT TO
CRACK HOUSING AND BREAK OFF STARTER NOSE CONE ORDERED PARTS REMOVED
REAR MAIN SEAL AND FLY WHEEL HOUSING SWAPPED OVER MOUNTS AND PLUGS
REINSTALL CLUTCH ASSEMBLY WAS OK REINSTALL TRAN AND ALL PREVIOUSLY
REMOVED PARTS REPLACE STARTER ASSY AND STEAM CLEANED AND ROAD TESTED OK
TOWED FROM MILLBURY MA 01527 TO SHOP IN WALPOLE MA 02081
     ************************************************************
B** POLICY FOR STARTER DAMAGED FROM CAT DEFECT
    PARTS ONLY
       4360  ICAT   0.00
    1 DR/10461055 STARTER REMAN 42MT                                          (N/C)
                                                                              (N/C)

Minuteman is dedicated to quality and service.
All of us are concerned about your satisfaction
and the value we provide.
If you are not completely satisfied,
please call your service advisor at:

1-800-225-4808
Your comments are welcome at any time.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. SHOP SUPPLIES | |
| TOTAL CHARGES | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |