# DONOVAN | HATEM LLP
*counselors at law*

Nancy M. Reimer
617 406 4521 direct
nreimer@donovanhatem.com

January 17, 2006

VIA HAND DELIVERY

John A.K. Grunert, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Third Floor
Boston, MA 02129

Re: **Trans-Spec Truck Service, Inc. d/b/a/ Truck Service v. Caterpillar Inc.
Civil Action No. 04-11836-RCL**

Dear John:

Pursuant to Caterpillar's deposition notice, enclosed from Tom Service's file is a copy of email correspondence and correspondence between Tom Service and my office. Dr. Service will bring the remaining documents requested with him to his deposition on January 20th.

Please call me if you have any questions.

Very truly yours,

*[signature]*

Nancy M. Reimer

NMR/kb
Enclosure
cc: Kevin G. Kenneally, Esq.
    Christian G. Samito, Esq.
00972762

World Trade Center East | 617 406 4500 main
Two Seaport Lane | 617 406 4501 fax
Boston, MA 02210 | www.donovanhatem.com

EXHIBIT
Exhibit B

# DONOVAN | HATEM LLP
*counselors at law*

**Nancy M. Reimer**
617 406 4521 direct
nreimer@donovanhatem.com

January 23, 2006

**VIA HAND DELIVERY**
John A.K. Grunert, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Third Floor
Boston, MA 02129

Re: **Trans-Spec Truck Service, Inc. d/b/a/ Truck Service v. Caterpillar Inc.
Civil Action No. 04-11836-RCL**
DH File No. 24634.0

Dear John:

Enclosed are the documents requested by Caterpillar in the Rule 30(b)(6) deposition subpoena to Jack Ekchian.

Very truly yours,

Nancy M. Reimer

NMR/mm
Enclosure
cc: Kevin G. Kenneally, Esq.
Christian G. Samito, Esq.
00974063

rld Trade Center East | 617 406 4500 main
Two Seaport Lane | 617 406 4501 fax
Boston, MA 02210 | www.donovanhatem.com