UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRANS-SPEC TRUCK SERVICE, INC.**
      Plaintiff(s)

v.                      CIVIL ACTION NO. **04-11833-RCL**

**CATERPILLAR, INC.**
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

LINDSAY, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** In accordance with the Court's order dated February 13, 2007 adopting the Report and Recommendation on Caterpillar Inc.'s Motion for Summary Judgment on all Remaining Claims dated December 1, 2006;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant Caterpillar Inc.

Sarah A. Thornton, Clerk

Dated: February 14, 2007             /s/ Lisa M. Hourihan
                                        ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.

(judgciv.frm - 10/96)                                                                               [jgm.]