# C.J. REPORTING
### Professional Shorthand Reporters

A5 Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409.____
Fax 978.409.____

**PAID**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/22/2005 | 050305-SEW0 |

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA  02129
Attn:  Accounts Payable

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript of the Deposition of Joseph M. Howard, taken before Susan E. Wilson, RPR, on Tuesday, May 3, 2005. | 308 | 3.00 | 924.00 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| In the matter of Trans-Spec Truck Service v. Caterpillar | | | |
| Civil Action No. 04-11836RCL | | | |
| Transcript Ordered by Attorney John A.K. Grunert | | | |

We appreciate your business. Thank you.

**Total**  $974.00

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.