# C.J. REPORTING
**Professional Shorthand Reporters**

A5 Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409....
Fax 978.40....

**PAID**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/2/2005 | 080905-CJR0 |

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA 02129
Attn: Accounts Payable

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript of the Audiovisual 30(b)96) Deposition of Joseph M. Howard, Jr., taken before Carolyn J. Rogers, CSR, on Tuesday, August 9, 2005. | 193 | 3.00 | 579.00 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| In the matter of Trans-Spec Truck Service, Inc. v. Caterpillar, Inc. | | | |
| Civil Action No. 0411836RCL | | | |
| Transcript Ordered by Attorney John A.K. Grunert | | | |

We appreciate your business. Thank you.

**Total** $629.00

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.