**LEGALINK**
A WORDWAVE COMPANY

LegaLink Boston
320 Congress Street
4th Floor
Boston, MA 02210

tel (800) 822-3376
tel (617) 542-0039
fax (617) 542-2119
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12020301 | 10/31/2005 | 1207-66389 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/22/2005 | REYNRE | |

**CASE CAPTION**

Trans-Spec Truck Service vs. Caterpillar

**TERMS**

Immediate

John A.K. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Clarissa Colmer                                          281.60

                                           TOTAL   DUE   >>>>     281.60

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation, issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address. Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA 02241-3739

TAX ID NO.: 20-2665382                                                           (617) 241-3000

*Please detach bottom portion and return with payment.*

John A.K. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Invoice No.:   12020301
Date        :   10/31/2005
**TOTAL DUE**  :   281.60

Job No.    :   1207-66389
Case No.   :
Trans-Spec Truck Service vs. Caterpi

Remit To:    LegaLink, Inc.
               PO Box 3739
               **Boston, MA 02241-3739**