# C.J. REPORTING
**Professional Shorthand Reporters**

A5 Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409.9○○○
Fax 978.409.○○○○

**PAID**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/23/2005 | 091305-HSC0 |

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA 02129
Attn: Accounts Payable

| | TERMS |
|---|---|
| | Net 30 |

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript of the Deposition of Sam S. Pappas, taken before Heather S. Cruz, RPR, on Tuesday, September 13, 2005. | 98 | 3.00 | 294.00 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| In the matter of Trans-Spec v. Caterpillar | | | |
| Civil Action No. 04-11836-RCL | | | |
| Transcript Ordered by Attorney John A.K. Grunert | | | |

Thank you for choosing C. J. Reporting. We sincerely appreciate your business.

**Total** $344.00

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.