**LEGALINK**
A WORDWAVE COMPANY
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

LegaLink Boston
320 Congress Street
4th Floor
Boston, MA 02210

tel (800) 822-3376
tel (617) 542-0039
fax (617) 542-2119
www.legalink.com

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12020303 | 10/31/2005 | 1207-66388 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/21/2005 | REYNRE | |

**CASE CAPTION**

Trans-Spec Truck Service vs. Caterpillar

**TERMS**

Immediate

John A.K. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Richard E. Bowes                                                    730.40

                                              TOTAL DUE  >>>>        730.40

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation, issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address. Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA 02241-3739

TAX ID NO.: 20-2665382                                               (617) 241-3000

*Please detach bottom portion and return with payment.*

---

John A.K. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Invoice No.: 12020303
Date       : 10/31/2005
**TOTAL DUE** :   730.40

Job No.   : 1207-66388
Case No.  :
Trans-Spec Truck Service vs. Caterpi

Remit To:   LegaLink, Inc.
            PO Box 3739
            Boston, MA 02241-3739