# Bramanti & Lyons Court Reporting, Inc.

Tax ID 04-3547665

92 State Street, 8th Floor  
Boston, Massachusetts 02109  
Tel: 617.723.7321  
Fax: 617.723.7322



**BILL TO**

John A.K. Grunert, Esq.  
Campbell, Campbell, Edwards &  
Conroy, P.C.  
One Constitution Plaza  
Boston, MA 02129

| DATE | INVOICE # |
|---|---|
| 9/23/2005 | 6910 |

REPORTER   Robert M. Bramanti

CASE   Trans-Spec Truck v Caterpillar     DEPONENT   Harold J. Calderbank

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Wednesday, September 14, 2005, at the offices of Donovan Hatem, LLP: | 94 | 2.50 | 235.00 |
| Mini/Index | | 35.00 | 35.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**   $282.00

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.