# C.J. REPORTING
**Professional Shorthand Reporters**

A5 Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409.90__
Fax 978.40__


PAID

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/23/2005 | 090805-SEW0 |

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA 02129
Attn: Accounts Payable

**TERMS:** Net 30

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript of the Deposition of Robert Parks, taken before Susan E. Wilson, RPR, on Thursday, September 8, 205. | 63 | 3.00 | 189.00 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| In the matter of Trans-Spec Truck Service, Inc. v. Caterpillar, Inc. | | | |
| Civil Action No. 04-11836RCL | | | |
| Transcript Ordered by Attorney John A.K. Grunert | | | |

Thank you for choosing C. J. Reporting. We sincerely appreciate your business.

**Total** $239.00

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.