# Bramanti & Lyons Court Reporting, Inc.

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

**PAID**

## BILL TO

John A.K. Grunert, Esq.
Campbell, Campbell, Edwards &
Conroy, P.C.
One Constitution Plaza
Boston, MA 02129

| DATE | INVOICE # |
|---|---|
| 6/20/2005 | 6569 |

**REPORTER**  James A. Lyons

**CASE**  Trans-Spec v Milton Cat            **DEPONENT**  Al Cardoza

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Tuesday, May 31, 2005, at Donovan Hatem, LLP: | 219 | 2.50 | 547.50 |
| ASCII/Mini/Index | | 50.00 | 50.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**  $609.50

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.