# C.J. REPORTING
### Professional Shorthand Reporters

# Invoice

AS Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409.90__
Fax 978.409.__

**PAID**

| DATE | INVOICE NO. |
|------|-------------|
| 5/20/2005 | 051205-CPD0 |

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA  02129
Attn:  Accounts Payable

| TERMS |
|-------|
| Net 30 |

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|-------------|--------------|------|--------|
| Original Transcript of the Deposition of Donald Medbery, taken before Camille Palladino-Duffy, RPR, on Thursday, May 12, 2005. | 114 | 3.00 | 342.00 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| In the matter of Trans-Spec Truck Service, Inc. v. Caterpillar, Inc. | | | |
| Civil Action No. 04-11836-RCL | | | |
| Transcript Ordered by Attorney John A.K. Grunert | | | |

We appreciate your business.  Thank you.

| **Total** | $392.00 |
|-----------|---------|

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.