**LEGALINK**
A WORDWAVE COMPANY
LegaLink Boston
320 Congress Street
4th Floor
Boston, MA 02210
tel (800) 822-3376
tel (617) 542-0039
fax (617) 542-2119
www.legalink.com
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12017250 | 04/20/2005 | 1201-64221 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/11/2005 | MAREDE | |

| CASE CAPTION |
|---|
| Trans-Spec Truck Service vs. Caterpillar |

| TERMS |
|---|
| Immediate |

John A.K. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kevin G. Holmes     399.60

TOTAL DUE >>>>     399.60

\*\*Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation, issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address. Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA 02241-3739

TAX ID NO.: 20-2665382     (617) 241-3000

*Please detach bottom portion and return with payment.*

John A.K. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Invoice No.: 12017250
Date   : 04/20/2005
**TOTAL DUE** :    399.60

Job No.   : 1201-64221
Case No.  :
Trans-Spec Truck Service vs. Caterpi

Remit To:    LegaLink, Inc.
PO Box 3739
Boston, MA 02241-3739