# C.J. REPORTING
*Professional Shorthand Reporters*

A5 Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409.90__
Fax 978.409.__


PAID

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/9/2005 | 052505-CJR0 |

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA 02129
Attn: Accounts Payable

**TERMS**: Net 30

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript of the Deposition of Kevin Holmes, taken before Carolyn J. Rogers, CSR, on Wednesday, May 25, 2005. | 127 | 3.00 | 381.00 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| In the matter of Trans-Spec Truck Service, Inc. v. Caterpillar, Inc. | | | |
| Civil Action No. 0411836RCL | | | |
| Transcript Ordered by Attorney John A.K. Grunert | | | |

We appreciate your business. Thank you.

**Total** $431.00

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.