# C.J. REPORTING
**Professional Shorthand Reporters**

A5 Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409.9090  FEB 1 5 REC'D
Fax 978.409.9091
www.cjreporting.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/8/2006 | 012006-ED0 |

*Please Pay 429.73*

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA 02129
Attn: Accounts Payable

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript of the Deposition of Thomas Service, taken before Ellen Dubie on January 20, 2006. | 212 | 3.50 | 742.00 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| Three Business Days' Expedited Delivery Surcharge of 65%. | 212 | 2.28 | 483.36 |
| In the matter of Trans-Spec Truck Service, Inc., d/b/a/ Truck Service v. Caterpillar, Inc. | | | |
| Transcript Ordered by Attorney John A.K. Grunert | | | |

*134557*
*20*
*429-E1157-73*

| | Total | $1,275.36 |
|---|---|---|

Thank you for choosing C. J. Reporting. We sincerely appreciate your business.

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.