# C.J. REPORTING
**Professional Shorthand Reporters**

FEB 10 REC'D

# Invoice

A5 Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409.9090
Fax 978.409.9091
www.cjreporting.com

| DATE | INVOICE NO. |
|---|---|
| 2/8/2006 | 012406-SEW0 |

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA 02129
Attn: Accounts Payable

*Please Pay 429-73*

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript of the Expert Witness Deposition of Jack Ekchian, taken before Susan E. Wilson, RPR, on January 24, 2006. | 278 | 3.50 | 973.00 |
| Pages taken after 5:00 p.m. surcharge of 50%. | 32 | 1.75 | 56.00 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| In the matter of Trans-Spec Truck Service v. Caterpillar | | | |
| Civil Action No.04-11836RCL | | | |
| Transcript Ordered by Attorney John A.K. Grunert | | | |

*134190*
*20*
*429-73 E115*

Thank you for choosing C. J. Reporting. We sincerely appreciate your business.

**Total**  $1,079.00

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.