**APEX Reporting**
P.O. Box 120003
Boston, MA 02112
**(617) 426-3077**

DATE 6/9/06
INVOICE # 28658

PO # or DCN #
TERMS Net 15

# Invoice

JUN 13 REC'D

*429-73*

BILL TO:
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
Attn: John Grunert, Esq

SHIP TO:
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129

| DATE | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/31/06 | USDC-Trans-Spec v Caterpillar, 04-11836-RCL<br>Motion Hearing held before USMJ-JLA, Expedite | 38 | pgs | 4.40 | 167.20 |
| | Delivery | 1 | shp | 10.50 | 10.50 |

ACCOUNTING DEPT.
CAMPBELL CAMPBELL EDWARDS & CONROY
ENTRY NO: 142759
DUE DATE: 7/15
COMPONENTS: 29
TASK CODE: E124
CASE NO: 429-73

1.50% PER MONTH ON UNPAID BALANCE
Fed ID# 04-3535286

**Total**  $177.70