CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

CAMPBELL
TRIAL LAWYERS

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

October 4, 2005

Christian Samito, Esquire
Donovan Hatem, LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

    RE:    Trans-Spec Truck Service, Inc. v. Caterpillar Inc.
              United States District Court Civil Action No. 04-11836-RCL

Dear Mr. Samito:

    Enclosed are copies of the materials I received from Mr. Calderbank related to his deposition expenses. My office has reimbursed Mr. Calderbank for the full amount. Please send me your firm's check payable to the order of Campbell Campbell Edwards & Conroy, P.C. in the amount of $425.15 in payment of Trans-Spec's 50% share.

Very truly yours,

John A.K. Grunert

JAKG/mbm
Enclosures

September 25, 2005
5178 Roble Avenue
Spring Hill, FL 34608

Mr. John A.K. Grunert, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129

Dear Mr. Grunert,

The enclosed receipts are for expenses incurred during my deposition visit last week, September 13, 14 and 15. Specifically:

| | |
|---|---:|
| Round trip air fare, Tampa to Boston and return | 196.90 |
| Lodging at Residence Inn, September 13 & 14 | 560.00 |
| Lunch, September 13, Residence Inn | 15.82 |
| Dinner, September 14 Il Panino Express, Boston | 17.70 |
| Parking- Sargent's Wharf- for Il Panino Express | 11.00 |
| Parking-Tampa International Airport | 21.88 |
| Taxi-September 15-Residence Inn to Logan Airport | 20.00 |
| Tolls- Suncoast Parkway -Spring Hill to Tampa and return | 7.00 |
| | $850.30 |

To explain a couple of differences with the receipts: dinner September 14 was at Il Panino in the North End of Boston with my daughter. I have submitted only my dinner for reimbursement. Parking at Tampa International Airport was prorated for September 13, 14 and 15, the days concerning the deposition procedure. No receipt for Suncoast Parkway tolls is presently available inasmuch as the charges were made to my SunPass, similar to Massachusetts' Fast Lane transponder. Sun Pass reports are available after the fifth day of the month following its use; I will forward a copy of that report at that time if you wish. Finally, no receipt was available from the driver of the taxi taken on the morning of the 15th.

Sincerely,

Harry Calderbank

```
Sargent's Wharf
269-295 Commercial St.
STANDARD PARKING

PHONE 617-367-1681

Rcpt# 15767
09/14/05 22:04   L# 1 A# B   Txn#106217
09/14/05 19:24 In   09/14/05 22:04 Out
Tkt# 111298
  SGT'S WHARF     $   11.00
  Total Fee       $   11.00
  CASH PAID       $   11.00-
  Cash Tender     $   11.00
  Change Due      $    0.00
Thank You
PLEASE DRIVE CAREFULLY
```

```
Residence Inn Marriott
44 Charles River Ave
arlestown, Ma 02129
Server: Room              09/13/2005
5/1                        12:07 PM
Guests: 1                     20004

Caesar Salad                   6.50
  W / CHICKEN                  3.00
Soda                           1.75

Sub Total                     11.25
Tax                            0.57

Total                         11.82

Balance Due                   11.82

Room #_____607_____

Tip    :        _____4.00____

TOTAL  :        _____15.82___

SIGNATU  Harry Caulerbach

Thank You for dining with us.
```

```
TAMPA AIRPORT PARKING
    (813) 870-8790


09/15/05 11:22  L#14 A# 49   Txn# 46013
09/11/05 09:55 In   09/15/05 11:22 Out
Tkt# 329011
LONG TERM      $ 40.89
Total Tax      $  2.86
Total Fee      $ 43.75
CREDIT CARD    $ 43.75-
Change Due     $  0.00
    THANK YOU AND DRIVE SAFELY
```

