.MPBELL CAMPBELL EDWARDS & CONROY
.OFESSIONAL CORPORATION

CAMPBELL
TRIAL LAWYERS

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

June 6, 2005

Christian Samito, Esquire
Donovan Hatem, LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

RE: Trans-Spec Truck Service, Inc. v. Caterpillar Inc.
United States District Court Civil Action No. 04-11836-RCL

Dear Mr. Samito:

Enclosed is our check in the amount of $27.00 as reimbursement for copies of Mr. Cardoza's deposition exhibits.

Thank you for your assistance.

Very truly yours,

John A. K. Grunert

JAKG/mbm
Enclosure

DONOVAN | HATEM LLP
*counselors at law*

**Christian G. Samito**
617-406-4592 direct
csamito@donovanhatem.com

June 8, 2005

John A.K. Grunert, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Third Floor
Boston, MA 02129

**Re: Trans-Spec Truck Service, Inc. d/b/a/ Truck Service v. Caterpillar Inc.**
**<u>Civil Action No. 04-11836-RCL</u>**

Dear Attorney Grunert:

Enclosed please find the "as-marked exhibits" to Mr. Cardoza's deposition. The cost for copying the exhibits is $27.00. Please remit your payment to Donovan Hatem.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Christian G. Samito

CGS/kb
Enclosures
cc: Nancy M. Reimer, Esq.
00923700

DONOVAN | HATEM LLP
*counselors at law*

**Christian G. Samito**
617-406-4592 direct
csamito@donovanhatem.com

April 28, 2005

John A.K. Grunert, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Third Floor
Boston, MA 02129

**Re: Trans-Spec Truck Service, Inc. d/b/a/ Truck Service v. Caterpillar Inc.**
**Civil Action No. 04-11836-RCL**

Dear Attorney Grunert:

Pursuant to your fax of April 21, 2005 enclosed please find the "as-marked exhibits" to the first part of Mr. Holmes' deposition. The cost for copying the exhibits is $31.00. Please remit payment to Donovan Hatem.

Very truly yours,

Christian G. Samito

CGS/kb
Enclosures
cc: Nancy M. Reimer, Esq.
00912643

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

CAMPBELL
TRIAL LAWYERS

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

May 2, 2005

Christian G. Samito, Esquire
Donovan Hatem, LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

RE: Trans-Spec Truck Service, Inc. v. Caterpillar Inc.
Civil Action No. 04-11836-RCL

Dear Mr. Samito:

Enclosed please find our firm's check in the amount of $31.00 as reimbursement for copies of exhibits to Mr. Holmes recent deposition.

Very truly yours,

John A. K. Grunert

JAKG/mbm
Enclosure