

**IKON Document Efficiency At Work.**

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300 Fax:
Federal ID: 230334400

| | |
|---|---|
| Invoice # | BOS05080224 |
| Invoice Date: | 08/09/2005 |
| Due Date: | 08/19/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-CAMP |
| Natl ID: | 58514 |

SOLD TO:
**CAMPBELL CAMPBELL EDWARDS &**
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129

SHIP TO:
**CAMPBELL CAMPBELL EDWARDS &**
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129
Attn: JOSH GELMAN

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 429-73 | | | Jake Alsobrook |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0507-0351 | 07/19/2005 | JOSH GELMAN - CAMPBELL CAMPBELL EDWARDS & CONROY | | | |
| | | CD - Master(s) | 5.00 | 35.000 | 175.00 |
| | | E-Label Endorsement | 36,494.00 | 0.050 | 1,824.70 |
| | | Image Capture E - Glasswork | 36,494.00 | 0.140 | 5,109.16 |
| | | Prints w/ Assembly | 36,494.00 | 0.090 | 3,284.46 |

*[handwritten: 123065 / 977 / 39 / 42973 102]*

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 10,393.32 |
| Sales Tax: | 519.67 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **10,912.99** |

Received and Approved by: _____ Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
CAMPBELL CAMPBELL EDWARDS &
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129

**Amount Enclosed**
$ _____

Invoice: BOS05080224
Invoice Date: 08/09/2005
Due Date: 08/19/2005
Customer Code: BOS-CAMP
Natl ID: 58514

**Please Remit To:**
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 10,912.99