UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. d/b/a TRUCK SERVICE, Plaintiff | ) ) ) ) ) | CIVIL ACTION NO. 04-11836-RCL |
| vs. | ) ) | |
| CATERPILLAR INC. Defendant | ) ) ) ) | |

**MOTION OF THE PLAINTIFF, TRANS-SPEC TRUCK SERVICE, INC., TO STAY ACTION ON CATERPILLAR INC.'S APPLICATION FOR AN AWARD OF COSTS**

The plaintiff, Trans-Spec Truck Service, Inc. ("Trans-Spec"), hereby moves to stay action on *Caterpillar Inc.'s Application for an Award of Costs* ("Application"). As grounds for this motion, Trans-Spec states as follows:

1. Judgment entered in the above-captioned case on February 14, 2007.

2. Trans-Spec intends to file timely a Notice of Appeal.

3. Fed. R. Civ. P. 54(d) grants this Court discretion in setting a schedule for requesting fees, including the ability to permit claims for fees to be billed after resolution of an appeal. *DaimlerChrysler Corporation v. Commissioner, Massachusetts Department of Environmental Protection*, 2001 U.S. Dist. LEXIS 18325, *13 (D. Mass. 2001); see also *Davet v. Maccarone*, 973 F.2d 22, 26 (1st Cir. 1992).

4. Caterpillar Inc. ("Caterpillar") is not prejudiced by having its claim for fees in the amount of $17,062.58 deferred until after resolution of the appeal.

5. Trans-Spec reserves its right to challenge the amount, reasonability, and propriety of the costs Caterpillar seeks. Trans-Spec also reserves its right to seek adversary submissions in accord with Fed. R. Civ. P. 43(e). See Fed. R. Civ. P. 54(d)(2)(C).

WHEREFORE, Trans-Spec respectfully requests that this Court stay action on Caterpillar's Application pending resolution of the appeal in this matter.

- 1 -

                                                Respectfully submitted,
                                                TRANS-SPEC TRUCK SERVICE, INC.
                                                d/b/a TRUCK SERVICE
                                                By its Attorneys,

                                                /s/ Christian G. Samito
                                                Nancy M. Reimer, Esq., BBO#555373
                                                Christian G. Samito, Esq., BBO#639825
                                                Donovan Hatem, LLP
                                                Two Seaport Lane
                                                Boston, MA 02210
                                                (617) 406-4500

Date: February 23, 2007

## REQUEST FOR ORAL ARGUMENT

If the Court deems it necessary, Trans-Spec requests oral argument on this Motion.

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

Counsel for Trans-Spec hereby certifies that he has conferred with Caterpillar's counsel and attempted in good faith to resolve or narrow the issues presented in this motion.

                                                /s/ Christian G. Samito
                                                Christian G. Samito, Esq.
                                                Counsel for Trans-Spec Truck Service, Inc.

## CERTIFICATE OF SERVICE

I, Christian G. Samito, hereby certify that on this 23rd day of February, 2007, I served a copy of the foregoing by mail and by causing a copy to be transmitted electronically to:

John A. K. Grunert, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

                                                /s/ Christian G. Samito
                                                Christian G. Samito, Esq.

01071320