# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## <u>NOTICE</u>

The document originally filed in this case has been stricken from the docket because it was incorrectly filed in this case.