UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. <br> d/b/a TRUCK SERVICE, <br><br> Plaintiff <br><br> vs. <br><br> CATERPILLAR INC. <br><br> Defendant | CIVIL ACTION NO. 04-11836-RCL |

**THE PARTIES' JOINT MOTION FOR ENTRY OF ORDER MODIFYING THIS COURT'S ORDER DATED MARCH 6, 2007**

The plaintiff Trans-Spec Truck Service, Inc. and the defendant Caterpillar Inc., having now conferred pursuant to Local Rule 7.1 with respect to Plaintiff Trans-Spec Truck Service, Inc.'s Motion for Reconsideration of this Court's Order Dated March 6, 2007, jointly request the Court to enter the following Order regarding Caterpillar's Application for an Award of Costs:

> Pursuant to joint request of the parties, the March 6, 2007 Order approving Caterpillar Inc.'s Bill of Costs in the amount of $17,062.58 is modified to approve Caterpillar Inc.'s Bill of Costs in the lesser amount of $12,865.77.

| | |
|---|---|
| TRANS-SPEC TRUCK SERVICE, INC. <br> By its attorneys, | CATERPILLAR INC. <br> By its attorneys, |
| DONOVAN HATEM, LLP | CAMPBELL CAMPBELL EDWARDS & CONROY, P.C. |
| /s/ Christian G. Samito | /s/ John A.K. Grunert |
| Christian G. Samito (BBO: 639825) <br> 2 Seaport Lane <br> Boston, MA  02210 <br> (617) 406-4500 | John A. K. Grunert  (BBO: 213820) <br> One Constitution Plaza <br> Boston, MA  02129 <br> (617) 241-3000 |
| Date: March 26, 2007 <br> 01078467 | Date: March 26, 2007 |

1