# United States Court of Appeals
## For the First Circuit

No. 07-1476

TRANS-SPEC TRUCK SERVICE, INC., d/b/a Truck Service

Plaintiff - Appellant

v.

CATERPILLAR INC.

Defendant - Appellee

TAXATION OF COSTS

Entered: **August 19, 2008**
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of appellee are taxed as follows:

Reproduction of brief for appellee .............$ 156.00

**TOTAL** .............$ 156.00

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **June 19, 2008.**

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By /s/ Date 8/19/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

Certified Copies: Sarah A. Thornton, Clerk, US District Court for the District of Massachusetts

cc: John A.K. Grunert, Nancy Reimer, Kevin Kenneally, Christian Samito, Richard Campbell