IL PANINO EXPRESS
BOSTON

```
YOUR RECEIPT
THANK YOU
CALL AGAIN

REG   09-14-2005  21:09
                    000385

DEPT01      T1        $4.95
DEPT01      T1        $4.95
DEPT01      T1       $10.95
DEPT01      T1       $10.95
DEPT01      T1        $0.95
DEPT01      T1        $0.95
TAX-AMT 1            $33.70
TAX 1                 $1.69
TOTAL               $35.39
CASH                $40.00
CHANGE               $4.61
```



```
                          Residence Inn Tudor Wharf
                          34-44 Charles River Avenue
                             Charlestown MA 02129
                                 617-242-9000
```

```
HARRY CALDERBANK                    Room:           607        CORA
1 CONSTITUTION PARK                 Room Type:      STKT
CHARLESTOWN MA 02129                No. Of Guests:  1
                                    Rate:           249.00
CAMPBELL & CAMPBELL                 Clerk:          DJP

  Arrive  13Sep05   Time  10:38a Depart  15Sep05  Time  05:07a Folio#  70-59450
  Date        Reference Number     Description         Charges          Credits
13Sep05        J1607             Room Charge - STDO    249.00
13Sep05        T1607             Occupancy Sales Ta      6.85
13Sep05        T2607             State Occupancy Ta     14.19
13Sep05        T3607             City Tax                9.96
13Sep05        CM607             Outside Restaurant     15.82
14Sep05        J1607             Room Charge - STDO    249.00
14Sep05        T1607             Occupancy Sales Ta      6.85
14Sep05        T2607             State Occupancy Ta     14.19
14Sep05        T3607             City Tax                9.96
15Sep05        MC05:07AM         MASTER CARD                             575.82-
   ********************          *********************************************
   * THIS CARD WAS    *          *   CARD #: MCXXXXXXXXXXXX8201               *
   * ELECTRONICALLY   *          *   Amount:    575.82    Auth: 128017        *
   * SWIPED ON 15Sep05 *         *          ** Signature on File **           *
   ********************          *********************************************

              **    BALANCE   **                                   .00

              **   **   **   **   **
```

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

October 4, 2005

Mr. Harold J. Calderbank
5178 Roble Avenue
Springhill, Florida 34608

    RE:    <u>Trans-Spec Truck Service, Inc. v. Caterpillar Inc.</u>

Dear Harry:

    Enclosed please find our check in the amount of $850.30 as reimbursement for attendance at your deposition.

Very truly yours,

Mary Beth McLaughlin

Enclosure

CAMPBELL CAMPBELL EDWARDS & CONROY
10/3/2005

| Entry Number | Invoice No. | Matter ID | Description | 105331 Amount |
|---|---|---|---|---|
| 124491 | 10032005 | 429-73 | | 850.30 |

# DONOVAN | HATEM LLP
*counselors at law*

**Christian G. Samito**
617-406-4592 direct dial
csamito@donovanhatem.com

October 12, 2005

John A.K. Grunert, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Third Floor
Boston, MA 02129

**Re:   Trans-Spec Truck Service, Inc. d/b/a/ Truck Service v. Caterpillar Inc.
       <u>Civil Action No. 04-11836-RCL</u>**

Dear Attorney Grunert:

Enclosed please find a check in the amount of $495.65 in regards to costs associated with Harry Calderbank's trip to Boston.

If you have any questions, please feel free to contact me.

Very truly yours,

*[signature]*

Christian G. Samito

Enclosure
cc:    Nancy Reimer, Esq.

World Trade Center East
Two Seaport Lane
Boston, MA 02210

617 406 4500 main
617 406 4501 fax
www.donovanhatem.com



CAMPBELL CAMPBELL EDWARDS & CONROY
10/3/2005

| Entry Number | Invoice No. | Matter ID | Description | | 105331 Amount |
|---|---|---|---|---|---|
| 124491 | 10032005 | 429-73 | | | 850.30 |

## CAMPBELL CAMPBELL EDWARDS & CONROY
## PROFESSIONAL CORPORATION

### CHECK REQUEST

REQUESTED BY: JAKG/mbm

DATE NEEDED: September 30, 2005

TIME: 11:00 AM _____

3:00 PM ____X____

CHECK PAYABLE TO: Harry Calderbank

ADDRESS: 5178 Roble Avenue

CITY: Spring Hill          STATE: FL          ZIP CODE: 34608

AMOUNT: $850.30          CASE NO.: 429-73          CASE NAME: Trans-Spec v. CAT

PURPOSE: Reimbursement for Deposition Expenses (50% to be reimbursed to us by plaintiff)

TAX ID NO:

------------------------------------------------------------------------

AUTHORIZED BY: _____[signature]_____

*******************************************************************

ACCOUNTING USE ONLY:

VENDOR NUMBER          _____

DISTRIBUTION          _20/115_

CHECK NO.          _____

124491